IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM AL-TAMIMI; | ) |
| SUSAN ABULHAWA; | ) |
| DOA'A ABU AMER; | ) |
| JIHAN ANDONI; | ) |
| HIBA BARGHOUTHI, as next of kin of | ) |
| ABDELRAHMAN BARGHOUTHI; | )  Case No. 1:16-cv-00445 |
| DR. ISMAIL DEIK, as personal representative of | ) |
| the FAMILY HUSSEINI; | ) |
| ABDUR-RAHIM DUDAR; | ) |
| ABBAS HAMIDEH; | ) |
| KHULUDE ISAAC; | ) |
| MINA ISHAQ; | ) |
| QAIS ISHAQ; | ) |
| RA'FAT ISHAQ; | ) |
| ALAA NOFAL; | ) |
| IBRAHIM SABIH; | ) |
| EMAD SHUJAIA; | ) |
| EMAAN TOPPAZZINI; | ) |
| VILLAGE COUNCIL OF THE VILLAGES OF: | ) |
|     ABU AL-'ASJA | ) |
|     ABU AL-GHAZLAN | ) |
|     ABU AL-'ARQAN | ) |
|     KARZA | ) |
|     RABOUD; | ) |
| HASHIM YOUSEF; | ) |
| AHMED AL-ZEER; | ) |
| | ) |
|         Plaintiffs, | ) |
| | ) |
|       v. | ) |
| | ) |
| SHELDON ADELSON; | ) |
| NORMAN BRAMAN; | ) |
| LAWRENCE ELLISON; | ) |
| DANIEL GILBERT; | ) |
| JOHN HAGEE; | ) |
| LEV LEVIEV; | ) |
| IRVING MOSKOWITZ; | ) |
| HAIM SABAN; | ) |
| | ) |
| ELLIOTT ABRAMS; | ) |
| | ) |
| AMERICAN FRIENDS OF ARIEL; | ) |
| AMERICAN FRIENDS OF BET EL YESHIVA; | ) |

1

| | |
|---|---|
| AMERICAN FRIENDS OF HAR HOMA; | ) |
| AMERICAN FRIENDS OF ULPANA OFRA; | ) |
| CHRISTIAN FRIENDS OF ISRAELI | ) |
| COMMUNITIES; | ) |
| EFRAT DEVELOPMENT FOUNDATION; | ) |
| FALIC FAMILY FOUNDATION, INC.; | ) |
| FRIENDS OF ISRAEL DEFENSE FORCES; | ) |
| GUSH ETZION FOUNDATION; | ) |
| HONENU NATIONAL LEGAL DEFENSE | ) |
| ORGANIZATION; | ) |
| KARNEI SHOMRON FOUNDATION; | ) |
| THE HEBRON FUND; | ) |
| | ) |
| BANK LEUMI LE-ISRAEL B.M.; | ) |
| BANK LEUMI USA; | ) |
| BANK HAPOALIM B.M.; | ) |
| | ) |
| G4S PLC; | ) |
| G4S NORTH AMERICA; | ) |
| G4S ISRAEL; | ) |
| | ) |
| RE/MAX, LLC; | ) |
| RE/MAX ISRAEL – IMPACT PROPERTY | ) |
| DEVELOPERS LTD.; | ) |
| | ) |
| AFRICA ISRAEL INVESTMENTS, LTD. | ) |
| (AFI GROUP); | ) |
| AFI USA; | ) |
| DANYA CEBUS LTD.; | ) |
| ACCESS INDUSTRIES; | ) |
| CRH PLC; | ) |
| NESHER ISRAEL CEMENT ENTERPRISES; | ) |
| HEIDELBERGCEMENT AG; | ) |
| HANSON ISRAEL LTD.; | ) |
| READYMIX INDUSTRIES (ISRAEL) LTD.; | ) |
| VEOLIA ENVIRONNEMENT S.A.; | ) |
| VEOLIA NORTH AMERICA; | ) |
| VEOLIA ENVIRONMENTAL SERVICES | ) |
| (ISRAEL); | ) |
| VOLVO GROUP, a.k.a. AB VOLVO (PUBL); | ) |
| VOLVO BUSSAR AB; | ) |
| MERKAVIM TRANSPORTATION | ) |
| TECHNOLOGIES; | ) |
| | ) |
| HEWLETT PACKARD ENTERPRISE CO.; | ) |
| HEWLETT-PACKARD ENTERPRISE | ) |
| SERVICES ISRAEL (EDS); | ) |
| MOTOROLA SOLUTIONS, INC.; | ) |

| | |
|---|---|
| **MOTOROLA SOLUTIONS ISRAEL LTD.;** | ) |
| | ) |
| **AHAVA – DEAD SEA LABORATORIES;** | ) |
| **NORDSTROM, INC.;** | ) |
| **ISRAEL CHEMICALS LTD.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ERRATA SHEET – PARTY ADDRESSES

### Plaintiffs:

**Bassem Al-Tamimi**
Nabi Saleh
Ramallah Governorate
Palestine

**Susan Abulhawa** (Yardley, Pennsylvania)
c/o Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, D.C. 20036

**Doa'a Abu Amer**
Abasan Al-Kabira
Khan Younis, Gaza Strip
Palestine

**Jihan Andoni**
c/o Jonathan Kuttab, Esq.
Salah El-Din 14, Dar Mall
P.O. Box 19534
Jerusalem 91194

**Hiba Barghouthi, as next of kin of Abdelrahman Barghouthi**
Aboud Village
Ramallah Governorate
Palestine

**Dr. Ismail Deik, as personal representative of the Family Husseini**
Al-Seeh Farm
Plot 2 Basin 2
An-Nabi Musa
Jericho Governorate
Palestine

**Abdur-Rahim Dudar** (Atlanta, Georgia)
c/o Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, D.C. 20036

**Abbas Hamideh**
Al-Awda, The Palestine Right to Return Coalition
P.O. Box 8812
Coral Springs, FL 33075, USA

**Khulude Isaac**
c/o Jonathan Kuttab, Esq.
Salah El-Din 14, Dar Mall
P.O. Box 19534
Jerusalem 91194

**Mina Ishaq**
c/o Jonathan Kuttab, Esq.
Salah El-Din 14, Dar Mall
P.O. Box 19534
Jerusalem 91194

**Qais Ishaq**
c/o Jonathan Kuttab, Esq.
Salah El-Din 14, Dar Mall
P.O. Box 19534
Jerusalem 91194

**Ra'fat Ishaq**
c/o Jonathan Kuttab, Esq.
Salah El-Din 14, Dar Mall
P.O. Box 19534
Jerusalem 91194

**Alaa Nofal** (Norton, Virginia)
c/o Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, D.C. 20036

**Ibrahim Sabih**
Irq Al-Dheeba
Al-Khadr Township
Bethlehem Governorate
Palestine

**Emad Shujaia**
Dayr Jarir
Ramallah Governorate
Palestine

**Emaan Toppazzini**
20 Laurel Blvd.
Collingwood
Ontario L9Y 5A8
Canada

**Village Council of the Villages of Abu Al-'Asja, Abu Al-Ghazlan, Abu Al-'Arqan, Karza, and Raboud**
c/o Gandi Amin, Esq.
6th Floor, VIP Center
Al Balou – Al Bireh
Palestine

**Hashim Yousef**
Society for Farmers' Rights and the Preservation of Palestine's Environment
Jinsafut Village
Nablus, West Bank
Palestine

**Ahmed Al-Zeer**
Silwad
Ramallah Governorate
Palestine

<b>Defendants:</b>

**Sheldon Adelson**
3355 S Las Vegas Blvd
Las Vegas, NV 89109

**Norman Braman**
2060 Biscayne Blvd
2nd Floor
Miami, FL 33137

**Lawrence Ellison**
104 E. Ridgeville Blvd.
Mount Airy, MD 21771

**Daniel Gilbert**
120 Wall Street
16th Floor
New York, NY 10005

**John Hagee**
P.O. Box 1307
San Antonio, TX 78295

**Lev Leviev**
700 Madison Ave.
New York, NY 10065

**Irving Moskowitz**
21900 Norwalk Blvd.
Hawaiian Gardens, CA 90716

**Haim Saban**
10100 Santa Monica Blvd.
Ste 2600
Los Angeles, CA 90067

**Elliott Abrams**
1777 F. St., NW
Washington, D.C. 20006

**American Friends of Ariel**
3679 Carambola Cir. N.
Coconut Creek, FL 33066

**American Friends of Bet El Yeshiva**
50 Pola Ave
Hempstead, NY 11550

**American Friends of Har Homa**
1 Spring Rock Place
New Hempstead, NY 10977

**American Friends of Ulpana Ofra**
D.N. Mizrach Binyamin
Yishuv Ofra
9062700, Israel

**Christian Friends of Israeli Communities**
P.O. Box 50833
Colorado Springs, CO 80949

**Efrat Development Foundation**
190 Willis Ave.
Mineola, NY 11501

**Falic Family Foundation, Inc.**
6100 Hollywood Blvd.
Hollywood, FL 33024

**Friends of Israel Defense Forces**
Empire State Bldg.
1430 Broadway, Ste. 1301
New York, NY 10018

**Gush Etzion Foundation**
P.O. Box 1030
Manchester, NH 03105

**Honenu National Legal Defense Organization**
1327 45th St.
Brooklyn, NY 11219

**Karnei Shomron Foundation**
473 FDR Dr. #404
New York, NY 10002

**The Hebron Fund**
1760 Ocean, Ave.
Brooklyn, NY 11230

**Bank Leumi Le-Israel B.M.**
24-32 Yehuda Haleui St.
Tel-Aviv, Israel 65546

**Bank Leumi USA**
579 Fifth Avenue
New York, NY 10017

**Bank Hapoalim B.M.**
1177 Avenue of the Americas
New York, NY 10036

**G4S PLC**
The Manor
Manor Royale
Crawley
West Sussex RH10 9UN
United Kingdom

**G4S North America**
1395 University Blvd.
Jupiter, FL 33458

**G4S Israel**
10 Shechem
Petah Tikva
4951710, Israel

**RE/MAX, LLC**
5075 S. Syracuse St.
Denver, CO 80237

**RE/MAX Israel – Impact Property Developers Ltd.**
Shoham Commercial Center
30 Emek Ayalon Blvd.
 P.O.B 1701
Shoham 60850
Israel

**Africa Israel Investments, Ltd. (AFI Group)**
232 West 44th Street
1 Mezzanine
New York, NY, US, 10036

**AFI USA**
232 West 44th Street
1 Mezzanine
New York, NY, US, 10036

**Danya Cebus Ltd.**
232 West 44th Street
1 Mezzanine
New York, NY 10036

**Access Industries**
730 Fifth Avenue
New York, NY 10019

**CRH PLC**
42 Fitzwillian Sq.
Dublin, D02R279
Ireland

**Nesher Israel Cement Enterprises**
P.O. Box 166
Ramla
72101 Israel

**HeidelbergCement AG**
Berliner Str. 6
Heidelberg

Baden-Württemberg
69120 Germany

**Hanson Israel Ltd.**
Hanson House
14 Castle Hill
Maidenhead
Berkshire SL6 4JJ
United Kingdom

**Readymix Industries (Israel) Ltd.**
2657 Ruffner Rd.
Birmingham, AL 35210

**Veolia Environnement S.A.**
36-38 Avenue Kléber
75016 Paris
France

**Veolia North America**
200 E. Randolph
Ste. 7900
Chicago, IL 60601

**Veolia Environmental Services (Israel)**
c/o Veolia Environnement
36-38 Avenue Kléber
75016 Paris
France

**Volvo Group, a.k.a. AB Volvo (PUBL)**
2900 K. St. NW
House of Sweden
Washington, D.C. 20007

**Volvo Bussar AB**
Fastningsvagen 1
Gothenburg,  418 79
Sweden

**Merkavim Transportation Technologies**
22 Granit St.
Caesaria Industrial Park
38900 Israel

**Hewlett Packard Enterprise Co.**
3000 Hanover St.
Palo Alto, CA 94304

**Hewlett-Packard Enterprise Services Israel (EDS)**
Haifa, Technion Park
32000 Israel

**Motorola Solutions, Inc.**
1303 E. Algonquin Rd.
Schaumburg, IL 60196

**Motorola Solutions Israel Ltd.**
2 Negev St.
Airport City,  70199
Israel

**Ahava – Dead Sea Laboratories**
330 7th Ave, NW
New York, NY 10001

**Nordstrom, Inc.**
1617 6th Avenue
Seattle, WA 98101

**Israel Chemicals Ltd.**
Millenium Tower
23 Aranha St.
Tel Aviv 61070 Israel