**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **BASSEM AL-TAMIMI,** *et al.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:16-cv-00445-TSC** |
| | ) | |
| | ) | |
| **SHELDON ADELSON,** *et al.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

---

**SEPARATE NOTICE OF LAWRENCE MARC ZELL, ESQ.
COUNSEL FOR DEFENDANTS AMERICAN FRIENDS OF ARIEL, INC., GUSH
ETZION FOUNDATION, THE HEBRON FUND, CHRISTIAN FRIENDS OF ISRAELI
COMMUNITIES & HONENU NATIONAL LEGAL DEFENSE FUND REGARDING
PROPOSED SCHEDULING CONFERENCE**

The undersigned, Lawrence Marc Zell, counsel of record for American Friends of Ariel,

Inc., Gush Etzion Foundation, The Hebron Fund, Christian Friends of Israeli Communities &

Honenu National Legal Defense Organization [*sic*], hereby respectfully notifies the Court as

follows:

1.      Yesterday, May 12, 2016, the undersigned became aware *after the fact* that Counsel for

Defendant John Hagee purportedly acting on behalf of all defendants who have appeared in this

case to date (collectively the õAppearing Defendantsö) had submitted a Joint Notice Regarding

Scheduling Conference [ECF-38] setting forth proposed dates for a scheduling conference before

this Honorable Court and a proposed briefing schedule applicable to all defendants who have been served to date or who have waived service of process (the "Joint Notice").

2.      The Joint Notice states in Section II the "[c]ounsel who have filed an appearance to date for Defendants and counsel for Plaintiffs have conferred in good faith . . . ." concerning a proposed briefing schedule.

3.      Due to an apparent oversight on the part of the other Defendants who have appeared to date, the undersigned counsel was never consulted concerning the subject matter Joint Notice and, consequently, never consented to either the proposed dates for the scheduling conference or the proposed briefing schedule.  Counsel for John Hagee acknowledged this fact in an email to the undersigned sent yesterday evening (Israel time).

4.      While the undersigned is able to participate telephonically in the proposed scheduling conference (as the Court kindly agreed to permit out-of-town counsel to do in its Minute Order of April 29, 2016 [ECF-28]) on any of the dates and times set forth in the Joint Notice, the undersigned respectfully disagrees with the order of preference.  Because of the time difference between Washington, D.C. and Israel, the undersigned would suggest the following order of preference:

       1.      Monday, June 6, at 11:00 am EDT (6 pm Israel Daylight Time)

       2.      Wednesday, June 8, at 11:00 am  (6 pm IDT)

       3.      Tuesday, June 7, at 2:00 pm  (9 pm IDT)

5.      As for the proposed briefing schedule, the undersigned agrees with Appearing Defendants that a single briefing schedule for all Defendants would be preferable from a standpoint of judicial economy, fairness and efficient administration.  Nevertheless, the undersigned respectfully submits that any proposed briefing schedule should allow sufficient

time for all (or substantially all) of the as yet non-appearing defendants to be properly served and to review with their counsel the Plaintiffs' lengthy and complex complaint before *any* of the defendants is required to file a responsive pleading or motion to dismiss.

6.      Given that many of the events referred to in the Plaintiffs' complaint occurred over a decade ago and, wholly apart from any question of limitations or laches, the relief (monetary damages of approximately $40 billion) requested by the Plaintiffs is neither urgent nor pressing in any manner, and given that Plaintiffs have thus far failed adequately to locate and even accurately identify many of the defendants listed in the complaint who have yet to appear or who have appeared in the exercise of extreme caution (including many of the non-profit, charitable organizations of the ilk represented by the undersigned), and given that several defendants are located outside the United States, it is respectfully suggested that the time for defendants to submit their responsive pleadings or motions to dismiss be set for the day after Labor Day 2016, *i.e.* Tuesday, September 6, 2016; that Plaintiffs be given 120 days to file their opposition to any motion to dismiss; and that Defendants be given 30 days from the date of the submission of Plaintiffs' opposition in which to file any reply brief.


7.      The undersigned further notes that given what he believes to be the insufficient allegations in the Plaintiffs' complaint concerning this Court's subject matter jurisdiction and personal jurisdiction over many of the defendants, including those represented by the undersigned, it may be necessary for the defendants, with leave of this Court, to conduct preliminary discovery limited to jurisdictional issues only.  This possibility was not apparently not taken into account in the Joint Notice and will clearly impact upon any proposed briefing schedule.

8.      Because of the urgent necessity to correct the inadvertent misrepresentations made in the Joint Notice [ECF-38] and because of the rapidly approaching Sabbath [the undersigned is an observant Jew residing in Tekoa on the outskirts of Jerusalem, Israel], the undersigned is submitting this Notice without having yet had the opportunity to confer with either counsel for the Appearing Defendants or with Plaintiffs' counsel as required by Local Rule LCvR 16.3 and otherwise.  The undersigned will attempt in good faith today before the onset of the Sabbath (approximately 12 p.m. EDT/7 pm IDT) to confer with counsel for the Appearing Defendants and the Plaintiffs as required by the Local Rules.

Respectfully submitted,

/s/  Lawrence Marc Zell

_____

Lawrence Marc Zell
D.C. Bar No. 959437
Zell, Aron & Co.
34 Ben Yehuda Street
15th Floor
City Tower Building
Jerusalem 9423001 ISRAEL
Direct Phone:  011-972-2-633-6301
Main Telephone:  011-972-2-633-6300
Cell Phone:  011-972-52-869-9000
Email:  mzell@fandz.com
*Counsel for Defendants*
*American Friends of Ariel, Inc.*
*Gush Etzion Foundation*
*The Hebron Fund*
*Christian Friends of Israeli Communities*
*Honenu National Legal Defense*
*Organization [sic]*

Dated: May 13, 2016
       Jerusalem, Israel

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on May 13, 2016, served all of the parties who have entered an appearance in this case with this Separate Notice in accordance with the notice of Electronic Filing (õECFö), which was generated as a result of electronic filing in this Court.

/s/ Lawrence Marc Zell
_____

Lawrence Marc Zell