IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BASSEM AL-TAMIMI, et al.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**SHELDON ADELSON, et al.;** )<br>)<br>Defendants. ) | Case No. 1:16-cv-00445-TSC |

**PLAINTIFFS' REPORT ON STATUS OF SERVICE OF PROCESS
AND MOTION FOR ADDITIONAL TIME**

Pursuant to the May 12, 2016 Joint Notice Regarding Scheduling Conference (Docket entry 38), Plaintiffs report as follows:

### I.     DOMESTIC DEFENDANTS WHO HAVE FILED APPEARANCES

The following domestic Defendants have been served with process pursuant to Fed. R. Civ. P. 4 and accepted said service or otherwise waived service and filed an appearance in this proceeding:

1. American Friends of Ariel
2. Bank Leumi USA
3. Christian Friends of Israeli Communities
4. Efrat Development Foundation
5. Elliott Abrams
6. Friends of Israel Defense Forces
7. Gush Etzion Foundation
8. Haim Saban

1

9. Hewlett Packard Enterprise Co.

10. Honenu National Legal Defense Organization

11. John Hagee

12. Lawrence Ellison

13. Motorola Solutions, Inc.

14. Nordstrom, Inc.

15. RE/MAX, LLC

16. The Hebron Fund

17. Veolia North America

## II. DOMESTIC DEFENDANTS WHO HAVE BEEN SERVED BUT WHO HAVE NOT YET FILED APPEARANCES

The following domestic Defendants have been served with process pursuant to Fed. R. Civ. P. 4 but have not yet filed an appearance in this proceeding:

18. Access Industries: effectuated service by certified mail on March 16, 2016.

19. Africa Israel Investments, Ltd. (AFI Group): effectuated service by certified mail on March 16, 2016.

20. American Friends of Bet El Yeshiva: effectuated service by certified mail on March 24, 2016.

21. American Friends of Har Homa: effectuated service by certified mail on March 17, 2016.

    Note: this Defendant has reached out to Plaintiffs' counsel and produced convincing evidence that it is not, in fact, involved in the laundering of funds to the settlement of Har Homa. It will be removed from the list of Defendants in the anticipated amended complaint.

22. Daniel Gilbert: effectuated service by certified mail on March 17, 2016.

23. Danya Cebus: effectuated service by certified mail on May 2, 2016.

24. Falic Family Foundation: effectuated service by certified mail on March 17, 2016.

25. Irving Moskowitz: effectuated service by certified mail on March 21, 2016.

26. Karnei Shomron Foundation: effectuated service by certified mail on May 6, 2016.

27. Lev Leviev: effectuated service by certified mail on March 17, 2016.

28. Norman Braman: effectuated service by certified mail on March 21, 2016.

29. ReadyMix Industries (Israel) Ltd.: effectuated service by certified mail on March 18, 2016.

30. Sheldon Adelson: effectuated service by certified mail on March 18, 2016.

31. Volvo Group, a.k.a. AB Volvo (Publ): effectuated service by certified mail on March 21, 2016.

### III. DOMESTIC DEFENDANTS UPON WHOM SERVICE HAS BEEN ATTEMPTED BUT NOT EFFECTUATED

The following domestic Defendants have had service attempted upon them, but for the reasons set forth below, they have not yet been served with process pursuant to Fed. R. Civ. P. 4:

32. American Friends of Ulpana Ofra: to date unable to locate a viable address for this Defendant. Service sent by DHL Express Worldwide parcel delivery to Ulpana Ofra (the recipient of American Friends of Ulpana Ofra money transfers) in the settlement of Ofra in Palestine. Received March 31, 2016.

33. G4S North America: effectuated service by certified mail on April 8, 2016. Received letter dated May 10, 2016 from counsel for "G4S Secure Solutions" stating correct name of entity is not "G4S North America" but "G4S Secure Solutions". Counsel for "G4S Secure Solutions" committed to waiving service of process upon receiving the complaint with correct name. Service to be effectuated upon correctly-named entity once anticipated amended complaint reflects the correct name.

## IV. FOREIGN DEFENDANTS WHO HAVE FILED APPEARANCES

The following foreign Defendants have been served with process pursuant to the Hague Convention or other applicable requirements or otherwise accepted or waived service and filed an appearance in this proceeding:

34. Ahava – Dead Sea Laboratories

35. Bank Hapoalim B.M.

36. Bank Leumi Le-Israel B.M.

37. Hewlett-Packard Enterprise Services Israel (EDS)

38. Veolia Environnement S.A.

## V. FOREIGN DEFENDANTS UPON WHOM SERVICE HAS BEEN INITIATED

Plaintiffs have initiated service through the Hague Convention or other applicable requirements upon the following foreign Defendants who have not yet filed appearances:

39. Israel Chemicals, Ltd.: March 27, 2016.

40. Merkavim Transportation Technologies: March 27, 2016.

41. Nesher Israel Cement Enterprises: March 27, 2016.

42. Hanson Israel Ltd.: March 29, 2016.

43. HeidelbergCement AG: March 29, 2016.

44. CRH PLC: March 29, 2016.

## VI. DEFENDANTS UPON WHOM SEPARATE SERVICE IS NOT NECESSARY

Plaintiffs do not anticipate serving separately the following Defendants, as they are subsidiaries, sister corporations, or parent corporations of Defendants which have or will be served in this action:

45. AFI USA (subsidiary of Africa Israel Investments, Ltd.)

46. G4S Israel (sister of G4S Secure Solutions)

47. G4S PLC (parent of G4S Secure Solutions)

48. Motorola Solutions Israel Ltd. (subsidiary of Motorola Solutions, Inc.)

49. RE/MAX Israel – Impact Property Developers Ltd. (subsidiary of RE/MAX LLC)

50. Veolia Environmental Services (Israel) (subsidiary of Veolia Environnement S.A.)

51. Volvo Bussar AB (subsidiary of Volvo Group, a.k.a. AB Volvo (Publ))

### VII.   MOTION FOR ADDITIONAL TIME

Pursuant to the status report above, Plaintiffs hereby request an extension until July 7, 2016 (approximately thirty (30) days) to serve process upon Defendant American Friends of Ulpana Ofra and to file affidavits of service with respect to the Defendants which have not yet noticed appearances by that date.

Respectfully Submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343
mm@martinmcmahonlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have on June 3, 2016, served all the parties in this case with this **Report on Status of Service of Process and Motion for Additional Time** in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ Martin F. McMahon
_____
Martin F. McMahon, Esq.