UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| BASSEM AL-TAMIMI, *et al.*,                )<br>                                                                   )<br>           Plaintiffs,                                       )<br>                                                                   )<br>      v.                                                         )     Civil Action No. 16-cv-445 (TSC)<br>                                                                   )<br> SHELDON ADELSON, *et al.*,                  )<br>                                                                   )<br>            Defendants.                                   )<br>                                                                   ) |

### ORDER

For the reasons stated on the record at today's scheduling conference, the court hereby

**ORDERS** that the following deadlines be set:

- Plaintiffs shall file an updated report on the status of service of process on all Defendants (including specific explanations of precisely how and pursuant to which Rule service was effectuated for each Defendant, as well as additional detail regarding the specific efforts that have been undertaken to serve foreign Defendants) by **Friday, June 10**;

- Plaintiffs shall file proof of service pursuant to LCvR 5.3 for all Defendants who have been served, including copies of all certified mail return receipts, by **Friday, June 10**;

- Plaintiffs shall amend their Complaint, attaching a redline version showing all revisions thereto, by **Monday, August 1**;

- Defendants shall, after meeting and conferring among themselves, file with the court a notice identifying all of the motions to dismiss that they intend to file and the specific Defendants who will join each motion to dismiss, by **Thursday, September 15**;

- Defendants' motions to dismiss shall be filed by **Thursday, October 6**;

- Plaintiffs' oppositions to Defendants' motions to dismiss shall be filed by **Friday, November 28**; and

- Defendants' replies in support of their motions to dismiss shall be filed by **Monday, December 19**.

Date:  June 6, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge