# EXHIBIT 1

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
      Plaintiff(s)

Civil Action No.  1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
      Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox , hereby state that:

On the  2nd  day of May , 2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

American Friends of Ariel, 3679 Carambola Cir. N., Coconut Creek, FL 33066

I have received the receipt for the certified mail, No. 70141820000149803185 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 5th day of May , 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
      (Date)

      (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

pending

Postmark Here

April 2016 Rec'd

*Sent To*

*Street & Apt. No., or PO Box No.*  American Friends of Ariel
3679 Carambola Cir. N.,

*City, State, ZIP+4*  Coconut Creek, FL 33066

PS Form 3800, July 2014                    See Reverse for Instructions

7014 1820 0001 4980 3145



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

American Friends of Ariel
3679 Carambola Cir. N.,
Coconut Creek, FL 33066

9590 9402 1415 5329 5872 35

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3185

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

RECEIVED
MAY 0 9 2016
BY:

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5872 35

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 2

Mail - Your parcel has been delivered



## Your parcel has been delivered
1 message

**iShip_Services@iship.com** <iShip_Services@iship.com>
To: WF@martinmcmahonlaw.com

William Fox <wf@martinmcmahonlaw.com>

Mon, Mar 28, 2016 at 1:19 AM



Your parcel has been delivered

Join our email program to receive exclusive offers and resources

## Your parcel has been delivered

The parcel to **BANK LEUMI LE-ISRAEL B.M** has been delivered.

## Your shipment information

Who sent it...
**WILLIAM J FOX**
**MCMAHON & ASSOCIATES**
(Sender's street address omitted intentionally from this email)

Carrier detail...
**DHL Express Worldwide**

Tracking details...
Tracking No.: **209632312**

Mail - Your parcel has been delivered

**Washington, DC 20036**

Who will receive it...
**BANK LEUMI LE-ISRAEL B.M**

(Recipient's street address omitted
intentionally from this email)
**TEL-AVIV, 65546 IL**
**Sun 27 Mar 2016 10:05 AM**

Who is carrying it...
**The UPS Store #0740**
**202-785-3604**

| | |
|---|---|
| Shipment ID: | **MM5BRV9H7U54B** |
| Order / Item #: | |
| Reference #: | |

Ship date
**Wednesday, March 23,
2016**

Delivery date...
**Sun 27 Mar 2016 10:05 AM**

## Tracking your item

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?i=1&Track=MM5BRV9H7U54B&src=_e**

## Have a question?

For any queries about this shipment, please contact **DHL** directly at , and
have your tracking number ready.

## Great offers, direct to your inbox

https://mail.google.com/mail/u/0/?ui=2&ik=7d9ac0ae6d&view=pt&search=inbox&th=153bbaa3437cc64e&siml=153bbaa3437cc64e

Mail - Your parcel has been delivered

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Sunday, March 27, 2016 10:19 PM Pacific Daylight Time



Martin McMahon <mm@martinmcmahonlaw.com>

## Contact Info and Schedule

2 messages

---

**Lowell, Abbe D.** <ADLowell@chadbourne.com>                 Mon, Mar 21, 2016 at 9:16 AM
To: "mm@martinmcmahonlaw.com" <mm@martinmcmahonlaw.com>
Cc: "Bhargava, Michael" <MBhargava@chadbourne.com>

Here is my contact info below:\.  I have added my colleague Michael Bhargava who is also involved in the case.

Per our call, I will enter our appearance and an agreed upon praecipe indicating we have 60 days to file any responsive pleading.  Thanks for your consideration.


**Abbe David Lowell**
**Chadbourne & Parke LLP**

1200 New Hampshire Avenue, N.W., Washington, D.C. 20036
1301 Avenue of the Americas, New York, NY 10019 - 6022
**tel** 202-974-5605; 212-408-1170 | **fax** 202-974-6705; 646-710-1170
adlowell@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/adlowell.vcf

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

---

**Lowell, Abbe D.** <ADLowell@chadbourne.com>                 Mon, Mar 21, 2016 at 9:18 AM
To: "mm@martinmcmahonlaw.com" <mm@martinmcmahonlaw.com>
Cc: "Bhargava, Michael" <MBhargava@chadbourne.com>

We also should consider creating one schedule for all the defendants who are in the case and served so that there are not 15 different calendars.  What do you think?


**Abbe David Lowell**
**Chadbourne & Parke LLP**

1200 New Hampshire Avenue, N.W., Washington, D.C. 20036
1301 Avenue of the Americas, New York, NY 10019 - 6022
**tel** 202-974-5605; 212-408-1170 | **fax** 202-974-6705; 646-710-1170

adlowell@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/adlowell.vcf

---

**From:** Lowell, Abbe D.
**Sent:** Monday, March 21, 2016 9:16 AM
**To:** 'mm@martinmcmahonlaw.com'
**Cc:** Bhargava, Michael
**Subject:** Contact Info and Schedule

[Quoted text hidden]
[Quoted text hidden]

# EXHIBIT 3

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
          Plaintiff(s)

                                        Civil Action No.  1:16-cv-445-TSC
                                                          _____

vs.

Sheldon Adelson, et al.
_____
          Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the  27th  day of  April _____, 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Christian Friends of Israeli Communities - Heartland, Attn: Kim Troop, 3090 Angus Ct., Peyton, CO 80831


I have received the receipt for the certified mail, No.  70062150000074479901 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the  29th  day of  April _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.


June 9, 2016
_____            _____
        (Date)                              (Signature)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent to

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions



English      Customer Service      USPS Mobile                          Register / Sign In



## USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

---

Tracking Number: 70062150000074479901

Updated Delivery Day: Friday, April 29, 2016

### Product & Tracking Information

**Postal Product:**               **Features:**
                                  Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 29, 2016 , 2:13 pm** | Delivered | **PEYTON, CO 80831** |

Your item was delivered at 2:13 pm on April 29, 2016 in PEYTON, CO 80831.

| | | |
|---|---|---|
| April 29, 2016 , 10:38 am | Out for Delivery | PEYTON, CO 80831 |
| April 29, 2016 , 10:28 am | Sorting Complete | PEYTON, CO 80831 |
| April 29, 2016 , 6:16 am | Arrived at Unit | PEYTON, CO 80831 |
| April 28, 2016 , 11:16 pm | Arrived at USPS Facility | DENVER, CO 80217 |
| April 28, 2016 , 2:56 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| April 27, 2016 , 8:29 pm | Arrived at USPS Facility | WASHINGTON, DC 20066 |

### Available Actions

Text Updates

Email Updates

---

## Track Another Package

**Tracking (or receipt) number**

[                                    ]      Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



USPS.com® - USPS Tracking®

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number



# EXHIBIT 4

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 16th day of March _____, 2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Efrat Development Foundation, 190 Willis Ave, Mineola, NY 11501

I have received the receipt for the certified mail, No. 70062150000074309048 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 18th day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com ®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016
Postmark Here

3/16/16

Sent To
Efrat Development Foundation

Street, Apt. No.;
or PO Box No.
190 Willis Ave

City, State, ZIP+4
Mineola, NY 11501

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0000 7430 9048

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Efrat Development Foundation
190 Willis Ave
Mineola, NY 11501

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 1415 5329 5871 74

2. Article Number (Transfer from service label)

7006 2150 0000 7430 9048

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
()

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 1415 5329 5871 74

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

412925

David Abrams, Attorney at Law

305 Broadway Suite 601, New York, NY 10007

Tel. 212-897-5821 Fax 212-897-5811


April 12, 2016

To:     Martin F. McMahon, Esq.                    (by first class mail w/ enc.
        Martin F. McMahon & Assoc.                 & electronic mail w/ enc.)
        1150 Connecticut Ave NW Ste 900
        Washington DC 20036


Re:     Al-Tamimi et al. v. Adelson et al., Case No. 16cv445 (TSC)

Dear Mr. McMahon:

    As you know, I represent Efrat Development Foundation USA in the above-referenced matter.  Enclose please find an executed waiver of service.  Please feel free to contact me with any questions.

                                    Sincerely yours,

                                    David Abrams

Enclosure

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   16 cv 00445 (TSC) |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Martin F. McMahon, Esq.
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     03/14/2016    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     04/12/2016

                           *Signature of the attorney or unrepresented party*

Efrat Development Foundation USA             David Abrams
*Printed name of party waiving service of summons*           *Printed name*

                             305 Broadway Suite 601
                             New York NY 10007

                                *Address*

                              dnabrams@wjlf.org
                               *E-mail address*

                                (212) 897-5821
                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# EXHIBIT 5

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
        Plaintiff(s)

                                                    Civil Action No. 1:16-cv-445-TSC

    vs.

Sheldon Adelson, et al.
_____
        Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox_____, hereby state that:

On the 15th____ day of March_____, 2016___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Elliott Abrams, 1777 F St. N.W., Washington, DC 20006


I have received the receipt for the certified mail, No. 70141820000149803420_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 23rd____ day of March_____, 2016___.

I declare under penalty of perjury that the foregoing is true and correct.


June 9, 2016
_____                    _____
        (Date)                                              (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

*Sent To* Elliot Abrams
*Street & Apt. No., or PO Box No.* 1777 F St NW
*City, State, ZIP+4* Washington, DC 20006

PS Form 3800, July 2014                    See Reverse for Instructions

7014 1820 0001 4980 3442

RECEIVED MAR 15 2016

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elliott Abrams
   1777 F. St., NW
   Washington, D.C. 20006

   9590 9402 1415 5329 5873 27

2. Article Number *(Transfer from service label)*

   7014 1820 0001 4980 3420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _D Carroll_   ☐ Agent
               ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

   D Carroll

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

MAR 23 2016

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

||||||||||||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5873 27   APR 0  2016

**United States
Postal Service**

• Sender: Please print your name, address and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036



William Fox <wf@martinmcmahonlaw.com>

## RE: Al-Tamimi v. Adelson, No. 1:16-cv-445 (D.D.C.)
1 message

Werner, Paul (CIV) <Paul.Werner@usdoj.gov>
To: Martin McMahon <mm@martinmcmahonlaw.com>
Cc: William Fox <wf@martinmcmahonlaw.com>

Thu, May 19, 2016 at 10:50 AM

Martin,

This email confirms that I received today the summons and complaint in *Al-Tamimi*, and am accepting service on behalf of Mr. Abrams and the United States for purposes of Rule 4(i).

Best regards,

Paul

**Paul E. Werner**

Trial Attorney

U.S. Department of Justice, Civil Division

Constitutional & Specialized Tort Litigation

P.O. Box 7146, Washington, DC 20044

T: (202) 616-4152 | F: (202) 616-4314

*The information in this transmittal is intended only for those recipients listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipients. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.*

**From:** Werner, Paul (CIV)
**Sent:** Wednesday, May 04, 2016 11:57 AM
**To:** 'Martin McMahon'
**Cc:** 'William Fox'
**Subject:** RE: Al-Tamimi v. Adelson, No. 1:16-cv-445 (D.D.C.)

# EXHIBIT 6

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia   ☐

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:16-cv-00445-TSC |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  4/5/16

_____
*Signature of the attorney or unrepresented party*

MARK   HARRIS
*Printed name*

PROSKAUER ROSE LLP
11 TIMES SQUARE
NEW YORK NY 10036
*Address*

MHARRIS@PROSKAUER.COM
*E-mail address*

(212) 969-3530
*Telephone number*

Friends of Israel Defense Forces
*Printed name of party waiving service of summons*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.

     Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

     vs.

Sheldon Adelson, et al.

     Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox , hereby state that:

On the 16th day of March , 2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Friends of IDF, 1430 Broadway, Ste 1301, New York, NY 10018

I have received the receipt for the certified mail, No. 70141820000149803222 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 18th day of March , 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016

     (Date)

     (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016
Postmark
Here

3/16/16

Sent To  Friends of DDF

Street & Apt. No., or PO Box No.  1430 Broadway, Ste 1301

City, State, ZIP+4  New York, NY 10018

PS Form 3800, July 2014            See Reverse for Instructions

7014 1820 0001 4960 3232

**COMPLETE THIS SECTION ON DELIVERY**

mplete items 1, 2, and 3. Also complete
4 If Restricted Delivery is desired.
t your name and address on the reverse
hat we can return the card to you.
ch this card to the back of the mailpiece,
n the front if space permits.

cle Addressed to:

Hollywood, FL 37924

Friends of Israel Defense Forces
Empire State Bldg.

1430 Broadway, Ste 1301
New York, NY 10018

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7014 1820 0001 4980 3222

m 3811, February 2004       Domestic Return Receipt       102595-____ 1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

CIVIL

APR 2 1 2016

# EXHIBIT 7

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▼

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:16-cv-00445-TSC

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  4-7-2016

_____
*Signature of the attorney or unrepresented party*

Irma R. Wallin
*Printed name*

Gush Etzion Foundation
*Printed name of party waiving service of summons*

PO Box 1030
Manchester, NH. 03105-1030
*Address*

_____
*E-mail address*

860-705-1626
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC
_____

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 16th day of March _____, 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Gush Etzion Foundation, P.O. Box 1030, Manchester, NH 03105

I have received the receipt for the certified mail, No. 70141820000149803239 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 24th day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

## OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

pending

Postmark
Here

March
2016

*Sent To*

*Street & Apt. No., or PO Box No.*   Gush Etzion Foundation
                                      P.O. Box 1030

*City, State, ZIP+4*   Manchester, NH 03105

PS Form 3800, July 2014                See Reverse for Instructions

7014 1820 0001 4940 3232

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

~~Action Foundation~~
P.O. Box 1030
Manchester, NH 03105

2. 7014 1820 0001 4980 3239

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Barbara G. Parker*   ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

BARBARA T. PARKER

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 2 4 2016

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merc
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004      Domestic Return Receipt      102595-0



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

24 MAR '16
PM 3 L

RECEIVED

MAR 28

• Sender: Please print your name, address, and ZIP+4 in this box •

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 8

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

District of Columbia  ▾

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:16-cv-00445-TSC

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  April 7, 2016

_____
*Signature of the attorney or unrepresented party*

Niveen Tadros

Haim Saban
*Printed name of party waiving service of summons*

Niveen Tadros
*Printed name*

10100 Santa Monica Blvd
Suite 2600, Los Angeles, CA 90067
*Address*

ntadros@saban.com
*E-mail address*

310.557.5132
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:16-cv-00445-TSC

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

  I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

  I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

  I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Haim Saban
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Niveen Tadros
*Printed name*

10100 Santa Monica Blvd
Suite 2600, Los Angeles, CA 90067
*Address*

ntadros@saban.com
*E-mail address*

310.557.5132
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

  Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

  "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

  If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

  If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA


Bassem Al-Tamimi, et al.
_____
        Plaintiff(s)

                                                    Civil Action No. 1:16-cv-445-TSC
                                                                      _____

        vs.


Sheldon Adelson, et al.
_____
        Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox
   _____, hereby state that:

On the 18th day of March            , 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Haim Saban, 10100 Santa Monica Blvd. Ste 2600, Los Angeles, CA 90067


        I have received the receipt for the certified mail, No. 70141820000149803161
                                                                 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 21st day of March              , 2016 .

        I declare under penalty of perjury that the foregoing is true and correct.



        June 9, 2016                                    _____
        _____
            (Date)                                            (Signature)

**U.S. Postal Service**™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAR 6 2016

*Sent To*

Haim Saban

*Street & Apt. No., or PO Box No.*   10100 Santa Monica Blvd. Ste 2600

*City, State, ZIP+4*   Los Angeles, CA 90067

PS Form 3800, July 2014                    See Reverse for Instructions

7014 1820 0001 9440 3131

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Halm Saban
10100 Santa Monica Blvd. Ste 2600
Los Angeles, CA 90067

9590 9402 1415 5329 5873 10

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3161

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5873 10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 9

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  1:16-cv-00445-TSC |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Martin F. McMahon

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 4/11/2016

_____
*Signature of the attorney or unrepresented party*

David M. Ziants
*Printed name*

Hewlett Packard Enterprise Co.
*Printed name of party waiving service of summons*

Covington and Burling LLP
One City Center, 850 10th St. NW, Washington, DC 20001
*Address*

dziants @ cov. com
*E-mail address*

202-662-5987
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia ☑

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:16-cv-00445-TSC |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 4/11/2016

Hewlett Packard Enterprise Services Israel
*Printed name of party waiving service of summons*

Signature of the attorney or unrepresented party

David M. Zionts
*Printed name*

Covington and Burling LLP
One City Center, 850 10th St. NW, Washington DC 20001
*Address*

dzionts @ cov.com
*E-mail address*

202-662-5987
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
       Plaintiff(s)

Civil Action No. _1:16-cv-445-TSC_

       vs.

Sheldon Adelson, et al.
_____
       Defendant(s)

### AFFIDAVIT OF MAILING

I, __William Jameson Fox_____, hereby state that:

On the __16th__ day of __March_____, __2016__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Hewlett Packard Enterprise Co., 3000 Hanover Street, Palo Alto, CA 94304

I have received the receipt for the certified mail, No. _70141820000149803390_____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __21st____ day of __March_____, __2016__.

I declare under penalty of perjury that the foregoing is true and correct.

____June 9, 2016_____
       (Date)

_____
       (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016
Postmark Here

Sent To

Street & Apt. No., or PO Box No.  HP enterprise co

City, State, ZIP+4

PS Form 3800, July 2014                    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hewlett Packard Ent
3000 Hanover St
Palo Alto, CA 94304

9590 9402 1415 5329 5871 36

2. Article Number (Transfer from service label)
7014 1820 0001 4980 3390

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Boe Keeper

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PALO ALTO OFFICE
MAR 21 2016
303-USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery (3500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

9590 9402 1415 5329 5871 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 10

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
     Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

   vs.

Sheldon Adelson, et al.
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 15th day of March _____, 2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Honenu National Legal Defense, 1327 45th St, Brooklyn, NY 11219

I have received the receipt for the certified mail, No. 70141820000149803260 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 20th day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

March
2016

Sent To  Hohenu National Legal Defense
Street & Apt. No., or PO Box No.  1327 45th St
City, State, ZIP+4  Brooklyn, NY 11219

PS Form 3800, July 2014                See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honenu National Legal Defense
Organization
1327 45th St.

Brooklyn, NY 11219

9590 9402 1415 5329 5871 81

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Honenu                    ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
    ...500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5871 81

**United States**
**Postal Service**

MAR 2 3 2016

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 11

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia ▾

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:16-cv-00445-TSC |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     03/14/2016    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  4/15/16

                                              *Signature of the attorney or unrepresented party*

        John Hagee                         Lars H. Liebeler
 *Printed name of party waiving service of summons*       counsel for John Hagee
                                    *Printed name*
                            1828 L St NW Suite 705
                                 *Address*  WDC 20036
                          LLiebeler@LHL-LawFirm.com
                                *E-mail address*
                            202 - 587 - 4747
                                  *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox_____, hereby state that:

On the 15th day of March_____, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# John Hagee, P.O. Box 1307, San Antonio, TX 78295

I have received the receipt for the certified mail, No. 70141820000149803130_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 18th day of March_____, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

## OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

March 2016

*Sent To*

John Hagee

*Street & Apt. No., or PO Box No.* P.O. Box 1307

*City, State, ZIP+4* San Antonio, TX 78295

7014 1820 0001 0940 3036

PS Form 3800, July 2014                    See Reverse for Instructions

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Hagee
P.O. ███████████
Sa███████████ 78█95

9590 9402 1415 5329 5870 99

2. Article Number *(Transfer from service label)*

7014 1820 0001 4980 3130

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
FRANK BASHAM                          3·18·16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ d Mail
☐ ___ d Mail Restricted Delivery
      (___ 500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 1413 5329 5870 99

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

412925

# EXHIBIT 12

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia   [▼]

|  |  |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:16-cv-00445-TSC

## WAIVER OF THE SERVICE OF SUMMONS

To: Martin F. McMahon

    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 04/11/2016

                                                         *William C. Wilka*

                                                 *Signature of the attorney or unrepresented party*

          Lawrence Ellison

   *Printed name of party waiving service of summons*

                                William C. Wilka

                                          *Printed name*

                                Attorney for Lawrence J. Ellison
                                Dudnick Detwiler Rivin & Stikker LLP

                                351 California Street, 15th Floor
                                San Francisco  *Address* CA  94104

                                bwilka@ddrs.com
                                            *E-mail address*

                                (415)982-1400
                                          *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No.  1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox
_____, hereby state that:

On the 18th day of March , 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Lawrence Ellison, 104 E. Ridgeville Blvd, Mount Airy, MD 21771

I have received the receipt for the certified mail, No. 70141820000149803147

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 21st day of March , 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAR 16 2016

*Sent To*

*Street & Apt. No., or PO Box No.*   Lawrence Ellison
104 E. Ridgeville Blvd.
*City, State, ZIP+4*   Mount Airy, MD 21771

PS Form 3800, July 2014                    See Reverse for Instructions

7014 1820 0000 1996 3147

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence Ellison
104 E. Ridgeville Blvd
Mount Airy, MD 21771

9590 9402 1226 5246 6184 92

2. Article Number (Transfer from service label)

7014 1820 0001 4980 5147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 1226 5246 6184 92

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

McMahon & Associates
1150 Connecticut Ave NW
Suite 900
Washington DC  20036

RECEIVED
MAR 2 4 2016

SENDER: COMPLETE THIS SECTION ■ COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

1. Article Addressed to:

Lawrence Ellison
104 E. Ridgeville Blvd.
Mount Airy, MD 21771

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 1415 5329 5872 97

2. Article Number (Transfer from service label)
7014 1820 0001 4980 3147

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

USPS TRACKING #

9590 9402 1415 5329 5872 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED
MAR 2 1 2016

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 13

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA


Bassem Al-Tamimi, et al.
_____
          Plaintiff(s)

                                        Civil Action No. 1:16-cv-445-TSC

        vs.

Sheldon Adelson, et al.
_____
          Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox                     , hereby state that:

On the 16th    day of March              , 2016  , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Motorola Solutions, 1303 E. Algonquin Rd., Schaumburg, IL 60196


I have received the receipt for the certified mail, No. 70141820000149803123

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 21st   day of March              , 2016  .

I declare under penalty of perjury that the foregoing is true and correct.


June 9, 2016
_____        _____
        (Date)                        (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | $3.20 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

March 2016

7014 1820 0001 9940 3113

*Sent To*

Motorola Solutions

*Street & Apt. No., or PO Box No.* 1303 E. Algonquin Rd.
*City, State, ZIP+4* Schaumburg, IL 60196

PS Form 3800, July 2014                    See Reverse for Instructions

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Motorola Solutions
1303 E. Algonquin Rd.
Schaumburg, IL 60196

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 1415 5329 5870 44

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3123

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Motorola Solutions
1303 E. Algonquin Rd.
Schaumburg, IL 60196

9590 9402 1415 5329 5870 44

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3123

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Andn_   ☐ Agent
            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_V. Andn_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 2 1

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

9590 9402 1415 5329 5870 44

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

6412925

# EXHIBIT 14

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
     Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC
_____

vs.

Sheldon Adelson, et al.
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 16th day of March _____, 2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Nordstrom, Inc., 1617 6th Avenue, Seattle, WA 98101

I have received the receipt for the certified mail, No. 70141820000149803475 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 21st day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | 20.90 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAR 16 2016

7014 1820 0001 4980 3475

Sent To *Workform Inc*

Street & Apt. No. or PO Box No. *617 6th Avenue*

City, State, ZIP+4 *Seattle, WA 98101*

PS Form 3800, July 2014                    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nordstrom, Inc
1617 6th Avenue
Seattle, WA 98101

9590 9402 1415 5329 5870 37

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3475

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
3/21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

MAR 21

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING#

9590 9402 1415 5329 5870 37

APR 0 4 2016

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 15

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
District of Columbia  ▼

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:16-cv-00445-TSC

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/14/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  4/13/16

_____
RE/MAX LLC
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Andrew J. Narod
*Printed name*

2318 Mill Road Ste 100, Alexandria, VA 22314
*Address*

andrew.narod @ leclairryan.com
*E-mail address*

703- 647- 5935
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox                    , hereby state that:

On the 16th day of March          , 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


RE/MAX LLC, 5075 S. Syracuse St., Denver, CO 80238


I have received the receipt for the certified mail, No. 70141820000149803086

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 18th day of March          , 2016 .

I declare under penalty of perjury that the foregoing is true and correct.


June 9, 2016
_____
(Date)

_____
(Signature)

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

March
2016

7014 1820 0001 4980 3080

*Sent To*
Re/Max, LLC
*Street & Apt. No.,* 5075 S. Syracuse St.
*or PO Box No.* Denver, CO 80238
*City, State, ZIP+4*

PS Form 3800, July 2014                    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Re/Max, LLC
5075 S. Syracuse St.
Denver, CO 80238

9590 9402 1415 3329 5870 82

2. Article Number *(Transfer from service label)*

_14 1820 0001 4980 3086

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ □ Agent
□ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Chris Perkins    3/18/16

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ __ed Mail
□ __ed Mail Restricted Delivery ($500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5870 82

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

06412925

# EXHIBIT 16

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA


Bassem Al-Tamimi, et al.
_____
      Plaintiff(s)

                                                     Civil Action No. 1:16-cv-445-TSC
                                                                _____

      vs.

Sheldon Adelson, et al.
_____
      Defendant(s)

### AFFIDAVIT OF MAILING

    I, William Jameson Fox _____, hereby state that:

On the 16th day of March _____, 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


    Sheldon Adelson, 3355 S. Las Vegas Blvd., Las Vegas, NV 89109


    I have received the receipt for the certified mail, No. 70141820000149803383 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 18th day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.


    June 9, 2016
_____         _____
      (Date)                                (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

March 2016

7014 1820 0001 9980 3333

Sent To *Sheldon Adleson*

Street & Apt. No., or PO Box No. *3355 S Las Vegas Blvd*

City, State, ZIP+4 *Las Vegas, NV 89109*

PS Form 3800, July 2014                    See Reverse for Instructions



UNITED STATES POSTAL SERVICE

NV 550

18 MAR '16

PM 2 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
MAR 2 1 2016

**Mr. Martin & McMahon**
1150 Connecticut Ave N.W.
Suite 900
Washington, DC 20036

096-412925

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent / ☐ Addressee

B. Received by ( Printed Name )   DON SEGURA   C. Date of Delivery   2-18-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Sheldon Adelson
3355 S Las Vegas Blvd
Las Vegas, NV 89109

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2.   7014 1820 0001 4980 3383

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# EXHIBIT 17

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA


Bassem Al-Tamimi, et al.
_____
     Plaintiff(s)

                                                              Civil Action No.  1:16-cv-445-TSC

vs.


Sheldon Adelson, et al.
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the __16th__ day of __March_____, __2016__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:


The Hebron Fund, 1760 Ocean Ave., Brooklyn, NY 11230


I have received the receipt for the certified mail, No. __70141820000149803284__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __18th__ day of __March_____, __2016__.

I declare under penalty of perjury that the foregoing is true and correct.


_____June 9, 2016_____
            (Date)

                                                 _____
                                                  (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016
Postmark Here

3/16/16

7014 1820 0001 4980 3264

Sent To
The Hebron Fund

Street & Apt. No., or PO Box No.
1760 Ocean Ave.

City, State, ZIP+4
Brooklyn, NY 11230

PS Form 3800, July 2014           See Reverse for Instructions

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hebron Fund
1760 Ocean Ave.
Brooklyn, NY 11230

9590 9402 1415 5329 5872 04

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (0)

☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Delivery
☐ Return Receipt Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3284

Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return

USPS TRACKING #

9590 9402 1415 5329 5872 04

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United** States
**Postal** Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 18

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia   ▾

| | |
|---|---|
| Bassem Al-Tamimi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheldon Adelson, et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:16-cv-00445-TSC

## WAIVER OF THE SERVICE OF SUMMONS

To:  Martin F. McMahon
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            03/14/2016            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  *April 11, 2016*

Signature: *ELE Polebaum*
    *Signature of the attorney or unrepresented party*

Veolia North America
*Printed name of party waiving service of summons*

*Elliot E. Polebaum*
    *Printed name*

*801 17th St NW Suite 606 Wash DC 20006*
    *Address*

*elliot.polebaum@friedfrank.com*
    *E-mail address*

*202 639 7069*
    *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
        Plaintiff(s)

                                          Civil Action No. 1:16-cv-445-TSC
                                                           _____

    vs.

Sheldon Adelson, et al.
_____
        Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox
   _____, hereby state that:

On the 16th____ day of March_____, 2016____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Veolia North America, 200 E. Randolph, Ste. 7900, Chicago, IL 60601


    I have received the receipt for the certified mail, No. 70062150000074479772_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 18th____ day of March_____, 2016____.

    I declare under penalty of perjury that the foregoing is true and correct.


    June 9, 2016
    _____                    _____
        (Date)                                    (Signature)

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | 3.20 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

March 2016

*Sent To*  Veolia N. America

*Street, Apt. No.; or PO Box No.*  200 E. Randolph, St. 7900

*City, State, ZIP+4*  Chicago, IL 60601

7006 2150 0000 7447 9772

PS Form 3800, August 2006          See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _[signature]_  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
3/18/16

1. Article Addressed to:

Veolia N. America
200 E. Randolph, Ste. 7900
Chicago IL 60601

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

9590 9402 1415 5329 5871 67

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. A   7006 2150 0000 7447 9772

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

9590 9402 1415 5329 5871 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036



Group II

# EXHIBIT 19

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
      Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
      Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 16th day of March _____, 2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Access Industries, 730 Fifth Avenue, New York, NY 10019

I have received the receipt for the certified mail, No. 70141820000149803352 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 19th day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.


June 9, 2016
_____
(Date)

_____
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016
Postmark
Here
3/16/16

7014 1820 0001 4980 3352

*Sent To*
Access Industries

*Street & Apt. No., or PO Box No.*
730 Fifth Avenue

*City, State, ZIP+4*
New York, NY 10019

PS Form 3800, July 2014         See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Access Industries
730 Fifth Avenue
New York, NY 10019

9590 9402 1415 5329 5873 89

2. Article Number *(Transfer from service label)*

7014 1820 0001 4980 3352

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *El d.*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

E. Iouriev

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5873 89

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 20

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
        Plaintiff(s)

Civil Action No. __1:16-cv-445-TSC__

vs.

Sheldon Adelson, et al.
_____
        Defendant(s)

## AFFIDAVIT OF MAILING

I, __William Jameson Fox_____, hereby state that:

On the __16th__ day of __March_____, __2016__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Africa Israel Investments, Ltd., Times Square Building, 229 W. 43rd St., 10th Fl., New York, NY 10036

I have received the receipt for the certified mail, No. __70141820000149803468_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __21st__ day of __March_____, __2016__.

I declare under penalty of perjury that the foregoing is true and correct.

_____June 9, 2016_____          _____
        (Date)                              (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | 11.90 |
| Total Postage & Fees | $ |

MAR 16 2016 Postmark Here

7014 1820 0000 1994 3445

Sent To Patricya Sarah Investment
Street & Apt. No. or PO Box No. 234 W 43rd St. 10th FL
City, State, ZIP+4 NY 10036

PS Form 3800, July 2014                    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

African Investments, Ltd
Time Square Building
229 W 43rd St, 10th Fl
NY NY 10036

9590 9402 1415 5329 5870 20

7014 1820 0001 ꞏꞏꞏꞏ 3468

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

||||||||||||||||||||||||||||||||||||||||

9590 9402 1415 5329 5870 APR 04 2016

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 21

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 16th day of March _____, 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

American Friends of Bet El Yeshiva, 50 Pola Ave., Hempstead, NY 11550

I have received the receipt for the certified mail, No. 70062150000074479895 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 24th day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

_____
June 9, 2016
(Date)

_____
(Signature)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

March 2016

Sent To

Street, Apt. No.; or PO Box No.      American Friends of Bat El

City, State, ZIP+4      Israel

7006 2150 0000 7447 9895

PS Form 3800, August 2006          See Reverse for Instructions

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5872 80

MAR 2 8 2016

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

McMahon Associates
1150 Connecticut Ave NW
Suite 900
Washington, DC 20036

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

American Friends of Betel Yeshiva
50 Pola Ave.
Hempstead, NY 11550

9590 9402 1415 5329 5872 80

2. Article Number (Transfer from service label)

7006 2150 0000 7447 9895

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]                    □ Agent
                                   □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   3-28-16

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature                  □ Priority Mail Express®
□ Adult Signature Restricted Delivery  □ Registered Mail™
□ Certified Mail®                  □ Registered Mail Restricted
□ Certified Mail Restricted Delivery    Delivery
□ Collect on Delivery              □ Return Receipt for
□ Collect on Delivery Restricted Delivery   Merchandise
□ ... Restricted Delivery          □ Signature Confirmation™
                                   □ Signature Confirmation
                                     Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT 23

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No.  1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the  16th  day of March _____, 2016 , I caused to be deposited in the
United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,
return receipt requested, restricted delivery, addressed to the following defendant:


Daniel Gilbert, 120 Wall Street, 16th Fl., New York, NY 10005


I have received the receipt for the certified mail, No. 70062150000074479819 _____
(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant
on the  17th  day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.


June 9, 2016
_____
(Date)

_____
(Signature)

7006 2150 0000 7447 9819

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | $ 11 90 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 11.90 |

Postmark Here

March 2016

Sent To: Daniel Gilbert
Street, Apt. No.; or PO Box No. 20 Wall St., 16th Fl.
City, State, ZIP+4: New York, NY 10005

PS Form 3800, August 2006                See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Gilbert
120 Wall Street, 16th Fl
New York, NY 10005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   3/17/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   C.T.F.

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 2150 0000 7447 9819

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MAR 22 2016

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

# EXHIBIT 24

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC
_____

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox , hereby state that:

On the 27th day of April , 2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Danya Cebus Construction, LLC, 25 Robert Pitt Dr. Ste. 204, Monsey, NY 10952

I have received the receipt for the certified mail, No. 70062150000074479888 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of May , 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 14.45 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

April 2016
Postmark
Here

Sent To _Danya Cedar Construction, LLC_
Street, Apt. No.; or PO Box No. _25 Robert Pitt Dr. Ste. 204_
City, State, ZIP+4 _Monsey NY 10952_

7006 2150 0000 7447 9688

PS Form 3800, August 2006                See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Danza Cobos Castruchm, LLC
C/o VCorp Agent Services, Inc
25 Robert Pitt Drive, Ste 204
Monsey NY 10952

9590 9402 1415 5329 5870 13

2. Article Number (Transfer from service label)

7006 2150 0000 7447 9888

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Pullen_   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Precsa I   05/02/16

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ail
☐ ___ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1415 5329 5870

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4 in this box•

McNulvin & Associates
1150 Conn. Ave. NW GFLA1
Washington, DC 20036

# EXHIBIT 25

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC
_____

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 15th day of March _____, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Falic Family Foundation, Inc., 6100 Hollywood Blvd., Hollywood, FL 33024

I have received the receipt for the certified mail, No. 70062150000074479802 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 17th day of March _____, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
(Date)

_____
(Signature)

7006 2150 0000 7447 9802

**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com ®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here
March
2016

Sent To
Falic Family Foundation, Inc.

Street, Apt. No.;
or PO Box No.
6100 Hollywood Blvd.

City, State, ZIP+4
Hollywood, FL 33024

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Falic Family Foundation, Inc.
6100 Hollywood Blvd.
Hollywood, FL 33024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jerry W Price_ ☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

_Jerry W. Price_

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number

7006 2150 0000 7447 9802

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-A-1540

UNITED STATES POSTAL SERVICE

PL 331

18 MAR '16

PN 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

0036412925

# EXHIBIT 26

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
       Plaintiff(s)

                                    Civil Action No. 1:16-cv-445-TSC

    vs.

Sheldon Adelson, et al.
_____
       Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 16th day of March _____, 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

       Irving Moskowitz, 21900 Norwalk Blvd., Hawaiian Gardens, CA 90716

I have received the receipt for the certified mail, No. 70141820000149803154

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 21st day of March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
      (Date)

_____
      (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016

Postmark Here

7014 1820 0001 4980 3154

Sent To: Irving Moskowitz
Street & Apt. No., or PO Box No.: 21900 Norwalk Blvd.
City, State, ZIP+4: Hawaiian Gardens, CA 90716

PS Form 3800, July 2014                    See Reverse for Instructions



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5873 03

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irving Moskowitz
21900 Norwalk Blvd.
Hawaiian Gardens, CA 90716

9590 9402 1415 5329 5873 03

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

Melissa Lewis

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

MAR 21 20
LOS ALAMITOS CA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery
    ))

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT 27

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
Plaintiff(s)

Civil Action No. 1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the 17th day of March , 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

# Lev Leviev, 700 Madison Ave., New York, NY 10065

I have received the receipt for the certified mail, No. 70141820000149803451

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 21st day of March , 2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____         _____
(Date)                                                       (Signature)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Rosen Berptya

1. Article Addressed to:

Lev Leviev

700 Madison Ave

NY NY 10065

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

|||||||||||||||||||||||||||||||||
9590 9402 1415 5329 5871 29

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3451

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5871 29

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MAR 24 2016

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

12925

# EXHIBIT 28

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
      Plaintiff(s)

                                          Civil Action No.  1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
      Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the  16th  day of  March _____, 2016 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Norman Braman, 2060 Biscayne Blvd., 2nd Fl., Miami, FL 33137


I have received the receipt for the certified mail, No.  9590940214155329587051

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the  21st  day of  March _____, 2016 .

I declare under penalty of perjury that the foregoing is true and correct.


        June 9, 2016
_____              _____
        (Date)                                  (Signature)

*print your name ... ... on ... ... ... same*
*so that we can return ... ... ... to you.*

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

B. Received ...

*Ana Cruz*
*Ana V. Cruz*

1. Article Addressed to:

Norman Braman
2060 Biscayne Blvd, 2nd fl.
Miami, FL 33137

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3/21/16

9590 9402 1415 5329 5870 51

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Insured Mail | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic ...

USPS TRACKING #

9590 9402 1415 5329 5870 51

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

APR 05 2016

# EXHIBIT 29

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
      Plaintiff(s)

                                                    Civil Action No.  1:16-cv-445-TSC

      vs.

Sheldon Adelson, et al.
_____
      Defendant(s)

### AFFIDAVIT OF MAILING

I, __William Jameson Fox_____, hereby state that:

On the __18th___ day of __March_____, __2016___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Volvo Group, House of Sweden, 2900 K Street. NW, Washington, DC 20002


I have received ~~the receipt~~ *online tracking confirmation* for the certified mail, No. __7014182049803437_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __21st___ day of __March_____, __2016__.

I declare under penalty of perjury that the foregoing is true and correct.


_____June 9, 2016_____               _____
         (Date)                                         (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 10.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016

MAR 16

Postmark Here

Sent 3/15/16
Rec'd 3/21/16

Sent To _Volvo Group House of Sweden_

Street & Apt. No. or PO Box No. _2900 K St. NW_

City, State, ZIP+4 _Washington DC 20007_

PS Form 3800, July 2014          See Reverse for Instructions

7014 1820 0001 4980 3437

English     Customer Service     USPS Mobile        Register / Sign In

# ⮞USPS.COM®

## USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70141820000149803437

Updated Delivery Day: Monday, March 21, 2016

## Product & Tracking Information

Available Actions

Postal Product:      **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 21, 2016 , 3:07 pm | Delivered | **WASHINGTON, DC 20007** |

Your item was delivered at 3:07 pm on March 21, 2016 in WASHINGTON, DC 20007.

| | | |
|---|---|---|
| March 21, 2016 , 9:10 am | Out for Delivery | WASHINGTON, DC 20007 |
| March 21, 2016 , 9:00 am | Sorting Complete | WASHINGTON, DC 20007 |
| March 21, 2016 , 5:26 am | Arrived at Unit | WASHINGTON, DC 20007 |
| March 18, 2016 , 8:40 pm | Arrived at USPS Facility | WASHINGTON, DC 20066 |

## Track Another Package

Tracking (or receipt) number

[                                             ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

# EXHIBIT 30

4/1/2016

Mail - Your parcel has been delivered



# Your parcel has been delivered
1 message

**iShip_Services@iship.com** <iShip_Services@iship.com>
To: WF@martinmcmahonlaw.com

William Fox <wf@martinmcmahonlaw.com>

Fri, Apr 1, 2016 at 2:21 AM



Your parcel has been delivered

Join our email program to receive exclusive offers and resources

## Your parcel has been delivered

The parcel to **AMERICAN FRIENDS OF ULPANA OFRA** has been delivered.

## Your shipment information

Who sent it...
**WILLIAM J FOX**

(Sender's street address omitted
intentionally from this email)
**Washington, DC 20036**

Carrier detail...
**DHL Express Worldwide**

Tracking details...
Tracking No.: **2099649355**
Shipment ID:

https://mail.google.com/mail/u/1?ui=2&ik=7d9ac0ae6d&view=pt&search=inbox&th=153d07d3ee3c87b&siml=153d07d3ee3c87b

**MM5BRV9WVAM3J**

Order / Item #:

Reference #:

Ship date
**Wednesday, March 23, 2016**

Delivery date...
**Thu 31 Mar 2016 02:20 PM**

Who will receive it...
**AMERICAN FRIENDS OF ULPANA OFRA**

(Recipient's street address omitted intentionally from this email)
**YISHUV OFRA, 90627-2700 IL**
**Thu 31 Mar 2016 02:20 PM**

Who is carrying it...
**The UPS Store #0740**
**202-785-3604**

## Tracking your item

To get complete tracking information, click the following link:

**https://iiship.com/trackit/track.aspx?t=1&Track=MM5BRV9WVAM3J&src=_e**

## Have a question?

For any queries about this shipment, please contact **DHL** directly at , and have your tracking number ready.

## Great offers, direct to your inbox

Mail - Your parcel has been delivered

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Thursday, March 31, 2016 11:21 PM Pacific Daylight Time

# EXHIBIT 31

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016
Postmark Here

Sent 3/6/16
Rec'd Back 4/13/16

NOT REC'D

7014 1820 0001 4980 3277

Sent To
Karnei Shomron Foundation

Street & Apt. No., or PO Box No.
473 FDR Dr. #404

City, State, ZIP+4
New York, NY 10002

PS Form 3800, July 2014          See Reverse for instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | April 2016 |
| Return Receipt Fee (Endorsement Required) | 14.45 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Sent 4/27/16 |
| Total Postage & Fees | $ | Rec'd 5/6/16 |

Sent To Karger Shomron Foundation, Inc
Street & Apt. No. or PO Box No. ___ F.D.R. Drive
City, State, ZIP+4 New York NY 10002

PS Form 3800, July 2014          See Reverse for Instructions

7014 1820 0001 4960 3448

English     Customer Service     USPS Mobile        Register / Sign In

# ᴝUSPS.COM˚

## USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70141820000149803482

Updated Delivery Day: Saturday, May 7, 2016

## Product & Tracking Information

Available Actions

Postal Product:      Features:
               Certified Mail™

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 6, 2016 , 11:11 am | Delivered | WASHINGTON, DC 20036 |

Your item was delivered at 11:11 am on May 6, 2016 in WASHINGTON, DC 20036.

| | | |
|---|---|---|
| May 6, 2016 , 9:56 am | Arrived at Unit | WASHINGTON, DC 20036 |
| May 6, 2016 , 5:47 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| May 5, 2016 , 5:16 am | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| May 3, 2016 , 8:47 pm | Departed USPS Facility | WHITE PLAINS, NY 10610 |
| May 3, 2016 , 5:26 pm | Arrived at USPS Facility | WHITE PLAINS, NY 10610 |
| April 30, 2016 , 4:42 am | Moved, Left no Address | NEW YORK, NY 10002 |
| April 29, 2016 , 1:44 pm | Undeliverable as Addressed | NEW YORK, NY 10002 |
| April 28, 2016 , 11:03 am | Departed USPS Facility | METRO, NY |
| April 28, 2016 , 10:59 am | Arrived at USPS Facility | METRO, NY |
| April 28, 2016 , 6:32 am | Departed USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| April 27, 2016 , 10:22 pm | Arrived at USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| April 27, 2016 , 8:30 pm | Arrived at USPS Facility | WASHINGTON, DC 20066 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



# EXHIBIT 32



Michael J. Hogsten
Vice President, Deputy General
Counsel & Chief Compliance Officer
**G4S Secure Solutions (USA) Inc.**
1395 University Blvd.
Jupiter, FL 33458
Michael.hogsten@usa.g4s.com
Telephone: 561 691-6437
Fax: 561 691-6680
www.g4s.com/us

10 May 2016
<u>VIA UPS – Next Day</u>

Martin F. McMahon
Martin F. McMahon & Associates
1150 Connecticut Ave. NW
Suite 900
Washington, DC 20036

<u>Re:  Request to Waive Service in Al-Tamimi v. Adelson et al., Case No. 1:16-cv-00445-TSC (D.D.C.)</u>

Dear Mr. McMahon:

We have received from your office a Notice of a Lawsuit and Request to Waive Service of a Summons (the "Request") and the Complaint in the above-referenced case.  The Request is directed to "G4S North America," which appears to have been named as a defendant in the case.  We are not aware of a company called "G4S North America."  The name of the company located at this address is G4S Secure Solutions (USA) Inc. Accordingly, we cannot agree to waive service at this time.

We do not know which entity the plaintiffs in Al-Tamimi intended to name as a defendant.  If the plaintiffs intended to name G4S Secure Solutions (USA) Inc., we ask that you amend the complaint and send a corrected Request to our attention.   G4S Secure Solutions (USA) Inc. is willing to waive service provided G4S Secure Solutions (USA) Inc. is properly identified as a defendant in the case and provided a new request for waiver of service form is issued giving G4S Secure Solutions (USA) Inc. 60 days to respond from its sending.

Sincerely,

Michael J. Hogsten

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | March 2016 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

*Sent To*
Ready Mix Industries, Ltd.

*Street & Apt. No., or PO Box No.*
7657 Ruffner Rd.

*City, State, ZIP+4*
Birmingham, AL 35210

PS Form 3800, July 2014          See Reverse for Instructions

7014 1820 0001 4980 3073

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Ready Mix Industries, Ltd.
7657 Ruffiner Rd.
Birmingham, AL 35210

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 1415 5329 5870 68

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3109

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 1415 5329 5870 68

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

READY MIX
2657 Pinson RD
Bham AL 35210

9590 9402 1590 5362 4586 91

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X K. Watford ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

K. Watford    3/18/16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 1590 5362 4586 91

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

McMAHON & ASSOCIATES
1150 Connecticut Ave
9th Floor
WASHINGTON DC 20036

# EXHIBIT 33

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
   Plaintiff(s)

                                        Civil Action No. 1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
   Defendant(s)

## AFFIDAVIT OF MAILING

I, William Jameson Fox _____, hereby state that:

On the ___18th___ day of ___March_____, __2016___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Ahava - Dead Sea Minerals, 330 7th Ave N.W., New York, NY 10001


I have received the receipt for the certified mail, No. _70141820000149803444_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __21st___ day of __March_____, _2016__.

I declare under penalty of perjury that the foregoing is true and correct.


___June 9, 2016_____                    _____
        (Date)                                        (Signature)

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 14 70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAR 1 6 2016

Sent To *Ahava*

Street & Apt. No. or PO Box No. *330 7th Ave NW*

City, State, ZIP+4 *NY NY 1000*

PS Form 3800, July 2014    See Reverse for Instructions

7014 1820 0000 0440 4111

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1415 5329 5871 43

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MCMAHON & ASSOCIATES
1150 Connecticut Avenue
Ninth Floor
Washington, DC 20036

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ahava - Dead Sea Laboratories
330 7th Ave, NW
NY, NY
10001

9590 9402 1415 5329 5871 43

2. Article Number (Transfer from service label)

7014 1820 0001 4980 3444

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Nataur _____    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT 34

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Bassem Al-Tamimi, et al.
_____
  Plaintiff(s)

Civil Action No.  1:16-cv-445-TSC

vs.

Sheldon Adelson, et al.
_____
  Defendant(s)

### AFFIDAVIT OF MAILING

I, William Jameson Fox_____, hereby state that:

On the  15th  day of March_____,  2016 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Bank Hapoalim B.M., 1177 Avenue of the Americas, New York, NY 10036

I have received the online tracking confirmation ~~receipt~~ for the certified mail, No. 70141820000149803307_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the  17th  day of March_____,  2016 .

I declare under penalty of perjury that the foregoing is true and correct.

June 9, 2016
_____
     (Date)

_____
     (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

March 2016

Postmark Here

Ser 3/15/16
Rec'd 3/17/16

7014 1820 0001 9480 3307

*Sent To*
Bank Hapoalim B.M

*Street & Apt. No., or PO Box No.*
1177 Avenue of the Americas

*City, State, ZIP+4*
New York, NY 10036

PS Form 3800, July 2014                    See Reverse for Instructions

# EXHIBIT 36

3/28/2016

Mail - Your parcel has been delivered



# Your parcel has been delivered

1 message

**iShip_Services@iship.com** <iShip_Services@iship.com>
To: WF@martinmcmahonlaw.com

William Fox <wf@martinmcmahonlaw.com>

Mon, Mar 28, 2016 at 1:19 AM

## Your parcel has been delivered

The parcel to **HP ENTERPRISE SERVICES ISRAEL** has been delivered.

Join our email program to receive exclusive offers and resources

Your parcel has been delivered



## Your parcel has been delivered

## Your shipment information

Who sent it...
**WILLIAM J FOX**
**MCMAHON & ASSOCIATES**
(Sender's street address omitted intentionally from this email)

Carrier detail...
**DHL Express Worldwide**

Tracking details...
Tracking No.: **2095525971**

3/28/2016

Mail - Your parcel has been delivered

**Washington, DC 20036**

Shipment ID:
**MM5BRV9X8JM87**
Order / Item #:
Reference #:

Who will receive it...
**HP ENTERPRISE SERVICES ISRAEL**

Ship date
**Wednesday, March 23, 2016**

(Recipient's street address omitted
intentionally from this email)
**HAIFA, TECHNION PARK 32000 IL**
**Sun 27 Mar 2016 07:21 AM**

Delivery date...
**Sun 27 Mar 2016 07:21 AM**

Who is carrying it...
**The UPS Store #0740**
**202-785-3604**

## Tracking your item

To get complete tracking information, click the following link:

**https://iiship.com/trackit/track.aspx?t=1&Track=MM5BRV9X8JM87&src=_e**

## Have a question?

For any queries about this shipment, please contact **DHL** directly at , and
have your tracking number ready.

## Great offers, direct to your inbox

# EXHIBIT 38

3/28/2016

Mail - Your parcel has been delivered

William Fox <wf@martinmcmahonlaw.com>

## Your parcel has been delivered
1 message

iShip_Services@iship.com <iShip_Services@iship.com>
To: WF@martinmcmahonlaw.com

Mon, Mar 28, 2016 at 1:19 AM

Your parcel has been delivered

Join our email program to receive exclusive offers and resources



## Your parcel has been delivered

The parcel to **ISRAEL CHEMICALS, LTD** has been delivered.

## Your shipment information

Who sent it...
**WILLIAM J FOX**
**MCMAHON & ASSOCIATES**
(Sender's street address omitted
intentionally from this email)
**Washington, DC 20036**

Carrier detail...
**DHL Express Worldwide**

Tracking details...
Tracking No.: **2099622873**
Shipment ID:

3/28/2016

Mail - Your parcel has been delivered

**MM5BRV9KAHQWH**
Order / Item #:
Reference #:

Who will receive it...
**ISRAEL CHEMICALS, LTD**

(Recipient's street address omitted intentionally from this email)
**TEL AVIV, 61070 IL**
**Sun 27 Mar 2016 10:06 AM**

Who is carrying it...
**The UPS Store #0740**
**202-785-3604**

Ship date
**Wednesday, March 23, 2016**

Delivery date...
**Sun 27 Mar 2016 10:06 AM**

## Tracking your item

To get complete tracking information, click the following link:

**https://iiship.com/trackit/track.aspx?t=1&Track=MM5BRV9KAHQWH&src=_e**

## Have a question?

For any queries about this shipment, please contact **DHL** directly at , and have your tracking number ready.

## Great offers, direct to your inbox

Mail - Your parcel has been delivered

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Sunday, March 27, 2016 10:19 PM Pacific Daylight Time

# EXHIBIT 39



William Fox <wf@martinmcmahonlaw.com>

---

## Your parcel has been delivered
1 message

---

**iShip_Services@iship.com** <iShip_Services@iship.com>      Tue, Mar 29, 2016 at 1:16 AM
To: WF@martinmcmahonlaw.com

Your parcel has been delivered

Join our email program to receive exclusive offers and resources



## Your parcel has been delivered

The parcel to **MERKAVIM TRANSPORTATION TECHNOLOGIE** has been delivered.

## Your shipment information

Who sent it...
**WILLIAM J FOX**
**MCMAHON & ASSOCIATES**
(Sender's street address omitted
intentionally from this email)
**Washington**, DC 20036

Who will receive it...
**MERKAVIM TRANSPORTATION**
**TECHNOLOGIE**

(Recipient's street address omitted
intentionally from this email)
**CAESARIA INDUSTRIAL PARK**,
**38900 IL**
**Sun 27 Mar 2016 10:19 AM**

Carrier detail...
**DHL Express Worldwide**

Tracking details...
Tracking No.: **2099599541**
Shipment ID:
**MM5BRV93YZQFE**
Order / Item #:
Reference #:

Ship date
**Wednesday, March 23,**
**2016**

Delivery date...
**Sun 27 Mar 2016 10:19 AM**

Who is carrying it...

**The UPS Store #0740**

**202-785-3604**

# Tracking your item

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?t=1&Track=MM5BRV93YZQFE&src=_e**

# Have a question?

For any queries about this shipment, please contact **DHL** directly at , and have your tracking number ready.

# Great offers, direct to your inbox

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Monday, March 28, 2016 10:16 PM Pacific Daylight Time

# EXHIBIT 40



English     Contact Center     Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 2099661782**

Signed for by: GALI HALEVI.
Get Signature Proof of Delivery

**Sunday, March 27, 2016 at 09:45**
**Origin Service Area:**
   WASHINGTON - RONALD REAGAN NATIONAL,
   DC - WASHINGTON - USA
**Destination Service Area:**
   LOD - RAMLA - ISRAEL

1 Piece

| Sunday, March 27, 2016 | | Location | Time | Piece |
|---|---|---|---|---|
| 21 | Delivered - Signed for by : GALI HALEVI. | RAMLA | 09:45 | 1 Piece |
| 20 | With delivery courier | LOD - ISRAEL | 08:31 | 1 Piece |
| 19 | Arrived at Delivery Facility in TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 06:27 | 1 Piece |
| 18 | Departed Facility in TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 00:04 | 1 Piece |
| 17 | Processed at TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 00:03 | 1 Piece |
| **Saturday, March 26, 2016** | | **Location** | **Time** | **Piece** |
| 16 | Clearance processing complete at TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 19:28 | |
| 15 | Arrived at Sort Facility TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 19:13 | 1 Piece |
| 14 | Customs status updated | TEL AVIV - ISRAEL | 16:31 | |
| 13 | Departed Facility in BERGAMO - ITALY | BERGAMO - ITALY | 08:50 | 1 Piece |
| 12 | Transferred through BERGAMO - ITALY | BERGAMO - ITALY | 08:47 | 1 Piece |
| **Friday, March 25, 2016** | | **Location** | **Time** | **Piece** |
| 11 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:55 | 1 Piece |
| **Thursday, March 24, 2016** | | **Location** | **Time** | **Piece** |
| 10 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 23:23 | 1 Piece |
| 9 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 22:05 | 1 Piece |
| 8 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:47 | 1 Piece |
| 7 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:19 | 1 Piece |
| 6 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 00:46 | 1 Piece |
| **Wednesday, March 23, 2016** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:07 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:06 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - | WASHINGTON - RONALD REAGAN | 20:57 | 1 Piece |

| | | | | |
|---|---|---|---|---|
| | RONALD REAGAN NATIONAL - USA | NATIONAL, DC - USA | | |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 20:56 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 15:33 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

**Terms & Conditions**
**Tracking FAQs**

Deutsche Post DHL Group

The UPS Store - #740
1710 M St., NW
Washington, DC 20036-4504
(202) 785-3606

03/23/16  01:27 PM

We are the one stop for all your
shipping, postal and business needs.

Follow us on Twitter for Daily Specials
twitter.com/TheUPSStoreDC

|||||||||||||||||||||||||||||||||||||||||||||||

```
001 002320 (008)          TO $ 138.90
    Int'l WW Pri. Exp.
    Tracking# 2099525971
002 002320 (008)          TO $ 120.44
    Int'l WW Pri. Exp.
    Tracking# 2099538840
003 002306 (008)          TO $ 133.96
    Next Day 12pm
    Tracking# 2099574676
004 002320 (008)          TO $ 138.90
    Int'l WW Pri. Exp.
    Tracking# 2099599541
005 002320 (008)          TO $ 174.50
    Int'l WW Pri. Exp.
    Tracking# 2099610284
006 002320 (008)          TO $ 138.90
    Int'l WW Pri. Exp.
    Tracking# 2099632312
007 002320 (008)          TO $ 138.90
    Int'l WW Pri. Exp.
    Tracking# 2099622873
008 002320 (008)          TO $ 129.04
    Int'l WW Pri. Exp.
    Tracking# 2099661782
009 002320 (008)          TO $ 138.90
    Int'l WW Pri. Exp.
    Tracking# 2099649355
```

                     SubTotal  $1252.44
                        Total  $1252.44

              American Express  $1252.44
ACCOUNT NUMBER *        ***********1102
Appr Code:   (K)  Sale

Receipt ID 82840818699907555553 009 Items
CSH: AZIZ              Tran: 3345 Reg: 002

        http://www.theupsstoredc.com

  Whatever your business and personal
       needs, we are here to serve you.

            We're here to help.
Join our FREE email program to receive

# EXHIBIT 41

3/29/2016

Mail - Your parcel has been delivered



**Your parcel has been delivered**
1 message

**iShip_Services@iship.com** <iShip_Services@iship.com>
To: WF@martinmcmahonlaw.com

William Fox <wf@martinmcmahonlaw.com>

Tue, Mar 29, 2016 at 1:12 PM

## Your parcel has been delivered

The parcel to **HANSON ISRAEL LTD.** has been delivered.



Your parcel has been delivered

Join our email program to receive exclusive offers and resources

## Your shipment information

Who sent it...
**WILLIAM J FOX**
**MCMAHON & ASSOCIATES**
(Sender's street address omitted
intentionally from this email)
**Washington, DC 20036**

Carrier detail...
**DHL Express 9:00**

Tracking details...
Tracking No.: **209961O284**
Shipment ID:

Mail - Your parcel has been delivered

**MM5BRV9VU8DDS**

**HANSON ISRAEL LTD.**

Who will receive it...

Order / Item #:
Reference #:

(Recipient's street address omitted
intentionally from this email)
**MAIDENHEAD, BERKSHIRE SL6 4-
4JJ GB**
**Tue 29 Mar 2016 08:29 AM**

Ship date
**Wednesday, March 23,
2016**

Who is carrying it...
**The UPS Store #0740
202-785-3604**

Delivery date...
**Tue 29 Mar 2016 08:29 AM**

## Tracking your item

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?t=1&Track=MM5BRV9VU8DDS&src=_e**

## Have a question?

For any queries about this shipment, please contact **DHL** directly at , and
have your tracking number ready.

## Great offers, direct to your inbox

https://mail.google.com/mail/u/0/?ui=2&ik=7d9ac0ae6d&view=pt&search=inbox&th=153c35e518c5e835&siml=153c35e518c5e835

https://mail.google.com/mail/u/0/?ui=2&ik=7d9ac0ae6d&view=pt&search=inbox&th=153c35e6518c5e835&siml=153c35e6518c5e835

Mail - Your parcel has been delivered

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r), Shipping Insight.(r)

Tuesday, March 29, 2016 10:12 AM Pacific Daylight Time

# EXHIBIT 42



**William Fox <wf@martinmcmahonlaw.com>**

---

## Your parcel has been delivered
1 message

---

**iShip_Services@iship.com** <iShip_Services@iship.com>                 Tue, Mar 29, 2016 at 4:30 PM
To: WF@martinmcmahonlaw.com

Your parcel has been delivered

Join our email program to receive exclusive offers and resources



# Your parcel has been delivered

The parcel to **HEIDELBERGCEMENT AG** has been delivered.

# Your shipment information

Who sent it...
**WILLIAM J FOX**
**MCMAHON & ASSOCIATES**
(Sender's street address omitted
intentionally from this email)
**Washington, DC 20036**

Who will receive it...
**HEIDELBERGCEMENT AG**

(Recipient's street address omitted
intentionally from this email)
**HEIDELBERG, BADEN-WURTTEMBE**
**69120 DE**
**Tue 29 Mar 2016 11:51 AM**

Who is carrying it...
**The UPS Store #0740**

Carrier detail...
**DHL Express 12:00**

Tracking details...
Tracking No.: **2099574676**
Shipment ID:
**MM5BRV94H8RTM**
Order / Item #:
Reference #:

Ship date
**Wednesday, March 23,**
**2016**

Delivery date...
**Tue 29 Mar 2016 11:51 AM**

202-785-3604

## Tracking your item

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?t=1&Track=MM5BRV94H8RTM&src=_e**

## Have a question?

For any queries about this shipment, please contact **DHL** directly at , and have your tracking number ready.

## Great offers, direct to your inbox

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Tuesday, March 29, 2016 01:30 PM Pacific Daylight Time

# EXHIBIT 43


William Fox <wf@martinmcmahonlaw.com>

## Your parcel will soon be on its way
1 message

**iShip_Services@iship.com** <iShip_Services@iship.com>          Wed, Mar 23, 2016 at 12:14 PM
To: WF@martinmcmahonlaw.com

Your parcel is ready to go

Join our email program to receive exclusive offers and resources



## Your parcel is ready to go

Just to let you know, we've processed a parcel shipping to **CRH PLC**.

It's currently at **The UPS Store #0740** and will be picked up by **DHL** on **Wednesday, March 23, 2016**.

You can expect it to arrive on **Friday, March 25, 2016 End of Day**

## Your shipment information

Who sent it...                          Carrier details...
**WILLIAM J FOX**
**MCMAHON & ASSOCIATES**
(Sender's street address omitted
intentionally from this email)          Tracking details...
**Washington, DC 20036**                Tracking No.: **2099538840**
                                        Shipment ID:
                                        **MM5BRV9YJEZ6E**
Who will receive it...                  Ship Ref 1:
**CRH PLC**                             Ship Ref 2:
--                                      Shipping date...
(Recipient's street address omitted     **Wednesday, March 23, 2016**
intentionally from this email)
**DUBLIN, Dublin D02R279 IE**           Expected delivery date...

**Friday, March 25, 2016 End of Day**

Who is carrying it...
**The UPS Store #0740**
(202) 785-3604

Sender's message...
--

# Tracking your item

For complete tracking information, simply click below:

**https://iship.com/trackit/track.aspx?t=1&Track=MM5BRV9YJEZ6E&src=_e**

Please note: Tracking information may not be available until several hours after the carrier picks up the package. Carriers normally pick up in the late afternoon.

# Have a question?

For any queries about this shipment, please contact **DHL** directly at **1-800-Call-DHL** (1-800-225-5345), and have your tracking number ready.

# Great offers, direct to your inbox

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

Wednesday, March 23, 2016 09:14 AM Pacific Daylight Time

4/1/2016

iShip Track It- Track Packages

# iShip. SHIPPING TOOLS

Your Tracking Information

English (US) ▼

| Status: | DELIVERED |
| Delivered To: | DUBLIN, DU IE |
| Delivery Date: | Tue 29 Mar 2016 |
| Signed By: | MARIOLA |
| Carrier: | DHL |
| Service: | Express Worldwide |
| DHL Tracking Number: | 209953840 |

## Scan History:

| Tue 29 Mar 2016 | 11:54 AM | Delivered - Signed for by DUBLIN - IRELAND, REPUBLIC OF |
| | 9:34 AM | With delivery courier DUBLIN - IRELAND, REPUBLIC OF |
| Fri 25 Mar 2016 | 11:01 AM | Delivery attempted - consignee premises closed DUBLIN - IRELAND, REPUBLIC OF |
| | 10:01 AM | With delivery courier DUBLIN - IRELAND, REPUBLIC OF |
| | 9:01 AM | Arrived at Delivery Facility in DUBLIN - IRELAND, REPUBLIC OF |
| | 8:43 AM | Departed Facility in DUBLIN - IRELAND, REPUBLIC OF |
| | 8:42 AM | Processed at DUBLIN - IRELAND, REPUBLIC OF |
| | 6:18 AM | Arrived at Sort Facility DUBLIN - IRELAND, REPUBLIC OF |
| | 5:03 AM | Departed Facility in EAST MIDLANDS - UNITED KINGDOM EAST MIDLANDS - UNITED KINGDOM |
| Thu 24 Mar 2016 | 12:01 AM | Processed at EAST MIDLANDS - UNITED KINGDOM |
| | 7:41 PM | Arrived at Sort Facility EAST MIDLANDS - UNITED KINGDOM |
| | 9:05 AM | Departed Facility in NEW YORK CITY GATEWAY,NY-USA NEW YORK CITY GATEWAY,NY-USA |
| | 4:38 AM | Processed at NEW YORK CITY GATEWAY,NY-USA NEW YORK CITY GATEWAY,NY-USA |
| | 2:52 AM | Arrived at Sort Facility NEW YORK CITY GATEWAY,NY-USA NEW YORK CITY GATEWAY,NY-USA |
| Wed 23 Mar 2016 | 11:08 PM | Departed Facility in BALTIMORE AIRPORT,MD-USA BALTIMORE AIRPORT,MD-USA |
| | 11:07 PM | Processed at BALTIMORE AIRPORT,MD-USA |
| | 8:57 PM | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL,DC-USA BALTIMORE AIRPORT,MD-USA |
| | 8:56 PM | Processed at WASHINGTON - RONALD REAGAN NATIONAL,DC-USA WASHINGTON - RONALD REAGAN NATIONAL,DC-USA |
| | 3:33 PM | Shipment picked up WASHINGTON - RONALD REAGAN NATIONAL,DC-USA |

**NOTE:** The times listed in the scan details are local time.

4/1/2016

iShip Track It - Track Packages

Done

# Track Another Package

Carrier Tracking Number / iShip ID:

Submit

Tracking provided for

  

Learn More    Having trouble? Click here for help.    iShip, Inc. Privacy Policy

© 1998 - 2016 iShip, Inc. iShip, the iShip logo, Price It, Track It, Sell It, and Shipping Insight are trademarks of iShip, Inc. iShip, Inc. is a subsidiary of United Parcel Service of America, Inc. Logo and marks used by permission. All rights reserved

2/2

# EXHIBIT 44

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111

———

TEL: (202) 371-7000

FAX: (202) 393-5760

www.skadden.com

DIRECT DIAL
202-371-7872
DIRECT FAX
202-661-8327
EMAIL ADDRESS
JEN.SPAZIANO@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

June 8, 2016

**VIA ELECTRONIC MAIL**

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
mm@martinmcmahonlaw.com

RE:     Al-Tamimi v. Adelson et al. (No. 1:16-cv-00445-TSC)

Dear Mr. McMahon:

We are writing on behalf of ReadyMix Industries (Israel) Ltd. We understand that Plaintiffs filed a Report on Status of Service of Process on June 3, 2016, and that they are scheduled to file an updated report on June 10, 2016. We are writing to alert you to inaccuracies in the June 3 Report so that those inaccuracies are not repeated in the June 10 Report.

In particular, the June 3 Report characterized ReadyMix Industries (Israel) Ltd. as a "domestic defendant" and stated that Plaintiffs had effectuated service on ReadyMix Industries (Israel) Ltd. "by certified mail on March 18, 2016." (ECF 42 at 3 ¶ 29.) In fact, Readymix Industries (Israel) Ltd. is a company organized and registered in Israel. It therefore is not a domestic company. Moreover, Plaintiffs did not serve Readymix Industries (Israel) Ltd. by certified mail on March 18, 2016. Rather, they sent a Notice of a Lawsuit and Request to Waive Service of a Summons to "ReadyMix Industries Ltd.," an entity which does not exist, at the Birmingham, Alabama address of an entity that is not a defendant in the captioned action. For these reasons, it is inaccurate to represent or contend that ReadyMix Industries (Israel) Ltd. has been served in this action.

Martin McMahon, Esq.
June 8, 2016
Page 2


Please let me know if you have any questions.

Sincerely,

Jennifer L. Spaziano

Readymix Industries (Israel) Ltd.
155, Bialik Street
Ramat-Gan 5252346
Israel

Tel: +972-3-7519464

Registered No RE013221473US

Date Stamp

| Postage $ | $23.84 | Extra Services & Fees (continued) | |
| Extra Services & Fees | $13.40 | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ | | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | | |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ | $0.00 | $ | $37.24 |
| Customer Must Declare Full Value $0.00 | | Received by 06/10/2016 | |

To Be Completed By Post Office

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

WASHINGTON DC 20036

OFFICIAL USE

LC951351337US

**USPS® Customs Declaration – CN 22**
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Sender's Last Name          First
McMahon & Associates

Business
1150 Connecticut Ave NW

Address
Washington D.C. 20036

City          State          ZIP+4®

Telephone/Fax or Email

To: Addressee's Last Name          First
Readymix Industries (Israel) Ltd.

Business
155, Bialik Street

Address
Ramat-Gan          5252346

City          State/Province          Post Code
Israel          972-3-7519464

Country          Telephone/Fax or Email

**2 - Shipping Label (left) and Customer Copy (right)**

FROM
McMahon & Associates
1150 Connecticut Ave. NW
Suite 900
20036
Washington D.C. 20036, U.S.A

TO
Readymix Industries (Israel) Ltd.
155, Bialik Street
Ramat-Gan  5252346
Israel

Copy 1 - Customer
(See Information on Reverse)

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®