## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **BASSEM AL-TAMIMI, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:16-cv-00445-TSC |
| v. ) | |
| ) | |
| **SHELDON ADELSON, et al.;** ) | |
| ) | |
| Defendants. ) | |

---

## PLAINTIFFS' SECOND REPORT ON STATUS OF SERVICE OF PROCESS AND PROOFS OF SERVICE

Pursuant to the Court's Order of June 6, 2016 (Docket entry 45), Plaintiffs report as follows:

## I.      DOMESTIC DEFENDANTS WHO HAVE FILED APPEARANCES

The following domestic Defendants have been served with process pursuant to Fed. R. Civ. P. 4 and accepted said service or otherwise waived service and filed an appearance in this proceeding:

1. American Friends of Ariel. (Ex. 1).

2. Bank Leumi USA. (Ex. 2).

3. Christian Friends of Israeli Communities. (Ex. 3).

4. Efrat Development Foundation. (Ex. 4).

5. Elliott Abrams. (Ex. 5).

6. Friends of Israel Defense Forces. (Ex. 6).

7. Gush Etzion Foundation. (Ex. 7).

8. Haim Saban. (Ex. 8).

9. Hewlett Packard Enterprise Co. (Ex. 9).

10. Honenu National Legal Defense Organization. (Ex. 10).

11. John Hagee. (Ex. 11).

12. Lawrence Ellison. (Ex. 12).

13. Motorola Solutions, Inc. (Ex. 13).

14. Nordstrom, Inc. (Ex. 14).

15. RE/MAX, LLC. (Ex. 15).

16. Sheldon Adelson. (Ex. 16).

17. The Hebron Fund. (Ex. 17).

18. Veolia North America. (Ex. 18).

## II.   DOMESTIC DEFENDANTS WHO HAVE BEEN SERVED BUT WHO HAVE NOT YET FILED APPEARANCES

The following domestic Defendants have been served with process pursuant to Fed. R. Civ.

P. 4 but have not yet filed an appearance in this proceeding:

19. Access Industries: effectuated service by certified mail on March 16, 2016. (Ex. 19).

20. Africa Israel Investments, Ltd. (AFI Group): effectuated service by certified mail on March 16, 2016. (Ex. 20).

21. American Friends of Bet El Yeshiva: effectuated service by certified mail on March 24, 2016. (Ex. 21).

22. American Friends of Har Homa: effectuated service by certified mail on March 17, 2016. Note: this Defendant has reached out to Plaintiffs' counsel and produced convincing evidence that it is not, in fact, involved in the laundering of funds to the settlement of Har Homa. It will be removed from the list of Defendants in the anticipated amended complaint, and as such Plaintiffs do not attach evidence of service of process here.

23. Daniel Gilbert: effectuated service by certified mail on March 17, 2016. (Ex. 23).

24. Danya Cebus: effectuated service by certified mail on May 2, 2016. (Ex. 24).

25. Falic Family Foundation: effectuated service by certified mail on March 17, 2016. (Ex. 25).

26. Irving Moskowitz: effectuated service by certified mail on March 21, 2016. (Ex. 26).

27. Lev Leviev: effectuated service by certified mail on March 17, 2016. (Ex. 27).

28. Norman Braman: effectuated service by certified mail on March 21, 2016. (Ex. 28).

29. Volvo Group, a.k.a. AB Volvo (Publ): effectuated service by certified mail on March 21, 2016. (Ex. 29).


## III.   DOMESTIC DEFENDANTS UPON WHOM SERVICE HAS BEEN ATTEMPTED BUT NOT EFFECTUATED

The following domestic Defendants have had service attempted upon them, but for the reasons set forth below, they have not yet been served with process pursuant to Fed. R. Civ. P. 4:

30. American Friends of Ulpana Ofra: to date unable to locate a viable address for this Defendant. Service sent by DHL Express Worldwide parcel delivery to Ulpana Ofra (the recipient of American Friends of Ulpana Ofra money transfers) in the settlement of Ofra in Palestine. Received March 31, 2016. (Ex. 30).

31. Karnei Shomron Foundation: to date unable to locate a viable address for this Defendant, despite multiple attempts by certified mail. Note: Plaintiffs' previous representation that service had been effectuated was based upon an error in reading the U.S. postal service online tracking (Ex. 31).

32. G4S North America: effectuated service by certified mail on April 8, 2016. Received letter dated May 10, 2016 from counsel for "G4S Secure Solutions" stating correct name of entity is not "G4S North America" but "G4S Secure Solutions". Counsel for "G4S Secure Solutions" committed to waiving service of process upon receiving the complaint with correct name. Service to be effectuated upon correctly-named entity once anticipated

amended complaint reflects the correct name. (Ex. 32).

## IV.     FOREIGN DEFENDANTS WHO HAVE FILED APPEARANCES

The following foreign Defendants have been served with process pursuant to the Hague Convention or other applicable requirements or otherwise accepted or waived service and filed an appearance in this proceeding:

33. Ahava – Dead Sea Laboratories. (Ex. 33).

34. Bank Hapoalim B.M. (Ex. 34).

35. Bank Leumi Le-Israel B.M. (See Ex. 2).

36. Hewlett-Packard Enterprise Services Israel (EDS). (Ex. 36. See also Ex. 9).

37. Veolia Environnement S.A. (See Ex. 18).

## V.     FOREIGN DEFENDANTS UPON WHOM SERVICE HAS BEEN INITIATED

Plaintiffs have initiated service through the Hague Convention or other applicable requirements upon the following foreign Defendants who have not yet filed appearances. Specifically, the Defendants below have been provided the summons and complaint through DHL Express Worldwide parcel delivery. Plaintiffs believe that such service comports with the requirements for service in Israel under the Hague Convention because: (a) the Complaint is written in English (See Art. 5(3) of Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, https://www.hcch.net/en/states/authorities/details3/?aid=260); and (b) DHL Express Worldwide parcel delivery is a post system which provides an online confirmation equivalent to a certificate of receipt of service for registered post. These Defendants are:

38. Israel Chemicals, Ltd.: March 27, 2016. (Ex. 38).

39. Merkavim Transportation Technologies: March 27, 2016. (Ex. 39).

40. Nesher Israel Cement Enterprises: March 27, 2016.

41. Hanson Israel Ltd.: March 29, 2016. (Ex. 41).

42. HeidelbergCement AG: March 29, 2016. (Ex. 42).

43. CRH PLC: March 29, 2016. (Ex. 43).

44. ReadyMix Industries (Israel) Ltd.: June 10, 2016. Note: an unaffiliated (but similarly-named) domestic entity had been erroneously served by certified mail on March 18, 2016. Defendant alerted Plaintiffs by email of this error on June 8, 2016. Plaintiffs initiated international service shortly thereafter, on June 10, 2016. (Ex. 44).


## VI.     DEFENDANTS UPON WHOM SEPARATE SERVICE IS NOT NECESSARY

Plaintiffs do not anticipate serving separately the following Defendants, as they are subsidiaries, sister corporations, or parent corporations of Defendants which have or will be served in this action:

45. AFI USA (subsidiary of Africa Israel Investments, Ltd.)

46. G4S Israel (sister of G4S Secure Solutions). Note: Defendant G4S Secure Solutions (entry 32, supra) indicated to Plaintiffs on June 9, 2016 that it does not have authority to accept service of process on behalf of G4S Israel or G4S PLC. Plaintiffs will shortly file the requisite requests for issue of summonses against these two Defendants.

47. G4S PLC (parent of G4S Secure Solutions). See entry 46, supra.

48. Motorola Solutions Israel Ltd. (subsidiary of Motorola Solutions, Inc.)

49. RE/MAX Israel – Impact Property Developers Ltd. (subsidiary of RE/MAX LLC)

50. Veolia Environmental Services (Israel) (subsidiary of Veolia Environnement S.A.)

51. Volvo Bussar AB (subsidiary of Volvo Group, a.k.a. AB Volvo (Publ))


## VII.   MOTION FOR ADDITIONAL TIME

Pursuant to the status report above, Plaintiffs hereby request a reasonable extension of time to correct any defects in service upon the Defendants.


Respectfully Submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343
mm@martinmcmahonlaw.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that I have on June 10, 2016, served all the parties in this case with this

**Second Report on Status of Service of Process and Proofs of Service** in accordance with the

notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ Martin F. McMahon
_____

Martin F. McMahon, Esq.