IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM AL-TAMIMI et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHELDON ADELSON et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 16-cv-445 (TSC) |

**CONSENT MOTION FOR ENTRY OF AGREED ORDER CONCERNING
SHELDON G. ADELSON'S PROPOSED MOTION TO DISMISS FOR
INSUFFICIENT SERVICE OF PROCESS**

Defendant Sheldon G. Adelson, through undersigned counsel, and with the consent of plaintiffs' counsel, moves this Court for an order granting Mr. Adelson permission to file a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(5) (the "12(b)(5) Motion") according to the schedule set forth below in advance of the dispositive motions that were scheduled in this Court's June 6 Order (the "Dispositive Motions"), without prejudice to Mr. Adelson's raising all defenses in the Dispositive Motions other than those raised in the 12(b)(5) Motion.

The grounds for this Consent Motion are as follows:

1. On June 3, 2016, plaintiffs filed a status report (Dkt. No. 42) stating that they had "effectuated service [upon Mr. Adelson] by certified mail on March 18, 2016" (the "March Mailing").

2. At the June 6, 2016 status conference with the Court, undersigned counsel contended that the March Mailing was insufficient service. The Court ordered plaintiffs to

provide further detail and file proofs of service by June 10, 2016, "including specific explanations of precisely how and pursuant to which Rule service was effectuated for each Defendant." (Dkt. No. 45.)

3. After review of plaintiffs' Second Report on Status of Service of Process and Proofs of Service (Dkt. No. 46) and the Supplemental Memorandum filed on June 14 (Dkt. No. 47), undersigned counsel continues to contend that the March Mailing was insufficient service.

4. Undersigned counsel has conferred with counsel for plaintiffs. The plaintiffs assert that the March Mailing constitutes sufficient service.

5. In the interest of efficiency, conferring counsel have agreed that Mr. Adelson may move to dismiss under Rule 12(b)(5) for insufficient service of process separately and in advance of the Dispositive Motions. Conferring counsel have also agreed that, should Mr. Adelson remain in this action, the making of the Rule 12(b)(5) Motion does not waive, and is without prejudice to, Mr. Adelson's right to participate in and raise all Rule 12(b) defenses in the Dispositive Motions, except with respect to the sufficiency of the March Mailing.

6. Conferring counsel have, subject to the Court's approval, agreed on the following briefing schedule:

   a. Mr. Adelson's motion would be due June 30, 2016.

   b. Plaintiffs' opposition, if any, would be due July 14, 2016.

   c. Mr. Adelson's reply, if any, would be due July 28, 2016.

7. <u>Consent</u>: Plaintiffs consent to the relief sought in this motion as set forth in the proposed order submitted herewith.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order granting the relief sought herein as set forth in the proposed order submitted herewith.

Dated: June 20, 2016

                Respectfully submitted,

/s/ Barry G. Felder
Barry G. Felder, Bar No. 307736
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 338-3540
Fax: (212) 867-2329
e-mail: bgfelder@foley.com

Michael J. Tuteur, Bar No. D00202
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Tel: (617) 342-4016
Fax: (617) 342-4001
e-mail: mtuteur@foley.com

*Attorneys for Sheldon G. Adelson*

**CERTIFICATE OF SERVICE**

I herby certify that on June 20, 2016, a true and complete copy of the foregoing Consent Motion, together with proposed Order, was served by electronic filing via the ECF system to all counsel of record.

                /s/ Barry G. Felder
                 Barry G. Felder