# EXHIBIT 5: DRAFT PLAINTIFF DAMAGES DATABASE

| Plaintiff Name | Originating Donor(s)[1] | Transferring Entity | Receiving Entity | Eventuating Perpetrator | Resulting Damages |
|---|---|---|---|---|---|
| A'id Mahmoud Ahmed Al-Bur'i | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Died as a result of rocket bombing while he was on active duty volunteering for the Red Cross. Represented by his next of kin - wife Reham Nabeel Al-Bur'i |
| Abbas Hamideh | BL/BH | BL/BH | Haganah/ Palmach/ Irgun/Lehi/IDF | Haganah/ Palmach/ Irgun/Lehi/ IDF, Construction/Support firms | Family driven from home located in Ras Karkar in 1948. Lost __ family members, including __. Estimated value of home ___. List other damages here. Construction/support firms profited from this expulsion and theft by building settler homes on their property, financed by BL/BH. |
| Abbas Hamideh | One Israel Fund | BL/BH | Settlements of Dolev, Talmon A, Talmon B, Horesh Yaron, Na'ale | Settlers of Dolev, Talmon A, Talmon B, Horesh Yaron, Na'ale | Settler militia and security coordinators, with IDF/G4S assistance, continuing to take remaining family land in Ras Karkar for settlement development. |
| Abdur-Rahim Dudar | BL/BH | BL/BH | Haganah/ Palmach/ Irgun/Lehi/IDF | Haganah/ Palmach/ Irgun/Lehi/ IDF, Construction/Support firms | Family driven from home located in Haret Al-Depsi in 1948. Lost Estimated value of home and property $120,000.00. Construction/support firms profited from this expulsion and theft by renting this home still standing today at $10,000.00 annually for a total of $680,000.00. Lost second house and investment property worth $600,000. Rent on the investment |

---

[1] The donors take substantial tax write-offs, and the 501(c)(3)s do not report the donations as income, thereby defrauding the IRS in two ways.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | property $5000/month for 68 years, or $4,080,000. Rent on the house would be $10,000/month for 68 years, or $680,000.00. Content in home is $20,000.00. Emotional pain and suffering of over ten family members approximately $20,000,000.00. |
| Adam Hamdan | | | | | |
| Ahmad Kamal Ibrahim Suleiman Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him in Abasan al-Kabira, Khan Yunis, Gaza. Represented by his next of kin (brother) Ibrahim Kamal Ibrahim Abu-Teer. |
| Ahmad Suleiman Mahmoud Sahmour | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli soldiers targeted him and killed him In Shaq Al-Bareej. Address: Bani Suheila, Khan Yunis, Gaza. Represented by his next of kin (wife) Dharifa Ahmad Musa Sahmour |
| Ahmed Abdullah Muhammad Abu-Salah | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF | Israeli soldiers shot him in the head, tearing open his skull and killing him. Abasan al-Kabira, East Khan Yunis, Gaza. Represented by his next of kin (Father) Abdullah Muhammad Muslim Abu-Salah. |
| Ahmed Al-Zeer | American Friends of Ulpana Ofra | Ofra Development Fund/BL/BH | Settlement of Ofra | Settlers of Ofra/IDF/G4S | While cultivating his own land abutting the segregated settlement of Ofra, settlers viciously beat him. He suffered a skull fracture, broken bones, bleeding on the brain, other internal bleeding, and is now handicapped in a wheelchair. IDF/G4S personnel did not stop the settlers. |
| Alaa Nofal | BL/BH | BL/BH | Haganah/ Palmach/ Irgun/Lehi/IDF | Haganah/ Palmach/ Irgun/Lehi/ IDF area military | Family driven from home located in ___ on __ 1948. Lost __ family members, including __. Estimated value of home ___. Suffered severe emotional damages from trauma of eviction and denial of native identity. Construction/support firms profited |

2

| | | | | | commanders | from this expulsion and theft by building settler homes on their property. |
|---|---|---|---|---|---|---|
| Ali Abd Suleiman Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | | Israeli bombardments killed him; he was taken to the emergency room already dead. Represented by next of kin Shadi Ali Abd Abu-Teer. |
| Amani Muhammad Mahmoud Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | | Israeli bombardments completely destroyed her house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Anwar Khalil Mahmoud Dahleez | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Western Rafah, Rafah, Gaza. |
| Ashraf Abu-Rahma | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/G4S | | IDF soldiers shot him from a very short distance while they had him handcuffed and blindfolded. He fell on the floor but did not die. The incident was filmed by a Palestinian girl whose father was arrested as a result of her filming. |
| Awad Fathi Awad Naim | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | | Israeli bombardments partially destroyed his house, making it unsuitable for living, during the 2014 war on Gaza. Beit Hanoun, Gaza. |

| | | | | | |
|---|---|---|---|---|---|
| Basem Ibrahim Ahmed Abu-Rahmeh | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/CFOIC/BL/BH | IDF + Modi'in Illit Israeli settlement | IDF + Settlers of Modi'in Illit | Was hit by a US made gas bomb type "rocket" while he was participating in a peaceful local protest. The gas bomb hit him on his chest causing him to die from a semicircular wound. He was protesting the fact that settler from Modi'in Illit settlement stole his family's property (his family was granted $70,000 in a civil suit in Israeli courts). Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Bassam Chihdeh Jabr Al-Nawiri | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. His house was in Nuseirat, Gaza. |
| Bassem Ahmad Ibrahim Baraka | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. El-Zenah, Khan Yunis, Gaza |
| Bassem Al-Tamimi | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/G4S | Incarcerated __ times on __dates for peacefully protesting. Tortured __ times on __ dates. Lost sister, cousin, brother-in-law from IDF brutality. |
| Bassem Al-Tamimi | Honenu, other donors to One Israel Fund | Honenu/One Israel Fund/BL/BH | Settlement of Halamish | Settlers of Halamish | Attacked by settlers while protesting peacefully on __ date. Village well taken over by settlers on __ date. Other damages here___. |
| Doa'a Abu-Amer | Adelson, Braman, Ellison, FFF, Gilbert, | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | On the 29th of July the Israeli Air Force (F16) warplane, in conjunction with the 2014 war on Gaza, dropped a munitions-grade cluster bomb on the kindergarten where her family |

| | | | | | |
|---|---|---|---|---|---|
| | Hagee, Moskowitz, Saban | | | | members had taken refuge. 14 of her family were crushed with other two of her siblings. She was on the phone with them from abroad few hours before the bomb of the building (Al Dali building) where the kindergarten was located on the first floor, the total number of victims in the building were 37 civilians. |
| Emaan Toppazzini | BL/BH | BL/BH | Haganah/ Palmach/ Irgun/Lehi/IDF | Haganah/ Palmach/ Irgun/Lehi/ IDF, Construction/Support firms | Family driven from home located in El Bouzieh in May 1948. Family warned to flee before the attack. 5 friends returned on horseback for the sheep, they and their horses were all killed. Lost home and 20-acre farm. Suffered severe emotional damages from trauma of eviction and denial of native identity. Construction/support firms profited from this expulsion and theft by building settler homes on their property, financed by BL/BH. |
| Emad Shujaia | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | American Friends of Bet El Yeshiva/BL/BH | Settlement of Bet El | Settlers of Bet El | 16-year-old son Qais Shujaia was detected near the Beit El settlement through use of HP/Motorola equipment, and then shot by a Bet El settler or settlement coordinator using a high-powered rifle while walking in front of the gated settlement entrance. The bullet shattered his thigh bone and led to permanent disability. The shooter left Qais to bleed out, but he was rescued by family. |
| Eyad Younis Mahmoud Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Family Husseini, represented by Dr. Ismail Deik | One Israel Fund | BL/BH | Settlement of Beit HaArava | Settlers of Beit HaArava/ IDF/G4S | Settlers took 500 dunams of the family's land and started cultivating it, forced the family off of it, and dumped vegetable and plastic waste on their remaining land. Security coordinator prevents family's access to necessary agricultural roads. Construction/support firms profited from this expulsion and theft by building settler structures on their property. |

5

| | | | | | |
|---|---|---|---|---|---|
| Fathi Awad Mahmoud Naim | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments partially destroyed his house, making it unsuitable for living, during the 2014 war on Gaza. Beit Hanoun, Gaza. |
| Hamza Ibrahim Suleiman Abu-Mutlaq | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Hamza Younis Mahmoud Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Hanafi Mahmoud Kamel Abu-Yousef | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments targeted him and injured him, which caused him to bleed to death. Deir al-Balah, Gaza. Represented by his next of kin (brother) Medhat Mahmoud Kamel Abu-Yousef. |
| Hashim Yousef | Karnei Shomron Foundation | BL/BH | Settlement of Karnei Shomron | Settlers of Karnei Shomron | Physical assaults and batteries on farmers |
| Hashim Yousef, President of the Association for Farmer's Rights and Palestine's | Karnei Shomron Foundation | BL/BH | Settlement of Karnei Shomron | Settlers of Karnei Shomron, Construction/Support firms | Karnei Shomron settlers and settlement coordinator have taken thousands of dunams of land from association members and farmers in Jinsafut village, refused farmers access to their land, expelled them from their land, physically assaulted and battered many farmers, and built factories thereon with the help of the |

6

| | | | | | |
|---|---|---|---|---|---|
| Environment | | | | | construction/support firms, financed by BL/BH. |
| Hayat Muhammad Ali Abu-Dharifa | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed her house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Hiba Barghouthi | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/G4S/ Settlers of Halamish | On December 4, 2015, Plaintiff's brother Abdelrahman Barghouthi returned from the U.S. to visit his fiancee and family members. While he was walking on the road from his fiancee's house to his ancestral village of Abuud, three IDF soldiers stopped him. While his hands were up, they shot him through the neck and back of the head, killing him. The three soldiers then fled. |
| Hudaifa Nadhami Ahmad Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him when it targeted his house in Abasan al-Kabira, Khan Yunis, Gaza. Represented by his next of kin (Father) Nadhami Ahmad Khalil Abu-Teer. |
| Husni Abdulfatah Sabateen | Efrat Development Foundation | Keren Efrat/BL/BH | Settlement of Efrat | Settlers of Efrat/G4S | His sole income source was a piece of property that was destroyed, stolen by Israeli soldiers and settlers. He was prevented from having access to the land. This is despite him having the deed to the land by an Israeli court. Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Husni Abdulfatah Sabateen | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF | See Abuve. |

7

| Hussein Ibrahim Ahmed Tabash | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli soldiers damaged his farm as a result of the 2014 war on Gaza as well as the occupation. His farm and yield were damaged and he suffered a loss of a total of $1,150 USD as documented and detailed by the Ministry of Agriculture of Palestine (Palestinian Authority). Abasan al-Kabira, Khan Yunis, Gaza. |
| --- | --- | --- | --- | --- | --- |
| Ibrahim Khalil Suleiman Qablan | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him; shrapnel tore through his body and cut off his legs. Abasan al-Kabira, Khan Yunis, Gaza. Represented by his next of kin (wife) Amal Muhammad Qablan. |
| Ibrahim Mahmoud Ibrahim Musa | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/CFOIC/BL/BH | IDF/Settlement of Daniel | IDF/Settlers of Daniel | Israeli soldiers demolished the road leading to the property and destroyed parts of it and prevented Ibrahim from making any agricultural gain out of it. When Mr. Ibrahim tried to rebuild parts of his own land, he received a warning from Israeli soldiers asking him to stop rebuilding it immediately. As a result, Mr. Ibrahim has been suffering financial damages for the past 7 years. (The land is near Daniel Israeli settlement) |
| Ibrahim Mahmoud Ibrahim Musa & Yousef Muhammad Yaqoob Attwan | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF | Two of their registered properties were stolen, ruined and they were prevented from making any use out of them, causing them to continually suffer financial damages for the past 15 years. ==Follow up on what settlements nearby.== Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Ibrahim Mahmoud Muhammad Abu-Eid | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house, during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |

| Ibrahim Mahmoud Saeed Ramadan | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house, during the 2014 war on Gaza. Karam Al-Bolbos, Rafah, Gaza. |
|---|---|---|---|---|---|
| Ibrahim Masoud Muhammad Al-Nadir | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. His house was in Jabalia Nazlah, Old Gaza Road, Gaza. |
| Ibrahim Sabih | Efrat Development Foundation | Keren Efrat/BL/BH | Settlement of Efrat | Settlers of Efrat | 42 dunams of his agricultural land were taken over by settlers, remaining land being used as a dump by the settlers. Settlers destroyed 170 grape saplings, 12 ancient olive trees, slaughtered livestock, and cut off access to agricultural roads. Construction/support firms profited from this expulsion and theft by building settler homes on their property, financed by BL/BH. |
| Ibrahim Sabih | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/G4S/Settlers of Efrat | Multiple physical and verbal assaults by IDF/G4S personnel at settlers' behest while trying to cultivate his land. Resulted in multiple batteries with severe bruising, broken bones. |
| Ibrahim Suleiman Qablan Abu-Qablan | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him; his remains were taken to the hospital in fragments. Abasan al-Kabira, East Khan Yunis, Gaza. Represented by his next of kin (wife) Shireen Mahmoud Shehdah Qablan |
| Ismail Mahmoud | Adelson, | FIDF/BL/BH | IDF | IDF/Orbital | Israeli bombardments killed him in Abasan al-Kabira, Khan Yunis, |

| | | | | | |
|---|---|---|---|---|---|
| Muhammad Abu-Dharifa | Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | | | ATK/Alliant Techsystems | Gaza. Israeli bombardments also destroyed his house. Represented by his next of kin (wife) Hayat Muhammad Ali Abu-Dharifa. |
| Jamal Mo'ti Yousef Darduna | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. His house was in Jabalia Nazlah, Al-Salam District, Gaza. |
| Jawad Issa Ibrahim Salamah Al Horoob | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/G4S | His father was killed while trying to pass a checkpoint. Israeli soldiers shot him and killed him on the spot, claiming that he was resisting. Israeli soldiers also refused to release the tape as the incident was filmed and as it happened near a military tower. |
| Jawaher Ibrahim Abu-Rahmeh | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | IDF soldiers exposed her to a poisonous gas (possibly mixed with white phosphor, according to witnesses) during a weekly local protest that led her to suffocate and die a day or two later. |
| Jihan Andoni | AFHH, CFOIC | BL/BH | Settlement of Har Homa | Settlers of Har Homa/IDF/G4S | Forcibly expelled from their lands by settlers/construction/support firms assisted by G4S/IDF forces. Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Kamal Ibrahim Suleiman Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him in Abasan al-Kabira, Khan Yunis, Gaza. Represented by his next of kin (son) Ibrahim Kamal Ibrahim Abu-Teer. |

10

| | Saban | | | | |
|---|---|---|---|---|---|
| Khalid Awad Fathi Naim | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments partially destroyed his house, making it unsuitable for living, during the 2014 war on Gaza. Beit Hanoun, Gaza. |
| Khalil Ibrahim Mahmoud Tabash | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli soldiers damaged his farm as a result of the 2014 war on Gaza. His farm, yield and equipment were damaged and he suffered a loss of a total of $12,680 USD as documented and detailed by the Ministry of Agriculture of Palestine (Palestinian Authority). Abasan al-Kabira, Khan Yunis, Gaza. |
| Khalil Mahmoud Khalil Al-'ash | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. His house was a near Al-Tawfeeq mosque in Shuja'iyya district, Gaza. |
| Khulude Isaac | AFHH, CFOIC | BL/BH | Settlement of Har Homa | Settlers of Har Homa/IDF/G4S | Forcibly expelled from her lands by settlers/construction/support firms assisted by G4S/IDF forces. Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Mahmoud Ahmed Issa Sabateen | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/CFOIC/BL/BH | Beitar Illit settlement +IDF | Settlers of Beitar Illit settlement + IDF | Olive trees in his property were cut down multiple times. These repeated violation of his land occurred in 2012 and 2014 and are documented in the form of complaints to the Israeli police and by the International Red Cross. |
| Mahmoud Mohammed Ali Shaalan | Adelson, Braman, Ellison, FFF, Gilbert, | FIDF/BL/BH | IDF | IDF/G4S | Mahmoud was a 16-year-old American citizen. IDF soldiers shot him five times from behind from a very short distance. They then stripped his body and left him to bleed for hours while |

11

| | | | | | |
|---|---|---|---|---|---|
| | Hagee, Moskowitz, Saban | | | | preventing the Red Crescent and Palestinian ambulances, who were there to help him, until he died. He is represented by his next of kin - his father - Mohammed Ali Shaalan |
| Mahmoud Mohammed Ali Shaalan | American Friends of Bet El Yeshiva | BL/BH | Settlement of Bet El | Settlers of Bet El | See Above. Based upon information and belief the settlers of Bet El assisted the IDF soldiers in preventing the ambulances and the Red Crescent from reaching his son. |
| Mahmoud Muhammad Hamdan | | | | | |
| Majd Yousef Muhammad Atwan | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/G4S | Arrested without charge over alleged Facebook post that praises a violent bus bombing incident. Majd and her family deny that she made the alleged post. |
| Mina Ishaq | AFHH, CFOIC | BL/BH | Settlement of Har Homa | Settlers of Har Homa/IDF/G4S | Forcibly expelled from her lands by settlers/construction/support firms assisted by G4S/IDF forces. Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Muhammad Ibrahim Suleiman Abu-Mutlaq | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments partially destroyed his house, making it unsuitable for living, during the 2014 war on Gaza. Khuza'a, Khan Yunis, Gaza. |
| Muhammad Jihad Muhammad Al-Qara | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF | Shrapnel of Israeli bullets tore through the flesh of his body, killing him in Abasan al-Saghira, Khan Yunis, Gaza. Represented by his next of kin (his brother) Mamdouh Jihad Muhammad Al-Qara. |

| | | | | | |
|---|---|---|---|---|---|
| Muhammad Majid Elyan Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him in Abasan al-Kabira, East Khan Yunis, Gaza. Israeli air strikes also destroyed his house. Represented by his next of kin - father - Majid Elyan Abu-Teer. |
| Muhammad Suleiman Mahmoud Baraka | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him. He was taken to the hospital in pieces.  Abasan al-Saghira, Khan Yunis, Gaza. Represented by his next of kin (brother) Raafat Suleiman Mahmoud Baraka. |
| Musa Muhammad Ashoor Al-Shinbari | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his rented apartment during the 2014 war on Gaza. Mr. Al-Shanbari was a tenant of that apartment and lost his belongings and apartment furniture as a result of Israeli airstrikes on Gaza in 2014. El-Shabat district, Beit Hanoun, Gaza. |
| Musa Muhammad Mahmoud Al-Kafarna | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Al-Kafarnah, Beit Hanoun, Gaza. |
| Nazeeh Khalil Ibrahim Tabash | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Nidal | Adelson, | FIDF/BL/BH | IDF | IDF/Orbital | Israeli bombardments completely destroyed his house during |

| | | | | | |
|---|---|---|---|---|---|
| Muhammad Ibrahim Abu-Salah | Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | | | ATK/Alliant Techsystems | the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Nour Safwat Abd Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Shrapnel from Israeli bombardment of her house tore into her body and killed her in Abasan al-Kabira, Khan Yunis, Gaza. Represented by her next of kin (father) Safwat Abd Abu-Teer. |
| Osama Ali Ahmed Abu-Hassan | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Southern Abasan, Khan Yunis, Gaza. |
| Qais Ishaq | AFHH, CFOIC | BL/BH | Settlement of Har Homa | Settlers of Har Homa/IDF/G4S | Forcibly expelled from her lands by settlers/construction/support firms assisted by G4S/IDF forces. Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Ra'afat Ishaq | AFHH, CFOIC | BL/BH | Settlement of Har Homa | Settlers of Har Homa/IDF/G4S | Forcibly expelled from her lands by settlers/construction/support firms assisted by G4S/IDF forces. Construction/support firms profited from this expulsion and theft by building settler homes on their property. |
| Rami Abdulaziz Mohammed Sabateen | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/CFOIC/BL/BH | Beitar Illit settlement +IDF | Settlers of Beitar Illit settlement + IDF | His property was ruined, agricultural output stolen, equipment stolen, walls demolished, storehouse was burned. |
| Rami Elyan | Adelson, | FIDF/BL/BH | IDF | IDF/Orbital | Israeli bombardments completely destroyed his house during |

14

| Name | | | | | |
|---|---|---|---|---|---|
| Mahmoud Abu-Teer | Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | | | ATK/Alliant Techsystems | the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| ॰Rashad Kamal Musa Abu-Taweela | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house, during the 2014 war on Gaza. His house was a in al-Turkuman, Shuja'iyya district , Gaza. |
| Safwat Abd Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Salim Muhammad Abu-Salah | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli soldiers damaged his farm as a result of the 2014 war on Gaza. His farm, yield and equipment were damaged and he suffered a loss of a total of $32,700 USD, as documented and detailed by the Ministry of Agriculture of Palestine (Palestinian Authority). Abasan al-Kabira, Khan Yunis, Gaza. |
| Sami Elyan Mahmoud Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |
| Sami Shawqi Ahmed Madi | Adelson, Braman, Ellison, FFF, Gilbert, | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | He was targeted by Israeli forces in a location called Sharq Al-Bareej in Gaza. He was a father to seven young kids and children and a husband to Falastin Issa Madi, his wife, who suffers from |

| | | | | | |
|---|---|---|---|---|---|
| | Hagee, Moskowitz, Saban | | | | kidney disease. Because Mr. Madi, the income provider, was killed by Israeli soldiers, his wife and children live in a very primitive house in the Deir al-Balah refugee shelter. They pay rent even though they struggle financially as a result of the death of Mr. Madi. The house is barely habitable as it does not protect them from the heat of the summer or shelter them from the cold weather of the winter. He is represented by His next of Kin - His wife - Palestine Issa Madi. Location - Deir al-Balah, Gaza. |
| Suleiman Muhammad Suleiman Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments killed him in Abasan al-Kabira, Khan Yunis, Gaza. Represented by his next of kin, Muhammad Suleiman Yousef Abu-Teer. |
| Susan Abulhawa | BL/BH | BL/BH | Haganah/ Palmach/ Irgun/Lehi/IDF | Haganah/ Palmach/ Irgun/Lehi/ IDF area military commanders, Construction/Support firms | Family driven from home located in El Tur, East of Jerusalem on the Mount of Olives in 1967.  Families were dismantled, scattered and traumatized.  Family properties estimated in millions of dollars. Suffered severe emotional damages from trauma of eviction and denial of native identity, followed by denial of even the right to visit her homeland with a U.S. passport.  Construction/support firms profited from this expulsion and theft by building settler homes, or takeover of existing homes and properties for other uses, on their property. |
| Tagrid Eleyan Mahmoud Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments cut her legs, causing her to become permanently disabled. Abasan al-Kabira, Khan Yunis, Gaza. |
| Village Council of the Villages of | The Hebron Fund | The Jewish Community of | Settlement of Kiryat | Settlers of Kiryat Arba | Like Plaintiffs in other villages, they have lost spouses and family members, agricultural property, homes, and retail markets, had |

| | | | | | |
|---|---|---|---|---|---|
| Abu-Al-'Asja, Abu-Al-Ghazlan, Abu-Al-'Arqan, Karza, and Raboud | | Hebron/BL/BH | Arba | | water wells poisoned and animals slaughtered by settlers, suffered from environmental waste runoff, and were deprived of their natural resources. Construction/support firms profited from this expulsion and theft by building settler homes on their property, financed by BL/BH. |
| Waddah Khalid Sofan | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli soldiers shot him with a Dum Dum bullet when he was participating in a peaceful protest during the first intifada in 1989 causing him to be permanently disabled and confined to a wheelchair until this day. Mr. Sofan is an American Palestinian who lives in Oregon, Portland. Mr. Sofan was originally from another part of Palestine, but his family's land was stolen as a result of the occupation in the 1960s, causing him to be displaced to Herzliya where he was shot. |
| ==Wafa Nijmeddin== | BL/BH | BL/BH | Haganah/ Palmach/ Irgun/Lehi/ IDF | Haganah/ Palmach/ Irgun/Lehi/ IDF, Construction/Support firms | Family driven from home located in Dair Debwan, near Ramallah, in 1948. Relocated to Jericho, but was driven again from home in 1967. Spent nine years as a refugee in Jordan in squalid circumstances. Lost __ family members, including her uncle and__ to Israeli military aggression. Estimated value of home and property ___. List other damages here____. Construction/support firms profited from this expulsion and theft by building settler homes on their property, financed by BL/BH. |
| Wala'a Jihad Muhammad Al-Qara | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | An unmanned Israeli aircraft killed Mr. Al-Qara as it targeted Palestinian civilians in Abasan al-Kabira, Khan Yunis, Gaza. Represented by his next of kin, his brother Mamdouh Jihad Muhammad Al-Qara. |
| Younis Mahmoud Eleyan Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Israeli bombardments completely destroyed his house during the 2014 war on Gaza. Abasan al-Kabira, Khan Yunis, Gaza. |

|  | Moskowitz, Saban |  |  |  |  |
|---|---|---|---|---|---|
| Zeinab Safwat Abd Abu-Teer | Adelson, Braman, Ellison, FFF, Gilbert, Hagee, Moskowitz, Saban | FIDF/BL/BH | IDF | IDF/Orbital ATK/Alliant Techsystems | Shrapnel from Israeli bombardment of her house tore into her body and killed her in Abasan al-Kabira, Khan Yunis, Gaza. Represented by her next of kin (father) Safwat Abd Abu-Teer. |