Fee Simple Deed No. 752-S                                    Printed for and Sold by John C. Clark Co., 1326 Walnut St., Phila.

# This Indenture Made the 30 day of

August in the year of our Lord one thousand nine hundred and two (2000) 

**Between**    RICHARD M. BAKER, JR. AND FAYE A. BAKER,
               HUSBAND AND WIFE

(hereinafter called the Grantors), of the one part, and

SUSAN J. ABULHAWA

(hereinafter called the Grantee ), of the other part,

**Witnesseth** That the said Grantor s

for and in consideration of the sum of
ONE HUNDRED FORTY-FOUR THOUSAND FIVE HUNDRED DOLLARS AND NO/100 ($144,500.00) lawful money of the United States of America, unto them     well and truly paid by the said Grantee , at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged,  have granted, bargained and sold, released and confirmed, and by these presents do     grant, bargain and sell, release and confirm unto the said Grantee   her    heirs and assigns,

  ALL THAT CERTAIN Lot or parcel of land SITUATE in the Borough of Yardley
  bounded and described as follows, to wit: -

  BEGINNING at a corner on a street known as Pennsylvania Avenue in a line
  of other land of now or late of Charles T. Eastburn, from which this is
  taken; THENCE along the same North thirty-five (35) degrees thirty (30)
  minutes East one hundred and fifty (150) feet to a corner on a street
  known as Carr's Lane; THENCE along the same North fifty-four (54)
  degrees thirty (30) minutes West fifty (50) feet to a corner in the line
  of other land of the said Willis Derry; THENCE along said line South
  thirty-five (35) degrees thirty (30) minutes East one hundred and fifty
  (150) feet to a corner on Pennsylvania Avenue; THENCE along said street
  South fifty-four (54) degrees thirty (30) minutes East fifty (50) feet
  to the place of BEGINNING.

  BUCKS COUNTY TAX PARCEL 54-9-7

  BEING the same premises which ROSEANNA MacINTYRE a/k/a ROSEANNA McINTYRE
  by Deed dated January 30, 1998 and recorded February 12, 1998 in Bucks
  County in Land Record Book 1533 page 726, granted and conveyed unto
  RICHARD M. BAKER, JR. and FAYE A. BAKER, husband and wife, in fee.

BF2129  2264

**Together** with all and singular the building and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of

them the said grantors, as well at law as in equity, of, in, and to the same.

**To have and to hold** the said lot or piece of ground described with the building and improvements thereon erected hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee , her heirs and assigns, to and for the only proper use and behoof of the said Grantee , her heirs and assigns forever.

```
            #                            74440
09-13-00 13:58C004                       156535
       PA TRAN TAX                    $1,145.00
       YARDLEY BORO                     $722.50
       PENNSBURY SD                     $722.50
```

**And** the said Grantors, for themselves, their heirs, executors and administrators do hereby covenant, promise and agree, to and with the said Grantee , her heirs and assigns, by these presents, that they the said Grantors and their heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee , her heirs and assigns, against them , the said Grantors and their heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under himself, herself or any of them, shall and will

WARRANT and forever DEFEND.

**In Witness Whereof,** the parties of the first part hereunto set their hand and seal . Dated the day and year first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

_____ RICHARD M. BAKER, JR. (SEAL)

_____ FAYE A. BAKER (SEAL)

BK2129 PG2265

Commonwealth of Pennsylvania } ss:
County of Bucks

On this, the 30th day of August, 2000 before me, a Notary Public for the Commonwealth of Pennsylvania, residing in the County of Bucks the undersigned Officer,

personally appeared Richard M. Baker, Jr. and Faye A. Baker, husband and wife

known to me (satisfactorily proven) to be the person whose name is (are) subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunto set my hand and official seal.

Notary Public

Notarial Seal
Lynne Golia, Notary Public
Doylestown Twp., Bucks County
My Commission Expires June 28, 2003

---

**DEED**

SEP 13 00

RICHARD M. BAKER, JR.
AND FAYE A. BAKER,
HUSBAND AND WIFE

T O

SUSAN J. ABULHAWA

John C. Clark Co., Phila. 6086-4561

**AGENT FOR**
**TICOR TITLE**

Issued By:

Vintage Abstract Company, Inc.
57 South Main Street
Yardley, Pennsylvania 19067
(215) 493-9003

752-S

MAIL

B.C.B.O.A. Registry

The address of the above-named Grantee is 132 Pennsylvania Avenue Yardley PA 19067
On behalf of the Grantee

2129  2266