# EXHIBIT 1

Defendant Elliott Abrams's Opposition to Plaintiffs' Motion To Determine Propriety of
Justice Department Legal Representation of Defendant Abrams

*Bassem Al-Tamimi, et al. v. Sheldon Adelson, et al.*, No. 1:16-cv-00445-TSC (D.D.C.)



THE WHITE HOUSE
PRESIDENT
GEORGE W. BUSH



For Immediate Release
Office of the Press Secretary
February 2, 2005

## Personnel Announcement

Assistant to the President for National Security Affairs Stephen Hadley announced today the appointment of Elliott Abrams as Deputy Assistant to the President and Deputy National Security Advisor for Global Democracy Strategy, and that Faryar Shirzad will continue to serve in an expanded role as Deputy Assistant to the President and Deputy National Security Advisor for International Economic Affairs.

In his capacity as Deputy Assistant to the President and Deputy National Security Advisor for Global Democracy Strategy, Mr. Abrams will assist Mr. Hadley in work on the promotion of democracy and human rights, and will provide oversight to the NSC's directorate of Democracy, Human Rights, and International Organization Affairs and its directorate of Near East and North African Affairs. Working with Secretary Rice and Mr. Hadley, he will maintain his involvement in Israeli/Palestinian affairs.

Elliott Abrams has served as Special Assistant to the President and Senior Director for Near East and North African Affairs since December 2002. Prior to holding that position, he was Special Assistant to the President and Senior Director for Democracy, Human Rights and International Operations. He was a member and then Chairman of the U.S. Commission on International Religious Freedom from 1999 to 2001, and President of the Ethics and Public Policy Center from 1996 to 2001. Mr. Abrams served as an Assistant Secretary of State during the Reagan Administration from 1981 to 1989. Mr. Abrams received his bachelor's degree from Harvard, earned a master's in International Relations from the London School of Economics, and received his J.D. from Harvard Law School.

In his capacity as Deputy Assistant to the President and Deputy National Security Advisor for International Economic Affairs, Mr. Shirzad will expand his role to include focus on humanitarian affairs, stabilization, and reconstruction efforts.

Faryar Shirzad was previously Special Assistant to the President and Senior Director for International Economic Affairs at the National Security Council. Prior to joining the NSC staff, Mr. Shirzad served as Assistant Secretary for Import Administration at the Department of Commerce from 2001 to 2003. Before that, Mr. Shirzad was the Lead International Trade Policy Coordinator for the Bush-Cheney Transition Team. From 1997 to 2001, Mr. Shirzad served as the International Trade Counsel on the Majority Staff of the Senate Finance Committee. Prior to his government service, Mr. Shirzad was an attorney in private practice, specializing in international trade. Mr. Shirzad earned his law degree from the University of Virginia; a Master's in Public Policy, with a concentration in international trade and finance, from the John F. Kennedy School of Government at Harvard University; and a B.S. in Finance from the University of Maryland.

### # # #

**Return to this article at:**
/news/releases/2005/02/20050202-10.html

CLICK HERE TO PRINT