**Exhibit B: The Cycle of Trespass, Demolition, and Conversion**

**1. AGGRAVATED AND ONGOING TRESPASS**

Ideology-driven settlers claim and seize Palestinian hilltop land for their own use and occupation, raise Israeli flags, pitch tents, and drive caravans and trailers onto private Palestinian property.

**2. UTILITY HOOKUPS**

Rogue Israeli government officials issue illegal building permits, water access authorization, and provide unauthorized utility and sanitation hookups. Construction/support firms assist settler families in doing so.

**3. ONGOING SYSTEMATIC DEMOLITION OF PRIVATE STRUCTURES**

Neighboring Palestinian villagers have their homes, retail shops, and mosques condemned for alleged "structural defects" by the ILA or demolished by IDF and G4S forces, or violently confiscated by armed settlers and IDF personnel.

**4. INTENTIONAL CONVERSION**

Construction/support firms like Veolia, AFI, and Volvo build housing, shopping malls, highways, light rail, security barriers, sewage systems, on private Palestinian property which had been illegally seized by armed settlers and IDF personnel.

**5. SECURITY PROTECTION**

G4S, Hewlett Packard, and other contractors provide manned and biometric security services to prevent disgruntled Palestinian owners from accessing their property or posing threats to settler families.

**6. CORPORATE PROFITEERING**

RE/MAX  markets "Jewish-only" housing financed by BL/BH, and all entities share the windfall profits, including international conglomerate construction/support firms.