# AFFIDAVIT

1. My name is Linda Kateeb and I am over the age of 18. I give this affidavit in support of my attorney's motion regarding the Justice Department's decision to represent Elliott Abrams.

2. I find such a decision hard to believe and unfair. This is a man who has raised funding for, worked with, and encouraged violent religious extremists who forcibly seized and occupy "Jewish-only" settlements connected by "Jewish-only" highways built with taxpayer monies, including my own.

3. These extremists are the same people who, assisted by the Israeli army, stole my property located next to the settlement of Giv'at Ze'ev. Based on RE/MAX listings, my lost property may be worth $1 million.

4. Now, on top of that bad news, I learn we will be fighting a team of talented Justice Department attorneys and FBI investigators as a result of the Department's decision to represent Defendant Abrams. And that means Abrams gets free legal representation. WHY? I want to know who made that decision, what was the rationale, and whether there were political reasons and Washington heavyweights involved.

5. Since I am an American citizen and taxpayer, why don't I get free legal representation to secure the return of my property? And why isn't Abrams criminally prosecuted by the Justice Department for aiding and abetting the theft of my property?

6. I have written my Senators and my congressional representatives about this whole sordid situation. I will also be contacting the State Department. Whether dealing with Israel or another country, shouldn't my rights as a property owner be respected by that nation?

7. Your Honor, the real tragedy is that I am not the only American whose private property has been stolen by these violent and armed settlers. That is one of the reasons that I have joined in this lawsuit, i.e., to secure my rights as a Palestinian American

8. I urge you to get to the bottom of this disturbing political conduct with the U.S. Department of Justice. I am not going to stand idly by and watch my family heritage disappear. Whether he is represented by Justice Department attorneys or otherwise, I think Abrams, like all of us, should pay his own attorney fees. I thank you for your consideration of my concerns.

Sworn to this 12 day of July, 2016

Signed: *Linda Kateel*

Notary Public: *[signature]*

OFFICIAL SEAL
KIMBERLEY BAADE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/01/2018