IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X

BASSEM AL-TAMIMI, *et al.*,

                Plaintiff,                Docket No: 16-cv-445

                -against-

SHELDON ADELSON, *et al.*,

                Defendants.

------------------------------------------------------------------X

## MOTION BY DEFENDANTS
## AHAVA – DEAD SEA LABORATORIES AND NORDSTROM, INC.
## TO DISMISS AS THE AMENDED COMPLAINT ASSERTS NO CLAIMS
## AGAINST THEM

On August 1, 2016 the plaintiffs filed a First Amended Complaint ("FAC") (Ex. A). The plaintiffs failed to comply with this Court's order of June 6, 2016 [DE 45] (Ex. B), which required the plaintiff to "attach[] a redline version showing all revisions," *Id.*, and plaintiff's counsel has by email actually refused to comply (Ex. C). However, a close reading of the FAC reveals that the defendants Ahava – Dead Sea Laboratories and Nordstrom, Inc. have been deleted from the caption, and all allegations relating to these moving defendants have been deleted. It thus appears that the plaintiffs no longer assert any claims against these defendants.

Accordingly, the defendants Ahava – Dead Sea Laboratories and Nordstrom, Inc. respectfully request that the Court enter an order of dismissal as to these defendants pursuant to Fed. R. Civ. P. 41(a)(2), and that such dismissal be with prejudice since the plaintiffs had a chance to pursue these claims and have opted not to pursue them.

-2-

Dated:   Brooklyn, New York
        August 2, 2016

    Respectfully submitted,

    THE BERKMAN LAW OFFICE, LLC
    *Attorneys for the Ahava – Dead Sea*
    *Laboratories and Nordsrom, Inc.*

by:  _____
    Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
           August 2, 2016

                                                Robert J. Tolchin