

Robert Tolchin <rtolchin@berkmanlaw.com>

## Amended complaint

**Martin McMahon** <mm@martinmcmahonlaw.com>  Mon, Aug 1, 2016 at 4:33 PM
To: Robert Tolchin <rtolchin@berkmanlaw.com>

Bob why would we need to include deleted causes of action that should be obvious from reading the compl

> On Aug 1, 2016 4:15 PM, "Robert Tolchin" <rtolchin@berkmanlaw.com> wrote:
>
> Marty,
>
> I received your amended complaint via ECF.
>
> The court had directed you to provide a redline version of the amended complaint showing what was added and what was removed. Here is the order:
>
> - Plaintiffs shall amend their Complaint, attaching a redline version showing all revisions thereto, by **Monday, August 1**:
>
> You failed to provide the redline version. What you filed has some bizarre red text that appear to be some insertions, but you have not marked deletions or other changes.
>
> Please immediately provide the redline version as directed by the court.
>
> --Bob Tolchin
>
> Robert J. Tolchin, Esq.
> THE BERKMAN LAW OFFICE, LLC
> 111 Livingston Street, Suite 1928
> Brooklyn, New York 11201
> 718-855-3627