# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

BASSEM AL-TAMIMI, *et al.*,

                           Plaintiff,                         Docket No: 16-cv-445

                   -against-

SHELDON ADELSON, *et al.*,

                           Defendants.

-------------------------------------------------------------------X

The plaintiffs having filed a First Amended Complaint ("FAC");

The FAC having made no allegations against the defendants Ahava – Dead Sea Laboratories and Nordstrom, Inc.;

NOW, THEREFORE, IT IS ORDERED THAT:

Pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed as against the defendants Ahava – Dead Sea Laboratories and Nordstrom, Inc., with prejudice.

Dated: August ___, 2016

_____