**EXHIBIT A**

**CUSTOMARY INTERNATIONAL LAW VIOLATED ON A DAILY BASIS IN THE OPT**

1. 1863 Instructions for the Government of Armies of the United States in the Field, General Order № 100 ("Lieber Code of April 24, 1863")
2. 1899 The Hague Convention of 1899
3. 1907 The Hague Convention of 1907
4. 1945 Charter of the International Military Tribunal – Annex to the Agreement for the prosecution and punishment of the major war criminals of the European Axis ("Nuremberg Charter")
5. 1945 United Nations Charter
6. 1946 Nuremberg Principles
7. 1948 Universal Declaration of Human Rights
8. 1948 Convention on the Prevention and Punishment of the Crime of Genocide ("Genocide Convention")
9. 1949 Geneva Convention relative to the Protection of Civilian Persons in Time of War ("Fourth Geneva Convention" or "GCIV")
    a. Protocol Additional to the Geneva Conventions of 12 August 1949, and relating to the Protection of Victims of International Armed Conflicts (Protocol 1)
10. 1957 Standard Minimum Rules for the Treatment of Prisoners
11. 1959 Declaration of the Rights of the Child
12. 1965 International Convention on the Elimination of All Forms of Racial Discrimination
13. 1966 International Covenant on Civil and Political Rights
    a. First Optional Protocol to the International Covenant on Civil and Political Rights
14. 1966 International Covenant on Economic, Social, and Cultural Rights
15. 1984 Convention against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment
16. 1986 Comprehensive Anti-Apartheid Act of 1986
17. 1989 Convention on the Rights of the Child
18. 1998 Senate Resolution of Ratification of the International Covenant on Civil and Political Rights
19. 2000 Optional Protocol to the Convention on the Rights of the Child on the Involvement of Children in Armed Conflicts
20. 2004 Arab Charter on Human Rights