IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BASSEM AL-TAMIMI,** *et al.,* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:16-cv-00445<br>)<br>) |
| **SHELDON ADELSON,** *et al.,* | )<br>)<br>) |
| Defendants. | )<br>) |

**FILING REQUIRED BY COURT ORDER ENTERED AUGUST 3, 2016**

Come now the Plaintiffs herein and refile their Amended Complaint and an exhibit, which is the redlined version of the original complaint as required by this Court's order. Two causes of action were deleted from the original complaint, i.e. RICO and war crimes pillage. Exhibits C and D to the original complaint were also removed and a new Exhibit C has been added to the Amended Complaint, which is tracing the money from U.S. based 501(c)(3)s to Israeli based entities. The names of the parties listed in war crimes pillage have been removed as well.

The exhibit contains two versions of the Original Complaint that we are submitting to the Court today to make sure all the parties know what we have done. Because of the many lengthy changes we have done in the Complaint, each version has two PDFs: the first PDF for Version 1 and Version 2 labels every change and the second PDF for Version 1 and Version 2 shows lengthy revisions on changes that could not fit in the first PDF. Version 1 is the one that includes the footnotes that have been deleted. This version shows that when a sentence with a footnote is deleted, the track changes will show that, but it will not show that all other footnotes have

changed in number as a consequence of that revision. Version 2 is the one that excludes the footnotes. In this detailed version, if one footnote has been deleted all other footnote citations will go down one number and will be marked as a change. In other words, the detailed version accounts for the fact that once one footnote has been changed all the others have been affected, i.e. renumbered. In total we are submitting four PDFs in connection with the filing of this exhibit, two PDFs per Version, in case the Court or defense counsels prefers one version to the other.

      Plaintiffs counsel hereby apologizes for any confusion arising out of the filing of the Amended Complaint on Monday. Plaintiffs counsel stresses the fact that he did not try to circumvent the Court's order.

Respectfully Submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343
mm@martinmcmahonlaw.com
*Counsel for Plaintiffs*