IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BASSEM AL-TAMIMI,** *et al.*, ) | ) |
| Plaintiffs, ) | ) Case No. 1:16-cv-00445 |
| v. ) | ) |
| **SHELDON ADELSON,** *et al.*, ) | ) |
| Defendants. ) | ) |

### PLAINTIFFS' SUPPLEMENTAL MEMORANDUM

Come now the Plaintiffs herein and inform the Court that when they filed the Reply Memorandum regarding the Abrams issue they failed to provide a citation to a statement they made therein. The statement cited in the Reply Memorandum was made November 2014 by former Israeli Attorney General [1993-1996 Michal Ben-Yair]. His statement was that "We have turned it [the West Bank] into a colonial state. The West Bank has remained an occupied territory for over 47 years. During this period we have ignored international treaties; expropriated land; moved Israeli settlers from Israel to the occupied territories; engaged in acts of disinheritance and theft. We have justified all these actions in the name of security" *See Israel and Apartheid Analogy*, Wikipedia, June 13, 2016.

Respectfully Submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates

1

        1150 Connecticut Avenue, N.W., Suite 900  
        Washington, D.C. 20036  
        (202) 862 - 4343  
        mm@martinmcmahonlaw.com  
        *Counsel for Plaintiffs*