IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM AL-TAMIMI, et al.<br><br>     Plaintiffs<br><br>v.<br><br>SHELDON ADELSON, et al.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:16-cv-00445-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS PURSUANT TO LOCAL RULE 5.1(c)(1)

Comes Now Defendant John Hagee and respectfully moves the Court to dismiss the Amended Complaint as to all Plaintiffs, except Ali Ali and Saad Malley, on the grounds that Plaintiffs have failed to comply with Local Rule 5.1(c)(1) and the Court's Minute Order dated July 6, 2016 requiring each Plaintiff to set forth their full residence address.

Defendant further moves the Court for an order awarding him fees pursuant to 28 U.S.C. § 1927.

A Memorandum in Support of the motion has been filed herewith.

A Proposed Order has been filed herewith.

Respectfully submitted,

Dated: August 11, 2016

/s/ *Lars H. Liebeler*
_____
Lars H. Liebeler
D.C. Bar No. 416666
Lars Liebeler PC
1828 L Street, N.W., Suite 705
Washington, D.C.  20036
Direct Telephone: (202) 587-4747
Main Telephone: (202) 466-4110
Email: LLiebeler@LHL-LawFirm.com
*Counsel for Defendant John Hagee*

**CERTIFICATE OF SERVICE**

This is to certify that I have on August 11, 2016, served all the parties in this case with the foregoing instrument in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ *Lars H. Liebeler*
_____
Lars H. Liebeler, Esq.