IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM AL-TAMIMI, et al.<br><br>Plaintiffs<br><br>v.<br><br>SHELDON ADELSON, et al.<br><br>Defendants. | Civil Action No. 1:16-cv-00445-TSC |

## PROPOSED ORDER

Defendant John Hagee's Motion to Dismiss Pursuant to Local Rule 5.1(c)(1) is before the Court. The Court has carefully reviewed the Amended Complaint and finds that 78 of the 80 Plaintiffs have failed to comply with the requirement of setting forth their "full residence address" in the caption of the Amended Complaint.

Therefore, the Motion to Dismiss is hereby **GRANTED** as to all Defendants except Ali Ali and Saad Malley.

Defendant's motion for an award of attorneys fees is **GRANTED**. Counsel shall submit a statement of fees within 10 days of this order.

SO ORDERED, this ___ day of August, 2016.

                                                                     _____
                                                                     TANYA S. CHUTKAN
                                                                     United States District Judge