**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BASSEM AL-TAMIMI,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:16-cv-00445 |
| v. ) | |
| ) | |
| **SHELDON ADELSON,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT HAGEE'S MOTION TO DISMISS**

Come now the Plaintiffs herein and respond to Defendant Hagee's Motion to Dismiss. Since the same arguments were raised by Defendants Ahava and Nordstrom, Plaintiffs hereby incorporate the arguments that they made in their Motion for Reconsideration, which is pending before this Court. The Plaintiffs' major point is that whether Plaintiff X lives on a particular street in Village Y does not impair Defendant Hagee's ability to file his dispositive motion. For example, if the Court recalls defense counsel at the scheduling conference brought up the political question doctrine as a basis for dismissal. Judge Collyer in this Court has opined on that doctrine's application at length. *See Biton I*, 310 F.Supp.2d 172 (2004)("Although the backdrop for this case-i.e. the Israeli-Palestinian conflict- is extremely politicized, the circumstance alone is insufficient to make the Plaintiffs claims non-justiciable"); *See also Biton II*, 412 F.Supp.2d 1 (2005)(Judge Collyer succinctly remarked that "basic elements of the claim lie in tort, not in the relations between Palestine and Israel").

Moreover, listing full addresses in the Amended Complaint rather than submitting them under seal could have serious repercussions for the Plaintiffs who reside in the OPT. As referenced in the Amended Complaint page 85, paragraph 89, "Settlers can literally get away with murder." And, the Israeli army cannot control these violent armed settlers, in fact, they have to protect them when they go on rampages against the local Palestinian population.

A recent development has occurred which reinforces the Plaintiffs' concern for their physical safety. As stated in the Motion for Reconsideration on page 5 "Undersigned Counsel would much prefer that such threats be directed to his law firm address than against Plaintiffs themselves" That statement was made in support of the Plaintiffs point that they have already suffered retaliation, i.e. revocation of a U.S. travel visa and an incarceration, because of their participation in this lawsuit. As shown in the attached Exhibit 1, undersigned Counsel has recently had his life threatened and that goes to further support the fact that Plaintiffs reasonably fear for their physical safety. Undersigned Counsel has notified the Justice Department, the AUSA, and Homeland Security about this threat. See Exhibit 2.

Respectfully Submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343
mm@martinmcmahonlaw.com
*Counsel for Plaintiffs*