

Martin McMahon <mm@martinmcmahonlaw.com>

## Fwd: FATWA: Movement of Islamic Salvation
4 messages

**Husham Ibrahim al-Turki** <movementsalvation@gmail.com>  Tue, Aug 2, 2016 at 6:32 PM
To: mm@martinmcmahonlaw.com

FATWA

# MOVEMENT OF ISLAMIC SALVATION

1.

**FILE No. McM - 2109**

**To: Martin McMahon**

    A fatwa has been issued against you by the Movement of Islamic Salvation in Kuala Lumpur, Malaysia.

    It has been evidenced by the documentation provided to us by the Coalition Against Palestinian War Crimes based in Kuwait.

    Beyond a shadow of a doubt it proves that you are one of the world's extreme Izrail haters. You have an extensive history of collaboration with the jihadist Muslim Brothers who compose the Palestinian Hamas war criminals in Gaza, with the Palestinian gangster regime in Ramallah and the Hizbullah heretics in Beirut in the commission of the crime of incitement to genocide against the innocent Izrailite population, as detailed in the Goldstone Report.

It calls on all educated Sunni Muslims, Christian and Jewish clergy, Canadian anti-terrorist activists, human rights NGOs, journalists, attorneys, academics, trade unions, women's organizations and Members of Congress to have you incarcerated as a violator of international humanitarian law and a traitor to the **ummah.**

Other procedures are stipulated, including the application of the **Sharia** laws to racist Christians like you who violate the sacred teachings of the Holy Qur'an regarding the Izrailite **waqf** entitlement, as the People of the Book, to the Holy Land Of Izrail.

As an affiliated NGO with the International Criminal Court in the Hague, we will do our part to bring you, a promiscuous **kaffir and harbi**, to justice.

A copy of this decree has been handed to the Department of Homeland Security in Washington to have you inscribed on the international no-fly lists and to confiscate your passport.

As well, it is deposited with the International Council of Imams in Djakarta for their separate actions against you.

We have also requested that the FBI seek a warrant for your arrest as an interim measure, pending a trial for aiding denominated terrorist regimes in violation of US anti-terrorism laws.

O Allah! let Your glorious Majesty reign upon the entire world with the arrogant **kaffis and harbis** burning in the Hellfires as promised to us by Your Messenger of Wonder, Muhammad, peace be upon Him.

O Allah! let this ugly man's face be forever covered with the dung of donkeys for the stench he has emitted by trampling on Your Holy People of the Book and betraying the noble American people.

Sealed By:

His Excellency Sheikh Husham Ibrahim al-Turki, DIL
Supreme Justice
Sharia Court
Movement of Islamic Salvation
Kuala Lumpur, Malaysia