# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036
_____

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

S. ALEXANDER MILLER
Of Counsel
Admitted in Virginia

TINA DUKANDAR
Law Clerk
J.D. May 2018

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130
mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

W. JAMESON FOX
Associate
Admitted in Virginia
District of Columbia (Pending)

ALI HASHEM
International Attorney
Admitted in Saudi Arabia
U.S. L.L.M. May 2016

VICTORIA DODEV
International Coordinator

August 10, 2016

Homeland Security U.S Department
300 7th Street, SW
Washington D.C 20024

**Re: Obstruction of Justice under 18 U.S.C. Chapter 73**

Dear Sir

     I am an attorney in town and have my own civil and criminal litigation practice. Because I do file a lot of lawsuits, I get some angry comments from time to time. The reason I am writing to you is because of hate mail and a death threat I recently received and the vandalism of my car. I received an unsigned letter from Texas, which was the first piece of hate mail I received. I didn't report it because I didn't think much of it- it comes with the territory. Recently, however, I received a death threat by email from an organization in Malaysia [Movement of Islamic Salvation] that issued a fatwa against me. They received documentation from the Coalition Against Palestinian War Crimes based in Kuwait, no doubt a Mossad setup. Recently on Sunday morning July 31st, my front tire was slashed with four puncture wounds. I have been parking in the same space for 14 years and nothing like this has ever happened before and I am on excellent terms with all my neighbors.

     The reason I am receiving this stuff and being accused of an Israeli hater is because I filed a lawsuit Al-Tamimi v. Adelson Civil Action Number 1:16-cv-00445, which named wealthy Jewish donors, pro-Israel non profits, and corporations that have made millions on the occupation in Palestine. These non-profits have funded violent settlers overseas who confiscate Palestinian private property, arm settlers with sophisticated military hardware, and forcefully expel all non-Jews from the Occupied Territories. I think these non profits don't like the fact that the $1.7 billion they receive on an annual basis could dry up as a result of my lawsuits. The other lawsuit was filed against the Treasury Department saying that they were not enforcing their tax-exempt regulations against pro Israeli 501(c)(3)s. It is our opinion that those entities should have their tax-exempt status revoked as a result of violating those regulations.

  I can be interviewed at the office Mondays-Fridays 9a.m-5p.m except for Tuesday and Thursday mornings. I look forward to hearing from you. I filed a formal complaint with the management office at my condominium.

                Very Truly Yours,

                _____
                Martin F. McMahon, Esq.
                Managing Partner