AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Bassem Al-Tamimi et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cv-00445-TSC |
| Sheldon Adelson et al. | ) | |
| *Defendant* | ) | |

**SPECIAL APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I specially appear in this case as counsel for:

Hanson Israel Ltd.  We make a special appearance on behalf of this defendant, which has not been properly served and over which this Court lacks personal jurisdiction, for the purpose of raising and without waiving those and any other available defenses.                                                                                                                                                .

Date:   09/15/2016

/s/ Stephen Nickelsburg
*Attorney's signature*

Stephen Nickelsburg  (USDC Bar No. 475920)
*Printed name and bar number*

Clifford Chance US LLP
2001 K Street, N.W.
Washington, DC  20006
*Address*

steve.nickelsburg@cliffordchance.com
*E-mail address*

(202) 912-5108
*Telephone number*

(202) 912-6000
*FAX number*