IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM AL-TAMIMI et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHELDON ADELSON et al., <br><br> Defendants. | Case No. 16-cv-445 (TSC) |

**NOTICE REGARDING FORTHCOMING MOTIONS TO DISMISS
THE AMENDED COMPLAINT, REQUEST FOR LEAVE TO EXCEED PAGE LIMITS
FOR "OMNIBUS BRIEFING," AND REQUEST FOR LEAVE TO DEFER BRIEFING
FOR CERTAIN DEFENDANTS ON INDIVIDUAL ISSUES RELATED TO MOTIONS
TO DISMISS PURSUANT TO RULE 12(B)(2), (4), AND (5)**

Pursuant to the Court's scheduling order, Dkt. 45, Sheldon Adelson, Lawrence Ellison, John Hagee, Irving Moskowitz, Haim Saban, American Friends of Ariel, American Friends of Ulpana Ofra, American Friends of Bet El Yeshiva, Christian Friends of Israeli Communities, Efrat Development Foundation, Falic Family Foundation, Inc., Friends of the Israel Defense Forces, Gush Etzion Foundation, Hanson Israel, Ltd., Honenu National Legal Defense Organization, The Hebron Fund, Bank Leumi Le-Israel B.M., Bank Leumi USA, Bank Hapoalim B.M., RE/MAX, LLC, Access Industries, Inc., Veolia Environnement S.A., Veolia North America, Hewlett Packard Enterprise Co., Hewlett-Packard (Israel) Ltd., and Motorola Solutions, Inc. (collectively "Defendants") and Elliott Abrams submit the instant notice identifying the motions to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure that Defendants intend to file on October 6, 2016.

**United States' Motion to Dismiss**

The United States intends to file a notice substituting itself under the Westfall Act, Pub. L. No. 100-694, 102 Stat. 4563 (codified as amended in relevant part at 28 U.S.C. § 2679), as the sole defendant on the claims against Mr. Abrams.  The United States also intends to file a motion to dismiss the claims against it under Rules 12(b)(1) and 12(b)(6).  No other Defendants will join the United States' motion.

**Defendants' Motions to Dismiss**

All Defendants identified above, except for Mr. Abrams, intend to move this Court for an order dismissing the Amended Complaint pursuant to Rule 12(b)(1) and 12(b)(6).[1]  In an Omnibus Memorandum of Law, Defendants will show pursuant to Rule 12(b)(1) that none of the claims asserted in the Amended Complaint are justiciable under the political question and act of state doctrines, that no Plaintiffs have sufficiently asserted standing to seek relief for their purported injuries, and that the Amended Complaint improperly seeks to invoke jurisdiction under the Alien Tort Statute (ATS) over extraterritorial matters.  The Court should dispose of this case in its entirety on Rule 12(b)(1) grounds.  In addition, the Omnibus Memorandum also will set forth the numerous grounds demonstrating the failure of the Amended Complaint to state any valid claims for relief under Rule 12(b)(6).

In order to address adequately these issues raised by the Amended Complaint on behalf of twenty-six parties, Defendants respectfully request the Court's permission for the Omnibus Memorandum to exceed the page limitation set forth in the local rules.  Defendants expect that the Omnibus Memorandum shall not exceed 90 pages and the Omnibus Reply shall not exceed

---

[1] On June 30, 2016, Mr. Adelson moved to dismiss under Rule 12(b)(5) (Dkt. 59).  If that motion is granted prior to October 6 or the completion of briefing on the October 6 motions, Mr. Adelson will, respectively, either not join in the Rule 12(b)(1) and 12(b)(6) motion described herein or, with the Court's permission, withdraw from that motion.

50 pages.  This will be significantly less than the number of pages utilized if Defendants were to file fully separate memoranda and replies, and the net effect will be to reduce significantly the amount of briefing on these issues.  Plaintiffs' counsel has consented to the filing of an Omnibus Memorandum of up to 90 pages and an Omnibus Reply of up to 50 pages.

In addition, Defendants Lawrence Ellison, Irving Moskowitz, Haim Saban, American Friends of Ariel, American Friends of Ulpana Ofra, Christian Friends of Israeli Communities, Efrat Development Foundation, Falic Family Foundation, Inc., Friends of the Israel Defense Forces, Gush Etzion Foundation, Hanson Israel, Ltd., Honenu National Legal Defense Organization, The Hebron Fund, Bank Leumi Le-Israel B.M., Bank Leumi USA, Bank Hapoalim B.M., Access Industries, Inc., Veolia Environnement S.A., Veolia North America, Hewlett Packard Enterprise Co., Hewlett-Packard (Israel) Ltd., and Motorola Solutions, Inc. intend to file supplemental memoranda on issues unique to these individual Defendants, including but not limited to motions to dismiss based on lack of personal jurisdiction and lack of proper service of process.  Due to the individualized nature of these defenses, it is not feasible for these Defendants to make them in an "omnibus" fashion (although certain of these Defendants may file joint briefs on these subjects).  Each of these Defendants will file a supplemental memorandum raising all unique issues pertaining to that Defendant, which will be limited to a maximum of 15 pages per Defendant, except for the supplemental memorandum filed by Gush Etzion Foundation which will be within the limit set forth in LCvR 7(e).  In total, with the requested allowance for the Omnibus Memorandum, this would result in opening briefs that would be, at most, slightly over one-third of the length allowed by the local rules for twenty-six defendants.

In order to promote judicial economy, several of the Defendants that intend to file supplemental memoranda on individual issues of personal jurisdiction and service of process will file their motions regarding personal jurisdiction and service of process on or before October 6, 2016, but request leave to defer briefing those individual and fact-based issues until after the Court rules on the Rule 12(b)(1) and 12(b)(6) motions, which may make such individual briefing unnecessary. Accordingly, Defendants Lawrence Ellison, Irving Moskowitz, Haim Saban, Falic Family Foundation, Inc., Friends of the Israel Defense Forces, Bank Leumi Le-Israel B.M., Bank Leumi USA, Bank Hapoalim B.M., and Motorola Solutions, Inc. respectfully request that the Court grant them leave to defer briefing on these individual issues until a later date to be set by the Court.

Dated: Washington, D.C.
September 15, 2016

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Alexis L. Collins*

Alexis L. Collins (D.C. Bar # 474599)
Jonathan I. Blackman (admitted *pro hac vice*)
Teale E. Toweill (D.C. Bar # 996061)
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
T: 202-974-1500
F: 202-974-1999
acollins@cgsh.com
jblackman@cgsh.com
ttoweill@cgsh.com

*Counsel for Defendants Bank Leumi Le-Israel B.M. and Bank Leumi USA*

COVINGTON & BURLING LLP

By: */s/ John E. Hall /Signature with Permission*

John E. Hall (D.C. Bar No. 415364)
David M. Zionts (D.C. Bar No. 995170)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
jhall@cov.com
dzionts@cov.com

*Counsel for Defendants Hewlett Packard Enterprise Co. and Hewlett-Packard (Israel) Ltd.*

CHADBOURNE & PARKE LLP

By: */s/ Abbe David Lowell /Signature with Permission*

Abbe David Lowell
(D.C. Bar No. 358651)
Michael Bhargava (D.C. Bar No. 978078)
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 974-5600
Facsimile: (202) 974-5602
E-mail: adlowell@chadbourne.com;
mbhargava@chadbourne.com

*Counsel for Defendant Bank Hapoalim B.M.*

BAKER BOTTS L.L.P.

By: */s/ William H. Jeffress, Jr. /Signature with Permission*

William H. Jeffress, Jr. (D.C. Bar No. 041152)
Aaron Stein Rabinowitz (D.C. Bar No. 1017165)
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 639-7844
Fax: (202) 585-1004
william.jeffress@bakerbotts.com
aaron.rabinowitz@bakerbotts.com

*Counsel for Defendants Lawrence Ellison and Haim Saban*

IFRAH PLLC

By: */s/ George R. Calhoun /Signature with Permission*

George R. Calhoun (D.C. Bar No. 459717)
1717 Pennsylvania Ave., NW
Suite 650
Washington D.C., 20006
T: (202) 524-4140
F: (202) 524-4141
george@ifrahlaw.com

*Counsel for Defendant Motorola Solutions, Inc.*

FOLEY & LARDNER LLP

By: */s/ Barry G. Felder /Signature with Permission*

Barry G. Felder (Bar No. 307736)
90 Park Avenue
New York, New York 10016
T: 212-338-3540
F: 212-687-2329
bgfelder@foley.com

Michael J. Tuteur (Bar No. D00202)
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
T: 617-342-4016
F: 617-341-4001
mtuteur@foley.com

*Counsel for Defendant Sheldon G. Adelson*

| | |
|---|---|
| COFFEY BURLINGTON, P.L.<br><br>By: */s/ Andrew H. Marks /Signature with Permission*<br><br>Andrew H. Marks, Esq. (DC Bar No. 932269)<br>amarks@coffeyburlington.com<br>Gabriel Groisman, Esq.<br>Admitted pro hac vice<br>Florida Bar No. 25644<br>ggroisman@coffeyburlington.com<br>yvb@coffeyburlington.com<br>service@coffeyburlington.com<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida 33133<br>Telephone: (305) 858-2900<br>Facsimile: (305) 858-5261<br><br>*Counsel for Defendant Falic Family Foundation* | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br><br>By: */s/ Elliot E. Polebaum /Signature with Permission*<br><br>Elliot E. Polebaum (DC Bar No. 358748)<br>Douglas W. Baruch (DC Bar No. 414354)<br>Joseph J. LoBue (DC Bar No. 484097)<br>Jennifer M. Wollenberg (DC Bar No. 494895)<br>801 17th Street, NW<br>Washington, DC 20006<br>Telephone: (202) 639-7000<br>Facsimile: (202) 639-7003<br>Email: Elliot.Polebaum@friedfrank.com<br><br>*Counsel for Defendants Veolia North America and Veolia Environnement S.A.* |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>By: */s/ Christopher M. Loveland /Signature with Permission*<br><br>Christopher M. Loveland<br>(D.C. Bar No. 473969)<br>2099 Pennsylvania Ave., N.W.<br>Suite 100<br>Washington, D.C. 20006-6801<br>Telephone: (202) 747-1924<br>Facsimile: (202) 747-3832<br>cloveland@sheppardmullin.com<br><br>*Counsel for Defendant Irving Moskowitz* | CLIFFORD CHANCE US LLP<br><br>By: */s/ Stephen M. Nickelsburg /Signature with Permission*<br><br>Stephen M. Nickelsburg (D.C. Bar No. 475920)<br>2001 K Street NW<br>Washington, DC 20006-1001<br>202-912-5108<br>stephen.nickelsburg@cliffordchance.com<br><br>*Counsel for Defendant Hanson Israel Ltd.* |

6

O'HAGAN MEYER

By: /s/ *Michael E. Barnsback* /*Signature with Permission*

Michael E. Barnsback (USDC Bar No. VA015)
411 E. Franklin Street, Suite 500
Richmond, VA 23219
PH 804-403-7100
FX 804-403-7110
mbarnsback@ohaganmeyer.com

*Counsel for Defendant RE/MAX, LLC*

PROSKAUER ROSE LLP

By: /s/ *Mark D. Harris* /*Signature with Permission*

Mark D. Harris (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3530
Facsimile: (212) 969-2900
Email: mharris@proskauer.com

Rachel O. Wolkinson (DC Bar No. 975548)
1001 Pennsylvania Avenue, N.W.
Suite 600 South
Washington, D.C. 20004
Telephone: (202) 416-5811
Facsimile: (202) 416-6899
Email: rwolkinson@proskauer.com

*Counsel for Defendant*
*Friends of the Israel Defense Forces*

LARS LIEBELER PC

By: /s/ *Lars H. Liebeler* /*Signature with Permission*

Lars H. Liebeler
D.C. Bar No. 416666
1828 L Street, N.W., Suite 705
Washington, D.C. 20036
Direct Telephone: (202) 587-4747
Main Telephone: (202) 466-4110
Email: LLiebeler@LHL-LawFirm.com

*Counsel for Defendant John Hagee*

ZELL, ARON & CO.

By: /s/ *Lawrence Marc Zell* /*Signature with Permission*

Lawrence Marc Zell
D.C. Bar No. 959437
34 Ben Yehuda Street
15th Floor
City Tower Building
Jerusalem 9423001 ISRAEL
Direct Phone: 011-972-2-633-6301
Main Telephone: 011-972-2-633-6300
Cell Phone: 011-972-52-869-9000
Email: mzell@fandz.com

*Counsel for Defendants American Friends of Ariel, Inc., American Friends of Ulpana Ofra, Gush Etzion Foundation, The Hebron Fund, Christian Friends of Israeli Communities, Honenu National Legal Defense Organization [sic]*

7

| | |
|---|---|
| DAVID ABRAMS, ATTORNEY AT LAW | KIRKLAND & ELLIS LLP |
| By: */s/ David Abrams /Signature with Permission* | By: */s/ Jay P. Lefkowitz /Signature with Permission* |
| David Abrams (Bar No. NY0201)<br>305 Broadway, Suite 601<br>New York, NY 10007<br>212-897-5821<br>dnabrams@gmail.com | Jay P. Lefkowitz<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>lefkowitz@kirkland.com |
| *Counsel for Defendant Efrat Foundation USA* | *Counsel for Defendant Access Industries, Inc.* |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| By: */s/ Shelley Ivan /Signature with Permission* | By: */s/ Paul E. Werner /Signature with Permission* |
| Shelley Ivan (DC Bar No. 985488)<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br>Email: sivan@kasowitz.com | PAUL E. WERNER<br>(MD Bar, under LCvR 83.2(e))<br>Trial Attorney<br>United States Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-4152 (phone)<br>(202) 616-4314 (fax)<br>E-mail: Paul.Werner@usdoj.gov |
| *Counsel for American Friends of Bet El Yeshiva* | *Counsel for Defendant Elliott Abrams* |

8