**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BASSEM AL-TAMIMI et al.,

Plaintiffs,

v.

SHELDON ADELSON et al.,

Defendants.

Case No. 16-cv-445 (TSC)

**[PROPOSED] ORDER**

After consideration of Defendants Sheldon Adelson, Lawrence Ellison, John Hagee, Irving Moskowitz, Haim Saban, American Friends of Ariel, American Friends of Ulpana Ofra, American Friends of Bet El Yeshiva, Christian Friends of Israeli Communities, Efrat Development Foundation, Falic Family Foundation, Inc., Friends of the Israel Defense Forces, Gush Etzion Foundation, Hanson Israel, Ltd., Honenu National Legal Defense Organization, The Hebron Fund, Bank Leumi Le-Israel B.M., Bank Leumi USA, Bank Hapoalim B.M., RE/MAX, LLC, Access Industries, Inc., Veolia Environnement S.A., Veolia North America, Hewlett Packard Enterprise Co., Hewlett-Packard (Israel) Ltd., and Motorola Solutions, Inc. (collectively "Defendants") Request for Leave to Exceed Page Limits for "Omnibus Briefing," the Court hereby **ORDERS** that Defendants' request for leave to jointly file an omnibus memorandum of law ("Omnibus Memorandum") addressing issues raised pursuant to Rule 12 of the Federal Rules of Civil Procedure that shall not exceed 90 pages and a reply brief that shall not exceed 50 pages is **GRANTED**. In addition to the Omnibus Memorandum, each Defendant is permitted to file a supplemental memorandum on issues unique to that Defendant, which shall not exceed 15

pages per Defendant, except for the supplemental memorandum filed by Gush Etzion Foundation which shall be within the limit set forth in LCvR 7(e).

After consideration of Defendants Lawrence Ellison, Irving Moskowitz, Haim Saban, Falic Family Foundation, Inc., Friends of the Israel Defense Forces, Bank Leumi Le-Israel B.M., Bank Leumi USA, Bank Hapoalim B.M., and Motorola Solutions, Inc. Request for Leave to Defer Briefing for Certain Defendants on Individual Issues Related to Motions to Dismiss Pursuant to Rule 12(b)(2), (4), and (5), the Court hereby **ORDERS** that the request by the above Defendants for the Court's consent to defer briefing on their individual issues of personal jurisdiction and service of process until after the Court's decision on Defendants' motions to dismiss pursuant to Rule 12(b)(1) and 12(b)(6) is **GRANTED**.

Dated: _______________

_________________________________
TANYA S. CHUTKAN
United States District Judge

**List of Persons to be Notified**

**Plaintiffs**

| | |
|---|---|
| BASSEM AL-TAMIMI, *et al.* | Martin F. McMahon<br>William Jameson Fox<br>MCMAHON & ASSOCIATES<br>1150 Connecticut Avenue, NW<br>Suite 900<br>Washington, DC 20036<br>(202) 862-4343<br>Fax: (202) 828-4130<br>Email:mm@martinmcmahonlaw.com |

**Defendants**

| | |
|---|---|
| SHELDON ADELSON | Barry G. Felder<br>FOLEY & LARDNER, LLP<br>90 Park Avenue<br>New York, NY 10016<br>(212) 338-3540<br>Email: bgfelder@foley.com<br><br>Michael J. Tuteur<br>FOLEY & LARDNER, LLP<br>111 Huntington Avenue<br>26th Floor<br>Boston, MA 02199<br>(617) 342-4000<br>Fax: (614) 342-4001<br>Email: mtuteur@foley.com |
| LAWRENCE ELLISON | William H. Jeffress, Jr.<br>Aaron Stein Rabinowitz<br>BAKER BOTTS L.L.P.<br>The Warner Building<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 639-7844<br>Fax: (202) 585-1004<br>Email: william.jeffress@bakerbotts.com<br>aaron.rabinowitz@bakerbotts.com |
| JOHN HAGEE | Lars H. Liebeler<br>LARS LIEBELER PC<br>1828 L Street, NW<br>Suite 705 |

| | |
|---|---|
| | Washington, DC 20036<br>Tel: (202) 587-4747<br>Fax: (202) 466-2693<br>Email: LLiebeler@LHL-LawFirm.com |
| IRVING MOSKOWITZ | Christopher Michael Loveland<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW<br>Suite 100<br>Washington, DC 20006<br>(202) 747-1924<br>Fax: (202) 312-9432<br>Email: cloveland@sheppardmullin.com |
| HAIM SABAN | William H. Jeffress , Jr.<br>(See above for address)<br><br>Aaron Stein Rabinowitz<br>(See above for address) |
| ELLIOTT ABRAMS | Paul Elias Werner<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>Ben Franklin Station<br>P.O. Box 7146<br>Washington, DC 20044<br>(202) 616-4152<br>Fax: (202) 616-4314<br>Email: paul.werner@usdoj.gov |
| AMERICAN FRIENDS OF ARIEL | Lawrence Marc Zell<br>ZELL, ARON & CO.<br>34 Ben Yehuda<br>15th Floor<br>Jerusalem 9423001<br>Israel<br>212-971-1349<br>Fax: 212-253-4030<br>Email: mzell@fandz.com |
| AMERICAN FRIENDS OF BET EL YESHIVA | Shelley Ivan (DC Bar No. 985488)<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Fax: (212) 506-1800<br>Email: sivan@kasowitz.com |

| | |
|---|---|
| AMERICAN FRIENDS OF ULPANA OFRA | Lawrence Marc Zell<br>(See above for address) |
| CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES | Lawrence Marc Zell<br>(See above for address) |
| EFRAT DEVELOPMENT FOUNDATION | David N. Abrams<br>DAVID ABRAMS, ATTORNEY AT LAW<br>305 Broadway<br>Suite 601<br>New York, NY 10007<br>(212) 897-5821<br>Fax: (212) 897-5811<br>Email: dnabrams@gmail.com |
| FALIC FAMILY FOUNDATION, INC. | Andrew H. Marks<br>COFFEY BURLINGTON, P.L.<br>1001 Pennsylvania Avenue, NW<br>Suite 1100<br>Washington, DC 20004<br>(202) 818-8240<br>Email: amarks@markslawoffices.com<br><br>Gabriel Groisman<br>COFFEY BURLINGTON, P.L.<br>2601South Bayshore Drive, PH<br>Miami, FL 33133<br>(305) 858-2900<br>Email: ggroisman@coffeyburlington.com |
| FRIENDS OF ISRAEL DEFENSE FORCES | Mark D. Harris<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036-6522<br>(212) 969-3530<br>Fax: (212) 969-2900<br>Email: mharris@proskauer.com<br><br>Rachel O. Wolkinson<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Avenue, NW<br>Suite 600 South<br>Washington, DC 20004<br>(202) 416-5811<br>Email: rwolkinson@proskauer.com |

| | |
|---|---|
| GUSH ETZION FOUNDATION | Lawrence Marc Zell<br>(See above for address) |
| HONENU NATIONAL LEGAL DEFENSE ORGANIZATION | Lawrence Marc Zell<br>(See above for address) |
| THE HEBRON FUND | Lawrence Marc Zell<br>(See above for address) |
| BANK LEUMI LE-ISRAEL B.M. | Jonathan I. Blackman<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2490<br>Fax: (212) 225-3999<br>Email: jblackman@cgsh.com<br><br>Alexis L. Collins<br>Teale Elizabeth Toweill<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>9000<br>Washington, DC 20006-1801<br>(202) 974-1519<br>Fax: (202) 974-1999<br>Email: alcollins@cgsh.com<br>Email: ttoweill@cgsh.com |
| BANK LEUMI USA | Alexis L. Collins<br>(See above for address)<br><br>Jonathan I. Blackman<br>(See above for address)<br><br>Teale Elizabeth Toweill<br>(See above for address) |
| BANK HAPOALIM B.M. | Abbe David Lowell<br>Michael Bhargava<br>CHADBOURNE & PARKE LLP<br>1200 New Hampshire Avenue, NW<br>Suite 300<br>Washington, DC 20036<br>(202) 974-5605<br>Fax: (202) 974-6705<br>Email: adlowell@chadbourne.com |

| | |
|---|---|
| | Email: mbhargava@chadbourne.com |
| RE/MAX, LLC | Michael E. Barnsback<br>O'Hagan Meyer, PLLC<br>411 East Franklin Street<br>Suite 500<br>Richmond, VA 23219<br>(703) 307-7196<br>Fax: (804) 403-7110<br>Email: mbarnsback@ohaganmeyer.com |
| ACCESS INDUSTRIES, INC. | Jay Philip Lefkowitz<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>Fax: (212) 446-6460<br>Email: lefkowitz@kirkland.com |
| HANSON ISRAEL LTD. | Stephen M. Nickelsburg<br>CLIFFORD CHANCE US LLP<br>2001 K Street NW<br>Washington, DC 20006-1001<br>202-912-5108<br>stephen.nickelsburg@cliffordchance.com |
| VEOLIA ENVIRONNEMENT S.A. | Elliot E. Polebaum<br>Douglas W. Baruch<br>Joseph J. LoBue<br>Jennifer M. Wollenberg<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>801 17th Street, NW<br>Washington, DC 20006<br>(202) 639-7052<br>Fax: (202) 639-7003<br>Email: Elliot.Polebaum@friedfrank.com<br>Email: douglas.baruch@friedfrank.com<br>Email: joseph.lobue@friedfrank.com<br>Email: jennifer.wollenberg@friedfrank.com |
| VEOLIA NORTH AMERICA | Douglas W. Baruch<br>(See above for address)<br><br>Elliot E. Polebaum<br>(See above for address)<br><br>Jennifer M. Wollenberg |

| | |
|---|---|
| | (See above for address)<br><br>Joseph J. LoBue<br>(See above for address) |
| HEWLETT PACKARD ENTERPRISE CO. | John Edward Hall<br>David M. Zionts<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>One CityCenter<br>Washington, DC 20001<br>(202) 662-5104<br>Fax: (202) 778-5104<br>Email: jhall@cov.com<br>Email: dzionts@cov.com |
| HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS) | John Edward Hall<br>(See above for address)<br><br>David M. Zionts<br>(See above for address) |
| MOTOROLA SOLUTIONS, INC. | George Reid Calhoun, V<br>IFRAH, PLLC<br>1717 Pennsylvania Avenue, NW<br>Suite 650<br>Washington, DC 20006<br>(202) 524-4147<br>Fax: (202) 524-4141<br>Email: george@ifrahlaw.com |