**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BASEM AL-TAMIMI, et al.,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No. 1:16-cv-00445-TSC |
| | * |
| **SHELDON ADELSON, et al.,** | * |
| | * |
| Defendants. | * |

\* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF ENTRY OF APPEARANCE

CLERK OF THE COURT:

Please enter the appearance of Charles S. Fax, Esq., and his law firm, Rifkin Weiner Livingston LLC, as counsel of record for **Defendant Jewish National Fund (Keren Kayemeth Le Israel) Inc.**, as follows:

> Charles S. Fax, Esquire
> D.C. Bar No. 198002
> Rifkin Weiner Livingston LLC
> 7979 Old Georgetown Road, Suite 400
> Bethesda, Maryland 20814
> Phone: (301) 951-0150
> Fax: 301-951-0172
> E-mail: cfax@rwlls.com

Respectfully submitted,

/s/ *Charles S. Fax*
Charles S. Fax, Esq. D. C. Bar #198002
Rifkin Weiner Livingston LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Phone: (301) 951-0150
Email: cfax@rwlls.com

September 22, 2016