UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BASSEM AL-TAMIMI, *et al.*,

                Plaintiffs,

        v.

SHELDON ADELSON, *et al.*

                Defendans.

Case No.: 1:16-cv-00445-TSC

**CONSENT MOTION FOR ORDER DROPPING
DEFENDANT HANSON ISRAEL, LTD AS A PARTY**

Pursuant to Federal Rule of Civil Procedure 21, Defendant Hanson Israel, Ltd., with the consent of the Plaintiffs, respectfully requests that this Court enter an Order dropping Hanson Israel, Ltd. as a Party.  Although named in the caption, the Amended Complaint filed on August 4, 2016, ECF No. 77, does not include any allegations or claims against Hanson Israel. Consequently, Hanson Israel should be dropped from this action.[1]

Undersigned counsel has conferred with Counsel for Plaintiffs, and Plaintiffs consent both to the filing of this Motion and to the relief requested.

September 22, 2016                Respectfully Submitted,

                                          CLIFFORD CHANCE US LLP

                                          By: */s/ Stephen M. Nickelsburg*

---

[1] Hanson Israel appeared specially in this matter and reserves and does not waive any defense pursuant to FRCP 12 that may be necessary or appropriate in the future, including the defense of lack of personal jurisdiction and insufficient service of process.

Stephen M. Nickelsburg (D.C. Bar No. 475920)
2001 K Street NW
Washington, DC 20006-1001
202-912-5108
stephen.nickelsburg@cliffordchance.com
*Counsel for Defendant Hanson Israel Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM AL-TAMIMI, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHELDON ADELSON, *et al.*<br><br>    Defendants. | Case No.:  1:16-cv-00445-TSC |

### **ORDER**

Upon consideration of Hanson Israel, Ltd.'s Consent Motion for Order Dropping Defendant Hanson Israel, Ltd. as a Party, it is hereby:

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 21, Hanson Israel, Ltd. is hereby DROPPED as a party.  The Clerk is instructed to terminate Hansen Israel, Ltd. as a Party to this action.

**SO ORDERED.**

Date:

               _____
               TANYA S. CHUTKAN
               United States District Judge