## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BASSEM AL-TAMIMI, et al.** | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 1:16-cv-00445-TSC |
| v. | ) ) ) | |
| **SHELDON ADELSON, et al.** | ) ) ) | |
| Defendants. | ) ) ) | |

### MOTION FOR STATUS OR SCHEDULING CONFERENCE

Defendant John Hagee respectfully moves the Court for an order setting a status or scheduling conference. In support of the motion, Defendant shows the Court the following:

1. Plaintiffs filed this action on March 7, 2016.

2. On June 6, 2016, the Court entered a scheduling order establishing certain dates including deadlines for Plaintiffs to file an amended complaint, and Defendants to file motions to dismiss.

3. Plaintiffs filed an amended complaint on August 4, 2016.

4. Defendants' motions to dismiss were due to be filed on or before October 6, 2016.

5. The Court issued an order on September 26, 2016 directing that the case be stayed and vacating the briefing schedule.

6. Defendant respectfully requests a status or scheduling conference to address the motions now pending (ECF Nos. 52 & 82, 59, 64, 76, 95) and, if necessary, to

discuss a schedule permitting Defendants to file motions to dismiss identified in Defendants' September 15, 2016 Notice. *See* ECF No. 93.

7. Counsel for Defendants Sheldon G. Adelson, Lawrence Ellison, Haim Saban, and Friends of the Israel Defense Forces have informed undersigned counsel that they join this motion.

8. Counsel for Plaintiffs expresses no position with respect to the relief sought in this motion.

9. A Proposed Order has been filed herewith.

Dated: December 14, 2016

Respectfully submitted,

/s/ *Lars H. Liebeler*

_____
Lars H. Liebeler
D.C. Bar No. 416666
Lars Liebeler PC
1828 L Street, N.W., Suite 705
Washington, D.C. 20036
Direct Telephone: (202) 587-4747
Email: LLiebeler@LHL-LawFirm.com
*Counsel for Defendant John Hagee*

## CERTIFICATE OF SERVICE

This is to certify that I have on December 14, 2016, served all the parties in this case with the foregoing instrument in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ *Lars H. Liebeler*
_____
Lars H. Liebeler, Esq.