# EXHIBIT 1

United States' Statement of Interest

*Bassem Al-Tamimi, et al. v. Sheldon Adelson, et al.*, No. 1:16-cv-00445-TSC (D.D.C.)

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


   BASSEM AL-TAMIMI, et al.,      .
                                  .
           Plaintiffs,            .   CA No. 16-0445
                                  .
      v.                          .
                                  .
   SHELDON ADELSON, et al.,       .   Washington, D.C.
                                  .   Monday, June 6, 2016
           Defendants.            .   11:11 a.m.
   . . . . . . . . . . . . . . . .


                    INITIAL SCHEDULING CONFERENCE
               BEFORE THE HONORABLE TANYA S. CHUTKAN
                    UNITED STATES DISTRICT JUDGE

 APPEARANCES:

 For Plaintiffs                     MARTIN F. MCMAHON, ESQ.
                                    WILLIAM J. FOX, ESQ.
                                    MARTIN F. MCMAHON & ASSOCIATES
                                    1150 Connecticut Avenue, NW
                                    Suite 900
                                    Washington, DC 20036
                                    (202) 862-4343

 For Defendants                     BARRY G. FELDER, ESQ.
                                    FOLEY & LARDNER, LLP
 Sheldon Adelson:                   90 Park Avenue
                                    New York, New York 10016
                                    (212) 338-3540

 John Hagee:                        LARS H. LIEBELER, ESQ.
                                    LARS LIEBELER, PC
                                    1828 L Street, NW
                                    Suite 705
                                    Washington, DC 20036
                                    (202) 587-4747

 Lawrence Ellison,                  WILLIAM H. JEFFRESS, JR., ESQ.
 Haim Saban:                        AARON S. RABINOWITZ, ESQ.
                                    BAKER BOTTS, LLP
                                    The Warner
                                    1299 Pennsylvania Avenue, NW
                                    Washington, DC 20004
                                    (202) 639-7751
```

| | |
|---|---|
| **Elliott Abrams:** | PAUL E. WERNER, ESQ.<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>Ben Franklin Station<br>P.O. Box 7146<br>Washington, DC 20044<br>(202) 616-4152 |
| **Bank Hapoalim B.M.:** | ABBE D. LOWELL, ESQ.<br>MICHAEL BHARGAVA, ESQ.<br>CHADBOURNE & PARKE, LLP<br>1200 New Hampshire Avenue, NW<br>Suite 300<br>Washington, DC 20036<br>(202) 974-5600 |
| **Friends of Israel Defense Forces:** | MARK D. HARRIS, ESQ.<br>PROSKAUER ROSE, LLP<br>Eleven Times Square<br>New York, New York 10036-6522<br>(212) 969-3530 |
| **Bank Leumi Le-Israel B.M., Bank Leumi USA:** | ALEXIS L. COLLINS, ESQ.<br>JONATHAN I. BLACKMAN, ESQ.<br>CLEARY GOTTLIEB STEEN HAMILTON<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1801<br>(202) 974-1500 |
| **Veolia Environnement S.A., Veolia North America:** | ELLIOT E. POLEBAUM, ESQ.<br>JOSEPH J. LOBUE, ESQ.<br>FRIED FRANK, LLP<br>801 17th Street, NW<br>Washington, DC 20006<br>(202) 639-7000 |
| **Hewlett Packard Enterprise Co., Hewlett Packard Enterprise Services Israel (EDS):** | JOHN E. HALL, ESQ.<br>COVINGTON & BURLING, LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>(202) 662-5104 |
| **Motorola Solutions, Inc.:** | DAVID S. YELLIN, ESQ.<br>IFRAH, PLLC<br>1717 Pennsylvania Avenue, NW<br>Suite 650<br>Washington, DC 20006<br>(202) 524-4153 |

```
Efrat Development:              DAVID N. ABRAMS, ESQ.
(Via Telephone)                 DAVID ABRAMS, ATTORNEY AT LAW
                                305 Broadway
                                Suite 601
                                New York, New York 10007
                                (212) 897-5821

American Friends of Ariel,      LAWRENCE M. ZELL, ESQ.
et al.:                         34 Ben Yehuda Street
                                15th Floor
                                Jerusalem, Israel 9423001
                                (212) 971-1349

Court Reporter:                 BRYAN A. WAYNE, RPR, CRR
                                U.S. Courthouse, Room 4704-A
                                333 Constitution Avenue, NW
                                Washington, DC 20001
                                (202) 354-3186
```

**Proceedings reported by stenotype shorthand.**
**Transcript produced by computer-aided transcription.**

```
 1                       P R O C E E D I N G S
 2            THE DEPUTY CLERK:  Your Honor, this is Civil Case
 3   16-445, Bassem al-Tamimi, et al., versus Sheldon Adelson, et al.
 4            THE COURT:  All right.  We have a large number of
 5   counsel in the courtroom and at counsel table.  I trust that
 6   everyone who has entered an appearance has given their name to
 7   my courtroom deputy and to the court reporter?
 8       All right.  I'm taking it it's a yes from everyone.
 9   In that case, what I'll do is ask whoever comes up to the podium
10   to also state their appearance for the record as well so we'll
11   have an accurate list of appearances.
12       So we are here on for an initial scheduling conference
13   with a very large case and a very large number of parties; so
14   I want to keep this as organized as possible.
15       I've reviewed the parties' proposals, including the
16   Plaintiffs' Report on Status of Service of Process, which was
17   filed on the 3rd, I believe, and the Joint Notice Regarding
18   Conference, as well as the Separate Notice of Lawrence Marc
19   Zell, counsel for certain defendants who were apparently not
20   included in the first notice.
21       As I'm sure you all will agree, I think scheduling and
22   moving forward in this case is going to be a little unusual
23   because we have so many parties involved.
24       The first thing I want to get an update from the plaintiffs
25   is, since the time of the 3rd, have any additional defendants
```

```
 1          I really don't want my colleagues to be making
 2   representations to Your Honor concerning what briefs Your Honor
 3   should read or not read when the time comes, but we'll do our
 4   best to coordinate with one another to reduce the burden on Your
 5   Honor when we file.
 6          THE COURT:  Well, I'll tell you it's my practice to
 7   read everything that's filed appropriately before me; so I'm not
 8   -- I'm just thinking in terms of trying to consolidate positions
 9   in which the parties can agree so that we don't have a plethora
10   of briefs.
11          MR. BLACKMAN:  I think, Your Honor, that with the
12   cooperation, which there will be, among the defendants, there
13   will be a very small number of briefs.  And there may be
14   joinders in those briefs where people have, you know, in five
15   pages, here's my particular position on an issue because I'm a
16   bank as opposed to a 501(c)(3), for instance, or a settler
17   organization or something like that.  But the overarching issues
18   I think can be dealt with in a very small number of briefs.
19          THE COURT:  Mr. McMahon, do you have a position on
20   this?
21          MR. MCMAHON:  Your Honor, since defense counsel seem
22   to believe that it's a no-brainer with respect to the political
23   question doctrine, and I heartily disagree based upon Judge
24   Gershon's opinions in --
25          THE COURT:  All right.  We're not going to the merits.
```

1  MR. MCMAHON: No. I'm saying, Your Honor, that I
2  would have no objection to them filing a motion to dismiss
3  solely confined to the political question issue within the next
4  60 days. I have no problem with that. They fear that that's
5  going to clean out the lawsuit, I think, and I appropriately
6  disagree. So I wouldn't mind that.
7  THE COURT: Well, I don't want piecemeal motions to
8  dismiss because there are obviously jurisdictional issues,
9  political question issues. I want you to set briefing schedules
10 far enough out so that at least the defendants who are not here
11 today but who are served properly will have a chance to file
12 dispositive motions as well.
13   So we currently have -- you have till August 1 to file your
14 amended complaint. Would do you propose, Mr. Blackman -- sir,
15 did you want to speak?
16 MR. WERNER: Good morning, Your Honor. Paul Werner
17 from the Department of Justice. I'm here on behalf of
18 Mr. Elliott Abrams. I just wanted to make sure that the Court
19 didn't have a misimpression about filing a brief that we
20 anticipate filing, a separate brief for Mr. Abrams given his
21 status as a former federal employee. He will have unique
22 defenses, and based on his representation to the Department of
23 Justice, we will be filing our own brief.
24 THE COURT: All right. Thank you.
25 MR. BLACKMAN: The government is always in a separate

```
 1   category, as we know.
 2           THE COURT:  What timeline are we talking about here?
 3           MR. BLACKMAN:  Given the summer holidays, if he
 4   files his amended complaint on August 1, I propose October 1.
 5           THE COURT:  You're really giving my new clerks a
 6   welcome to the job.
 7      Let me see.  Mr. Liebeler, are you in agreement with that?
 8      (Defense counsel conferring.)
 9      At this point, I would err on further, not closer.
10           MR. LIEBELER:  We're sort of ready to go, but I think
11   45 days from the time that they file their amended complaint is
12   plenty.  Now, I don't know exactly what some of the holidays are
13   that -- some of the Jewish holidays that I'm not familiar with,
14   but I think roughly 45 days puts us at about September 15.  It's
15   a couple weeks in advance of --
16           THE COURT:  Then I would say, given that we still have
17   issues regarding additional defendants, just to be on the safe
18   side, I would go to October -- it would be the 3rd, right?
19   That's a Monday.
20           MR. LIEBELER:  We'd be happy with that, Your Honor.
21           THE COURT:  All right.
22           MR. ABRAMS:  This is David Abrams.  October 3rd is --
23           THE COURT:  Hello?  Was someone on the line?
24           MR. ZELL:  Yes.  Mr. Abrams will address the point,
25   Your Honor, that I was going to make.
```