IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BASSIM AL-TAMIMI,** *et al.***,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-00445-TSC |
| ) | |
| **SHELDON ADELSON,** *et al.***.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT VEOLIA NORTH AMERICA, LLC'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Veolia North America, LLC ("VNA"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of VNA which have any outstanding securities in the hands of the public:  Veolia Environnement S.A.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 27, 2017						Respectfully submitted,

By:	*/s/ Elliot E. Polebaum*
	Elliot E. Polebaum (DC Bar No. 358748)

	FRIED, FRANK, HARRIS, SHRIVER
	  & JACOBSON LLP
	801 17th Street, NW
	Washington, DC 20006
	Telephone:  (202) 639-7000
	Facsimile:  (202) 639-7003
	Email: Elliot.Polebaum@friedfrank.com

	*Counsel of Record for*
	*Veolia North America LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2017, I will electronically file the foregoing Defendant Veolia North America, LLC's Disclosure of Corporate Affiliations and Financial Interests with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel for Plaintiffs:

Martin F. McMahon, Esq.
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

By:   */s/ Elliot E. Polebaum*
Elliot E. Polebaum (DC Bar No. 358748)

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
Email: Elliot.Polebaum@friedfrank.com