# EXHIBIT 1

United States' Notice of Substitution on Plaintiffs' Civil Conspiracy; War Crimes, Crimes Against Humanity, and Genocide; and Aiding and Abetting the Commission of War Crimes Claims, Counts 1 Through III

*Bassem Al-Tamimi, et al. v. Sheldon Adelson, et al.*, No. 1:16-cv-00445-TSC (D.D.C.)

# THE ISRAEL LOBBY AND U.S. FOREIGN POLICY

JOHN J. MEARSHEIMER AND STEPHEN M. WALT

FARRAR, STRAUS AND GIROUX | NEW YORK

pressed his displeasure at a joint White House press conference with Palestinian Prime Minister Mahmoud Abbas on July 25: "I think the wall is a problem, and I discussed this with Ariel Sharon. It is very difficult to develop confidence between the Palestinians and Israel with a wall snaking through the West Bank."[75] But four days later at the White House, with Bush standing at his side, Sharon made it clear that he intended to continue building the fence, although he said he would try to minimize the hardships it inflicted on the Palestinians. Bush did not challenge Sharon but instead accepted the prime minister's view that Palestinian terrorism was "the fundamental obstacle to peace."[76]

Nevertheless, the Bush administration continued to express its unhappiness with the security barrier. Secretary of State Powell suggested in an interview that the fence was an Israeli attempt to appropriate Palestinian land, and Condoleezza Rice hinted that the administration might deduct the cost of the fence from $9 billion in loan guarantees that the United States had approved in April.[77] Israel's supporters in Congress mobilized and emphasized to the White House, as Senator Charles Schumer put it, that if the president "flouts the will of Congress and tries to penalize Israel for defending itself, Congress will do everything in its power to ensure that these loan guarantees are not held up."[78] The Israelis themselves were not seriously concerned. As one senior Israeli official put it, "We are not under any pressure ... The United States is a very vibrant democracy, and this is a very politically oriented administration. Reality is made sometimes by political constraints."[79]

The issue of loan guarantees would not go away, however, and in late November the Bush administration said that it would cut $289.5 million from the $3 billion in loan guarantees allocated to Israel earlier that year. The lobby did not protest strongly, mainly because the punishment was effectively a weak slap on the wrist. The United States was not cutting direct foreign aid, the real meat and potatoes of its material support to Israel. Reducing the loan guarantees by roughly 10 percent simply meant that Israel had to pay a higher interest rate on a small portion of the overall amount it intended to borrow. The former director general of Israel's Finance Ministry estimated that it would cost Israel about $4 million a year in higher interest costs, which is not a lot of money for a prosperous state like Israel.[80]

The Bush administration won another small victory in the fall of 2003. Sharon was threatening to expel Arafat from the West Bank and send him into exile. Powell and Rice told the Israelis that expelling the Palestinian

leader was unacceptable to the United States. They got the message and Arafat remained in the West Bank.[81]

But these small victories were not indications of a changing tide. On the contrary, in the fall of 2003, Sharon began moving to wreck George Bush's Road Map once and for all by pushing forward his own plan for unilateral disengagement.[82] In November, Sharon invited Elliott Abrams, the senior director for Near East and North African Affairs on the National Security Council (NSC) and a well-known neoconservative, to a secret meeting in Rome. At the meeting, Sharon informed the American official that instead of pursuing a negotiated settlement, as called for in the Road Map, he intended to impose his own settlement on the Palestinians.[83] As the policy evolved in the next few months, it became clear that Israel would first withdraw all of its settlements from Gaza and turn that territory over to the Palestinians. Israel would then turn some areas of the West Bank over to the Palestinians but keep large parts of that contested land for Israel.

Sharon's decision to leave these parts of the Occupied Territories to the Palestinians was based not on sympathy for their plight but on the fear that if Israel retained Gaza and all of the West Bank, Arabs would soon outnumber Jews in "greater Israel." The demographic issue, in other words, was driving the prime minister's policy.[84]

The Palestinians would have virtually no say in the process. Israel would dictate the terms of the settlement, and in the end, the Palestinians would not get a state of their own. Dov Weisglass, Sharon's closest adviser, made this clear when he said that "the significance of what we did . . . is the freezing of the political process. And when you freeze that process you prevent the establishment of a Palestinian state and you prevent a discussion about the refugees, the borders and Jerusalem. Effectively, this whole package that is called the Palestinian state, with all that it entails, has been removed from our agenda indefinitely." Weisglass also said that Sharon's plan "is actually formaldehyde. It supplies the amount of formaldehyde that's necessary so that there will not be a political process with the Palestinians."[85]

One might have expected Bush to be angry with Sharon and to try to keep the Road Map alive, especially since the president, according to his national security adviser, believed that "it is the only course that will bring durable peace and security."[86] But that is not what happened. In the spring of 2004, Bush publicly embraced Sharon's unilateral approach, saying that it was a "bold courageous step" and that the world owed Sharon a "thank you" for pursuing it.[87] Then in a dramatic shift, on April 14, Bush reversed the stated policy of every president since Lyndon Johnson by proclaiming

that Israel would not have to return virtually all of the territories that it occupied in 1967, and that Palestinian refugees would not be allowed to return to their former homes in Israel but would have to settle in a new Palestinian state.[88] Previously, American policy was that the Israelis and the Palestinians would negotiate these issues. These moves sparked outrage in the Middle East but were widely seen in the United States as smart politics in a year when George Bush was up for reelection.[89]

Writing in early 2004, Thomas L. Friedman of the *New York Times* captured the essence of Bush's predicament regarding the Israeli-Palestinian conflict: "Mr. Sharon has the Palestinian leader Yasir Arafat under house arrest in his office in Ramallah, and he's had George Bush under house arrest in the Oval Office. Mr. Sharon has Mr. Arafat surrounded by tanks, and Mr. Bush surrounded by Jewish and Christian pro-Israel lobbyists, by a vice president, Dick Cheney, who's ready to do whatever Mr. Sharon dictates, and by political handlers telling the president not to put any pressure on Israel in an election year—all conspiring to make sure the president does nothing."[90]

During this entire period, the Israelis continued building settlements in the West Bank, despite American protests and despite the fact that the Road Map explicitly calls upon Israel to "freeze all settlement activity (including natural growth of settlements)."[91] They also continued assassinating Palestinian leaders, sometimes at the most unhelpful moments—at least from a U.S. perspective. For example, the IDF scuttled a proposed Palestinian cease-fire on July 22, 2002, when it killed Sheik Salah Shehada, a prominent Hamas leader, and fourteen others (including nine children). The White House denounced the attack as "heavy handed" but did not force Israel to end its targeted assassinations policy.[92] As noted previously, the IDF undermined another emerging cease-fire in June 2003, when it tried but failed to kill Rantisi, another Hamas leader.

On March 22, 2004, Israel assassinated Hamas leader Sheik Ahmed Yassin with American-made Hellfire missiles. This move was generally perceived as a serious blow to America's position in the Middle East, not only because U.S. weapons were used but also because many in the Arab world believed that the Bush administration had given Israel the green light to kill a paraplegic in a wheelchair. The *Washington Post* columnist Jim Hoagland wrote in the wake of that killing, "With the possible exception of Charles de Gaulle, no friendly foreign leader has complicated modern American diplomacy and strategy more consistently or gravely than Ariel Sharon. He pursues Israel's interests with a warrior's tenacity and directness that take away

the breath, and the options, of everyone else."[93] Less than a month later, on April 17, 2004, the IDF finally killed Rantisi.[94]

## ARAFAT DIES AND NOTHING CHANGES

Arafat died in November 2004 and Abbas emerged as the Palestinian's new leader, eventually winning office in January 2005 in a peaceful democratic election that was hailed by outside observers as free and fair. One would think that this event would have been an ideal opportunity to push the peace process forward, as Abbas recognized Israel, renounced terrorism, and was eager to work out a negotiated settlement to the conflict.[95] Furthermore, Bush had just won reelection to a second term and thus was in about as good a position as any president could be to help bolster the moderate Abbas. The Bush administration embraced the new Palestinian leader from the start, but it did virtually nothing to help him negotiate a viable state, and so ultimately undermined his power base.

The main reason Bush did little to help Abbas was that he had already committed himself to supporting Sharon's plan (and that of his successor, Ehud Olmert) to disengage unilaterally from the Palestinians. Contrary to his own pronouncements about the necessity of the Road Map, Bush was backing a strategy that held no promise of the Palestinians getting a viable state of their own, which doomed the plan from the start.

Some pro-Israel groups like the Zionist Organization of America and the Orthodox organizations were opposed to giving up any territory to the Palestinians. But the major organizations like the Anti-Defamation League, the American Jewish Congress, and the American Jewish Committee backed disengagement. Senior officials in the Conference of Presidents estimated that somewhere between 60 and 75 percent of the leaders favored the pullout, which was more than enough to ensure that the lobby ultimately backed Sharon and Bush's shift in policy, although not with great enthusiasm.[96]

By refusing to negotiate with Abbas and making it impossible for him to deliver tangible benefits to the Palestinian people, Sharon contributed directly to Hamas's electoral victory in January 2006. The *Ha'aretz* columnist Bradley Burston wrote just before that election, "If it appears to you . . . that Israel is Hamas' campaign manager in next week's elections for the Palestinian parliament, few would argue—especially in Hamas."[97] With Hamas in power, Israel had another reason not to negotiate and the Bush

recognition and reconciliation, expressing reservations for what it does not accept and seeking dialogue on the regional level."[106] In mid-May, Olmert was widely criticized for failing to seriously pursue peace with the Arabs, including by two staunch supporters of Israel: Abraham Foxman of the ADL and the Nobel laureate Elie Wiesel. In the face of this mounting criticism, the prime minister responded by saying that Israel was willing to discuss the Arab League initiative, but he has taken little action beyond his rhetoric. Instead, Israel has launched a diplomatic campaign to blame the Arabs for the failure of the peace initiative.[107]

The Bush administration did nothing substantive to push Olmert to embrace the Arab League's proposal, although it did urge Arab leaders to alter the proposal to Israel's liking.[108] So far, Rice's own efforts to push the peace process forward have come to naught. For starters, Rice made it clear in an early February 2007 meeting with leaders from fifteen major Jewish organizations that not only would the administration refrain from putting pressure on Israel, but it would not offer its own suggestions on what the "political horizon" might look like.[109] Those concessions greatly limited the secretary's effectiveness. Rice then traveled to Jerusalem where, on February 19, she brought Olmert and Abbas together for talks. But Rice's efforts to revive the peace talks were a bust, as the Israeli prime minister refused to discuss the outlines of a possible settlement. In fact, both Olmert and Abbas refused to appear with her at the press conference afterward. Shortly thereafter, the *New York Times* ran an editorial on the meeting titled "Charade in Jerusalem," which pointed out that Rice could not even get the two leaders to stand at her side while she read a "content-free joint statement to which they have grudgingly agreed."[110]

In late March 2007, Rice returned to Israel to meet with Olmert and raise the possibility that she might serve as a mediator between Israel and the Palestinians. It was her seventh visit to Israel in eight months. Olmert flatly rejected the idea of Rice acting as a diplomatic broker, forcing her to cancel the press conference planned for after the meeting. The *Daily Telegraph* (London) headline the day after the Olmert-Rice meeting said it all: "Israel Snubs Condoleezza Rice."[111] The secretary of state returned to Washington empty-handed and with little prospect that the Bush administration would make meaningful progress toward Arab-Israeli peace before leaving office.

This outcome, which is not only humiliating for the secretary of state but is contrary to America's national interest as well, is the result of at least two factors. First, Olmert, like his predecessor Sharon, has no interest in nego-

tiating a peace settlement with the Palestinians, because it would require Israel to give up almost all of the West Bank and create a viable Palestinian state on that territory. Olmert has made it clear that he would be willing to give up some parts of the West Bank, but he intends to keep large parts of it for Israel. Indeed, his government announced in late December 2006 that it was constructing its first new settlement in the West Bank in ten years, and the following month Israel announced that it planned to build new houses in Ma'aleh Adumim, Israel's largest existing settlement.[112] Israel would prefer the occupation to peace, if the latter means giving 95 percent or so of the West Bank to the Palestinians.[113]

One might argue that the real obstacle to peace is not Israel but Hamas, which came to power in January 2006 and remains formally committed to Israel's destruction. There is no question that Hamas's growing stature within the Palestinian community complicated any efforts to achieve peace. Nevertheless, this problem is not insurmountable. If the Israelis were genuinely interested in reaching a peace agreement with the Palestinians, they could work with the Arab League, Abbas, and the more moderate elements within Hamas to push the peace process forward and isolate—or maybe even convert—the rejectionists in Hamas and other radical groups like Islamic Jihad.[114] But instead, the Israelis have shown little enthusiasm for working with the growing number of Arabs who are genuinely interested in making peace with the Jewish state. By undermining moderates who want to negotiate peace, this policy merely strengthens those factions that claim that violence is the only effective tactic.

Second, pro-Israel forces in the United States have made it impossible for the United States, especially Secretary of State Rice, to push the Olmert government toward peace. Inside the White House, the main obstacle to putting any kind of meaningful pressure on Israel is Elliott Abrams. He has help, however, from two powerful neoconservatives who work for the vice president, John Hannah and David Wurmser. The journalist Jim Lobe reports that various sources have told him that "Abrams has been working systematically to undermine any prospect for serious negotiations designed to give substance to Rice's hopes—and increasingly impatient demands by Saudi King Abdullah—of offering the Palestinians a 'political horizon' for a final settlement."[115]

Abrams has a close relationship with Yoram Turbowitz, Olmert's chief of staff, and Shalom Turgeman, Olmert's diplomatic adviser, who all work together to make sure that the Bush administration does not push Israel to pursue policies that Olmert dislikes. Daniel Levy, a former adviser in the Is-

raeli prime minister's office, notes that "if Rice is getting too active with her peace-making quest, then T+T (Yoram Turbowitz and Shalom Turgeman) can always be dispatched to Elliott Abrams at the White House, who in turn will enlist Cheney to keep the president in tow."[116] Correspondingly, Henry Siegman, who long worked on Middle East issues at the Council on Foreign Relations, maintains that "every time there emerged the slightest hint that the United States may finally engage seriously in a political process, Elliott Abrams would meet secretly with Olmert's envoys in Europe or elsewhere to reassure them that there exists no such danger."[117] Right before Rice arrived in Israel for her February 19 meeting with Abbas and Olmert, the Israeli prime minister put the secretary of state in her place by letting the media know that he had talked to Bush the day before and that "the prime minister and president see eye-to-eye." As Aluf Benn and Shmuel Rosner wrote in Ha'aretz, "The message was unmistakable: What Rice had to say barely mattered."[118]

The extent to which the balance of power inside the Bush administration is stacked against Rice is further illustrated by Philip Zelikow's resignation as the State Department's counselor at the end of 2006. He was Rice's longtime friend and coauthor and one of her closest advisers. By the late summer of 2006, he was encouraging Rice to make a serious effort to negotiate a peace agreement between Israel and the Palestinians. He felt that was essential if Washington hoped to get the Arab states and the Europeans to form an effective coalition against Iran. He made this very point on September 15, 2006, in a speech at the Washington Institute for Near East Policy.[119]

Following the speech, there was an immediate outcry from pro-Israel groups, and, according to the New York Times, "The State Department quickly distanced itself from the speech, issuing a statement denying any linkage, and Israeli officials, flustered by Mr. Zelikow's remarks, said Ms. Rice later assured the Israeli foreign minister, Tzipi Livni, that the United States saw the Iranian and Palestinian issues as two separate matters."[120] Zelikow announced he was leaving the State Department the following month. He gave anodyne reasons for his departure in his resignation letter, although one unnamed White House source said that his departure was due in part to his unhappiness with U.S. Middle East policy. In early March 2007, Rice named Eliot Cohen, a neoconservative who had signed all the earlier PNAC letters, as Zelikow's successor.[121]

Despite the restrictions on her room to maneuver, Rice has tried to help strengthen Abbas at the expense of Hamas. But the lobby has limited her effectiveness on that front as well. Specifically, President Bush decided in late

January 2007 to give Abbas $86 million to beef up his security forces. But Congresswoman Nita Lowey (D-NY), a stalwart defender of Israel and the chair of an important appropriations subcommittee, held up the request.[122] Another pro-Israel lawmaker, Anthony Weiner, wrote to Rice and asked her to withdraw the requested money.[123] Morton Klein, the president of the Zionist Organization of America, weighed in, saying that Bush "should be as tough on Abbas as he is on Hamas and al Qaeda."[124]

Klein's uncompromising views on Abbas were shared by many Jewish leaders.[125] They were especially upset with Abbas for agreeing in February 2007 to join a unity government with Hamas, even though the Palestinian president made it clear that he remained committed to negotiating a two-state settlement and living in peace with Israel. AIPAC tried to push Congress to make it impossible for the U.S. government to deal with anyone in the unity government, Abbas included; but that effort failed.[126] To mollify Lowey, the administration reduced the requested amount to $59 million and stipulated that it would be used only for training, purchasing nonlethal equipment, and improving security at a critical crossing point between Israel and Gaza. Lowey consented to this arrangement and the money was authorized.[127]

Nevertheless, the Bush administration's efforts to isolate and marginalize Hamas backfired in June 2007, when Hamas preempted the American attempt to strengthen Fatah's security forces by driving them from Gaza and seizing power there. In a belated effort to bolster Abbas, Israel has promised to release Palestinian prisoners as well as frozen Palestinian tax revenues, and Jerusalem and Washington have lifted some economic restrictions. But there is no sign that Israel will give the Palestinian leader the one thing he needs to establish his authority and trump the rejectionists: the realistic prospect of a viable state. Thus, the conflict will continue to fester, doing further damage to America's position in the Arab and Islamic world.

## CONCLUSION

Absent the lobby, the Bush administration almost certainly would have been much more self-interested and hard-nosed in pushing for peace between Israel and the Palestinians. After all, the United States has a rich history, especially in recent years, of using various tools to force other states to change their behavior to suit America's interests. Washington extracted repeated concessions from Soviet leaders as the Soviet Union broke up, and it later

10–11 found that 60 percent of Americans felt that U.S. aid to Israel should be cut off or reduced if Sharon refused to withdraw from the Palestinian areas he had recently occupied. Moreover, 75 percent of those surveyed thought that Powell should meet with Arafat when he visited Israel. Regarding Sharon, only 35 percent found him trustworthy, while 35 percent thought he was a warmonger, 20 percent saw him as a terrorist, and 25 percent considered him an enemy of the United States.[128]

One year later, a May 2003 poll conducted by the University of Maryland reported that over 60 percent of Americans would be willing to withhold aid to Israel if it resisted U.S. pressure to settle the conflict. That number rose to 70 percent among "politically active" Americans. Indeed, 73 percent said that the United States should not favor either side in the conflict. It is also worth noting that only 17 percent of respondents agreed with the claim made by Bush and Sharon that the Israeli-Palestinian conflict is "part of the war on terrorism." Instead, 54 percent viewed it "as a conflict between two national groups fighting over the same piece of land." The same survey showed that although most Americans did not know much about the Road Map, 55 percent had a "positive view" of it. When informed of its key elements, support rose to 74 percent.[129] Even a 2005 survey conducted by the ADL found that 78 percent of Americans believe that their government should favor neither Israel nor the Palestinians.[130]

Since September 11, the American people have been receptive to pressuring Israel when they believed that doing so would be in the U.S. national interest. President Bush has also recognized that getting the Palestinians a viable state of their own was the only way to end the Israeli-Palestinian conflict, and his administration has tried to advance that goal on several occasions. But neither public opinion nor presidential initiatives mattered very much, because the lobby has made it nearly impossible for the United States to put pressure on Israel to negotiate a settlement.

As we have seen, Bush formally endorsed the idea of a Palestinian state in the fall of 2001. In the spring of 2002, he called for Israel to withdraw its forces from several Palestinian areas in the West Bank and sent Secretary of State Colin Powell to the region to jump-start the peace process. That same summer, Bush launched the Road Map initiative, which was supposed to provide a clear timetable leading to an independent and democratic Palestinian state. The following year, Bush traveled to the Middle East to promote the Road Map. After the collapse in 2006 of the Israeli plan to impose a unilateral settlement on the Palestinians, the administration—with Secretary of State Condoleezza Rice in the lead—made a renewed effort to end the conflict.

In each case, the lobby moved quickly and effectively to neutralize the Bush administration's efforts. Groups in the lobby employed a variety of tactics: open letters, congressional resolutions, op-eds and press releases, and direct meetings between administration officials and the leaders of influential Jewish and evangelical groups. Sympathetic government officials, such as the NSC's Elliott Abrams, helped in these efforts, at times meeting with Israeli officials to thwart ongoing initiatives. Instead of using U.S. leverage to move toward peace (for example, by linking U.S. support to Israel's cooperation on the Road Map), Bush ended up instead backing Sharon's (and now Olmert's) chosen policy at every turn. As former national security adviser Brent Scowcroft declared in October 2004, Sharon had President Bush "wrapped around his little finger."[131]

Israel's ability to defy the United States—and even to get Washington to follow its preferred approach to dealing with the Palestinians—offers a classic illustration of interest group politics at work. Although public opinion polls show that the American people would support compelling Israel to offer the Palestinians a fair settlement, groups in the lobby—and especially its more hard-line elements—care more about this issue than the average American does. As a result, groups like AIPAC and the leaders of organizations like the Conference of Presidents can put disproportionate pressure on elected officials and their policy preferences are more likely to win out, even if they are bad for the United States as a whole and unintentionally harmful for Israel as well.

Maintaining U.S. support for Israel's policies against the Palestinians is a core goal of many groups in the lobby, but their objectives are not limited to that goal. They also want America to help Israel remain the dominant regional power. The Israeli government and pro-Israel groups in the United States have worked together to shape the Bush administration's policy toward Iraq, Syria, and Iran, as well as its grand scheme for reordering the Middle East. Let us now consider how the lobby and Israel influenced America's decision to invade Iraq in March 2003 in the hope that this bold stroke would lead to the democratization of the entire region.

# 8

# IRAQ AND DREAMS OF TRANSFORMING THE MIDDLE EAST

Why did the United States invade Iraq? In *The Assassins' Gate: America in Iraq*, George Packer declares that "it still isn't possible to be sure, and this remains the most remarkable thing about the Iraq war." He quotes Richard Haass, the director of policy planning in the State Department during Bush's first term and now president of the Council on Foreign Relations, saying that he would "go to his grave not knowing the answer."[1]

In one sense, their uncertainty is understandable, because the decision to overthrow Saddam Hussein even now seems difficult to fathom. He was clearly a brutal tyrant with worrisome ambitions—including a desire to obtain WMD—but his own incompetence had put these dangerous objectives out of reach. His army had been routed in the 1991 Gulf War and further weakened by a decade of UN sanctions. As a result, Iraq's military power, never impressive except on paper, was a pushover by 2003. Intrusive UN inspections had eliminated Iraq's nuclear program and eventually led Saddam to destroy his biological and chemical weapons stockpiles as well. There were no convincing links between Saddam and Osama bin Laden (who were in fact hostile to each other), and bin Laden and his associates were in Afghanistan or Pakistan, not Iraq. Yet in the aftermath of 9/11, when one would have expected the United States to be focusing laserlike on al Qaeda, the Bush administration chose to invade a deteriorating country that had nothing to do with the attacks on the World Trade Center and the Pentagon and was already effectively contained. From this perspective, it *is* a deeply puzzling decision.

From another angle, however, the decision is not that hard to understand. The United States was the world's most powerful country, and there