# EXHIBIT 2

United States' Notice of Substitution on Plaintiffs' Civil Conspiracy; War Crimes,
Crimes Against Humanity, and Genocide; and Aiding and Abetting the Commission of
War Crimes Claims, Counts 1 Through III

*Bassem Al-Tamimi, et al. v. Sheldon Adelson, et al.*, No. 1:16-cv-00445-TSC (D.D.C.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BASSEM AL-TAMIMI, et al.,

      Plaintiffs,

v.

SHELDON ADELSON, et al.,

      Defendants.

No. 1:16-cv-00445-TSC

## CERTIFICATION OF SCOPE OF EMPLOYMENT

I, C. Salvatore D'Alessio, Jr., Acting Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.4(a), hereby certify that I have read the amended complaint in this action. On the basis of the information now available with respect to the claims set forth therein, I find that Elliott Abrams was acting within the scope of his federal office or employment at the time of the incidents out of which Plaintiffs' claims arose.

Dated:   January 17, 2017

                                C. Salvatore D'Alessio, Jr.
                                Acting Director
                                Torts Branch, Civil Division
                                U.S. Department of Justice