# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM AL-TAMIMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHELDON ADELSON, et al., <br><br> Defendants. | Case No. 16-cv-445 (TSC) |

## DEFENDANT BANK LEUMI USA'S DISCLOSURE OF
## CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant Bank Leumi USA certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates which own at least 10% of the stock of Bank Leumi USA which have any outstanding securities in the hands of the public: Bank Leumi Le-Israel.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: Washington, D.C.
January 27, 2017

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Jonathan I. Blackman*

Jonathan I. Blackman (admitted *pro hac vice*)
Alexis L. Collins (D.C. Bar # 474599)
Teale E. Toweill (D.C. Bar # 996061)
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
T: 202-974-1500
F: 202-974-1999
jblackman@cgsh.com
acollins@cgsh.com
ttoweill@cgsh.com

*Counsel for Defendant Bank Leumi USA*