## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BASSEM AL-TAMIMI, et al.,

          Plaintiffs,

      v.

SHELDON ADELSON, et al.,

          Defendants.

Case No. 16-cv-445 (TSC)

### [PROPOSED] ORDER

After consideration of the Motion to Dismiss the Amended Complaint filed by Defendants Sheldon Adelson, Lawrence Ellison, John Hagee, Irving Moskowitz, Haim Saban, American Friends of Ariel, American Friends of Ulpana Ofra, American Friends of Bet El Yeshiva, Christian Friends of Israeli Communities, Efrat Development Foundation, Falic Family Foundation, Inc., Friends of the Israel Defense Forces, Gush Etzion Foundation, Honenu National Legal Defense Organization, The Hebron Fund, Bank Leumi Le-Israel B.M., Bank Leumi USA, Bank Hapoalim B.M., RE/MAX, LLC, Access Industries, Inc., Veolia Environnement S.A., Veolia North America, LLC, Hewlett Packard Enterprise Co., Hewlett Packard (Israel) Ltd., Motorola Solutions, Inc., Motorola Solutions Israel Ltd., and Jewish National Fund (Keren Kayemeth Le Israel) Inc. (collectively "Defendants"), the Court hereby **ORDERS** that Defendants' Motion is **GRANTED**.  The Amended Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: _____

_____
TANYA S. CHUTKAN
United States District Judge

## List of Persons to be Notified

**Plaintiffs**

| | |
|---|---|
| BASSEM AL-<br>TAMIMI, *et al.* | Martin F. McMahon<br>William Jameson Fox<br>MCMAHON & ASSOCIATES<br>1150 Connecticut Avenue, NW<br>Suite 900<br>Washington, DC 20036<br>(202) 862-4343<br>Fax: (202) 828-4130<br>Email:mm@martinmcmahonlaw.com |

**Defendants**

| | |
|---|---|
| SHELDON<br>ADELSON | Barry G. Felder<br>FOLEY & LARDNER, LLP<br>90 Park Avenue<br>New York, NY 10016<br>(212) 338-3540<br>Email: bgfelder@foley.com<br><br>Michael J. Tuteur<br>FOLEY & LARDNER, LLP<br>111 Huntington Avenue<br>26th Floor<br>Boston, MA 02199<br>(617) 342-4000<br>Fax: (614) 342-4001<br>Email: mtuteur@foley.com |
| LAWRENCE<br>ELLISON | William H. Jeffress, Jr.<br>Aaron Stein Rabinowitz<br>BAKER BOTTS L.L.P.<br>The Warner Building<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 639-7844<br>Fax: (202) 585-1004<br>Email: william.jeffress@bakerbotts.com<br>Email: aaron.rabinowitz@bakerbotts.com |

| | |
|---|---|
| JOHN HAGEE | Lars H. Liebeler |
| | LARS LIEBELER PC |
| | 1828 L Street, NW |
| | Suite 705 |
| | Washington, DC 20036 |
| | Tel: (202) 587-4747 |
| | Fax: (202) 466-2693 |
| | Email: LLiebeler@LHL-LawFirm.com |
| | |
| IRVING MOSKOWITZ | Christopher Michael Loveland |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | 2099 Pennsylvania Avenue, NW |
| | Suite 100 |
| | Washington, DC 20006 |
| | (202) 747-1924 |
| | Fax: (202) 312-9432 |
| | Email: cloveland@sheppardmullin.com |
| | |
| HAIM SABAN | William H. Jeffress, Jr. |
| | (See above for address) |
| | |
| | Aaron Stein Rabinowitz |
| | (See above for address) |
| | |
| ELLIOTT ABRAMS | Paul Elias Werner |
| | U.S. DEPARTMENT OF JUSTICE |
| | Civil Division |
| | Ben Franklin Station |
| | P.O. Box 7146 |
| | Washington, DC 20044 |
| | (202) 616-4152 |
| | Fax: (202) 616-4314 |
| | Email: paul.werner@usdoj.gov |
| | |
| AMERICAN FRIENDS OF ARIEL | Lawrence Marc Zell |
| | ZELL, ARON & CO. |
| | 34 Ben Yehuda |
| | 15th Floor |
| | Jerusalem 9423001 |
| | Israel |
| | (212) 971-1349 |
| | Fax: (212) 253-4030 |
| | Email: mzell@fandz.com |

| | |
|---|---|
| AMERICAN FRIENDS OF BET EL YESHIVA | Shelley Ivan (DC Bar No. 985488)<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Fax: (212) 506-1800<br>Email: sivan@kasowitz.com |
| AMERICAN FRIENDS OF ULPANA OFRA | Lawrence Marc Zell<br>(See above for address) |
| CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES | Lawrence Marc Zell<br>(See above for address) |
| EFRAT DEVELOPMENT FOUNDATION | David N. Abrams<br>DAVID ABRAMS, ATTORNEY AT LAW<br>305 Broadway<br>Suite 601<br>New York, NY 10007<br>(212) 897-5821<br>Fax: (212) 897-5811<br>Email: dnabrams@gmail.com |
| FALIC FAMILY FOUNDATION, INC. | Andrew H. Marks<br>COFFEY BURLINGTON, P.L.<br>1001 Pennsylvania Avenue, NW<br>Suite 1100<br>Washington, DC 20004<br>(202) 818-8240<br>Email: amarks@markslawoffices.com<br><br>Gabriel Groisman<br>COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, PH<br>Miami, FL 33133<br>(305) 858-2900<br>Email: ggroisman@coffeyburlington.com |
| FRIENDS OF THE ISRAEL DEFENSE FORCES | Mark D. Harris<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036-6522<br>(212) 969-3530<br>Fax: (212) 969-2900<br>Email: mharris@proskauer.com |

Rachel O. Wolkinson
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
(202) 416-5811
Email: rwolkinson@proskauer.com

GUSH ETZION
FOUNDATION

Benjamin P. Sisney
AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, DC 20002
(202) 546-8890
Email: bsisney@aclj.org

Lawrence Marc Zell
(See above for address)

Andrew J. Ekonomou
LAMBROS FIRM
1280 The Peachtree
1355 Peachtree Street, NE
Atlanta, GA 30309
(404) 221-1000
Fax: (404) 577-3900
Email: aekonomou@lambrosfirm.com

Jay Alan Sekulow
Jeffrey Harold Ballabon
Stuart J. Roth
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue NE
Washington, DC 20002
(202) 564-8890
Fax: (202) 546-9309
Email: sekulow@aclj.org
Email: stuartrothJ@gmail.com

HONENU
NATIONAL LEGAL
DEFENSE
ORGANIZATION

Lawrence Marc Zell
(See above for address)

THE HEBRON FUND

Lawrence Marc Zell
(See above for address)

| | |
|---|---|
| BANK LEUMI LE-ISRAEL B.M. | Jonathan I. Blackman<br>CLEARY GOTTLIEB  STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2490<br>Fax: (212) 225-3999<br>Email: jblackman@cgsh.com<br><br>Alexis L. Collins<br>Teal Elizabeth Toweill<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, N.W.<br>Suite 9000<br>Washington, DC 20006-1801<br>(202) 974-1519<br>Fax: (202) 974-1999<br>Email: alcollins@cgsh.com<br>Email: ttoweill@cgsh.com |
| BANK LEUMI USA | Alexis L. Collins<br>(See above for address)<br><br>Jonathan I. Blackman<br>(See above for address)<br><br>Teale Elizabeth Toweill<br>(See above for address) |
| BANK HAPOALIM B.M. | Abbe David Lowell<br>Michael Bhargava<br>CHADBOURNE & PARKE LLP<br>1200 New Hampshire Avenue, NW<br>Suite 300<br>Washington, DC 20036<br>(202) 974-5605<br>Fax: (202) 974-6705<br>Email: adlowell@chadbourne.com<br>Email: mbhargava@chadbourne.com |
| RE/MAX, LLC | Michael E. Barnsback<br>O'Hagan Meyer, PLLC<br>2560 Huntington Avenue<br>Suite 204<br>Alexandria, VA 22303<br>(703) 775-8601<br>Fax: (804) 403-7110<br>Email: mbarnsback@ohaganmeyer.com |

| | |
|---|---|
| ACCESS INDUSTRIES, INC. | Jay P. Lefkowitz<br>Atif Khawaja<br>David S. Flugman<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>Fax: (212) 446-6460<br>Email: lefkowitz@kirkland.com<br>Email: atif.khawaja@kirkland.com<br>Email: david.flugman@kirkland.com |
| NESHER ISRAEL CEMENT ENTERPRISES | Alexis L. Collins<br>(See above for address)<br><br>Teale Elizabeth Toweill<br>(See above for address) |
| READYMIX INDUSTRIES (ISRAEL) LTD. | Mitchell S. Ettinger<br>Jennifer L. Spaziano<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Suite 600<br>Washington, DC 20005<br>(202) 371-7444<br>Fax:  (202) 661-8214<br>Email: mettinge@skadden.com<br>Email:  jen.spaziano@skadden.com |
| VEOLIA ENVIRONNEMENT S.A. | Elliot E. Polebaum<br>Douglas W. Baruch<br>Joseph J. LoBue<br>Jennifer M. Wollenberg<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>801 17th Street, NW<br>Washington, DC 20006<br>(202) 639-7052<br>Fax: (202) 639-7003<br>Email: elliot.polebaum@friedfrank.com<br>Email: douglas.baruch@friedfrank.com<br>Email: joseph.lobue@friedfrank.com<br>Email: jennifer.wollenberg@friedfrank.com |
| VEOLIA NORTH AMERICA, LLC | Douglas W. Baruch<br>(See above for address) |

|  | Elliot E. Polebaum<br>(See above for address) |
|---|---|
|  | Jennifer M. Wollenberg<br>(See above for address) |
|  | Joseph J. LoBue<br>(See above for address) |
| HEWLETT PACKARD ENTERPRISE CO. | John Edward Hall<br>David M. Zionts<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>One CityCenter<br>Washington, DC 20001<br>(202) 662-5104<br>Fax: (202) 778-5104<br>Email: jhall@cov.com<br>Email: dzionts@cov.com |
| HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS) | John Edward Hall<br>(See above for address)<br><br>David M. Zionts<br>(See above for address) |
| MOTOROLA SOLUTIONS, INC. | George Reid Calhoun, V<br>David Scott Yellin<br>IFRAH, PLLC<br>1717 Pennsylvania Avenue, NW<br>Suite 650<br>Washington, DC 20006<br>(202) 524-4147<br>Fax: (202) 524-4141<br>Email: george@ifrahlaw.com<br>Email:  dyellin@ifrahlaw.com |
| JEWISH NATIONAL FUND | Charles Samuel Fax<br>RIFKIN, WEINER, LIVINGSTON, LEVITAN & SILVER, LLC<br>7979 Old Georgetown Road<br>Suite 400<br>Bethesda, MD 20814<br>(301) 951-0150<br>Fax;  (301) 951-0172<br>Email:  cfax@rwlls.com |