**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| ) | |
| ) | |
| **BASSEM AL-TAMIMI, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | **Civil Action No. 1:16-cv-00445-TSC** |
| **v.** ) | |
| ) | |
| **SHELDON ADELSON, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____ ) | |

## [PROPOSED] ORDER SETTING HEARING

The Court hereby orders that the parties appear for hearing on the pending motions to dismiss in Courtroom ____ at ____ O'clock on June ___, 2017.

The parties should limit their arguments to 45 minutes for all Defendants and 45 minutes for all Plaintiffs, with time for rebuttal as needed.

Any counsel wishing to participate telephonically must make advance arrangements with my courtroom deputy, Sara Moser.

SO ORDERED this ____ day of _____, 2017.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE