**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BASSEM AL-TAMIMI, et al., | |
| Plaintiffs, | |
| v. | No. 1:16-cv-00445-TSC |
| SHELDON ADELSON, et al., | |
| and | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

## <u>UNITED STATES' NOTICE OF CORRECTION</u>

In preparation for the upcoming oral argument, the undersigned became aware of an erroneous statement made in the United States' reply in support of its motion to dismiss Plaintiffs' claims against it. Specifically, in response to Plaintiffs' assertion in their opposition to the United States' motion to dismiss that the court in *Doe v. Exxon Mobil Corp.*, 69 F. Supp. 3d 75 (D.D.C. 2014), concluded that the plaintiffs' claims were actionable under the Alien Tort Statute, 28 U.S.C. § 1350 (ATS), *see* Doc. 112, Pl.'s Opp'n, at 17-18, the United States correctly noted that the *Doe* court did not decide whether the *Doe* plaintiffs' claims were actionable under the ATS, but instead granted plaintiffs leave to amend their complaint. *See* Doc. 113, United States' Reply, at 12 (citing and quoting *Doe*, 69 F. Supp. 3d at 97). The United States added that "it appear[ed]" that plaintiffs did not amend their complaint, citing to the docket of No. 1:07-cv-1022. Doc. 113, United States' Reply, at 12. Although the complaint in that docket was not amended, *Doe* involved two cases, No. 1:07-cv-1022 and No. 01-cv-1357. The plaintiffs in No. 01-cv-1357, to which the *Doe* ruling on the ATS applied, did subsequently amend their

complaint. *See Doe*, No. 01-cv-1357, ECF No. 465. The court then ruled that the allegations of the amended complaint rebutted the presumption against extraterritoriality for certain ATS claims that "set forth substantial and specific allegations of U.S.-based conduct" relevant to those claims. *See Doe v. Exxon Mobil Corp.*, No. 01-cv-1357, 2015 WL 5042118, at *14 (D.D.C. July 6, 2015).

The undersigned regrets this oversight and has brought it to the Court's attention to correct the record and out of an abundance of caution. The issue of the extraterritorial application of the ATS does not in any way affect the United States' showing regarding its defenses under the Federal Tort Claims Act or the application of the political question doctrine. Nor does the fact that the plaintiffs in the *Doe* case were able, based on the substantial and specific allegations of U.S.-based conduct alleged on amendment in that case, to rebut the presumption against extraterritoriality alter the conclusion that Plaintiffs in this case have not sufficiently rebutted that presumption or properly invoked the ATS for any conduct or injuries alleged with respect to the United States.

Dated: June 2, 2017                     Respectfully submitted,

                                        CHAD A. READLER
                                        Acting Assistant Attorney General
                                        Civil Division

                                        JOSHUA I. WILKENFELD
                                        Senior Counsel
                                        Office of the Assistant Attorney General

                                        C. SALVATORE D'ALESSIO, JR.
                                        Acting Director, Torts Branch

                                        MARY HAMPTON MASON
                                        Senior Trial Counsel

                                            /s/  *Paul E. Werner*
                                        PAUL E. WERNER
                                        (MD Bar, under LCvR 83.2(e))
                                        Trial Attorney
                                        United States Department of Justice
                                        Torts Branch, Civil Division
                                        P.O. Box 7146
                                        Washington, D.C.  20044
                                        (202) 616-4152 (phone)
                                        (202) 616-4314 (fax)
                                        E-mail: Paul.Werner@usdoj.gov

                                        Attorneys for the United States