# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BASSEM AL-TAMIMI, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 16-cv-0445 (TSC) |
| SHELDON ADELSON, *et al.*, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum Opinion, the United States' Motion to Dismiss (ECF No. 104) and the Motion to Dismiss filed by the private Defendants (ECF No. 107) are hereby **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(1) and this action is hereby **DISMISSED** with prejudice.  Given that the basis for dismissal is the court's lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), Plaintiffs' claims are dismissed as to all Defendants, including those Defendants that did not join the joint Motion to Dismiss (ECF No. 107).

Dated: August 29, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge