# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-5207**  **September Term, 2018**

**1:16-cv-00445-TSC**

**Filed On: April 5, 2019** [1781367]

Bassem Al-Tamimi, et al.,

    Appellants

v.

Sheldon Adelson, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of February 19, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Ken R. Meadows
Deputy Clerk

Link to the judgment filed February 19, 2019