AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BASSEM AL-TAMIMI, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-cv-445 (TSC) |
| SHELDON ADELSON, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                 .

Date:   10/21/2019

/s/ Michael Barfield
*Attorney's signature*

Michael Barfield - 1023971
*Printed name and bar number*

Law Office of Michael Barfield
4401A Connecticut Avenue NW, Ste. 169
Washington, DC 20008
*Address*

mjbarfieldesq@gmail.com
*E-mail address*

(917) 284-3106
*Telephone number*

(202) 776-0136
*FAX number*