**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AL-TAMIMI, ET AL.,

    Plaintiffs,

v.

ADELSON, ET AL.,

    Defendant.

Case No.: 1:16-cv-00445-TSC

## LIMITED SUBSTITUTION OF APPEARANCE

PLEASE TAKE NOTICE that the following counsel:

>Andrew J. Silver (Bar No. 1017462)
>Ifrah, PLLC
>1717 Pennsylvania Avenue, NW, Suite 650
>Washington, DC 20006
>(202) 524-4153 – Telephone
>(202) 524-4141 – Facsimile
>Email:  asilver@ifrahlaw.com

hereby substitutes his appearance for:

>David S. Yellin (Bar No. 1028475)
>D.C. Law Students in Court
>4340 Connecticut Avenue, NW, Suite 214
>Washington, DC 20008
>(202) 638-4798 – Telephone
>(202) 638-0304 – Facsimile
>Email:  dave.yellin@gmail.com

as counsel for Defendant, Motorola Solutions, Inc. ("Defendant") in the above-referenced matter.

   PLEASE TAKE FURTHER NOTICE that the foregoing substitution does not affect the appearance of other counsel of record for Defendant.

Dated:  October 22, 2019       Respectfully submitted,
                IFRAH, PLLC

                */s/ Andrew J. Silver*
                George R. Calhoun, V (DC Bar. No. 459717)
                Andrew J. Silver (Bar No. 1017462)
                1717 Pennsylvania Avenue, NW, Suite 650
                Washington, DC 20006
                (202) 524-4140 – Telephone
                (202) 524-4141- Facsimile
                george@ifrahlaw.com
                asilver@ifrahlaw.com
                *Attorneys for Defendant Motorola Solutions Inc.*