IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BASSEM AL-TAMIMI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SHELDON ADELSON, et al.<br><br>Defendants. | Civil Action No. 1:16-cv-00445-TSC |

**DECLARATION OF ALEXIS L. COLLINS IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)**

Alexis L. Collins, pursuant to 28 U.SC. § 1746, declares and states as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP, which is counsel for Bank Leumi USA in the above-captioned action.

2. I submit this declaration in order to place before the Court a document cited in the Omnibus Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dated July 3, 2020, which is being filed herewith.

3. Attached as Exhibit A to this declaration is a demonstrative chart prepared for the convenience of the Court that categorizes Plaintiffs based on a number of selected pleading and standing deficiencies.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2020 in Washington, D.C.

                                                        Alexis L. Collins

# EXHIBIT A

EXHIBIT A
**DEMONSTRATIVE CHART OF PLAINTIFFS' STANDING AND PLEADING DEFICIENCIES**

| KEY | |
|---|---|
| | No allegations of injury |
| | Claim barred by statute of limitations |
| | Claim waived because premised on conduct of Israeli military |
| | No injury in fact as claim based on loss of family land |
| | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| | Injury not fairly traceable to moving defendants |
| | Not a plaintiff |

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Adam Hamdan | AC, Ex. C at 3 | | | None | "At this time, Plaintiff's attorneys are still seeking to clarify the nature and details of Plaintiff's Hamdan's injuries." (AC, Ex. C at 3) | None | Potentially Barred | No allegations of injury |
| Hisham Abu Al-Hassan | AC Caption Only | | | None | None alleged | None | Potentially Barred | No allegations of injury |
| Neddal Assad Attwan | AC Caption Only | | | None | None alleged | None | Potentially Barred | No allegations of injury |
| Abbas Hamideh  *AC, Ex. C contains two separate entries for Abbas Hamideh* | AC, Ex. C at 2 | Yes. | No. | None | "[L]ost a number of family members . . . courtesy of funding supplied by JNF and Bank Leumi. Family driven from home located in Ras Karkar. . . . [Suffered] forced expulsion and theft of private property." IDF and IAF are listed as "Eventuating Perpetrators," and IDF is listed as a "Receiving/Distributing Entity." (AC, Ex. C at 2) | 1948-1950 | Barred | No injury in fact as claim based on loss of family land |
| Alaa Nofal | AC, Ex. C at 4-5 | Yes. | No. | None | "Plaintiff Nofal's family was forcibly expelled from the family home ... by the 'eventuating perpetrators.'" The "eventuating perpetrators" include: Haganah/ Palmach/ Irgun/Lehi/IDF area military commanders/IDF soldiers/ HP/Motorola/ BL/BH/ RE/MAX. (AC, Ex. C at 4-5) | 1948 | Barred | No injury in fact as claim based on loss of family land |
| Emaan Toppazzini | AC, Ex. C at 11-12 | Yes. | Yes. | None  *Identified in the Caption as residing in Canada* | "[Toppazinni's family], the horses and livestock were murdered by IDF soldiers assisted by various terrorist groups. . . . As a result of being violently attacked by IDF forces, she lost a family home and 20-acre farm." (AC, Ex. C at 11-12) | 1948 | Barred | Claim waived because premised on conduct of Israeli military |

1

| | | BACKGROUND | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Yousif Mohammad Yakob Attwan  *Spelling in AC, Ex. C is Yousef Muhammad Yaqoob*  *The entry for Yousif Attwa is not an individual entry for Attwan, but rather alleges injuries for both Attwan and Ibrahim Mahmoud Ibrahim Musa (who is not a plaintiff) in the same entry* | AC, Ex. C at 22 | Yes. | No. | None | Ibrahim Mahmoud Ibrahim Musa & Yousef Muhammad Yaqoob Attwan: "Two of their registered properties were stolen, ruined and they were prevented from making any use out of them. . . . Construction/support firms profited. . . All of the [new] structures are protected by HP/Motorola systems and 24-hour protection provided by G4S personnel." IDF is listed as an "Eventuating Perpetrator" and "Receiving/Distributing Entity." (AC, Ex. C at 21-22) | 15 years ago ("causing them to continually suffer financial damages for the past 15 years", AC, Ex. C at 22) | Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Susan Abulhawa | AC, Ex. C at 46-47 | Yes. | No. | U.S. (AC, Ex. C at 46-47) | "Family driven from home. . . . As a result of the conduct engaged in by both G4S and IDF personnel, the Palestinian families were dismantled, scattered and traumatized." (AC, Ex. C at 46-47) | 1967 | Barred | (1) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim; (2) U.S. citizen who cannot assert an ATS claim; (3) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants; (4) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Waddah Sofan | AC, Ex. C at 48 | Yes. | Yes. | U.S. (AC, Ex. C at 48) | "Either G4S or Israeli personnel shot him with a Dum Dum bullet . . . caus[ing] him to be permanently disabled." (AC, Ex. C at 48) | 1989 | Barred | Fails to allege injury that is fairly traceable to any moving Defendant:  (1) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants; (2) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Wafa Nijmeddin | AC, Ex. C at 48-49 | Yes. | No. | None | "Violent new settlers and IDF forces . . . were responsible for driving his family from Dair Debwan. . . . He subsequently relocated to Jericho, but was driven again from his home in 1967 by violent settlers" and they "destroy[ed] the improvements he made on that property. ... [H]e seeks additional compensation for the loss of her [sic] uncle who was murdered by IDF or G4S personnel." (AC, Ex. C at 48-49) | 1948 and 1967 | Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Reham Al-Bur'i, as next of kin of A'id Al-Bur'i | AC, Ex. C at 1-2 | Yes. | Yes. | None | "This Plaintiff died as a result of extensive rocket bombing by IAF pilots, which was coordinated by G4S and IDF ground personnel." (AC, Ex. C at 1-2) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |

2

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Ibrahim Abu-Teer, as next of kin of Ahmad Abu-Teer | AC, Ex. C at 3 | Yes. | Yes. | None | "Repeated Israeli bombardments by IAF pilots killed him. . . . The IAF pilots [sic] precision bombing was coordinated by IDF and G4S ground personnel." (AC, Ex. C at 3) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Dharifa Sahamour, as next of kin of Ahmed Sahamour<br><br>*Spelling in AC, Ex. C is Sahmour* | AC, Ex. C at 3-4 | Yes. | Yes. | None | "Israeli soldiers assisted by G4S personnel and violent settlers were able to locate and target Mr. Sahmour and eventually killed him. . . . The IDF soldiers were able to target and locate him . . . ." (AC, Ex. C at 3-4) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Abdullah Abu-Salah, as next of kin of Ahmed Abu-Salah | AC, Ex. C at 4 | Yes. | Yes. | None | "With the assistance of G4S personnel and settlers employing sophisticated HP/Motorola tracking devices, Israeli soldiers were able to shoot him in the head." (AC, Ex. C at 4) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Ali Abu-Teer, as next of kin of Shadi Abu-Teer<br><br>*AC, Ex. C provides that Shadi is next of kin of Ali, though the case caption lists the plaintiff as Ali, as next of kin of Shadi* | AC, Ex. C at 5 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. . . . The bombardments did not initially kill him, but because of IDF soldiers impeding the progress of an emergency ambulance by the time he arrived at the emergency room he was dead." (AC, Ex. C at 5) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Amani Abu-Teer | AC, Ex. C at 6-7 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed her house." (AC, Ex. C at 6-7) | 2014 | | (1) Claim waived because premised on conduct of Israeli military;<br>(2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Anwar Dahaleez<br><br>*Spelling in AC, Ex. C is Dahleez* | AC, Ex. C at 7 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 7) | 2014 | | (1) Claim waived because premised on conduct of Israeli military;<br>(2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Awad Naim | AC, Ex. C at 8 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments largely destroyed his house making it unsuitable." (AC, Ex. C at 8) | 2014 | | (1) Claim waived because premised on conduct of Israeli military;<br>(2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |

3

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Ahmed Abo Rahmah  *Spelling in AC, Ex. C is Abu- Rahmeh and Rahmen, and first names are Basem Ibrahim* | AC, Ex. C at 8-9 | Yes. | Yes. | None | "Plaintiff Abu-Rahmen was intentionally hit by a U.S. manufactured gas bomb type 'rocket,' which was supplied by Orbital ATK. . . . He bled out while waiting for an emergency ambulance, which IDF/G4S personnel intentionally interfered with." (AC, Ex. C at 8-9) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Bassam Al-Nawiri | AC, Ex. C at 9 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 9) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Bassem Baraka | AC, Ex. C at 10 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 10) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Doa'a Abu Amer, as next of kin of 14 individuals with last name "A" | AC at ¶¶ 40, 172, 187(a), 196(a), 216, AC, Ex. C at 11 | Yes. | Yes. | None | "The death of Plaintiff Abu Amer's 14 family members is only one example of that horrendous criminal activity [the Israeli army's ongoing campaign of wholesale violence]." (AC at ¶ 40)  "On July 29, 2014, an Israeli Air Force (F16) war plane, in conjunction with the 2014 invasion of the Gaza strip, intentionally dropped a munitions-grade cluster bomb on the kindergarten facility where her family members had taken refuge. The pilots . . . were assisted in identifying this bombing site by IDF and G4S ground personnel." (AC, Ex. C at 11) | July 29, 2014 | | Claim waived because premised on conduct of Israeli military |
| Eyad Abu-Teer | AC, Ex. C at 12-13 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 12-13) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Fathi Naim | AC, Ex. C at 14 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments partially destroyed his house making it unsuitable." (AC, Ex. C at 14) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Hamza Abu-Mutlaq | AC, Ex. C at 14-15 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 14) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |

4

| Name | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Hamza Abu-Teer | AC, Ex. C at 15 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 15) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Medhat Abu-Yousef, as next of kin of Hanafi Abu-Yousef | AC, Ex. C at 15-16 | Yes. | Yes. | None | "With the assistance of IDF and G4S ground personnel, IAF pilots were able to inflict a number of aerial bombardments on Plaintiff Abu-Yousef. . . . Those attacks caused him to bleed to death." (AC, Ex. C at 15-16) | 2014 | | Claim waived because premised on conduct of Israeli military |
| Hayat Abu-Dharifa | AC, Ex. C at 17 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed her house." (AC, Ex. C at 17) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Hiba Barghouthi, as next of kin of Abdelrahman Barghouthi | AC at ¶ 187(a)<br>AC, Ex. C at 18 | Yes. | Yes. | None | "Plaintiff Barghouthi lost her brother while he was back from the U.S. to visit family" (AC at ¶ 187(a))<br><br>"3 IDF soldiers confronted [Abdelrahman Barghouthi] and stopped him from continuing. While his hands were up, they intentionally shot him . . . letting him bleed out and die." (AC, Ex. C at 18) | December 14, 2015 | | Claim waived because premised on conduct of Israeli military |
| Nadhami Abu-Teer, as next of kin of Hudhifa Abu-Teer<br><br>*Spelling in AC, Ex. C is Hudaifa* | AC, Ex. C at 18-19 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed Plaintiff Abu-Teer son's house." (AC, Ex. C at 18-19) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Hussein Tabash | AC, Ex. C at 20 | Yes. | Yes. | None | "His farm was damaged as a result of the 2014 invasion on the Gaza strip as well as the occupation of IDF and G4S personnel." (AC, Ex. C at 20) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Amal Qablan, as next of kin of Ibrahim Qablan | AC, Ex. C at 20-21 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 20) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Ibrahim Abu-Eid | AC, Ex. C at 22-23 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 22) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Ibrahim Ramadan | AC, Ex. C at 23 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 23) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Ibrahim Al-Nadir | AC, Ex. C at 23-24 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 23) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Shireen Qablan, as next of kin of Ibrahim Abu-Qablan | AC, Ex. C at 25 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed the family home and killed Plaintiff Qablan's husband." (AC, Ex. C at 25) | None | Potentially Barred | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Hayat Abu-Dharifa, as next of kin of Ismail Abu-Dharifa | AC, Ex. C at 25-26 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed Plaintiff Abu-Dharifa's house and killed her husband." (AC, Ex. C at 25) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Jamal Darduna | AC, Ex. C at 26 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 26) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Ibrahim Abu-Teer, as next of kin of Kamal Abu-Teer | AC, Ex. C at 28 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments killed Plaintiff Abu-Teer's son." (AC, Ex. C at 28) | 2014 | | Claim waived because premised on conduct of Israeli military |
| Khalid Naim | AC, Ex. C at 28-29 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments partially destroyed his house making it unsuitable." (AC, Ex. C at 28-29) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Khalil Tabash | AC, Ex. C at 29 | Yes. | Yes. | None | "With the assistance of G4S personnel and the employment of Volvo front loaders, Israeli soldiers and IAF pilots damaged his farm as a result of the 2014 war on Gaza." (AC, Ex. C at 29) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Khalil Al-'Ash | AC, Ex. C at 29-30 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 29-30) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |

6

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Muhammad Abu-Mutlaq | AC, Ex. C at 34-35 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments partially destroyed his house." (AC, Ex. C at 34) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Mamdouh Al-Qara, as next of kin of Muhammad Al-Qara | AC, Ex. C at 35-36 | Yes. | Yes. | None | "After IAF pilots engaged in a series of carpet bombing, IDF and G4S personnel engaged in a vicious criminal campaign to inflict serious bodily harm and/or the murder of all Palestinians who survived . . . Muhammad Al-Qara was one of those innocent unarmed Gaza civilians who were murdered in this campaign." (AC, Ex. C at 35-36) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Majid Abu-Teer, as next of kin of Muhammad Abu-Teer No. 1 and Muhammad Abu Teer No. 2 | AC, Ex. C at 36 contains allegations regarding "Muhammad Majid Elyan Abu-Teer." It is not clear whether this person is "Muhammad Abu Teer No. 1" or "Muhammad Abu Teer No. 2" as identified in the case caption. | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed Plaintiff's house and killed his son." (AC, Ex. C at 36) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Ra'fat Baraka, as next of kin of Muhammad Baraka  *Spelling in AC, Ex. C is Raafat* | AC, Ex. C at 36-37 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments by IDF and G4S personnel killed Mr. Baraka." (AC, Ex. C at 36-37) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Musa Al-Shinbari | AC, Ex. C at 37 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his rented apartment." (AC, Ex. C at 37) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Musa Al-Kafarna | AC, Ex. C at 37-38 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 37-38) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Nazeeh Tabash | AC, Ex. C at 38 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 38) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |

7

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Nidal Salah | AC, Ex. C at 38-39 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 38-39) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Safwat Abu-Teer, as next of kin of Nour Abu-Teer | AC, Ex. C at 39-40 | Yes. | Yes. | None | "After IAF pilots engaged in a series of carpet bombing, IDF and G4S personnel engaged in a vicious criminal campaign to inflict serious bodily harm and/or the murder of all Palestinians who survived . . . Nour Abu-Teer was one of those innocent unarmed Gaza civilians who were murdered in this campaign." (AC, Ex. C at 39-40) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Ossama Ali Ahmed Abo Hassan  *Spelling in AC, Ex. C is Osama* | AC, Ex. C at 40 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 40) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Rami Abu-Teer | AC, Ex. C at 42-43 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments partially completely destroyed his house." (AC, Ex. C at 42-43) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Rashad Taweela | AC, Ex. C at 43 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 43) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Safwat Abu-Teer | AC, Ex. C at 44 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 44) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Salim Abu-Salah | AC, Ex. C at 44-45 | Yes. | Yes. | None | "IDF and G4S personnel courtesy of carpet-bombing from IAF pilots severely damaged his farm as a result of the 2014 invasion of the Gaza strip." (AC, Ex. C at 44-45) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Sami Abu-Teer | AC, Ex. C at 45 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 45) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |

8

| Name | **BACKGROUND** | | | | | **STATUTE OF LIMITATIONS** | | **SELECTED STANDING / PLEADING DEFICIENCY** |
|---|---|---|---|---|---|---|---|---|
| | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Muhammad Abu-Teer No. 3, as next of kin of Suleiman Abu-Teer | AC, Ex. C at 46-47 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely killed Suleiman Abu-Teer." (AC, Ex. C at 46) | 2014 | | Claim waived because premised on conduct of Israeli military |
| Tagrid Abu-Teer | AC, Ex. C at 47 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed Plaintiff Abu-Teer's legs causing her to become permanently disabled." (AC, Ex. C at 47) | 2014 | | Claim waived because premised on conduct of Israeli military |
| Mamdouh Al-Qara, as next of kin of Wala'a Al-Qara | AC, Ex. C at 49 | Yes. | Yes. | None | "An unmanned Israeli aircraft killed Mr. Al-Qara as it targeted Palestinian civilians." (AC, Ex. C at 49) | None | Potentially Barred | Claim waived because premised on conduct of Israeli military |
| Younis Abu-Teer | AC, Ex. C at 49-50 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed his house." (AC, Ex. C at 49) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Safwat Abu-Teer, as next of kin of Zeinab Abu-Teer | AC, Ex. C at 50 | Yes. | Yes. | None | "There were a series of Israeli bombardments by IAF pilots, which were coordinated by G4S, and IDF ground forces. These bombardments completely destroyed her house." (AC, Ex. C at 50) | 2014 | | (1) Claim waived because premised on conduct of Israeli military; (2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Abbas Hamideh *AC, Ex. C contains two separate entries for Abbas Hamideh* | AC, Ex. C. at 2-3 | Yes. | No. | None | "Settlement militia members and security coordinators, with IDF/G4S active assistance, initially confiscated . . . and continued to confiscate the remaining family land in Ras Karkar." Damages claim is "based on the murder of his family members and the confiscation of his private property." "IDF/G4S personnnel" are listed as "Eventuating Perpetrators" IDF is listed as a "Receiving/Distributing Entity." (AC, Ex. C at 2-3) | None | Potentially Barred | No injury in fact as claim based on loss of family land |
| Ismail Deik, as personal representative of Family Husseini | AC, Ex. C at 13-14 | Yes. | No. | None | "Assisted by G4S and IDF personnel violent armed militia from Beith HaArava settlement illegally confiscated approximately 500 dunams of the family's land." (AC, Ex. C at 13-14) | None | Potentially Barred | No injury in fact as claim based on loss of family land |
| Abdur-Rahim Dudar | AC, Ex. C at 3 | Yes. | No. | None; U.S. residence is provided in the caption | "Plaintiff's family was forcibly expelled from his home . . . by IDF and new violent settlers funded by JNF and Bank Leumi." (AC, Ex. C at 3) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Ali Ali | AC, Ex. C at 5-6 | Yes. | No. | None; U.S. residence is provided in the caption | "Violent armed settlers assisted by Israeli soldiers and G4S personnel illegally confiscated twenty-five acres of Mr. Ali's land." (AC, Ex. C at 5-6) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |

9

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Hashim Yousef, in his official capacity as President of The Society for Farmers' Rights and the Preservation of Palestine's Environment<br><br>*Name in AC, Ex. C is The Association for Farmer's Rights and the Preservation of Palestine's Environment*<br><br>*The first entry in AC, Ex. C appears to be for Hashim Yousef individually, although he is listed in the caption only in his official capacity* | AC, Ex. C at 16-17 | Yes. | No. | None | Hashim Yousef, in his individual capacity: "The assailants [settlers] are consistently protected by IDF and G4S personnel. IDF and G4S personnel approve of these vicious physical attacks [by armed settlers]." (AC, Ex. C at 16)<br><br>Hashim Yousef, in his official capacity: "With the assistance of IDF and G4S personnel, Karnei Shomron settlers and their settlement coordinator have taken thousands of dunams of land from association members and farmers in Jinsafut village. . . . IDF/G4S refused farmers access to their land, expelled them from their land, physically assaulted and battered many farmers." (AC, Ex. C at 16-17) | None | Potentially Barred | (1) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim;<br>(2) Fails to allege a concrete and demonstrable injury to the organization's activities;<br>(3) Fails to establish the identity and standing of the organization's members. |
| Tariq Hussni Abed Al-Fateh Sabatin<br><br>*Spelling in AC, Ex. C is Husni Abdulfatah Sabateen* | AC, Ex. C at 19-20 | Yes. | No. | None | "Plaintiff's sole income source was a valuable piece of property that was partially destroyed and totally confiscated by Israeli soldiers, G4S personnel, and violent armed settlers." (AC, Ex. C at 19) | None | Potentially Barred | (1) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim;<br>(2) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(3) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Ibrahim Sabih | AC, Ex. C at 24-25 | Yes. | No. | None | "42 dunams of his agricultural land were taken over by settlers. . . . Settlers destroyed 170 grape saplings, 12 ancient olive trees, slaughtered livestock, and cut off access to agricultural roads ...Construction/support firms profited from this expulsion and theft . . . HP/Motorola surveillance and devices protect the new housing structures. . . . [L]ive target practice and other activities have been committed by violent settlers who have been protected by IDF and G4S personnel. IDF/G4S personnel threaten and attack Palestinian farmers . . . All of this criminal activity has resulted in multiple assaults and batteries, which has inflicted severe bruising and broken bones on the plaintiff." (AC, Ex. C at 24) | None | Potentially Barred | (1) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim;<br>(2) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(3) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Jihan Andoni | AC at 18 (see "Causal Chain of Damages for Har Homa Plaintiffs" visual)<br><br>AC, Ex. C at 27-28 | Yes. | No. | None | "Plaintiff Andoni has had private property forcibly confiscated by violent settlers who were assisted by G4S and IDF personnel employing Volvo front loaders." (AC, Ex. C at 27-28; see also AC at 18) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |

10

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Khulude Isaac | AC, Ex. C at 30-31 | Yes. | No. | None | "She was forcibly expelled and her family members [sic] from her private property by violent settlers assisted by G4S/IDF personnel." (AC, Ex. C at 30-31) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Linda Kateeb | AC at ¶ 29<br>AC, Ex. C at 31 | Yes. | No. | U.S. (AC at 45) | "She was forcibly expelled from her private property by violent settlers assisted by G4S/IDF personnel." (AC, Ex. C at 31) | None | Potentially Barred | (1) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim;<br>(2) U.S. citizen who cannot assert an ATS claim. |
| Mahmoud Ahmed Mussa Sabatin<br>*Spelling in the AC, Ex. C is Issa Sabateen* | AC, Ex. C at 31-32 | Yes. | No. | None | "The Plaintiff's olive groves have been cut down multiple times by violent settlers. . . . IDF forces . . . understand that the violent settlers are virtually untouchable." IDF is listed as an "Eventuating Perpetrator" and "Receiving/Distributing Entity." (AC, Ex. C at 31-32) | Repeated trespasses occured between "2012 and 2014 and are an ongoing trespass" (AC, Ex. C at 31-32) | Partially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Mina Ishaq | AC, Ex. C at 34 | Yes. | No. | None | "She was forcibly expelled and her family members [sic] from her private property by violent settlers assisted by G4S/IDF personnel." (AC, Ex. C at 34) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Qais Ishaq | AC, Ex. C at 40-41 | Yes. | No. | None | "She was forcibly expelled and her family members [sic] from her private property by violent settlers assisted by G4S/IDF personnel." (AC, Ex. C at 40-41) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Ra'fat Ishaq<br>*Spelling in the complaint and AC, Ex. C is Ra'afat; spelling in case caption is Ra'fat* | AC at 18<br>AC, Ex. C at 41 | Yes. | No. | None | "She was forcibly expelled and her family members [sic] from her private property by violent settlers assisted by G4S/IDF personnel." (AC, Ex. C at 41) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Raji Mohammed Abed Al-Azziz Sabatin<br>*Name in AC, Ex. C is Rami Adbulaziz Mohammed Sabateen* | AC, Ex. C at 42-43 | Yes. | No. | None | "Plaintiff's agriculture fields was [sic] ruined by Volvo front loaders, agricultural output stolen, equipment stolen, walls demolished, and storehouse was burned. He had livestock and water wells poisoned by . . . violent settlers." IDF is listed as an "Eventuating Perpetrator" and "Receiving/Distributing Entity." The Chart narrative says that IDF has committed war crimes, but it does not connect this statement to Plaintiffs' injuries. (AC, Ex. C at 42-43) | None | Potentially Barred | Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim |
| Saad Malley | AC at ¶ 29<br>AC, Ex. C at 43-44 | Yes. | No. | U.S. (AC at 45) | "With the assistance of IDF and G4S personnel violent nearby settlers have stolen 20 dunams . . . owned by Plaintiff Malley." (AC, Ex. C at 43-44) | None | Potentially Barred | (1) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim;<br>(2) U.S. citizen who cannot assert an ATS claim. |

11

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Village Council of the Villages of: Abu Al-'Asja, Abu Al- Ghazlan, Abu Al-'Arqan; Karza; Raboud | AC at 18<br>AC, Ex. C at 47-48 | Yes. | No. | None | "[A]rmed settlers expel Palestinian neighbors." (AC at 18)<br><br>"Like Plaintiffs in other villages, they have lost spouses and family members, agricultural property, homes, and retail markets, had water wells poisoned and animals slaughtered by settlers, suffered from environmental waste runoff, and were deprived of their natural resources." IDF is listed as an 'Eventuating Perpetrator.'<br>(AC, Ex. C at 47-48) | None | Potentially Barred | (1) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim;<br>(2) Fails to allege a concrete and demonstrable injury to the organization's activities;<br>(3) Fails to establish the identity and standing of the organization's members. |
| Ahmed Al-Zeer | AC, Ex. C at 4 | Yes. | No. | None | "[S]ettlers for no reason set upon him and viciously beat him. . . . IDF/G4S personnel made no attempt to stop the settlers even though they observed what was happening." (AC, Ex. C at 4) | None | Potentially Barred | Fails to allege injury that is fairly traceable to any moving Defendant:<br><br>(1) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(2) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Bassem Al-Tamimi | AC at ¶¶ 29, 51, 68<br>AC, Ex. C at 10-11 | Yes. | No. | None | "The Plaintiffs have relatives, including children and spouses, who have been murdered or are still incarcerated as political prisoners and have been tortured like Plaintiff Al-Tamimi."<br>(Complaint at ¶ 29)<br><br>"[V]iolent settlers . . . inflicted injuries upon, inter alia, Plaintiff Tamimi."<br>(Complaint at ¶ 51)<br><br>"The Israel Prison Service confirmed that the Volvo Group and its subsidiary Merkavim provide services to the Israel Prison Service, including buses for the transportation of prisoners such as Plaintiff Al-Tamimi." (Complaint at ¶ 68)<br><br>"Al-Tamimi has been arrested illegally and incarcerated at least ten times in the last ten years. Both IDF and G4S personnel were instrumental in securing his arrest and incarcerations. During those periods of incarcerations, he was tortured on an almost daily basis by G4S personnel. He was continuously arrested for peacefully protesting the expansion of nearby settlements."<br>(AC, Ex. C at 10-11) | "Plaintiff Al-Tamimi has been arrested illegally and incarcerated at least ten times in the last ten years." (AC, Ex. C at 10) | Partially Barred | Fails to allege injury that is fairly traceable to any moving Defendant:<br><br>(1) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(2) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Emad Shujaia | AC, Ex. C at 12 | Yes. | No. | None | "[H]is son was then shot by the Bet El settler or settlement coordinator or by IDF/G4S personnel." (AC, Ex. C at 12) | None | Potentially Barred | Fails to allege injury that is fairly traceable to any moving Defendant:<br><br>(1) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(2) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Jawad Al-Horob  *Spelling in AC, Ex. C is Horoob* | AC, Ex. C at 26-27 | Yes. | No. | None | "Plaintiff's father was killed while trying to pass a checkpoint on his way to visit a nearby village by IDF or G4S personnel." (AC, Ex. C at 26) | None | Potentially Barred | Fails to allege injury that is fairly traceable to any moving Defendant:<br><br>(1) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(2) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Falastin Madi, as next of kin of Sami Madi | AC, Ex. C at 45-46 | Yes. | No. | None | "[H]e was targeted by both G4S and Israeli armed forces . . . [He] was killed by G4S and/or Israeli soldiers." (AC, Ex. C at 45-46) | None | Potentially Barred | Fails to allege injury that is fairly traceable to any moving Defendant:<br><br>(1) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(2) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Ashraf Abu-Rahma  *Not identified as a plaintiff in case caption* | AC, Ex. C at 7-8 | Yes. | Yes. | None | "G4S and IDF personnel were able to employ HP/Motorola sophisticated tracking devices to locate the position of Mr. Rahma" and "IDF soldiers eventually confronted him and shot him from a very short distance at a time when they had him both handcuffed and blindfolded." He did "not die as a result of this violent confrontation." (AC, Ex. C at 7) | None | Potentially Barred | (1) Not a plaintiff;<br>(2) Claim waived because premised on conduct of Israeli military |
| Ibrahim Mahmoud Ibrahim Musa  *Not identified as a plaintiff in case caption* | AC, Ex. C at 21-22 | Yes. | No. | None | "Assisted by Volvo front loaders and security barriers provided by concrete companies identified in the lawsuit, Israel and G4S personnel ... demolish[ed] the only road leading to his property. ... [A]rmed Israeli soldiers and violent settlers ... intentionally engaged in wanton violent [sic] and destroyed parts of the road and prevented Ibrahim from making any agricultural gain out of his property and farm." (AC, Ex. C at 21) | "Mr. Ibrahim has been suffering financial damages for the past 7 years." (AC, Ex. C at 21) | Partially Barred | (1) Not a plaintiff;<br>(2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim;<br>(3) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(4) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Jawaher Ibrahim Abu-Rahmeh  *Not identified as a plaintiff in case caption* | AC, Ex. C at 27 | Yes. | No. | None | "Either G4S or IDF personnel exposed her to a poisonous gas during a weekly local protest." She "eventually suffocated and died a couple days later." (AC, Ex. C at 27) | None | Potentially Barred | (1) Not a plaintiff;<br>(2) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(3) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |
| Mahmoud Mohammed Ali Shaalan  *Not identified as a plaintiff in case caption* | AC, Ex. C at 32-33 | Yes. | Yes. | U.S. (AC, Ex. C at 32) | "Using portable HP/Motorola tracking devices, IDF soldiers assisted by G4S personnel were able to shoot him five times in the back" and "murdered him." (AC, Ex. C at 32) | None | Potentially Barred | (1) Not a plaintiff;<br>(2) Claim waived because premised on conduct of Israeli military. |

13

| | BACKGROUND | | | | | STATUTE OF LIMITATIONS | | SELECTED STANDING / PLEADING DEFICIENCY |
|---|---|---|---|---|---|---|---|---|
| Name | Location of Allegations | Israeli Military Alleged To Have Played Some Role in Injury | Injury Allegedly Based on Direct Israeli Military Action | Alleged Citizenship | Alleged Injury | Alleged Date of Injury | Barred by Statute of Limitations | Selected Standing and Pleading Deficiency |
| Mahmoud Muhammad Hamdan<br><br>*Not identified as a plaintiff in case caption* | AC, Ex. C at 33 | | | None | "Plaintiff's attorneys are still trying to ascertain the specifics of Mr. Hamdan's claim, which based upon intial short interview concerned aggravated trespass on his private property." (AC, Ex. C at 33) | None | Potentially Barred | (1) Not a plaintiff;<br>(2) Property damage / loss alleged insufficient to support ATS claim and unavailable as a matter of law for TVPA claim. |
| Majd Yousef Muhammad Atwan<br><br>*Not identified as a plaintiff in case caption* | AC, Ex. C at 33-34 | Yes. | Yes. | None | "She was arrested without any formal charges over Facebook posts that criticized the Occupation. … IDF and G4S personnel routinely use this criminal charge to arrest, incarcerate, and torture young Palestinians." (AC, Ex. C at 33) | None | Potentially Barred | (1) Not a plaintiff;<br>(2) To extent injury was allegedly inflicted by G4S, the Complaint fails to allege any connection between G4S and any of the moving Defendants;<br>(3) To extent injury was allegedly inflicted by the IDF, claims premised on conduct of Israeli military are waived. |

14