# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BASSEM AL-TAMIMI**, *et al.*,                ) | |
| )  | |
| Plaintiffs,                )  | |
| )  | |
| v.                )  | Case No. 16-cv-0445 (TSC) |
| )  | |
| **SHELDON ADELSON**, *et al.*,                )  | |
| )  | |
| and                )  | |
| )  | |
| **UNITED STATES OF AMERICA**,                )  | |
| )  | |
| Defendants.                )  | |

# ORDER

On January 31, 2022, the court ordered Plaintiffs to notify the court by June 1, 2022, whether they wish to continue their lawsuit represented by counsel or representing themselves *pro se*, and that failure to do so may result in dismissal of their claims pursuant to Federal Rule of Civil Procedure 41(b), without further notice.  *See* ECF No. 194.  The following Plaintiffs responded to the court's January 31, 2022, order, indicating that they wish to proceed represented by counsel: Bassem Al-Tamimi, Abbas Hamideh, Linda Kateeb, and Susan Abulhawa.  One Plaintiff responded that he wishes to proceed representing himself *pro se*: Abdur Rahim Dudar.  No other Plaintiff has responded to the court's January 31, 2022, order.  The claims of those Plaintiffs who failed to respond to the court's order, who are identified below, are hereby **DISMISSED** without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

- Ali Ali
- Saad Malley
- Jihan Andoni

- Khulude Isaac
- Mina Ishaq
- Qais Ishaq
- Ra 'fat Ishaq
- Hashim Yousef
- Doa'a Abu Amer, Next of Kin of Ali S. A., Huda H. A., Jad A. A., Leen A. A., Majd A. A., Lubna A. A., Sufian A. A., Sarah S. A., Sa'ed H. A., Zeid W. A., Rami W. A, Hassan W. A, Ala'a W. A. And Youssef W. A.
- Adam Hamdan
- Wafa Nijmeddin
- Waddah Sofan
- Emaan Toppazzini
- Hiba Barghouthi, Next of Kin of Abdelrahman Barghouthi
- Dr. Ismail Deik, as personal representative of the Family Husseini
- Alaa Nofal
- Ibrahim Sabih
- Emad Shujaia
- Village Council Of The Villages Of: Abu Al-'Asja, Abu Al-Ghazlan, Abu Al-'Arqan, Karza, Raboud
- Ahmed Al-Zeer
- Jamal Darduna
- Ibrahim Al-Nadir
- Rashad Taweela
- Khalil Al-'Ash
- Bassam Al-Nawiri
- Musa Al-Shinbari
- Musa Al-Kafarna
- Bassem Baraka
- Anwar Dahaleez
- Ibrahim Ramadan
- Nidal Salah
- Hayat Abu-Dharifa
- Muhammad Abu-Mutlaq
- Ibrahim Abu-Eid
- Nazeeh Tabash
- Younis Abu-Teer
- Tagrid Abu-Teer
- Hamza Abu-Teer
- Hamza Abu-Mutlaq
- Eyad Abu-Teer
- Safwat Abu-Teer, Next Of Kin Of Nour Abu-Teer And Zeinab Abu-Teer
- Amani Abu-Teer
- Sami Abu-Teer

- Rami Abu-Teer
- Fathi Naim
- Khalid Naim
- Awad Naim
- Salim Abu-Salah
- Khalil Tabash
- Hussein Tabash
- Falastin Madi, Next Of Kin Of Sami Madi
- Reham Al-Bur'i, Next Of Kin Of A'id Al-Bur'i
- Mamdouh Al-Qara, Next Of Kin Of Wala'a Al-Qara And Muhammad Al-Qara
- Majid Abu-Teer, Next Of Kin Of Muhammad Abu-Teer No. 1 And Muhammad Abu Teer No. 2
- Hayat Abu-Dharifa, Next Of Kin Of Ismail Abu-Dharifa
- Muhammad Abu-Teer No. 3, Next Of Kin Of Suleiman Abu-Teer
- Abdullah Abu-Salah, Next Of Kin Of Ahmed Abu-Salah
- Ali Abu-Teer, Next Of Kin Of Shadi Abu-Teer
- Shireen Qablan, Next Of Kin Of Ibrahim Abu-Qablan
- Amal Qablan, Next Of Kin Of Ibrahim Qablan
- Dharifa Sahamour, Next Of Kin Of Ahmed Sahamour
- Ra'fat Baraka, Next Of Kin Of Muhammad Baraka
- Ibrahim Abu-Teer, Next Of Kin Of Kamal Abu-Teer And Ahmad Abu-Teer
- Medhat Abu-Yousef, Next Of Kin Of Hanafi Abu-Yousef
- Nadhami Abu-Teer, Next Of Kin Of Hudhifa Abu-Teer
- Ossama Ali Ahmed Abo Hassan
- Tariq Hussini Abed Al-Fateh Sabatin
- Mahmoud Ahmed Mussa Sabatin
- Yousif Mohammad Yakob Attwan
- Neddal Assad Attwan
- Jawad Al-Horob
- Ahmed Abo Rahmah
- Hisham Abu Al-Hassan
- Raji Mohammad Abed Al-Azziz Sabatin

The Plaintiffs whose claims are not being dismissed, who have indicated their intention to proceed with their lawsuit,[1] are hereby **ORDERED** to file a joint response to the pending [192]

---

[1] Bassem Al-Tamimi, Abbas Hamideh, Linda Kateeb, Susan Abulhawa, and Abdur Rahim Dudar.

Motion for Final Judgment by Dr. Miriam Adelson as Special Administrator of the Estate of

Sheldon G. Adelson on or before August 4, 2022.

The court **DENIES** Plaintiff Kateeb's Motion for Telephone Conference, ECF No. 205,

without prejudice.  The court will rule on the pending Motions to Dismiss, ECF Nos. 162, 164,

166, and the pending Motion for Final Judgment, ECF No. 192, and Motion for Judicial

Assistance, ECF No. 193, in due course and will consider any renewed motion for a hearing at

that time.

Finally, the court hereby **LIFTS** the stay in this case.


Dated: July 22, 2022


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge