**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BASSEM AL-TAMIMI et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHELDON ADELSON et al., )<br>)<br>Defendants. )<br>) | Case No. 16-cv-445 (TSC) |

**MOTION OF DR. MIRIAM ADELSON AS THE EXCUTOR OF THE ESTATE OF SHELDON G. ADELSON FOR SEPARATE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58(a) and (d)**

Pursuant to Rule 58(a) and (d) of the Federal Rules of Civil Procedure, Dr. Miriam Adelson ("Dr. Adelson") moves for a separate entry of judgment in connection with the Court's March 29, 2023 Amended Order granting Movant's motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b), ECF. No. 260. Fed. R. Civ. P. 58(d) ("A party may request that judgment be set out in a separate document as required by Rule 58(a).").

On April 7, 2023, Counsel for Dr. Adelson filed a letter to Tim Bradley, Courtroom Deputy Clerk, requesting such entry, but the letter was rejected on the basis that such "correspondence is not permitted" according to D.C. District Court Local Rule 5.1(a), and Dr. Adelson was instructed to refile.

The docket currently reflects that the Court issued an "Order granting Movant's 192 Motion for Entry of Judgment," ECF 256, and subsequent Amended Orders, ECF 258, 260, but neither the docket entry nor the orders themselves appear to constitute an "entry of judgment" under Rule 58.

1

Rule 58 states: "Every judgment and amended judgment must be set out in a separate document," except for certain categories of judgments that are not applicable here. Fed. R. Civ. P. 58(a). Rule 58(c) further states that, for purposes of these rules, judgment is entered "when the judgment is entered in the civil docket" and "it is set out in a separate document." *Id.* at 58(c)(2)(A). The Advisory Committee Notes to Rule 58 clarify that a judgment must be "set out on a separate document—distinct from any opinion or memorandum—which provides the basis for the entry of judgment." The Committee affirmed this again in 2002, stating that "Rule 58(a) preserves the core of the present separate document requirement, both for the initial judgment and for any amended judgment." Advisory Committee Notes to 2002 Amendment (emphasis added).

Therefore, Dr. Adelson respectfully requests a separate entry of judgment in accordance with this Court's decision on Dr. Adelson's motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b).

Counsel for Dr. Adelson attempted to confer with Represented Plaintiffs' Counsel Samuel Jarjour on April 13, 2023 and April 17, 2023 through an exchange of emails, without response. Counsel for Dr. Adelson also conferred with pro se Plaintiff Dudar through (1) a letter sent by FedEx on April 13, 2023 and delivered on April 14, 2023 and (2) an email message from Mr. Dudar on April 14, 2023.  Mr. Dudar opposes this motion.

Dated:  April 18, 2023                           Respectfully submitted,

                                                  */s/ Barry G. Felder*
                                                  Barry G. Felder, Bar No. 307736
                                                  FOLEY & LARDNER LLP
                                                  90 Park Avenue
                                                  New York, New York 10016
                                                  Tel: (212) 338-3540

Fax: (212) 867-2329
e-mail: bgfelder@foley.com

Michael J. Tuteur, Bar No. D00202
Hillary A. Leffue, Bar No. 707404
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Tel: (617) 342-4016
Fax: (617) 342-4001
e-mail: mtuteur@foley.com

*Attorneys for Dr. Miriam Adelson as the Executor of the Estate of Sheldon G. Adelson*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 18, 2023, a copy of the foregoing Motion and Proposed Order were filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all counsel of record in this matter, and were served this day by mail on *pro se* Plaintiff Abdur-Rahim Dudar to his address of record: 2498 Warwick Circle, NE, Atlanta, GA 30345.

                */s/ Hillary A. Leffue*
                HILLARY A. LEFFUE