APPEAL,JURY,STAYED,TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:16-cv-00445-TSC

AL-TAMIMI et al v. ADELSON et al
Assigned to: Judge Tanya S. Chutkan
Demand: $34,500,000,000
Case in other court:  USCA, 17-05207
                      USCA, 23-05147
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 03/07/2016
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**BASSEM AL-TAMIMI**

represented by **Samuel Wilson Jarjour**
ATTORNEY AT LAW
7824 Coldwater Road
Indiana
Ft. Wayne, IN 46825
260-420-2333
Fax: 260-420-2335
Email: sam@jarjourlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Fox**
9601 S Meridian Boulevard
Englewood, CO 80112
720-926-4267
Email: jamesonfox@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred Long Scanlan , Jr.**
ALFRED L. SCANLAN JR. LLC
MD
38 S. Potomac Street
Suite 306
Hagerstown, MD 21740
240-513-7411
Fax: 240-513-7467
Email: ascanlan@scanlan-law.com
*TERMINATED: 07/13/2021*

**Martin F. McMahon**

MCMAHON & ASSOCIATES
1717 K Street, NW
Suite 900
Washington, DC 20006
(202) 285-1010
Fax: (202) 776-0136
Email: mm@martinmcmahonlaw.com
*TERMINATED: 07/13/2021*

**Michael James Barfield**
LAW OFFICE OF MICHAEL BARFIELD
4401A Connecticut Avenue NW
Suite 169
Washington, DC 20008
917-284-3106
Email: mbarfield@drakeloeb.com
*TERMINATED: 10/05/2020*

**Plaintiff**

**SUSAN ABULHAWA**                                    represented by   **Kent Hull**
KENT HULL, ATTORNEY
238 S. Hawthorne Drive
South Bend, IN 46617
574-287-3806
Email: lowell.k.hull.10@nd.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**William Jameson Fox, Esq.**
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
(202) 862-4341

*TERMINATED: 07/20/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DOA'A ABU AMER**                                    represented by   **Martin F. McMahon**
                                                                       (See above for address)
                                                                       *TERMINATED: 07/13/2021*

                                                                       **Michael James Barfield**
                                                                       (See above for address)
                                                                       *TERMINATED: 10/05/2020*

                                                                       **William Jameson Fox, Esq.**
                                                                       (See above for address)
                                                                       *TERMINATED: 07/20/2021*
                                                                       *PRO HAC VICE*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JIHAN ANDONI**                                      represented by   **Martin F. McMahon**
                                                                       (See above for address)
                                                                       *TERMINATED: 07/13/2021*

                                                                       **Michael James Barfield**
                                                                       (See above for address)
                                                                       *TERMINATED: 10/05/2020*

**Plaintiff**

**HIBA BARGHOUTHI**                                   represented by   **Samuel Wilson Jarjour**
*next of kin of ABDLRAHMAN BARGHOUTHI*                                 (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Martin F. McMahon**
                                                                       (See above for address)
                                                                       *TERMINATED: 07/13/2021*

                                                                       **Michael James Barfield**
                                                                       (See above for address)
                                                                       *TERMINATED: 10/05/2020*

**Plaintiff**

**ISMAIL DEIK**                                       represented by   **Martin F. McMahon**
*personal representative of the FAMILY HUSSEINI*                       (See above for address)
                                                                       *TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**ABDUR-RAHIM DUDAR**                    represented by    **ABDUR-RAHIM DUDAR**
2498 Warwick Circle, NE
Atlanta, GA 30345
(404) 421-4806
PRO SE

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**ABBAS HAMIDEH**                        represented by    **Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**KHULUDE ISAAC**                        represented by    **Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**MINA ISHAQ**                           represented by    **Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**QAIS ISHAQ**                                                 represented by **Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**RA'FAT ISHAQ**                                              represented by **Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**ALAA NOFAL**                                                represented by **Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**IBRAHIM SABIH**                                             represented by **Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**EMAD SHUJAIA**

represented by **Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**EMAAN TOPPAZZINI**

represented by **Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA,
ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND
RABOUD**

represented by **Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**HASHIM YOUSEF**

represented by **Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**

(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**AHMED AL-ZEER**                                    represented by   **Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin F. McMahon**
(See above for address)
*TERMINATED: 07/13/2021*

**Michael James Barfield**
(See above for address)
*TERMINATED: 10/05/2020*

**Plaintiff**

**LINDA KATEEB**                                    represented by   **Kent Hull**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Wilson Jarjour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SHELDON ADELSON**                                    represented by   **Barry G. Felder**
*TERMINATED: 02/09/2023*                                        FOLEY & LARDNER, LLP
90 Park Avenue
37th Floor
New York, NY 10016
(212) 338-3540
Email: BGFelder@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Tuteur**
FOLEY & LARDNER, LLP
111 Huntington Avenue
26th Floor
Boston, MA 02199
(617) 342-4000

Fax: (614) 342-4001
Email: mtuteur@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORMAN BRAMAN**                                    represented by **Eric Snyder**
MCGUIREWOODS (New York)
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212-548-2113
Email: esnyder@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LAWRENCE ELLISON**                                 represented by **William H. Jeffress , Jr.**
BAKER BOTTS LLP
700 K St, NW
Washington, DC 20001
202-639-7751
Email: william.jeffress@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Stein Rabinowitz**
BAKER BOTTS, LLP
The Warner Building
1299 Pennsylvania Avenue, NW
Suite 1300
Washington, DC 20004-2400
(202) 639-7844
Fax: (202) 585-1004
Email: aaron.rabinowitz@bakerbotts.com
*TERMINATED: 10/08/2019*

**Adam Michael Dec**
BAKER BOTTS, LLP
700 K Street NW
Washington, DC 20001
202-639-7817
Email: adam.dec@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANIEL GILBERT**

**Defendant**

**JOHN HAGEE**                                          represented by **Lars H. Liebeler**
                                                        LARS LIEBELER PC
                                                        1828 L Street, NW
                                                        Suite 705
                                                        Washington, DC 20036
                                                        (202) 587-4747
                                                        Fax: (202) 466-2693
                                                        Email: LLiebeler@LHL-LawFirm.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**LEV LEVIEV**

**Defendant**

**IRVING MOSKOWITZ**                                    represented by **Christopher Michael Loveland**
*TERMINATED: 07/17/2020*                                SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                                        2099 Pennsylvania Avenue, NW
                                                        Suite 100
                                                        Washington, DC 20006
                                                        (202) 747-1924
                                                        Fax: (202) 747-3832
                                                        Email: cloveland@sheppardmullin.com
                                                        *TERMINATED: 07/17/2020*

**Defendant**

**HAIM SABAN**                                          represented by **William H. Jeffress , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Aaron Stein Rabinowitz**
                                                        (See above for address)
                                                        *TERMINATED: 10/08/2019*

                                                        **Adam Michael Dec**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**ELLIOTT ABRAMS**                                      represented by **Paul Elias Werner**
                                                        U.S. DEPARTMENT OF JUSTICE
                                                        Civil Division
                                                        Ben Franklin Station
                                                        P.O. Box 7146

Washington, DC 20044
(202) 616-4152
Fax: (202) 616-4314
Email: paul.werner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICAN FRIENDS OF ARIEL**                    represented by **Lawrence Marc Zell**
                                                 ZELL, ARON & CO.
                                                 34 Ben Yehuda Street
                                                 15th Floor
                                                 Jerusalem
                                                 Israel
                                                 +97226336300
                                                 Fax: +97225875904
                                                 Email: marc.zell.law@gmail.com
                                                 *LEAD ATTORNEY*
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICAN FRIENDS OF BET EL YESHIVA**           represented by **David I. Schoen**
                                                 DAVID I. SCHOEN, ATTORNEY AT LAW
                                                 2800 Zelda Road, Suite 100-6
                                                 Montgomery, AL 36106
                                                 334-395-6611
                                                 Fax: 917-591-7586
                                                 Email: dschoen593@aol.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICAN FRIENDS OF HAR HOMA**

**Defendant**

**AMERICAN FRIENDS OF ULPANA OFRA**              represented by **Lawrence Marc Zell**
*TERMINATED: 05/04/2020*                         (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES**     represented by **Lawrence Marc Zell**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EFRAT DEVELOPMENT FOUNDATION**

represented by **David N. Abrams**
DAVID ABRAMS, ATTORNEY AT LAW
PO Box 3353
Church Street Station
New York, NY 10008
212-897-5821
Email: dnabrams@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FALIC FAMILY FOUNDATION, INC.**

represented by **Andrew H. Marks**
COFFEY BURLINGTON
2601 South Bayshore Drive, PH
Miami, FL 33133
(305) 858-2900
Fax: (305) 858-5261
Email: amarks@markslawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriel Groisman**
LLORENTE & HECKLER, PA
801 Arthur Godfrey Road
Suite 401
Miami Beach, FL 33140
305-742-2810
Email: ggroisman@llorenteheckler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FRIENDS OF ISRAEL DEFENSE FORCES**

represented by **Jennifer Elyse Tarr**
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
202-416-6846
Email: jtarr@ftc.gov
*TERMINATED: 04/13/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Harris**
PROSKAUER ROSE, LLP
Eleven Times Square
New York, NY 10036-6522
(212) 969-3530
Fax: (212) 969-2900
Email: mharris@proskauer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel O. Wolkinson**
BROWN, RUDNICK, FREED & GESMER
601 13th Street, NW
Suite 600
Washington, DC 20005
(202) 536-1755
Email: rwolkinson@brownrudnick.com
*TERMINATED: 01/24/2019*

**Defendant**

**GUSH ETZION FOUNDATION**                    represented by  **Benjamin Paul Sisney**
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue NE
Washington, DC 20002
(202) 546-8890
Fax: (202) 546-9309
Email: bsisney@aclj.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Marc Zell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Ekonomou**
AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
202-546-8890
Email: aekonomou@outlook.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay Alan Sekulow**

AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue NE
Washington, DC 20002
(202) 546-8890
Fax: (202) 546-9309
Email: sekulow@aclj.org
*ATTORNEY TO BE NOTICED*

**Jeffrey Harold Ballabon**
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue NE
Washington, DC 20002
(202)546-8890
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart J. Roth**
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue NE
Washington, DC 20002
(202) 546-8890
Fax: (202) 546-9309
Email: stuartroth1@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HONENU NATIONAL LEGAL DEFENSE ORGANIZATION**                represented by **Lawrence Marc Zell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KARNEI SHOMRON FOUNDATION**
*TERMINATED: 05/04/2020*

**Defendant**

**HEBRON FUND**                represented by **Lawrence Marc Zell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BANK LEUMI LE-ISRAEL B.M.**                represented by **Alexis L. Collins**
*TERMINATED: 05/04/2020*                CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW

Suite 1000
Washington, DC 20037
(202) 974-1519
Fax: (202) 974-1999
Email: alcollins@cgsh.com
*TERMINATED: 07/20/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan I. Blackman**
CLEARY, GOTTLIEB, STEEN & HAMILTON, LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2490
Fax: (212) 225-3999
Email: jblackman@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Teale Elizabeth Toweill**
DLA PIPER LLP (US)
555 Mission Street
Suite 2400
San Francisco, CA 94105-2933
(415) 836-2515
Fax: (415) 659-7355
Email: teale.toweill@dlapiper.com
*TERMINATED: 09/13/2017*

**Defendant**

**BANK LEUMI USA**                                 represented by **Alexis L. Collins**
(See above for address)
*TERMINATED: 07/20/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan I. Blackman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nowell David Beckett Bamberger**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Suite 1000

Washington, DC 20037
(202) 974-1500
Fax: (202) 974-1999
Email: nbamberger@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teale Elizabeth Toweill**
(See above for address)
*TERMINATED: 09/13/2017*

**Defendant**
**BANK HAPOALIM B.M.**
*TERMINATED: 05/04/2020*

represented by   **Carol Michele Goodman**
HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, NY 10016
212-592-1465
Fax: 212-592-1500
Email: cgoodman@herrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Anthony D'Angelo**
MUTUAL OF AMERICA
320 Park Avenue
New York, NY 10022
917-541-4843
Fax: 212-592-1500
Email: jason1262@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006
(202) 282-5000
Fax: (202) 282-5100
Email: adlowell@winston.com
*TERMINATED: 10/08/2019*

**Michael Bhargava**
NICHOLS LIU LLP
655 15th Street NW
Suite 425
Washington, DC 20005
202-846-9811

Email: mbhargava@nicholsliu.com
*TERMINATED: 06/28/2018*

**Defendant**

**G4S PLC**
*TERMINATED: 05/04/2020*

**Defendant**

**G4S NORTH AMERICA**

**Defendant**

**G4S ISRAEL**
*TERMINATED: 05/04/2020*

**Defendant**

**RE/MAX, LLC**

represented by **Michael E. Barnsback**
O'HAGAN MEYER, PLLC
2560 Huntington Avenue
Suite 204
Alexandria, VA 22303
(703) 775-8601
Fax: (804) 403-7110
Email: mbarnsback@ohaganmeyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William James Kelly , III**
KELLY & WALKER LLC
501 South Cherry Street
Suite 1100
Denver, CO 80246
720-236-1800
Fax: 720-236-1799
Email: wkelly@kellylawpartners.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RE/MAX ISRAEL - IMPACT PROPERTY DEVELOPERS
LTD.**

**Defendant**

**AFRICA ISRAEL INVESTMENTS, LTD.**
*TERMINATED: 05/04/2020*

**Defendant**

AFI USA

**Defendant**

**DANYA CEBUS LTD.**
*TERMINATED: 05/04/2020*

**Defendant**

**ACCESS INDUSTRIES, INC.**
*TERMINATED: 04/13/2020*

represented by **Gilad Bendheim**
KIRKLAND & ELLIS LLP
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 390-4004
Email: gilad.bendheim@kirkland.com
*TERMINATED: 04/13/2020*

**Jay Philip Lefkowitz**
KIRKLAND & ELLIS LLP
601 Lexington Avenue
Suite 35th Floor
New York, NY 10022
(212) 446-4970
Fax: (212) 446-6460
Email: lefkowitz@kirkland.com
*TERMINATED: 04/13/2020*

**Defendant**

**CRH PLC**
*TERMINATED: 05/04/2020*

**Defendant**

**NESHER ISRAEL CEMENT ENTERPRISES**
*TERMINATED: 05/04/2020*

represented by **Alexis L. Collins**
(See above for address)
*TERMINATED: 07/20/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teale Elizabeth Toweill**
(See above for address)
*TERMINATED: 09/13/2017*

**Defendant**

**HEIDELBERGCEMENT AG**
*TERMINATED: 05/04/2020*

**Defendant**

**HANSON ISRAEL LTD.**
*TERMINATED: 12/15/2016*

represented by **Stephen Michael Nickelsburg**
CLIFFORD CHANCE US LLP
2001 K Street, NW
Washington, DC 20006
(202) 912-5108
Fax: (202) 912-6000
Email: stephen.nickelsburg@cliffordchance.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**READYMIX INDUSTRIES (ISRAEL) LTD.**
*TERMINATED: 05/04/2020*

represented by **Mitchell S. Ettinger**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7444
Fax: (202) 661-8214
Email: mettinge@skadden.com
*LEAD ATTORNEY*

**Jennifer L. Spaziano**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7872
Email: jen.spaziano@skadden.com

**Defendant**

**VEOLIA ENVIRONNEMENT S.A.**
*TERMINATED: 05/04/2020*

represented by **Douglas W. Baruch**
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5219
Fax: (202) 739-3001
Email: douglas.baruch@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliot E. Polebaum**
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7067
Fax: (202) 639-7003
Email: Elliot.Polebaum@friedfrank.com
*TERMINATED: 02/21/2019*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer M. Wollenberg**
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739 5313
Fax: (202) 739 3001
Email: jennifer.wollenberg@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. LoBue**
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7493
Fax: (202) 639-7003
Email: joseph.lobue@friedfrank.com
*TERMINATED: 02/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine A. Raimondo**
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7392
Fax: (202) 639-7003
Email: katherine.raimondo@friedfrank.com
*TERMINATED: 08/05/2016*

**Defendant**
**VEOLIA NORTH AMERICA**
*TERMINATED: 06/30/2020*

represented by **Douglas W. Baruch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliot E. Polebaum**
(See above for address)
*TERMINATED: 02/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Wollenberg**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joseph J. LoBue**
(See above for address)
*TERMINATED: 02/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine A. Raimondo**
(See above for address)
*TERMINATED: 08/05/2016*

**Defendant**

**VEOLIA ENVIRONMENTAL SERVICES (ISRAEL)**
*TERMINATED: 05/04/2020*

**Defendant**

**VOLVO GROUP**
*a.k.a. AB VOLVO (PUBL)*
*TERMINATED: 05/04/2020*

**Defendant**

**VOLVO BUSSAR AB**

**Defendant**

**MERKAVIM TRANSPORTATION TECHNOLOGIES**
*TERMINATED: 05/04/2020*

**Defendant**

**HEWLETT PACKARD ENTERPRISE CO.**                    represented by **John Edward Hall**
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
202-662-5104
Fax: 202-778-5104
Email: jhall@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Zionts**
COVINGTON & BURLING LLP
850 Tenth Street, NW
One City Center
Washington, DC 20001
(202) 662-5987
Fax: (202) 778-5987

Email: dzionts@cov.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS)**

represented by **John Edward Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Zionts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MOTOROLA SOLUTIONS, INC.**

represented by **George Calhoun**
IFRAH, PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
(202) 524-4147
Fax: (202) 524-4141
Email: george@ifrahlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Silver**
IFRAH, PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
(202) 524-4140
Email: asilver@ifrahlaw.com
*TERMINATED: 07/12/2021*

**David Scott Yellin**
D.C. LAW STUDENTS IN COURT
4340 Connecticut Ave, NW
Suite 214
Washington, DC 20008
(202) 638-4798
Email: dave.yellin@gmail.com
*TERMINATED: 10/22/2019*

**Defendant**

**MOTOROLA SOLUTIONS ISRAEL LTD.**
*TERMINATED: 05/04/2020*

**Defendant**

**AHAVA - DEAD SEA LABORATORIES**
*TERMINATED: 12/15/2016*

represented by **Robert Joseph Tolchin**
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street
Box 7
Brooklyn, NY 11230
718-855-3627
Email: rtolchin@berkmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meir Katz**
THE BERKMAN LAW OFFICE, LLC
P.O. Box 65335
Baltimore, MD 21209
410-844-4407
Email: mkatz@berkmanlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORDSTROM, INC.**
*TERMINATED: 12/15/2016*

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meir Katz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ISRAEL CHEMICALS LTD.**

**Defendant**

**JEWISH NATIONAL FUND**

represented by **Charles Samuel Fax**
RIFKIN WEINER LIVINGSTON LLC
4800 Hampden Lane
Suite 820
Bethesda, MD 20814
301-951-0150
Fax: 301-951-0172
Email: cfax@rwlls.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liesel J. Schopler**
RIFKIN WEINER LIVINGSTON LLC
225 Duke of Gloucester Street
Annapolis, MD 21401
(410) 269-5066
Fax: (410) 269-1235
Email: lschopler@rwllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce E. Smithey**
SMITHEY LAW GROUP LLC
706 Giddings Avenue
Suite 200
Annapolis, MD 21401
(410) 919-2990
Email: joyce.smithey@smitheylaw.com
*TERMINATED: 04/16/2019*

**Defendant**

**VALLEY NATIONAL BANK**

V.

**Interested Party**

**UNITED STATES OF AMERICA**                     represented by   **Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**MIRIAM ADELSON**                               represented by   **Barry G. Felder**
*as Special Administrator of the Estate of Sheldon G. Adelson*      (See above for address)
*TERMINATED: 07/13/2021*                                          *ATTORNEY TO BE NOTICED*

**Hillary Leffue**
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199
(617) 226-3137
Fax: (617) 342-4001
Email: hleffue@foley.com
*ATTORNEY TO BE NOTICED*

**Movant**

**MIRIAM ADELSON**

represented by **Barry G. Felder**
FOLEY & LARDNER, LLP
90 Park Avenue
New York, NY 10016
212-338-3540
Fax: 212-682-7474
Email: BGFelder@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Leffue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2016 | 1 | COMPLAINT *for War Crimes and Aggravated Trespasses* against All Defendants with Jury Demand ( Filing fee $ 400 receipt number 0090-4438295) filed by ABDUR-RAHIM DUDAR, HASHIM YOUSEF, EMAAN TOPPAZZINI, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, EMAD SHUJAIA, AHMED AL-ZEER, SUSAN ABULHAWA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, BASSEM AL-TAMIMI, IBRAHIM SABIH, ALAA NOFAL, ISMAIL DEIK, DOA'A ABU AMER, KHULUDE ISAAC, JIHAN ANDONI, HIBA BARGHOUTHI. (Attachments: # 1 Exhibit A-D, # 2 Civil Cover Sheet, # 3 Summons)(McMahon, Martin) (Entered: 03/07/2016) |
| 03/07/2016 | | Case Assigned to Judge Tanya S. Chutkan. (jd) (Entered: 03/08/2016) |
| 03/08/2016 | 2 | SUMMONS (43) Issued Electronically as to All Defendants. (Attachment: # 1 Consent Forms)(jd) (Entered: 03/08/2016) |
| 03/22/2016 | 3 | NOTICE of Appearance by Abbe David Lowell on behalf of BANK HAPOALIM B.M. (Lowell, Abbe) (Entered: 03/22/2016) |
| 03/22/2016 | 4 | NOTICE of Appearance by Michael Bhargava on behalf of BANK HAPOALIM B.M. (Bhargava, Michael) (Entered: 03/22/2016) |
| 03/30/2016 | 5 | NOTICE of Appearance by Lars H. Liebeler on behalf of JOHN HAGEE (Liebeler, Lars) (Entered: 03/30/2016) |
| 04/05/2016 | 6 | NOTICE of Appearance by Robert Joseph Tolchin on behalf of AHAVA - DEAD SEA LABORATORIES, NORDSTROM, INC. (Tolchin, Robert) (Entered: 04/05/2016) |
| 04/11/2016 | 7 | NOTICE of Appearance by David N. Abrams on behalf of EFRAT DEVELOPMENT FOUNDATION (Abrams, David) (Entered: 04/11/2016) |
| 04/12/2016 | 8 | NOTICE of Appearance by Douglas W. Baruch on behalf of VEOLIA NORTH AMERICA (Baruch, Douglas) (Entered: 04/12/2016) |
| 04/12/2016 | 9 | NOTICE of Appearance by Joseph J. LoBue on behalf of VEOLIA NORTH AMERICA (LoBue, Joseph) (Entered: 04/12/2016) |
| 04/12/2016 | 10 | NOTICE of Appearance by Elliot E. Polebaum on behalf of VEOLIA NORTH AMERICA (Polebaum, Elliot) (Entered: 04/12/2016) |
| 04/12/2016 | 11 | NOTICE of Appearance by Katherine A. Raimondo on behalf of VEOLIA NORTH AMERICA (Raimondo, Katherine) (Entered: 04/12/2016) |
| 04/14/2016 | 12 | ERRATA by BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (McMahon, Martin) (Entered: 04/14/2016) |

| 04/14/2016 | 13 | RESPONSE re 12 Errata, filed by AHAVA - DEAD SEA LABORATORIES, NORDSTROM, INC.. (Tolchin, Robert) (Entered: 04/14/2016) |
|---|---|---|
| 04/14/2016 | 14 | NOTICE of Appearance by Alexis L. Collins on behalf of BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA (Collins, Alexis) (Entered: 04/14/2016) |
| 04/15/2016 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jonathan I. Blackman, :Firm- Cleary Gottlieb Steen & Hamilton LLP, :Address- One Liberty Plaza, New York, NY 10006. Phone No. - (212) 225-2490. Fax No. - (508) 228-9468 Filing fee $ 100, receipt number 0090-4487225. Fee Status: Fee Paid. by BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA (Attachments: # 1 Declaration of Jonathan I. Blackman, # 2 Text of Proposed Order)(Collins, Alexis) (Entered: 04/15/2016) |
| 04/17/2016 | 16 | ENTERED IN ERROR. . . . .NOTICE of Appearance by Lawrence Marc Zell on behalf of AMERICAN FRIENDS OF ARIEL (Zell, Lawrence) Modified on 4/18/2016 (ztd). (Entered: 04/17/2016) |
| 04/17/2016 | 17 | ENTERED IN ERROR. . . . .NOTICE of Appearance by Lawrence Marc Zell on behalf of HONENU NATIONAL LEGAL DEFENSE ORGANIZATION (Zell, Lawrence) Modified on 4/18/2016 (ztd). (Entered: 04/17/2016) |
| 04/18/2016 | | MINUTE ORDER: Granting 15 Motion for Leave to Appear Pro Hac Vice. Attorney Jonathan I. Blackman is hereby admitted pro hac vice to appear in this matter on behalf of the Defendants Bank Leumi Le-Israel B.M. and Bank Leumi USA. Signed by Judge Tanya S. Chutkan on 4/18/16. (DJS) (Entered: 04/18/2016) |
| 04/18/2016 | | NOTICE OF ERROR re 16 Notice of Appearance; emailed to mzell@fandz.com, cc'd 30 associated attorneys -- The PDF file you docketed contained errors: 1. Please refile document, 2. Please fill out the form then save it as a pdf document and then file it electronically. (ztd, ) (Entered: 04/18/2016) |
| 04/19/2016 | 18 | NOTICE of Appearance by Lawrence Marc Zell on behalf of GUSH ETZION FOUNDATION (Zell, Lawrence) (Entered: 04/19/2016) |
| 04/19/2016 | 19 | ENTERED IN ERROR. . . . .NOTICE of Change of Address by Lawrence Marc Zell (Zell, Lawrence) Modified on 4/20/2016 (ztd). (Entered: 04/19/2016) |
| 04/19/2016 | 20 | ENTERED IN ERROR. . . . .NOTICE of Change of Address by Lawrence Marc Zell (Zell, Lawrence) Modified on 4/20/2016 (ztd). (Entered: 04/19/2016) |
| 04/19/2016 | 21 | ENTERED IN ERROR. . . . .NOTICE of Change of Address by Lawrence Marc Zell (Zell, Lawrence) Modified on 4/20/2016 (ztd). (Entered: 04/19/2016) |
| 04/19/2016 | 22 | NOTICE of Appearance by Aaron Stein Rabinowitz on behalf of LAWRENCE ELLISON, HAIM SABAN (Rabinowitz, Aaron) (Entered: 04/19/2016) |
| 04/19/2016 | | NOTICE OF CORRECTED DOCKET ENTRY: re 20 Notice of Change of Address, 19 Notice of Change of Address, 21 Notice of Change of Address was entered in error. The Address has been modified using the appearance that was filed. (td) (Entered: 04/20/2016) |
| 04/20/2016 | 23 | NOTICE of Appearance by William H. Jeffress, Jr on behalf of LAWRENCE ELLISON, HAIM SABAN (Jeffress, William) (Entered: 04/20/2016) |
| 04/22/2016 | 24 | NOTICE of Appearance by Douglas W. Baruch on behalf of VEOLIA ENVIRONNEMENT S.A. (Baruch, Douglas) (Entered: 04/22/2016) |
| 04/22/2016 | 25 | NOTICE of Appearance by Elliot E. Polebaum on behalf of VEOLIA ENVIRONNEMENT S.A. (Polebaum, Elliot) (Entered: 04/22/2016) |
| 04/22/2016 | 26 | NOTICE of Appearance by Joseph J. LoBue on behalf of VEOLIA ENVIRONNEMENT S.A. (LoBue, Joseph) (Entered: 04/22/2016) |
| 04/22/2016 | 27 | NOTICE of Appearance by Katherine A. Raimondo on behalf of VEOLIA ENVIRONNEMENT S.A. (Raimondo, Katherine) (Entered: 04/22/2016) |
| 04/22/2016 | 28 | Joint MOTION for Hearing *on Scheduling* by JOHN HAGEE (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 04/22/2016) |

| 04/25/2016 | 29 | NOTICE of Appearance by John Edward Hall on behalf of HEWLETT PACKARD ENTERPRISE CO., HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS) (Hall, John) (Entered: 04/25/2016) |
|---|---|---|
| 04/25/2016 | 30 | NOTICE of Appearance by David M. Zionts on behalf of HEWLETT PACKARD ENTERPRISE CO., HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS) (Zionts, David) (Entered: 04/25/2016) |
| 04/29/2016 | | MINUTE ORDER: Granting Joint Motion for a Hearing on Scheduling 28 . Not later than May 15, 2016 all parties who have appeared shall file a JOINT notice that includes: (1) three proposed dates/times for the scheduling conference; and (2) a proposed briefing schedule that includes a plan for how the court is to address those Defendants that have not appeared. Those parties that anticipate participating by telephone shall jointly provide a SINGLE land line telephone number to Sarah Moser, courtroom deputy (sarah_moser@dcd.uscourts.gov) at least 2 days in advance of the scheduled hearing. Signed by Judge Tanya S. Chutkan on 4/29/16.(DJS) (Entered: 04/29/2016) |
| 04/29/2016 | | Set/Reset Deadlines: Notice due by 5/15/2016. (zsm) (Entered: 04/29/2016) |
| 05/01/2016 | 31 | NOTICE of Appearance by Lawrence Marc Zell on behalf of CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES (Zell, Lawrence) (Entered: 05/01/2016) |
| 05/03/2016 | 32 | NOTICE of Appearance by Paul Elias Werner on behalf of ELLIOTT ABRAMS (Werner, Paul) (Entered: 05/03/2016) |
| 05/03/2016 | 33 | NOTICE of Appearance by Rachel O. Wolkinson on behalf of FRIENDS OF ISRAEL DEFENSE FORCES (Wolkinson, Rachel) (Entered: 05/03/2016) |
| 05/03/2016 | 34 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Mark D. Harris, :Firm- Proskauer Rose LLP, :Address- Eleven Times Square, New York, NY 10036. Phone No. - 212-969-3530. Fax No. - 212-969-2900 Filing fee $ 100, receipt number 0090-451090. Fee Status: Fee Paid. by FRIENDS OF ISRAEL DEFENSE FORCES (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Wolkinson, Rachel) (Entered: 05/03/2016) |
| 05/04/2016 | | MINUTE ORDER: Granting 34 Motion for Leave to Appear Pro Hac Vice. Attorney Mark D. Harris is hereby admitted pro hac vice to appear in this matter on behalf of Defendant Friends of the Israel Defense Forces. Signed by Judge Tanya S. Chutkan on 5/4/16. (DJS) (Entered: 05/04/2016) |
| 05/06/2016 | 35 | NOTICE of Appearance by George Reid Calhoun, V on behalf of MOTOROLA SOLUTIONS, INC. (Calhoun, George) (Entered: 05/06/2016) |
| 05/08/2016 | 36 | NOTICE of Appearance by Lawrence Marc Zell on behalf of THE HEBRON FUND (Zell, Lawrence) (Entered: 05/08/2016) |
| 05/12/2016 | 37 | NOTICE of Appearance by Michael E. Barnsback on behalf of RE/MAX, LLC (Barnsback, Michael) (Entered: 05/12/2016) |
| 05/12/2016 | 38 | NOTICE *(Joint) Re Scheduling Hearing* by JOHN HAGEE (Liebeler, Lars) (Entered: 05/12/2016) |
| 05/13/2016 | 39 | NOTICE *Separate Notice by Lawrence Marc Zell for Five Defendants* by AMERICAN FRIENDS OF ARIEL re 38 Notice (Other) (Zell, Lawrence) (Entered: 05/13/2016) |
| 05/17/2016 | | MINUTE ORDER: The court will hold a scheduling hearing on Monday June 6 at 11:00 a.m. in Courtroom 2. The parties are hereby reminded that those parties who anticipate participating by telephone shall JOINTLY provide a SINGLE land line telephone number to Sarah Moser, courtroom deputy (sarah_moser@dcd.uscourts.gov) not later than noon on Thursday June 2, 2016. Signed by Judge Tanya S. Chutkan on 5/17/16. (DJS) (Entered: 05/17/2016) |
| 05/17/2016 | | Set/Reset Hearings: Scheduling Conference set for 6/6/2016 at 11:00 AM in Courtroom 2 before Judge Tanya S. Chutkan. (zsm) (Entered: 05/17/2016) |
| 06/02/2016 | 40 | NOTICE of Appearance by David Scott Yellin on behalf of MOTOROLA SOLUTIONS, INC. (Yellin, David) (Entered: 06/02/2016) |
| 06/03/2016 | 41 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- William Jameson Fox, :Firm- Martin F. McMahon & Associates, :Address- 1150 Connecticut Avenue, N.W. Ste 900, Washington, D.C. 20036. Phone No. - (202) 862-4343. Fax No. - (202) 828-4130 Filing fee $ 100, receipt number 0090-4553585. Fee Status: Fee Paid. by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, |

| | | JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF (McMahon, Martin) (Entered: 06/03/2016) |
|---|---|---|
| 06/03/2016 | 42 | STATUS REPORT *on Service of Process and Motion for Additional Time* by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (McMahon, Martin) (Entered: 06/03/2016) |
| 06/03/2016 | | MINUTE ORDER: Granting 41 Motion for Leave to Appear Pro Hac Vice. Attorney William Jameson Fox is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiffs. Signed by Judge Tanya S. Chutkan on 6/3/16. (DJS) (Entered: 06/03/2016) |
| 06/06/2016 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Settlement Conference held on 6/6/2016. Further Status Report on Service of Process due by 6/10/2016. Amended Pleadings due by 8/1/2016. Dispositive Motions due by 10/6/2016. Response to Dispositive Motions due by 11/28/2016. Reply to Dispositive Motions due by 12/19/2016. Further Order to issue. (Court Reporter Bryan Wayne.) (zsm) (Entered: 06/06/2016) |
| 06/06/2016 | 43 | NOTICE of Appearance by Barry G. Felder on behalf of SHELDON ADELSON (Felder, Barry) (Entered: 06/06/2016) |
| 06/06/2016 | 44 | NOTICE of Appearance by Michael J. Tuteur on behalf of SHELDON ADELSON (Tuteur, Michael) (Entered: 06/06/2016) |
| 06/06/2016 | 45 | VACATED PURSUANT TO ORDER FILED 9/26/16.....SCHEDULING ORDER: Plaintiffs' Status Report on service of process and proofs of service due 6/10/16. Amended Complaint with redlined version due 8/1/16. Defendants' notice identifying all motions to dismiss they intend to file due 9/15/16. Defendants' motions to dismiss due 10/6/16. Plaintiffs' response(s) due 11/28/16. Defendants' Replies due 12/19/16 (See Order for further details). Signed by Judge Tanya S. Chutkan on 6/6/16. (DJS) Modified on 9/27/2016 (zsm). (Entered: 06/06/2016) |
| 06/10/2016 | 46 | ENTERED IN ERROR.....Second STATUS REPORT *on Service of Process and Proofs of Service* by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Exhibit)(McMahon, Martin) Modified on 6/10/2016 (jf). (Entered: 06/10/2016) |
| 06/10/2016 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 46 Status Report,, was entered in error and counsel was instructed to refile said pleading using the correct docket event(s). (jf) (Entered: 06/10/2016) |
| 06/10/2016 | 47 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ACCESS INDUSTRIES, INC. served on 3/19/2016, answer due 4/9/2016; SHELDON ADELSON served on 3/18/2016, answer due 4/8/2016; AFRICA ISRAEL INVESTMENTS, LTD. served on 3/21/2016, answer due 4/11/2016; AHAVA - DEAD SEA LABORATORIES served on 3/21/2016, answer due 4/11/2016; AMERICAN FRIENDS OF ARIEL served on 5/5/2016, answer due 5/26/2016; AMERICAN FRIENDS OF BET EL YESHIVA served on 3/24/2016, answer due 4/14/2016; BANK HAPOALIM B.M. served on 3/17/2016, answer due 4/7/2016; BANK LEUMI LE-ISRAEL B.M. served on 3/27/2016, answer due 4/17/2016; NORMAN BRAMAN served on 3/21/2016, answer due 4/11/2016; CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES served on 4/29/2016, answer due 5/20/2016; CRH PLC served on 3/29/2016, answer due 4/19/2016; DANYA CEBUS LTD. served on 5/2/2016, answer due 5/23/2016; FALIC FAMILY FOUNDATION, INC. served on 3/17/2016, answer due 4/7/2016; DANIEL GILBERT served on 3/17/2016, answer due 4/7/2016; HANSON ISRAEL LTD. served on 3/23/2016, answer due 4/13/2016; HEIDELBERGCEMENT AG served on 3/29/2016, answer due 4/19/2016; HONENU NATIONAL LEGAL DEFENSE ORGANIZATION served on 3/20/2016, answer due 4/10/2016; ISRAEL CHEMICALS LTD. served on 3/27/2016, answer due 4/17/2016; LEV LEVIEV served on 3/21/2016, answer due 4/11/2016; MERKAVIM TRANSPORTATION TECHNOLOGIES served on 3/27/2016, answer due 4/17/2016; IRVING MOSKOWITZ served on 3/21/2016, answer due 4/11/2016; MOTOROLA SOLUTIONS, INC. served on 3/21/2016, answer due 4/11/2016; NESHER ISRAEL CEMENT ENTERPRISES served on 3/27/2016, answer due 4/17/2016; NORDSTROM, INC. served on 3/21/2016, answer due 4/11/2016; THE HEBRON FUND served on |

| | | |
|---|---|---|
| | | 3/18/2016, answer due 4/8/2016; VOLVO GROUP served on 3/21/2016, answer due 4/11/2016 (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/10/2016) |
| 06/10/2016 | 48 | WAIVER OF SERVICE by ABDUR-RAHIM DUDAR, HASHIM YOUSEF, EMAAN TOPPAZZINI, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, EMAD SHUJAIA, AHMED AL-ZEER, SUSAN ABULHAWA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, BASSEM AL-TAMIMI, IBRAHIM SABIH, ALAA NOFAL, ISMAIL DEIK, DOA'A ABU AMER, KHULUDE ISAAC, ABBAS HAMIDEH, JIHAN ANDONI, HIBA BARGHOUTHI. ELLIOTT ABRAMS waiver sent on 5/19/2016, answer due 7/18/2016; EFRAT DEVELOPMENT FOUNDATION waiver sent on 3/14/2016, answer due 5/13/2016; LAWRENCE ELLISON waiver sent on 3/14/2016, answer due 5/13/2016; FRIENDS OF ISRAEL DEFENSE FORCES waiver sent on 3/14/2016, answer due 5/13/2016; GUSH ETZION FOUNDATION waiver sent on 3/14/2016, answer due 5/13/2016; JOHN HAGEE waiver sent on 3/14/2016, answer due 5/13/2016; HEWLETT PACKARD ENTERPRISE CO. waiver sent on 3/14/2016, answer due 5/13/2016; RE/MAX, LLC waiver sent on 3/14/2016, answer due 5/13/2016; HAIM SABAN waiver sent on 3/14/2016, answer due 5/13/2016; VEOLIA NORTH AMERICA waiver sent on 3/14/2016, answer due 5/13/2016. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/10/2016) |
| 06/10/2016 | 49 | WAIVER OF SERVICE by ABDUR-RAHIM DUDAR, HASHIM YOUSEF, EMAAN TOPPAZZINI, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, EMAD SHUJAIA, AHMED AL-ZEER, SUSAN ABULHAWA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, BASSEM AL-TAMIMI, IBRAHIM SABIH, ALAA NOFAL, ISMAIL DEIK, DOA'A ABU AMER, KHULUDE ISAAC, ABBAS HAMIDEH, JIHAN ANDONI, HIBA BARGHOUTHI. HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS) waiver sent on 3/14/2016, answer due 6/12/2016. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/10/2016) |
| 06/10/2016 | 50 | Summons Returned Unexecuted by ABDUR-RAHIM DUDAR, HASHIM YOUSEF, EMAAN TOPPAZZINI, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, EMAD SHUJAIA, AHMED AL-ZEER, SUSAN ABULHAWA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, BASSEM AL-TAMIMI, IBRAHIM SABIH, ALAA NOFAL, ISMAIL DEIK, DOA'A ABU AMER, KHULUDE ISAAC, ABBAS HAMIDEH, JIHAN ANDONI, HIBA BARGHOUTHI as to AMERICAN FRIENDS OF ULPANA OFRA, KARNEI SHOMRON FOUNDATION. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/10/2016) |
| 06/14/2016 | 51 | SUPPLEMENTAL MEMORANDUM to re 47 Summons Returned Executed,,,,,,, 49 Waiver of Service, 48 Waiver of Service,,,, 50 Summons Returned Unexecuted,, filed by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (McMahon, Martin) (Entered: 06/14/2016) |
| 06/15/2016 | 52 | MOTION to Enforce *Local Rule 5.1(c)(1) which requires plaintiffs to list the residence address of each plaintiff in the caption of the complaint* by AHAVA - DEAD SEA LABORATORIES, NORDSTROM, INC. (Attachments: # 1 Exhibit A - Plaintiffs' complaint, # 2 Exhibit B - Plaintiff's "Errata Sheet" previously filed as DE 12)(Tolchin, Robert) (Entered: 06/15/2016) |
| 06/20/2016 | 53 | Consent MOTION for Briefing Schedule *for proposed motion to dismiss pursuant to Rule 12(b)(5)* by SHELDON ADELSON (Attachments: # 1 Text of Proposed Order)(Felder, Barry) (Entered: 06/20/2016) |
| 06/21/2016 | | MINUTE ORDER: Granting Consent Motion for Entry of Scheduling Order. Defendant Adelson shall file his motion to dismiss for insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(5) (the "Rule 12(b)(5) Motion") on or before June 30, 2016. Plaintiff' s opposition is due July 14, 2016. Defendant Adelson's reply is due July 28, 2016. The making of the Rule 12(b) (5) Motion does not waive, and is without prejudice to, Mr. Adelson's right to participate in and raise all Rule 12(b) defenses in subsequent motions to dismiss as contemplated. Signed by Judge Tanya S. Chutkan on 6/21/16. (DJS) (Entered: 06/21/2016) |
| 06/22/2016 | | Set/Reset Deadlines: Motion due by 6/30/2016. Response due by 7/14/2016 Reply due by 7/28/2016. (zsm) (Entered: 06/22/2016) |
| 06/23/2016 | 54 | NOTICE of Appearance by Lawrence Marc Zell on behalf of AMERICAN FRIENDS OF ULPANA OFRA (Zell, Lawrence) (Entered: 06/23/2016) |

| 06/27/2016 | 55 | NOTICE of Appearance by Meir Katz on behalf of AHAVA - DEAD SEA LABORATORIES, NORDSTROM, INC. (Katz, Meir) (Entered: 06/27/2016) |
|---|---|---|
| 06/28/2016 | 56 | NOTICE of Appearance by Jay Philip Lefkowitz on behalf of ACCESS INDUSTRIES, INC. (Lefkowitz, Jay) (Entered: 06/28/2016) |
| 06/29/2016 | 57 | NOTICE of Appearance by Andrew H. Marks on behalf of FALIC FAMILY FOUNDATION, INC. (Attachments: # 1 Certificate of Service) (Marks, Andrew) (Entered: 06/29/2016) |
| 06/29/2016 | 58 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Gabriel Groisman, :Firm- Coffey Burlington PL, :Address- 2601 S. Bayshore Drive, PH 1, Miami, FL 33133. Phone No. - 305-858-2900. Fax No. - 305-858-5261 Filing fee $ 100, receipt number 0090-4586633. Fee Status: Fee Paid. by FALIC FAMILY FOUNDATION, INC. (Attachments: # 1 Declaration Gabriel Groisman)(Marks, Andrew) (Entered: 06/29/2016) |
| 06/30/2016 | 59 | MOTION to Dismiss *for insufficient service of process (with Memorandum of Points and Authorities)* by SHELDON ADELSON (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Barry G. Felder with exhibits A-F)(Felder, Barry) (Entered: 06/30/2016) |
| 06/30/2016 | | MINUTE ORDER: Granting 58 Motion for Leave to Appear Pro Hac Vice. Attorney Gabriel Grossman is hereby admitted pro hac vice to appear in this matter on behalf of the Defendant Falic Family Foundation, Inc. Signed by Judge Tanya S. Chutkan on 6/30/16. (DJS) (Entered: 06/30/2016) |
| 07/01/2016 | 60 | NOTICE by Reid Horovitz an attorney and Chief Operating Officer of the Children's Tumor Foundation; ("LEAVE TO FILE GRANTED" by Judge Tanya Chutkan) (td) (Entered: 07/01/2016) |
| 07/01/2016 | 61 | NOTICE of Appearance by Mitchell S. Ettinger on behalf of READYMIX INDUSTRIES (ISRAEL) LTD. (Ettinger, Mitchell) (Entered: 07/01/2016) |
| 07/01/2016 | 62 | NOTICE of Appearance by Jennifer L. Spaziano on behalf of READYMIX INDUSTRIES (ISRAEL) LTD. (Spaziano, Jennifer) (Entered: 07/01/2016) |
| 07/05/2016 | 63 | TRANSCRIPT OF 6/6/16 SCHEDULING CONFERENCE before Judge Tanya S. Chutkan, held on June 6, 2016. Page Numbers: 1-42. Date of Issuance: 7/5/16. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the tr anscript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/26/2016. Redacted Transcript Deadline set for 8/5/2016. Release of Transcript Restriction set for 10/3/2016.(Wayne, Bryan) (Entered: 07/05/2016) |
| 07/06/2016 | 64 | MOTION to Determine Propriety of Department of Justice Representation of Defendant Abrams by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF (Attachments: # 1 Memorandum in Support Points and Authorities, # 2 Text of Proposed Order, # 3 Exhibit)(McMahon, Martin) (Entered: 07/06/2016) |
| 07/06/2016 | | MINUTE ORDER granting in part and denying in part 52 Motion by Defendants Ahava Dead Sea Laboratories and Nordstrom, Inc. for Relief Under Local Rule 5.1(c)(1). Plaintiffs are hereby ORDERED to comply with Local Rule 5.1(c)(1) by filing an Amended Complaint that contains |

| | | |
|---|---|---|
| | | "in the caption the name and full residence address" of each Plaintiff by no later than August 8, 2016. Failure to comply with Local Rule 5.1(c)(1) by August 8, 2016 will result in the dismissal from this lawsuit of all Plaintiffs who have not so complied. The parties are also reminded to comply with Local Rule 7(c), which requires that "[e]ach motion and opposition shall be accompanied by a proposed order." Signed by Judge Tanya S. Chutkan on 7/6/16. (lctsc2) (Entered: 07/06/2016) |
| 07/07/2016 | | MINUTE ORDER: Going forward the parties shall comply with the following submission guidelines: Only in rare instances, and for good cause shown, will the page limitations of LCvR 7(e) be waived by the Court. The margins for motions and memoranda shall be one inch and all text in the main body must be double-spaced and in twelve-point Times New Roman font. Footnotes shall be kept to a minimum and must also be in twelve-point Times New Roman font, but may be single spaced. Counsel are cautioned not to attempt to circumvent these page limitations through extensive use of footnotes or lengthy footnotes. Legal citations and citations to the record shall appear in the body of the brief, not in footnotes, except to the extent the citation relates to the subject of the footnote. All citations, including citations to the record, must include exact page references (i.e., pinpoint cites). The Court may not consider materials not specifically identified. See Fed. R. Civ. P. 56(c)(1)(A), (c)(3). Counsel may not file a sur-reply, supplemental brief or amended brief without first requesting leave of the Court. Non-compliant documents may be stricken sua sponte. Signed by Judge Tanya S. Chutkan on 7/7/16. (DJS) (Entered: 07/07/2016) |
| 07/13/2016 | 65 | Unopposed MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Determine Propriety of Department of Justice Representation of Defendant Abrams by ELLIOTT ABRAMS (Attachments: # 1 Text of Proposed Order)(Werner, Paul) (Entered: 07/13/2016) |
| 07/13/2016 | 66 | Memorandum in opposition to re 59 MOTION to Dismiss *for insufficient service of process (with Memorandum of Points and Authorities)* filed by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 07/13/2016) |
| 07/14/2016 | | MINUTE ORDER: Granting 65 Motion for Extension of Time to File Response/Reply. Defendant Abrams shall file a response to Plaintiffs' Motion 64 to Determine Propriety of Justice Department Legal Representation of Defendant Abrams by Wednesday, July 27, 2016. Signed by Judge Tanya S. Chutkan on 7/14/16. (DJS) (Entered: 07/14/2016) |
| 07/15/2016 | | Set/Reset Deadlines : Response by Defendant ELLIOTT ABRAMS to Plaintiffs' 64 Motion to Determine Propriety of Justice Department Legal Representation of Defendant Abrams due by 7/27/16. (kk) (Entered: 07/15/2016) |
| 07/15/2016 | 67 | MOTION for Reconsideration re Order on Motion to Enforce,,, by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF (Attachments: # 1 Memorandum in Support Points and Authorities, # 2 Text of Proposed Order, # 3 Affidavit, # 4 Affidavit, # 5 Affidavit, # 6 Exhibit Letter, # 7 Exhibit)(McMahon, Martin) (Entered: 07/15/2016) |
| 07/18/2016 | 68 | NOTICE of Appearance by Alexis L. Collins on behalf of NESHER ISRAEL CEMENT ENTERPRISES (Collins, Alexis) (Entered: 07/18/2016) |
| 07/19/2016 | 69 | NOTICE of Appearance by Teale Toweill on behalf of BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA (Toweill, Teale) (Entered: 07/19/2016) |
| 07/19/2016 | 70 | NOTICE of Appearance by Teale Toweill on behalf of NESHER ISRAEL CEMENT ENTERPRISES (Toweill, Teale) (Entered: 07/19/2016) |
| 07/22/2016 | 71 | Memorandum in opposition to re 67 MOTION for Reconsideration re Order on Motion to Enforce,,, filed by AHAVA - DEAD SEA LABORATORIES, NORDSTROM, INC.. (Attachments: # 1 Exhibit A - Deed to Susan Abulhawa's house at 132 Pennsylvania Avenue, Yardley Pennsylvania 19067)(Tolchin, Robert) (Entered: 07/22/2016) |
| 07/27/2016 | 72 | RESPONSE re 64 MOTION to Determine Propriety of Department of Justice Representation of Defendant Abrams filed by ELLIOTT ABRAMS. |

| | | (Attachments: # 1 Exhibit Personnel Announcement)(Werner, Paul) (Entered: 07/27/2016) |
|---|---|---|
| 07/28/2016 | 73 | REPLY to opposition to motion re 59 MOTION to Dismiss *for insufficient service of process (with Memorandum of Points and Authorities)* filed by SHELDON ADELSON. (Felder, Barry) (Entered: 07/28/2016) |
| 08/01/2016 | 74 | STRICKEN PURSUANT TO MINUTE ORDER FILED 8/3/16. . . . .AMENDED COMPLAINT against VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, ELLIOTT ABRAMS, SHELDON ADELSON, AFI USA, AFRICA ISRAEL INVESTMENTS, LTD., AHAVA - DEAD SEA LABORATORIES, AMERICAN FRIENDS OF ARIEL, AMERICAN FRIENDS OF BET EL YESHIVA, AMERICAN FRIENDS OF HAR HOMA, AMERICAN FRIENDS OF ULPANA OFRA, BANK HAPOALIM B.M., BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA, NORMAN BRAMAN, CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, DANYA CEBUS LTD., EFRAT DEVELOPMENT FOUNDATION, LAWRENCE ELLISON, FALIC FAMILY FOUNDATION, INC., FRIENDS OF ISRAEL DEFENSE FORCES, G4S ISRAEL, G4S NORTH AMERICA, G4S PLC, DANIEL GILBERT, GUSH ETZION FOUNDATION, JOHN HAGEE, HANSON ISRAEL LTD., HEWLETT PACKARD ENTERPRISE CO., HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS), HONENU NATIONAL LEGAL DEFENSE ORGANIZATION, KARNEI SHOMRON FOUNDATION, LEV LEVIEV, MERKAVIM TRANSPORTATION TECHNOLOGIES, IRVING MOSKOWITZ, MOTOROLA SOLUTIONS ISRAEL LTD., MOTOROLA SOLUTIONS, INC., RE/MAX ISRAEL - IMPACT PROPERTY DEVELOPERS LTD., RE/MAX, LLC, HAIM SABAN, THE HEBRON FUND, VEOLIA ENVIRONMENTAL SERVICES (ISRAEL), VEOLIA ENVIRONNEMENT S.A., VEOLIA NORTH AMERICA, VOLVO BUSSAR AB, VOLVO GROUP with Jury Demand filed by ABDUR-RAHIM DUDAR, HASHIM YOUSEF, EMAAN TOPPAZZINI, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, EMAD SHUJAIA, AHMED AL-ZEER, SUSAN ABULHAWA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, BASSEM AL-TAMIMI, IBRAHIM SABIH, ALAA NOFAL, ISMAIL DEIK, DOA'A ABU AMER, KHULUDE ISAAC, ABBAS HAMIDEH, JIHAN ANDONI, HIBA BARGHOUTHI. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(McMahon, Martin) Modified on 8/4/2016 (ztd). (Entered: 08/01/2016) |
| 08/01/2016 | 75 | REPLY to opposition to motion re 64 MOTION to Determine Propriety of Department of Justice Representation of Defendant Abrams filed by SUSAN ABULHAWA, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Affidavit)(McMahon, Martin) (Entered: 08/01/2016) |
| 08/02/2016 | 76 | MOTION to Dismiss *action as against moving defendants pursuant to Fed. R. Civ. P. 41(a)(2) on the ground that the First Amended Complaint does not assert any claims against them and has deleted them from the caption* by AHAVA - DEAD SEA LABORATORIES, NORDSTROM, INC. (Attachments: # 1 Exhibit A - First Amended Complaint, # 2 Exhibit B - 6-6-16 order, # 3 Exhibit C - Email from Plaintiff's counsel, 8-1-16, # 4 Text of Proposed Order)(Tolchin, Robert) (Entered: 08/02/2016) |
| 08/03/2016 | | MINUTE ORDER. The Amended Complaint filed by Plaintiffs on August 1, 2016 is hereby STRICKEN for failure to comport with the court's June 6, 2016 Order, which required Plaintiffs to "amend their Complaint, attaching a redline version showing all revisions thereto." Inexplicably, Plaintiffs have filed a single Amended Complaint that appears to show additions to the original Complaint in red lettering, but does not show any deletions from the original Complaint, even though several parties and causes of action appear to have been deleted. Plaintiffs are hereby ORDERED to file, by no later than 5:00pm on August 5, 2016, an Amended Complaint and, as an Exhibit thereto, a redline version of the Amended Complaint showing every addition, deletion or other alteration made to the original Complaint filed on March 7, 2016. The court also notes that this is not the first time that Plaintiffs have failed to fully comply with an order of this court and/or Local or Federal Rule. Accordingly, Plaintiffs are hereby advised that their continued failure to abide by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, or the rules or orders of this court may result in the dismissal of this case. Signed by Judge Tanya S. Chutkan on 8/3/16. (lctsc2) (Entered: 08/03/2016) |
| 08/04/2016 | 77 | AMENDED COMPLAINT against ELLIOTT ABRAMS, ACCESS INDUSTRIES, INC., SHELDON ADELSON, AFI USA, AFRICA ISRAEL INVESTMENTS, LTD., AHAVA - DEAD SEA LABORATORIES, AMERICAN FRIENDS OF ARIEL, AMERICAN FRIENDS OF BET EL YESHIVA, AMERICAN FRIENDS OF HAR HOMA, AMERICAN FRIENDS OF ULPANA OFRA, BANK HAPOALIM B.M., BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA, NORMAN BRAMAN, CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, CRH PLC, DANYA |

| | | |
|---|---|---|
| | | CEBUS LTD., EFRAT DEVELOPMENT FOUNDATION, LAWRENCE ELLISON, FALIC FAMILY FOUNDATION, INC., FRIENDS OF ISRAEL DEFENSE FORCES, G4S ISRAEL, G4S NORTH AMERICA, G4S PLC, DANIEL GILBERT, GUSH ETZION FOUNDATION, JOHN HAGEE, HANSON ISRAEL LTD., HEIDELBERGCEMENT AG, HEWLETT PACKARD ENTERPRISE CO., HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS), HONENU NATIONAL LEGAL DEFENSE ORGANIZATION, ISRAEL CHEMICALS LTD., KARNEI SHOMRON FOUNDATION, LEV LEVIEV, MERKAVIM TRANSPORTATION TECHNOLOGIES, IRVING MOSKOWITZ, MOTOROLA SOLUTIONS ISRAEL LTD., MOTOROLA SOLUTIONS, INC., NESHER ISRAEL CEMENT ENTERPRISES, NORDSTROM, INC., RE/MAX ISRAEL - IMPACT PROPERTY DEVELOPERS LTD., RE/MAX, LLC, READYMIX INDUSTRIES (ISRAEL) LTD., HAIM SABAN, THE HEBRON FUND, VEOLIA ENVIRONMENTAL SERVICES (ISRAEL), VEOLIA ENVIRONNEMENT S.A., VEOLIA NORTH AMERICA, VOLVO BUSSAR AB, VOLVO GROUP with Jury Demand filed by ABDUR-RAHIM DUDAR, HASHIM YOUSEF, EMAAN TOPPAZZINI, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, EMAD SHUJAIA, AHMED AL-ZEER, SUSAN ABULHAWA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, IBRAHIM SABIH, ALAA NOFAL, ISMAIL DEIK, DOA'A ABU AMER, KHULUDE ISAAC, ABBAS HAMIDEH, JIHAN ANDONI, HIBA BARGHOUTHI. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Version 1 PDF 1, # 5 Exhibit Version 1 PDF 2, # 6 Exhibit Version 2 PDF 1, # 7 Exhibit Version 2 PDF 2, # 8 Supplement)(McMahon, Martin) (Entered: 08/04/2016) |
| 08/05/2016 | 78 | NOTICE of Appearance by Jennifer M. Wollenberg on behalf of VEOLIA ENVIRONNEMENT S.A., VEOLIA NORTH AMERICA (Wollenberg, Jennifer) (Entered: 08/05/2016) |
| 08/05/2016 | 79 | NOTICE OF WITHDRAWAL OF APPEARANCE as to VEOLIA ENVIRONNEMENT S.A., VEOLIA NORTH AMERICA. Attorney Katherine A. Raimondo terminated. (Raimondo, Katherine) (Entered: 08/05/2016) |
| 08/05/2016 | 80 | NOTICE of Appearance by Christopher Michael Loveland on behalf of IRVING MOSKOWITZ (Loveland, Christopher) (Entered: 08/05/2016) |
| 08/10/2016 | 81 | Supplemental MOTION to Amend/Correct 75 Reply to opposition to Motion,, by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF (McMahon, Martin) (Entered: 08/10/2016) |
| 08/11/2016 | 82 | MOTION to Dismiss *Pursuant to Local Rule 5.1(c)(1)* by JOHN HAGEE (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Liebeler, Lars) (Entered: 08/11/2016) |
| 08/11/2016 | | MINUTE ORDER: Granting 81 Motion to Amend/Correct. Signed by Judge Tanya S. Chutkan on 8/11/16. (DJS) (Entered: 08/11/2016) |
| 08/12/2016 | 83 | RESPONSE re 82 MOTION to Dismiss *Pursuant to Local Rule 5.1(c)(1)* filed by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(McMahon, Martin) (Entered: 08/12/2016) |
| 08/12/2016 | 84 | ENTERED IN ERROR.....NOTICE of Appearance by Lawrence Marc Zell on behalf of GUSH ETZION FOUNDATION (Zell, Lawrence) Modified on 8/15/2016 (znmw). (Entered: 08/12/2016) |
| 08/15/2016 | | NOTICE OF ERROR re 84 Notice of Appearance; emailed to mzell@fandz.com, cc'd 72 associated attorneys -- The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. Please refile document, 3. Entered in error; Appearing attorney must file own appearance using their assigned ECF user account. (znmw, ) (Entered: 08/15/2016) |
| 08/15/2016 | 85 | NOTICE of Appearance by Jay Alan Sekulow on behalf of GUSH ETZION FOUNDATION (Sekulow, Jay) (Entered: 08/15/2016) |
| 08/16/2016 | 86 | NOTICE of Appearance by Stuart J. Roth on behalf of GUSH ETZION FOUNDATION (Roth, Stuart) (Entered: 08/16/2016) |

| 08/16/2016 | 87 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Andrew J. Ekonomou, :Firm- The Lambros Firm, LLC, :Address- 1355 Peachtree Street, Suite 1280, Atlanta, GA 30309. Phone No. - 404-221-1000. Fax No. - 404-577-3900 Filing fee $ 100, receipt number 0090-4641202. Fee Status: Fee Paid. by GUSH ETZION FOUNDATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Roth, Stuart) (Entered: 08/16/2016) |
| 08/16/2016 | 88 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jeffrey H. Ballabon, :Firm- American Center for Law and Justice, :Address- 201 Maryland Avenue, NE, Washington, DC 20002. Phone No. - 202-546-8890. Fax No. - 202-546-9309 Filing fee $ 100, receipt number 0090-4641315. Fee Status: Fee Paid. by GUSH ETZION FOUNDATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Roth, Stuart) (Entered: 08/16/2016) |
| 08/16/2016 | 89 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Benjamin P. Sisney, :Firm- American Center for Law and Justice, :Address- 201 Maryland Avenue, NE, Washington, DC 20002. Phone No. - 202-546-8890. Fax No. - 202-546-9309 Filing fee $ 100, receipt number 0090-4641340. Fee Status: Fee Paid. by GUSH ETZION FOUNDATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Roth, Stuart) (Entered: 08/16/2016) |
| 08/18/2016 | 90 | MOTION to Issue Summons by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF (McMahon, Martin) (Entered: 08/18/2016) |
| 08/18/2016 | | MINUTE ORDER: Granting 87 88 Motion for Leave to Appear Pro Hac Vice. Attorneys Andrew John Ekonomou and Jeffrey H. Ballabon are hereby admitted pro hac vice to appear in this matter on behalf of Defendant Gush Etzion Foundation. Signed by Judge Tanya S. Chutkan on 8/18/16. (DJS) Modified on 8/19/2016 (zsm). (Entered: 08/18/2016) |
| 08/18/2016 | | MINUTE ORDER: Granting 89 Motion for Leave to Appear Pro Hac Vice. Attorney Benjamin P. Sisney is hereby admitted pro hac vice to appear in this matter on behalf of Defendant Gush Etzion Foundation. Signed by Judge Tanya S. Chutkan on 8/18/16. (DJS) (Entered: 08/18/2016) |
| 08/19/2016 | 91 | SUMMONS (2) Issued Electronically for Amended Complaint as to DANIEL GILBERT, JEWISH NATIONAL FUND. (td) (Entered: 08/19/2016) |
| 09/15/2016 | 92 | NOTICE of Appearance by Stephen Michael Nickelsburg on behalf of HANSON ISRAEL LTD. (Nickelsburg, Stephen) (Entered: 09/15/2016) |
| 09/15/2016 | 93 | NOTICE *Regarding Forthcoming Motions to Dismiss the Amended Complaint, Request for Leave to Exceed Page Limits for "Omnibus Briefing," and Request for Leave to Defer Briefing for Certain Defendants on Individual Issues Related to Motions to Dismiss Pursuant to Rule 12(B)(2), (4), and (5)* by BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA re 45 Order, (Attachments: # 1 Text of Proposed Order)(Collins, Alexis) (Entered: 09/15/2016) |
| 09/22/2016 | 94 | NOTICE of Appearance by Charles Samuel Fax on behalf of JEWISH NATIONAL FUND (Fax, Charles) (Entered: 09/22/2016) |
| 09/22/2016 | 95 | Consent MOTION for Order *Dismissing Defendant Hanson Israel, Ltd. as a Party* by HANSON ISRAEL LTD. (Attachments: # 1 Text of Proposed Order)(Nickelsburg, Stephen) (Entered: 09/22/2016) |
| 09/26/2016 | | MINUTE ORDER: This case is hereby STAYED and the previously ordered briefing schedule 45 is hereby VACATED pending further review by the court. Signed by Judge Tanya S. Chutkan on 9/26/2016. (lctsc2) (Entered: 09/26/2016) |
| 12/14/2016 | 96 | MOTION for Hearing *Status / Scheduling* by JOHN HAGEE (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 12/14/2016) |
| 12/14/2016 | | MINUTE ORDER denying 96 Defendant's Motion for Status Hearing. Orders on pending motions and a briefing schedule for Defendants' Motion to Dismiss are forthcoming. Signed by Judge Tanya S. Chutkan on 12/14/2016. (lctsc2) (Entered: 12/14/2016) |
| 12/15/2016 | 97 | ORDER denying 59 Defendant Adelson's Motion to Dismiss; denying 64 Plaintiffs' Motion to Determine Propriety of DOJ Representation; granting 67 Plaintiffs' Motion for Reconsideration to Waive Local Rule 5.1(c)(1); granting 76 Defendants Ahava-Dead Sea Laboratories & |

|  |  |  |
|---|---|---|
|  |  | Nordstrom, Inc.'s Motion to Dismiss; denying 82 Defendant John Hagee's Motion to Dismiss; granting 95 Defendant Hanson Israel, Ltd.'s Consent Motion to Dismiss. Defendants Ahava-Dead Sea Laboratories, Nordstrom, Inc., and Hanson Israel, Ltd. are hereby DISMISSED WITH PREJUDICE from this case. Plaintiffs are ORDERED to file their addresses under seal by 12/31/2016. The following BRIEFING SCHEDULE is also hereby ORDERED: The remaining Defendants must jointly file one omnibus motion to dismiss pertaining only to Fed. R. Civ. P. 12(b)(1), and not to exceed 50 pages, by 1/27/2017. Plaintiffs' opposition is due 2/24/2017 and may also not exceed 50 pages. Defendants' reply is due 3/10/2017. After resolution of this motion, the court will set a briefing schedule as necessary to resolve Defendants' remaining arguments on Fed. R. Civ. P. 12(b)(6), personal jurisdiction, and/or service of process. The stay in this case is hereby lifted. SEE ORDER FOR MORE DETAILS. Signed by Judge Tanya S. Chutkan on 12/15/2016. (lctsc2) (Entered: 12/15/2016) |
| 12/30/2016 | 98 | SEALED DOCUMENT filed by BASSEM AL-TAMIMI re 97 Order on Motion to Dismiss,,,,,, Order on Motion for Miscellaneous Relief,,,,,, Order on Motion for Reconsideration,,,,,,,,,,,,,,, Order on Motion for Order,,,,, (This document is SEALED and only available to authorized persons.)(McMahon, Martin) (Entered: 12/30/2016) |
| 01/03/2017 | 99 | CERTIFICATE OF SERVICE by BASSEM AL-TAMIMI re 98 Sealed Document, *Certificate of Service*. (McMahon, Martin) (Entered: 01/03/2017) |
| 01/04/2017 | 100 | NOTICE *Statement of Interest* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit)(Werner, Paul) (Entered: 01/04/2017) |
| 01/27/2017 | 101 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VEOLIA ENVIRONNEMENT S.A. (Polebaum, Elliot) (Entered: 01/27/2017) |
| 01/27/2017 | 102 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VEOLIA NORTH AMERICA (Polebaum, Elliot) (Entered: 01/27/2017) |
| 01/27/2017 | 103 | NOTICE *of Substitution on Plaintiffs' Civil Conspiracy; War Crimes, Crimes Against Humanity, and Genocide; and Aiding and Abetting the Commission of War Crimes Claims, Counts I Through III* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Werner, Paul) (Entered: 01/27/2017) |
| 01/27/2017 | 104 | MOTION to Dismiss for Lack of Jurisdiction *Counts I Through III of Plaintiffs' Amended Complaint* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order)(Werner, Paul) (Entered: 01/27/2017) |
| 01/27/2017 | 105 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BANK LEUMI USA (Blackman, Jonathan) (Entered: 01/27/2017) |
| 01/27/2017 | 106 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BANK LEUMI LE-ISRAEL B.M. (Blackman, Jonathan) (Entered: 01/27/2017) |
| 01/27/2017 | 107 | MOTION to Dismiss for Lack of Jurisdiction *the Amended Complaint* by BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA (Attachments: # 1 Text of Proposed Order)(Blackman, Jonathan) (Entered: 01/27/2017) |
| 01/27/2017 | 108 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ACCESS INDUSTRIES, INC. (Lefkowitz, Jay) (Entered: 01/27/2017) |
| 02/03/2017 | 109 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by HEWLETT PACKARD ENTERPRISE CO. (Zions, David) (Entered: 02/03/2017) |
| 02/03/2017 | 110 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS) (Zions, David) (Entered: 02/03/2017) |
| 02/24/2017 | 111 | Memorandum in opposition to re 107 MOTION to Dismiss for Lack of Jurisdiction *the Amended Complaint* filed by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, |

| | | |
|---|---|---|
| | | ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order) (McMahon, Martin) (Entered: 02/24/2017) |
| 02/24/2017 | 112 | Memorandum in opposition to re 104 MOTION to Dismiss for Lack of Jurisdiction *Counts I Through III of Plaintiffs' Amended Complaint* filed by DOA'A ABU AMER, SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, JIHAN ANDONI, HIBA BARGHOUTHI, ISMAIL DEIK, ABDUR-RAHIM DUDAR, ABBAS HAMIDEH, KHULUDE ISAAC, MINA ISHAQ, QAIS ISHAQ, RA'FAT ISHAQ, ALAA NOFAL, IBRAHIM SABIH, EMAD SHUJAIA, EMAAN TOPPAZZINI, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(McMahon, Martin) (Entered: 02/24/2017) |
| 03/10/2017 | 113 | REPLY to opposition to motion re 104 MOTION to Dismiss for Lack of Jurisdiction *Counts I Through III of Plaintiffs' Amended Complaint* filed by UNITED STATES OF AMERICA. (Werner, Paul) (Entered: 03/10/2017) |
| 03/10/2017 | 114 | REPLY to opposition to motion re 107 MOTION to Dismiss for Lack of Jurisdiction *the Amended Complaint* filed by BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA. (Blackman, Jonathan) (Entered: 03/10/2017) |
| 04/20/2017 | | MINUTE ORDER: A hearing is hereby set for 5/25/2017 at 2:00 p.m. in Courtroom 2 to consider 104 , 107 the pending motions to dismiss. The parties should limit their arguments to 45 minutes for all Defendants and 45 minutes for all Plaintiffs, with time for rebuttal as needed. If the parties wish to request that this hearing date be rescheduled, they are directed to submit a joint motion with at least three jointly proposed dates and times for a rescheduled hearing. Signed by Judge Tanya S. Chutkan on 4/20/2017. (lctsc2) (Entered: 04/20/2017) |
| 04/24/2017 | | Set/Reset Hearings: Motion Hearing set for 5/25/2017 at 02:00 PM in Courtroom 2 before Judge Tanya S. Chutkan. (tb) (Entered: 04/24/2017) |
| 04/26/2017 | 115 | Joint MOTION to Continue *Motion Hearing* by JOHN HAGEE (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 04/26/2017) |
| 05/01/2017 | | MINUTE ORDER granting 115 Joint Motion to Continue. The hearing previously scheduled for 5/25/2017 is hereby VACATED and RESCHEDULED for 6/14/2017 at 2:00 p.m. in Courtroom 2. Signed by Judge Tanya S. Chutkan on 5/1/2017. (lctsc2) (Entered: 05/01/2017) |
| 05/02/2017 | | Set/Reset Hearings: Motion Hearing reset for 6/14/2017 at 02:00 PM in Courtroom 2 before Judge Tanya S. Chutkan. (tb) (Entered: 05/02/2017) |
| 06/02/2017 | 116 | NOTICE *of Correction* by UNITED STATES OF AMERICA re 113 Reply to opposition to Motion (Werner, Paul) (Entered: 06/02/2017) |
| 06/05/2017 | 117 | NOTICE of Appearance by David I. Schoen on behalf of AMERICAN FRIENDS OF BET EL YESHIVA (Schoen, David) (Entered: 06/05/2017) |
| 06/05/2017 | 118 | Corporate Disclosure Statement by AMERICAN FRIENDS OF BET EL YESHIVA. (Schoen, David) (Entered: 06/05/2017) |
| 06/09/2017 | 119 | NOTICE of Appearance by Joyce E. Smithey on behalf of JEWISH NATIONAL FUND (Smithey, Joyce) (Entered: 06/09/2017) |
| 06/09/2017 | | MINUTE ORDER: The hearing scheduled for 6/14/2017 is hereby VACATED. The court's decision on 104 , 107 Defendants' Motions to Dismiss will be forthcoming. Signed by Judge Tanya S. Chutkan on 6/9/2017. (lctsc2) (Entered: 06/09/2017) |
| 08/29/2017 | 120 | MEMORANDUM AND OPINION: Re the United States' Motion to Dismiss 104 and the Motion to Dismiss filed by multiple Defendants 107 . Signed by Judge Tanya S. Chutkan on 8/29/2017. (lctsc2) (Entered: 08/29/2017) |
| 08/29/2017 | 121 | ORDER granting 104 United States' Motion to Dismiss for Lack of Jurisdiction; granting 107 Motion to Dismiss for Lack of Jurisdiction filed by multiple Defendants. Dismissing action with prejudice. Signed by Judge Tanya S. Chutkan on 8/29/2017. (lctsc2) (Entered: 08/29/2017) |
| 09/08/2017 | 122 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 120 Memorandum & Opinion, 121 Order on Motion to Dismiss/Lack of Jurisdiction,,, by BASSEM AL-TAMIMI. Filing fee $ 505, receipt number 0090-5108187. Fee Status: Fee Paid. Parties have been notified. (McMahon, Martin) (Entered: 09/08/2017) |
| 09/11/2017 | 123 | MOTION to Withdraw as Attorney by BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA (Attachments: # 1 Text of Proposed Order) (Blackman, Jonathan) (Entered: 09/11/2017) |

| 09/11/2017 | 124 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 122 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 09/11/2017) |
| --- | --- | --- |
| 09/13/2017 | | MINUTE ORDER granting 123 Motion to Withdraw as Attorney. Attorney Teale Elizabeth Toweill terminated. Signed by Judge Tanya S. Chutkan on 9/13/17. (DJS) (Entered: 09/13/2017) |
| 09/13/2017 | | USCA Case Number 17-5207 for 122 Notice of Appeal to DC Circuit Court, filed by BASSEM AL-TAMIMI. (zrdj) (Entered: 09/15/2017) |
| 06/28/2018 | 125 | NOTICE OF WITHDRAWAL OF APPEARANCE as to BANK HAPOALIM B.M.. Attorney Michael Bhargava terminated. (Bhargava, Michael) (Entered: 06/28/2018) |
| 01/24/2019 | 126 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRIENDS OF ISRAEL DEFENSE FORCES. Attorney Rachel O. Wolkinson terminated. (Wolkinson, Rachel) (Entered: 01/24/2019) |
| 02/21/2019 | 127 | NOTICE OF WITHDRAWAL OF APPEARANCE as to VEOLIA ENVIRONNEMENT S.A., VEOLIA NORTH AMERICA. Attorney Joseph J. LoBue terminated. (Baruch, Douglas) (Entered: 02/21/2019) |
| 02/21/2019 | 128 | NOTICE OF WITHDRAWAL OF APPEARANCE as to VEOLIA ENVIRONNEMENT S.A., VEOLIA NORTH AMERICA. Attorney Elliot E. Polebaum terminated. (Baruch, Douglas) (Entered: 02/21/2019) |
| 04/05/2019 | 129 | MANDATE of USCA as to 122 Notice of Appeal to DC Circuit Court, filed by BASSEM AL-TAMIMI ; USCA Case Number 17-5207. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 04/08/2019) |
| 04/09/2019 | 130 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Gilad Bendheim, :Firm- Kirkland & Ellis LLP, :Address- 601 Lexington Avenue, New York, NY 10022. Phone No. - 212-446-4800. Fax No. - 212-446-4900 Filing fee $ 100, receipt number 0090-6049765. Fee Status: Fee Paid. by ACCESS INDUSTRIES, INC. (Attachments: # 1 Declaration of Gilad Bendheim, # 2 Text of Proposed Order)(Lefkowitz, Jay) (Entered: 04/09/2019) |
| 04/12/2019 | | MINUTE ORDER: Granting 130 Motion for Leave to Appear Pro Hac Vice. Gilad Bendheim is hereby admitted pro hac vice to appear in this matter on behalf of Defendant ACCESS INDUSTRIES, INC. Signed by Judge Tanya S. Chutkan on 4/12/19. (DJS) (Entered: 04/12/2019) |
| 04/16/2019 | 131 | NOTICE OF WITHDRAWAL OF APPEARANCE as to JEWISH NATIONAL FUND. (Smithey, Joyce) (Entered: 04/16/2019) |
| 07/25/2019 | 132 | NOTICE of Change of Address by Jennifer M. Wollenberg (Wollenberg, Jennifer) (Entered: 07/25/2019) |
| 07/25/2019 | 133 | NOTICE of Change of Address by Douglas W. Baruch (Baruch, Douglas) (Entered: 07/25/2019) |
| 09/25/2019 | 134 | NOTICE of Appearance by Jennifer Elyse Tarr on behalf of FRIENDS OF ISRAEL DEFENSE FORCES (Tarr, Jennifer) (Main Document 134 replaced on 9/25/2019) (ztd). (Entered: 09/25/2019) |
| 09/25/2019 | 135 | MOTION for Hearing *Setting Status Conference* by SHELDON ADELSON, AMERICAN FRIENDS OF BET EL YESHIVA, BANK HAPOALIM B.M., BANK LEUMI LE-ISRAEL B.M., BANK LEUMI USA, EFRAT DEVELOPMENT FOUNDATION, LAWRENCE ELLISON, FALIC FAMILY FOUNDATION, INC., FRIENDS OF ISRAEL DEFENSE FORCES, JOHN HAGEE, HEWLETT PACKARD ENTERPRISE CO., HEWLETT-PACKARD ENTERPRISE SERVICES ISRAEL (EDS), JEWISH NATIONAL FUND, IRVING MOSKOWITZ, MOTOROLA SOLUTIONS ISRAEL LTD., MOTOROLA SOLUTIONS, INC., RE/MAX, LLC, HAIM SABAN, VEOLIA ENVIRONNEMENT S.A., VEOLIA NORTH AMERICA (Jeffress, William) Modified event and text on 9/26/2019 (ztd). (Entered: 09/25/2019) |
| 09/27/2019 | 136 | NOTICE *Regarding Co-Defendants' Status Conference Request* by ELLIOTT ABRAMS re 135 MOTION for Hearing (Werner, Paul) (Entered: 09/27/2019) |
| 09/27/2019 | 137 | Supplemental STATUS REPORT by BASSEM AL-TAMIMI. (McMahon, Martin) (Entered: 09/27/2019) |
| 10/08/2019 | 138 | NOTICE of Appearance by Carol Michele Goodman on behalf of BANK HAPOALIM B.M. (Goodman, Carol) (Entered: 10/08/2019) |

| 10/08/2019 | 139 | NOTICE of Appearance by Jason Anthony D'Angelo on behalf of BANK HAPOALIM B.M. (D'Angelo, Jason) (Entered: 10/08/2019) |
|---|---|---|
| 10/08/2019 | 140 | NOTICE OF WITHDRAWAL OF APPEARANCE as to BANK HAPOALIM B.M.. Attorney Abbe David Lowell terminated. (Lowell, Abbe) (Entered: 10/08/2019) |
| 10/08/2019 | 141 | NOTICE OF WITHDRAWAL OF APPEARANCE as to LAWRENCE ELLISON, HAIM SABAN. Attorney Aaron Stein Rabinowitz terminated. (Rabinowitz, Aaron) (Entered: 10/08/2019) |
| 10/21/2019 | 142 | NOTICE of Appearance by Michael James Barfield on behalf of All Plaintiffs (Barfield, Michael) (Entered: 10/21/2019) |
| 10/22/2019 | 143 | ENTERED IN ERROR. . . . .NOTICE OF SUBSTITUTION OF COUNSEL by George Reid Calhoun, V on behalf of MOTOROLA SOLUTIONS, INC. Substituting for attorney David S. Yellin (Calhoun, George) Modified on 10/22/2019 (ztd). (Entered: 10/22/2019) |
| 10/22/2019 | | NOTICE OF ERROR re 143 Substitution of Counsel; emailed to george@ifrahlaw.com, cc'd 83 associated attorneys -- The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. Please refile document, 3. Attorney Andrew Silver must enter his own appearance. Counsel can not file on behalf of other counsel. (ztd, ) (Entered: 10/22/2019) |
| 10/22/2019 | 144 | NOTICE OF SUBSTITUTION OF COUNSEL by Andrew Jonathan Silver on behalf of MOTOROLA SOLUTIONS, INC. Substituting for attorney David S. Yellin (Silver, Andrew) (Entered: 10/22/2019) |
| 11/13/2019 | 145 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- William J. Kelly, III, Filing fee $ 100, receipt number ADCDC-6560265. Fee Status: Fee Paid. by RE/MAX, LLC (Attachments: # 1 Declaration of William J. Kelly, III, # 2 Text of Proposed Order)(Barnsback, Michael) (Entered: 11/13/2019) |
| 11/26/2019 | | MINUTE ORDER: Granting 145 Motion for Leave to Appear Pro Hac Vice. William J. Kelly is hereby admitted pro hac vice to appear in this matter on behalf of RE/MAX, LLC. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Tanya S. Chutkan on 11/26/19. (DJS) (Entered: 11/26/2019) |
| 12/11/2019 | 146 | NOTICE of Appearance by Adam Michael Dec on behalf of LAWRENCE ELLISON, HAIM SABAN (Dec, Adam) (Entered: 12/11/2019) |
| 12/12/2019 | | MINUTE ORDER granting Defendants 135 Motion for Status Conference. Status Conference set for April 15, 2020 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. Each party shall file a status report with a proposal for moving forward in this case by April 1, 2020 at 5:00 PM. To the extent the Status Report contains a proposed briefing schedule, the Status Report shall include a proposed order. Signed by Judge Tanya S. Chutkan on 12/12/19.(lcdl) (Entered: 12/12/2019) |
| 12/12/2019 | | MINUTE ORDER: This court's prior December 12, 2019 minute order is hereby amended as follows: Defendants 135 Motion for Status Conference is hereby GRANTED. Status Conference set for April 15, 2020 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. Plaintiffs shall file a response to Defendants' 135 Motion for Status Conference by April 1, 2020 at 5:00 PM. Plaintiff's response shall be limited to 10 pages. Signed by Judge Tanya S. Chutkan on 12/12/2019. (lcdl) (Entered: 12/12/2019) |
| 12/13/2019 | | Set/Reset Deadlines/Hearings: Status Reports due by 5:00 p.m. on 4/1/2020. Status Conference set for 4/15/2020 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 12/13/2019) |
| 12/16/2019 | 147 | Consent MOTION to Continue *Status Conference* by JOHN HAGEE (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 12/16/2019) |
| 12/16/2019 | | MINUTE ORDER: Granting 147 Motion to Continue. The status conference currently scheduled for 4/15/20 is hereby rescheduled for 4/21/20 at 11:00 am in Courtroom 9. Signed by Judge Tanya S. Chutkan on 12/15/19. (DJS) (Entered: 12/16/2019) |
| 12/17/2019 | | Set/Reset Hearings: Status Conference reset for 4/21/2020 at 11:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 12/17/2019) |
| 01/07/2020 | 148 | NOTICE of Appearance by William James Kelly, III on behalf of RE/MAX, LLC (Kelly, William) (Entered: 01/07/2020) |

| 03/18/2020 | | MINUTE ORDER: Pursuant to the Standing Order issued by Chief Judge Howell on March 16, 2020 (available on the District Court's website) and the court's need to adjust its calendar, on or before April 1, 2020, the parties shall file a joint status report proposing three new dates, after May 1, 2020, for the matter. Separate reports will be stricken sua sponte. SO ORDERD by Judge Tanya S. Chutkan on 03/18/2020. (tb) (Entered: 03/18/2020) |
|---|---|---|
| 03/30/2020 | 149 | Joint STATUS REPORT *Regarding Status Conference* by JOHN HAGEE. (Liebeler, Lars) (Entered: 03/30/2020) |
| 04/01/2020 | 150 | RESPONSE TO ORDER OF THE COURT re Order, filed by BASSEM AL-TAMIMI. (McMahon, Martin) (Entered: 04/01/2020) |
| 04/03/2020 | 151 | ENTERED IN ERROR. . . . .NOTICE by SHELDON ADELSON re 150 Response to Order of the Court (Felder, Barry) Modified on 4/6/2020 (ztd). (Entered: 04/03/2020) |
| 04/06/2020 | | MINUTE ORDER: Pursuant to Standing Order 20-19 issued by Chief Judge Howell on April 2, 2020 (available on the District Court's website) and the court's need to adjust its calendar, on or before May 1, 2020, the parties shall file a joint report proposing three new dates, after June 8, 2020, for the status conference. Separate reports will be stricken sua sponte. SO ORDERED by Judge Tanya S. Chutkan on 04/06/2020. (tb) (Entered: 04/06/2020) |
| 04/06/2020 | | NOTICE OF ERROR re 151 Notice (Other); emailed to bgfelder@foley.com, cc'd 87 associated attorneys -- The PDF file you docketed contained errors: 1. Please refile document, 2. See LcvR 5.1(d) regarding Correspondence (ztd, ) (Entered: 04/06/2020) |
| 04/13/2020 | 152 | Consent MOTION for Order Dropping Defendant Access Industries, Inc. as a Party re 77 Amended Complaint,,,,,,, by ACCESS INDUSTRIES, INC. (Attachments: # 1 Text of Proposed Order)(Lefkowitz, Jay) (Entered: 04/13/2020) |
| 04/13/2020 | | MINUTE ORDER: Plaintiffs' and Access Industries, Inc.'s Consent Motion 152 is hereby granted. Pursuant to Federal Rule of Civil Procedure 21, Access Industries, Inc. is hereby DROPPED as a party. The Clerk of the Court shall terminate Access Industries, Inc. as a party to this action. Signed by Judge Tanya S. Chutkan on 4/13/2020. (DJS) (Entered: 04/13/2020) |
| 04/28/2020 | 153 | NOTICE of Appearance by Liesel J. Schopler on behalf of JEWISH NATIONAL FUND (Schopler, Liesel) (Entered: 04/28/2020) |
| 04/29/2020 | 154 | NOTICE of Appearance by Eric Snyder on behalf of NORMAN BRAMAN (Snyder, Eric) (Entered: 04/29/2020) |
| 04/29/2020 | 155 | ENTERED IN ERROR. . . . .NOTICE by NORMAN BRAMAN re 150 Response to Order of the Court (Snyder, Eric) Modified on 4/29/2020 (ztd). (Entered: 04/29/2020) |
| 04/29/2020 | | NOTICE OF ERROR re 155 Notice (Other); emailed to esnyder@jonesday.com, cc'd 85 associated attorneys -- The PDF file you docketed contained errors: 1. Please refile document, 2. Please refer to LcvR 5.1(a) regarding Correspondence. (ztd, ) (Entered: 04/29/2020) |
| 05/01/2020 | 156 | Joint STATUS REPORT by JOHN HAGEE. (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 05/01/2020) |
| 05/04/2020 | 157 | NOTICE of Voluntary Dismissal by All Plaintiffs (Barfield, Michael) (Entered: 05/04/2020) |
| 05/05/2020 | 158 | NOTICE of Change of Address by William James Kelly, III (Kelly, William) (Entered: 05/05/2020) |
| 06/08/2020 | | MINUTE ORDER OF PARTIAL DISMISSAL: Having considered the Notice of Voluntary Dismiss by All Plaintiffs 57 , this action is hereby DISMISSED without prejudice as to the following Defendants: American Friends of Ulpana OFRA; Karnei Shomron Foundation; Danya Cebus Ltd.; Nesher Israel Cement Enterprises; Heidelberg Cement AG; Readymix Industries (Israel); Veolia Environmental Services (Israel); Orbital ATK Inc.; Ahaya Dead Sea Laboratories; Nordstrom, Inc.; CRH PLC; Hanson Israel Ltd.; Veolia Environments S.A.; Volvo Group, a.k.a AB Volvo (Publ); Volvo Bussar AB; Merkavim Transportation Technologies; Bank Leumi Le-Israel B.M.; Bank Hapoalim B.M.; Motorola Solutions Israel; Hewlett-Packard Israel; G4S PLC; G4S Israel; RE/MAX Israel; Africa Israel Investments Ltd. Signed by Judge Tanya S. Chutkan on 6/8/2020. (lcdl) Modified on 6/12/2020 (tb). Modified on 6/23/2020 (tb). (Entered: 06/08/2020) |
| 06/08/2020 | | MINUTE ORDER: The status conference contemplated by the court's minute orders of December 12, 2019 and April 6, 2020 is canceled. All Defendants shall file briefs, and declarations if appropriate, in support of their Rule 12 motions on or before July 3, 2020. Defendants other than |

| | | |
|---|---|---|
| | | Eliot Abrams shall coordinate their briefing to ensure that issues common to all or a group of Defendants are the subject of a single brief joined in by the Defendants affected. Plaintiffs shall respond on or before August 3, 2020. Any replies shall be filed on or before September 3, 2020. Signed by Judge Tanya S. Chutkan on 6/8/2020. (lcdl) (Entered: 06/08/2020) |
| 06/08/2020 | | Set/Reset Deadlines: Briefs due by 7/3/2020. Response due by 8/3/2020. Replies by 9/3/2020. (tb) (Entered: 06/08/2020) |
| 06/25/2020 | 159 | MOTION for Leave to File Excess Pages *in Support of Motion to Dismiss* by JOHN HAGEE (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 06/25/2020) |
| 06/30/2020 | 160 | NOTICE of Voluntary Dismissal re Veolia North America (Barfield, Michael) (Entered: 06/30/2020) |
| 07/02/2020 | 161 | RESPONSE re 159 MOTION for Leave to File Excess Pages *in Support of Motion to Dismiss* filed by BASSEM AL-TAMIMI. (Barfield, Michael) (Entered: 07/02/2020) |
| 07/02/2020 | | MINUTE ORDER granting 159 motion to enlarge. Defendants may file a joint brief in support of their Rule 12(b)(1)and(b)(6)motion with a page limitation not to exceed 65 pages. Signed by Judge Tanya S. Chutkan on 7/2/2020. (lcdl) (Entered: 07/02/2020) |
| 07/02/2020 | 162 | MOTION to Dismiss *Counts I Through III of Plaintiffs' Amended Complaint* by ELLIOTT ABRAMS (Attachments: # 1 Text of Proposed Order) (Werner, Paul) (Entered: 07/02/2020) |
| 07/02/2020 | 163 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by IRVING MOSKOWITZ (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Sealed Motion to Dismiss)(Loveland, Christopher) (Entered: 07/02/2020) |
| 07/03/2020 | 164 | MOTION to Dismiss *pursuant to Rules 12(b)(1) and 12(b)(6)* by SHELDON ADELSON, AMERICAN FRIENDS OF ARIEL, AMERICAN FRIENDS OF BET EL YESHIVA, BANK LEUMI USA, NORMAN BRAMAN, CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, EFRAT DEVELOPMENT FOUNDATION, LAWRENCE ELLISON, FALIC FAMILY FOUNDATION, INC., FRIENDS OF ISRAEL DEFENSE FORCES, GUSH ETZION FOUNDATION, JOHN HAGEE, HEBRON FUND, HEWLETT PACKARD ENTERPRISE CO., HONENU NATIONAL LEGAL DEFENSE ORGANIZATION, JEWISH NATIONAL FUND, IRVING MOSKOWITZ, MOTOROLA SOLUTIONS, INC., RE/MAX, LLC, HAIM SABAN (Attachments: # 1 Declaration of Alexis L. Collins in Support of Motion to Dismiss, # 2 Appendix A, # 3 Text of Proposed Order)(Collins, Alexis) (Entered: 07/03/2020) |
| 07/03/2020 | 165 | SUPPLEMENTAL MEMORANDUM re 164 MOTION to Dismiss *pursuant to Rules 12(b)(1) and 12(b)(6)* filed by IRVING MOSKOWITZ, JOHN HAGEE, HONENU NATIONAL LEGAL DEFENSE ORGANIZATION, FRIENDS OF ISRAEL DEFENSE FORCES, FALIC FAMILY FOUNDATION, INC., LAWRENCE ELLISON, HEBRON FUND, CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, RE/MAX, LLC, BANK LEUMI USA, AMERICAN FRIENDS OF ARIEL, EFRAT DEVELOPMENT FOUNDATION, GUSH ETZION FOUNDATION, SHELDON ADELSON, JEWISH NATIONAL FUND, HEWLETT PACKARD ENTERPRISE CO., HAIM SABAN, MOTOROLA SOLUTIONS, INC., AMERICAN FRIENDS OF BET EL YESHIVA, NORMAN BRAMAN by LAWRENCE ELLISON, FRIENDS OF ISRAEL DEFENSE FORCES, HAIM SABAN. (Jeffress, William) Modified event title on 7/14/2020 (znmw). (Entered: 07/03/2020) |
| 07/03/2020 | 166 | MOTION to Dismiss *pursuant to Rules 12(b)(2) and 12(b)(5)* by SHELDON ADELSON, AMERICAN FRIENDS OF ARIEL, AMERICAN FRIENDS OF BET EL YESHIVA, BANK LEUMI USA, NORMAN BRAMAN, CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, EFRAT DEVELOPMENT FOUNDATION, LAWRENCE ELLISON, FALIC FAMILY FOUNDATION, INC., GUSH ETZION FOUNDATION, JOHN HAGEE, HEBRON FUND, HEWLETT PACKARD ENTERPRISE CO., HONENU NATIONAL LEGAL DEFENSE ORGANIZATION, JEWISH NATIONAL FUND, IRVING MOSKOWITZ, MOTOROLA SOLUTIONS, INC., RE/MAX, LLC, HAIM SABAN (Attachments: # 1 Declaration of Alexis L. Collins in Support, # 2 Appendix 1 - Personal Jurisdiction, # 3 Declaration of Christopher Gawley in Support, # 4 Declaration of Shani Abrams Simkovitz in Support, # 5 Declaration of Elad Metsuyanim in Support, # 6 Declaration of Kimberly Troup in Support, # 7 Declaration of Daniel Rosenstein in Support, # 8 Declaration of Gary Gabriel Hirshberg in Support, # 9 Declaration of Jerome Falic in Support, # 10 Declaration of Shmil Atlas in Support, # 11 Declaration of Russell F. Robinson in Support, # 12 Declaration of Serene Smith in Support, # 13 Declaration of Moshe Gantz in Support, # 14 Appendix 2 - Service of Process, # 15 Declaration of Barry G. Felder in Support, # 16 Declaration of Eric Snyder in Support, # 17 Text of Proposed Order)(Collins, Alexis) (Entered: 07/03/2020) |

| 07/10/2020 | 167 | NOTICE of Voluntary Dismissal re Irving Moskowitz, Estate of Irving Moskowitz (McMahon, Martin) (Entered: 07/10/2020) |
|---|---|---|
| 07/17/2020 | | MINUTE ORDER: Having considered Plaintiffs' Notice of Voluntary Dismissal 167 , it is hereby ordered that Defendants Irving Moskowitz and the Estate of Irving Moskowitz are hereby DISMISSED WITHOUT PREJUDICE. Signed by Judge Tanya S. Chutkan on 7/17/2020. (DJS) (Entered: 07/17/2020) |
| 07/22/2020 | 168 | Consent MOTION for Extension of Time to File Response/Reply by BASSEM AL-TAMIMI (Attachments: # 1 Text of Proposed Order) (McMahon, Martin) (Entered: 07/22/2020) |
| 07/22/2020 | 169 | ERRATA *Revised proposed order* by BASSEM AL-TAMIMI 168 Consent MOTION for Extension of Time to File Response/Reply filed by BASSEM AL-TAMIMI. (McMahon, Martin) (Entered: 07/22/2020) |
| 08/05/2020 | | MINUTE ORDER: Granting Plaintiffs' 168 Motion for Extension of Deadlines. Plaintiffs response to the Motions to Dismiss filed by Defendant Sheldon Adelson, et. al. (ECF Nos. 164 and 166 ) and Defendant Elliott Abrams (ECF No. 162 ) is due September 2, 2020. Defendants' replies due November 2, 2020. Signed by Judge Tanya S. Chutkan on 8/5/2020. (DJS) (Entered: 08/05/2020) |
| 08/05/2020 | | Set/Reset Deadlines: Response to Dispositive Motion due by 9/2/2020. Reply to Dispositive Motion due by 11/2/2020. (tb) (Entered: 08/05/2020) |
| 09/02/2020 | 170 | Consent MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss* by BASSEM AL-TAMIMI (Barfield, Michael) (Entered: 09/02/2020) |
| 09/09/2020 | | MINUTE ORDER: Denying 170 Motion for Extension of Time to File Response/Reply for failing comply with Local Civil Rule 7(c), which requires that "[e]ach motion...shall be accompanied by a proposed order." Signed by Judge Tanya S. Chutkan on 9/9/2020. (DJS) (Entered: 09/09/2020) |
| 09/10/2020 | 171 | Consent MOTION for Extension of Time to File Response/Reply *to Defendants' Motions to Dismiss* by BASSEM AL-TAMIMI (Attachments: # 1 Proposed Order)(Barfield, Michael) (Entered: 09/10/2020) |
| 09/10/2020 | | MINUTE ORDER: Granting 171 Motion for Extension of Deadlines. Plaintiffs shall file their Response to Defendant's Motions 162 164 165 and 166 no later than 10/2/20. Defendants shall file any Reply to Plaintiffs' Response no later than 12/4/20. Signed by Judge Tanya S. Chutkan on 9/10/2020. (DJS) (Entered: 09/10/2020) |
| 09/14/2020 | | Set/Reset Deadlines: Response due by 10/2/2020. Reply due by 12/4/2020. (tb) (Entered: 09/14/2020) |
| 10/02/2020 | 172 | MOTION to Withdraw as Attorney by BASSEM AL-TAMIMI (Attachments: # 1 Text of Proposed Order)(Barfield, Michael) (Entered: 10/02/2020) |
| 10/02/2020 | 173 | Consent MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss* by BASSEM AL-TAMIMI (Attachments: # 1 Text of Proposed Order)(Barfield, Michael) (Entered: 10/02/2020) |
| 10/05/2020 | | MINUTE ORDER: Granting Michael James Barfield's 172 Motion to Withdraw as counsel for Plaintiffs. Signed by Judge Tanya S. Chutkan on 10/5/2020. (DJS) (Entered: 10/05/2020) |
| 10/05/2020 | | MINUTE ORDER: Granting 173 Consent Motion for Extension of Deadlines. Plaintiffs shall file their Response to Defendants' Motions 162 164 165 166 no later than 10/16/20. Defendants shall file any Reply to Plaintiffs' Response no later than 12/18/20. Signed by Judge Tanya S. Chutkan on 10/5/2020. (DJS) Modified on 10/5/2020 (tb). (Entered: 10/05/2020) |
| 10/05/2020 | | Set/Reset Deadlines: Response due by 10/16/2020. Reply due by 12/18/2020. (tb) (Entered: 10/05/2020) |
| 10/13/2020 | 174 | Consent MOTION for Leave to File Excess Pages by BASSEM AL-TAMIMI (Attachments: # 1 Text of Proposed Order)(McMahon, Martin) (Entered: 10/13/2020) |
| 10/16/2020 | 175 | Memorandum in opposition to re 166 MOTION to Dismiss *pursuant to Rules 12(b)(2) and 12(b)(5)*, 164 MOTION to Dismiss *pursuant to Rules* |

| | | *12(b)(1) and 12(b)(6)* filed by BASSEM AL-TAMIMI. (McMahon, Martin) (Entered: 10/16/2020) |
|---|---|---|
| 10/16/2020 | 176 | Memorandum in opposition to re 162 MOTION to Dismiss *Counts I Through III of Plaintiffs' Amended Complaint* filed by BASSEM AL-TAMIMI. (McMahon, Martin) (Entered: 10/16/2020) |
| 11/12/2020 | 177 | NOTICE of Change of Address by Andrew H. Marks (Marks, Andrew) (Entered: 11/12/2020) |
| 12/18/2020 | 178 | REPLY to opposition to motion re 162 MOTION to Dismiss *Counts I Through III of Plaintiffs' Amended Complaint* filed by ELLIOTT ABRAMS. (Werner, Paul) (Entered: 12/18/2020) |
| 12/18/2020 | 179 | REPLY to opposition to motion re 166 MOTION to Dismiss *pursuant to Rules 12(b)(2) and 12(b)(5)* filed by SHELDON ADELSON, AMERICAN FRIENDS OF ARIEL, AMERICAN FRIENDS OF BET EL YESHIVA, BANK LEUMI USA, NORMAN BRAMAN, CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, EFRAT DEVELOPMENT FOUNDATION, LAWRENCE ELLISON, FALIC FAMILY FOUNDATION, INC., GUSH ETZION FOUNDATION, JOHN HAGEE, HEBRON FUND, HEWLETT PACKARD ENTERPRISE CO., HONENU NATIONAL LEGAL DEFENSE ORGANIZATION, JEWISH NATIONAL FUND, IRVING MOSKOWITZ, MOTOROLA SOLUTIONS, INC., RE/MAX, LLC, HAIM SABAN. (Hall, John) (Entered: 12/18/2020) |
| 12/18/2020 | 180 | REPLY to opposition to motion re 164 MOTION to Dismiss *pursuant to Rules 12(b)(1) and 12(b)(6)* filed by LAWRENCE ELLISON, FRIENDS OF ISRAEL DEFENSE FORCES, HAIM SABAN. (Jeffress, William) (Entered: 12/18/2020) |
| 12/18/2020 | 181 | REPLY to opposition to motion re 164 MOTION to Dismiss *pursuant to Rules 12(b)(1) and 12(b)(6)* filed by SHELDON ADELSON, AMERICAN FRIENDS OF ARIEL, AMERICAN FRIENDS OF BET EL YESHIVA, BANK LEUMI USA, NORMAN BRAMAN, CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, EFRAT DEVELOPMENT FOUNDATION, LAWRENCE ELLISON, FALIC FAMILY FOUNDATION, INC., FRIENDS OF ISRAEL DEFENSE FORCES, GUSH ETZION FOUNDATION, JOHN HAGEE, HEBRON FUND, HEWLETT PACKARD ENTERPRISE CO., HONENU NATIONAL LEGAL DEFENSE ORGANIZATION, JEWISH NATIONAL FUND, IRVING MOSKOWITZ, MOTOROLA SOLUTIONS, INC., RE/MAX, LLC. (Hall, John) (Entered: 12/18/2020) |
| 02/22/2021 | 182 | SUGGESTION OF DEATH Upon the Record as to Sheldon G. Adelson by SHELDON ADELSON. (Felder, Barry) (Entered: 02/22/2021) |
| 03/11/2021 | | MINUTE ORDER: Defendant Irving Moskowitz's unopposed 163 Motion to File Document Under Seal is hereby DENIED AS MOOT. See 7/17/21, Min. Order dismissing claims against Defendant Moskowitz. SO ORDERED by Judge Tanya S. Chutkan on 03/11/2021. (tb) (Entered: 03/11/2021) |
| 06/02/2021 | 183 | MOTION to Dismiss *by Dr. Miriam Adelson as Special Administrator of the Estate of Sheldon G. Adelson* by MIRIAM ADELSON. (Attachments: # 1 Text of Proposed Order)(Felder, Barry) (Entered: 06/02/2021) |
| 06/23/2021 | 184 | NOTICE OF SUPPLEMENTAL AUTHORITY by HEWLETT PACKARD ENTERPRISE CO. (Hall, John) (Entered: 06/23/2021) |
| 06/30/2021 | 185 | MOTION to Withdraw as Attorney by BASSEM AL-TAMIMI. (Attachments: # 1 Text of Proposed Order)(Fox, William) (Entered: 06/30/2021) |
| 07/01/2021 | 186 | NOTICE of Appearance by Alfred Long Scanlan, Jr on behalf of BASSEM AL-TAMIMI (Scanlan, Alfred) (Entered: 07/01/2021) |
| 07/08/2021 | 187 | NOTICE of Appearance by Nowell David Beckett Bamberger on behalf of BANK LEUMI USA (Bamberger, Nowell) (Entered: 07/08/2021) |
| 07/09/2021 | 188 | MOTION to Withdraw as Attorney by BANK LEUMI USA. (Attachments: # 1 Text of Proposed Order)(Collins, Alexis) (Entered: 07/09/2021) |
| 07/12/2021 | 189 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MOTOROLA SOLUTIONS, INC.. Attorney Andrew Jonathan Silver terminated. (Silver, Andrew) (Entered: 07/12/2021) |
| 07/13/2021 | 190 | NOTICE OF WITHDRAWAL OF APPEARANCE as to BASSEM AL-TAMIMI. Attorney Alfred Long Scanlan, Jr terminated. (Scanlan, Alfred) (Entered: 07/13/2021) |
| 07/13/2021 | 191 | ORDER granting 183 Motion to Dismiss Dr. Miriam Adelson as Special Administrator of the Estate of Sheldon G. Adelson. Signed by Judge Tanya S. Chutkan on 7/13/21. (DJS) (Entered: 07/13/2021) |

| 07/20/2021 | | MINUTE ORDER granting 185 188 MotionS to Withdraw as Counsel. Attorneys Alexis L. Collins and William Jameson Fox, Esq. terminated. Signed by Judge Tanya S. Chutkan on 7/20/21. (DJS) (Entered: 07/20/2021) |
|---|---|---|
| 08/03/2021 | 192 | First MOTION for Entry of Final Judgment *Pursuant to FRCP 54(b)* by MIRIAM ADELSON. (Attachments: # 1 Text of Proposed Order Proposed Judgment Rule 54b, # 2 Certificate of Service Certificate of Service)(Felder, Barry) (Entered: 08/03/2021) |
| 08/04/2021 | 193 | MOTION Judicial Assistance with Service of Motion re 192 First MOTION for Entry of Final Judgment *Pursuant to FRCP 54(b)* by MIRIAM ADELSON. (Felder, Barry) (Entered: 08/04/2021) |
| 09/29/2021 | | MINUTE ORDER: Having considered the 74 Consent Motion for Leave to File Excess Pages by BASSEM AL-TAMIMI, the court hereby GRANTS the unopposed motion. Signed by Judge Tanya S. Chutkan on 9/29/21. (DJS) (Entered: 09/29/2021) |
| 01/31/2022 | 194 | ORDER as to ALL PARTIES: As far as the court is aware, Plaintiffs are currently without effective counsel, and accordingly, for reasons explained in the attached Order, Plaintiffs shall notify the court by June 1, 2022, whether they will seek representation by substitute counsel or continue this lawsuit representing themselves pro se. Failure to do so by June 1, 2022, may result in dismissal of their claims pursuant to Federal Rule of Civil Procedure 41(b), without further notice. Moreover, in the interest of justice, the court hereby STAYS this case pending Plaintiffs response. The clerk of the court shall mail a copy of the attached Order to Plaintiffs in accordance with instructions set forth in the Order and Sealed Attachment. Signed by Judge Tanya S. Chutkan on 01/31/2022. (tb) (Entered: 01/31/2022) |
| 01/31/2022 | | Case Stayed. (tb) (Entered: 01/31/2022) |
| 01/31/2022 | 195 | SEALED ATTACHMENT: re 194 Sealed Order. (This document is SEALED and only available to authorized persons.)(tb) (Entered: 01/31/2022) |
| 03/01/2022 | 196 | RESPONSE TO ORDER OF THE COURT re 194 Order filed by ABDUR-RAHIM DUDAR. (znmw) (Entered: 03/02/2022) |
| 04/07/2022 | 197 | NOTICE *of Merger* by BANK LEUMI USA, Valley National Bank (Bamberger, Nowell) (Entered: 04/07/2022) |
| 04/12/2022 | | RESOLVED.....NOTICE of Provisional Status re 197 NOTICE *of Merger* by BANK LEUMI USA, Valley National Bank (Bamberger, Nowell). <br><br> Your attorney renewal has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/19/2022. (znm) Modified on 4/12/2022 (znm). (Entered: 04/12/2022) |
| 04/13/2022 | 198 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by Valley National Bank (Bamberger, Nowell) (Entered: 04/13/2022) |
| 04/13/2022 | 199 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRIENDS OF ISRAEL DEFENSE FORCES. Attorney Jennifer Elyse Tarr terminated. (Harris, Mark) (Entered: 04/13/2022) |
| 05/27/2022 | 200 | NOTICE of Appearance by Samuel Wilson Jarjour on behalf of BASSEM AL-TAMIMI (Jarjour, Samuel) (Entered: 05/27/2022) |
| 05/27/2022 | 201 | NOTICE of Appearance by Samuel Wilson Jarjour on behalf of ABBAS HAMIDEH (Jarjour, Samuel) (Entered: 05/27/2022) |
| 05/27/2022 | 202 | NOTICE of Appearance by Samuel Wilson Jarjour on behalf of LINDA KATEEB (Jarjour, Samuel) (Entered: 05/27/2022) |
| 05/27/2022 | 203 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Amith Gupta, Filing fee $ 100, receipt number ADCDC-9268320. Fee Status: Fee Paid. by LINDA KATEEB. (Attachments: # 1 Declaration Declaration Page, # 2 Text of Proposed Order Proposed Order)(Jarjour, Samuel) (Entered: 05/27/2022) |
| 05/27/2022 | 204 | MOTION for Telephone Conference by LINDA KATEEB. (Attachments: # 1 Text of Proposed Order Order Conference Call)(Jarjour, Samuel) |

| | | |
|---|---|---|
| | | (Entered: 05/27/2022) |
| 05/27/2022 | | MINUTE ORDER: Denying Plaintiffs' 204 Motion for Telephone Conference without prejudice for failure to comply with Local Civil Rule 7(m), which requires that a movant confer with opposing counsel prior to filing a non-dispositive motion and indicate whether the motion is opposed or unopposed. Signed by Judge Tanya S. Chutkan on 5/27/22. (DJS) (Entered: 05/27/2022) |
| 06/01/2022 | 205 | Second MOTION for Telephone Conference by LINDA KATEEB. (Attachments: # 1 Text of Proposed Order Proposed Order)(Jarjour, Samuel) Modified event on 6/1/2022 (znmw). (Entered: 06/01/2022) |
| 06/03/2022 | 206 | RESPONSE re 205 MOTION for Telephone Conference filed by JOHN HAGEE. (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 06/03/2022) |
| 06/03/2022 | 207 | Memorandum in opposition to re 205 MOTION for Telephone Conference filed by ELLIOTT ABRAMS. (Attachments: # 1 Text of Proposed Order)(Werner, Paul) (Entered: 06/03/2022) |
| 06/06/2022 | 208 | NOTICE of Appearance by Samuel Wilson Jarjour on behalf of SUSAN ABULHAWA, AHMED AL-ZEER, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF (Jarjour, Samuel) (Entered: 06/06/2022) |
| 06/06/2022 | 209 | REPLY to opposition to motion *for Renewed Motion for Telephone Conference* filed by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Jarjour, Samuel) (Entered: 06/06/2022) |
| 06/06/2022 | | RESOLVED.....NOTICE of Provisional Status re 206 RESPONSE re 205 MOTION for Telephone Conference filed by JOHN HAGEE. (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars).<br><br>Your attorney renewal has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 6/13/2022. (znm) Modified on 6/6/2022 (znm). (Entered: 06/06/2022) |
| 06/07/2022 | 210 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Kent Hull, Filing fee $ 100, receipt number ADCDC-9289004. Fee Status: Fee Paid. by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Declaration Declaration of Kent Hull, # 2 Text of Proposed Order)(Jarjour, Samuel) (Entered: 06/07/2022) |
| 06/09/2022 | 211 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Kent Hull, Filing fee $ 100, receipt number ADCDC-9295817. Fee Status: Fee Paid. by SUSAN ABULHAWA. (Attachments: # 1 Declaration certificate of good standing)(Hull, Kent) (Entered: 06/09/2022) |
| 06/09/2022 | 212 | ERRATA 211 MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Amith Gupta, Fee Status: No Fee Paid. by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Jarjour, Samuel) Modified event title on 6/9/2022 (znmw). (Entered: 06/09/2022) |
| 06/29/2022 | | MINUTE ORDER: On or before July 13, 2022, any attorney seeking to appear before the court on behalf of any of the individuals named as plaintiffs that remain on record in this case must file a notice of appearance indicating which plaintiff or plaintiffs they are specifically representing. Counsel may identify individuals as their clients only if they have communicated with those individuals and confirmed that those individuals desire to remain parties in this case. Should any named plaintiff on record fail to have an attorney enter an appearance on their behalf or otherwise indicate their intent to continue to pursue their claims in this case without the representation of an attorney, the court will dismiss the |

| | | |
|---|---|---|
| | | case as to any such plaintiffs without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). Signed by Judge Tanya S. Chutkan on 06/29/2022. (lcwk) (Entered: 06/29/2022) |
| 06/29/2022 | 213 | MOTION for Partial Summary Judgment by ABDUR-RAHIM DUDAR. "Leave to file GRANTED." Signed by Judge Tanya S. Chutkan on 6/29/2022. (znmw) (Entered: 06/29/2022) |
| 06/29/2022 | | MINUTE ORDER denying Plaintiff Abdur-Rahim Dudar's 213 Motion for Partial Summary Judgment. In evaluating a motion for summary judgment, the court views the admissible evidence in the light most favorable to the nonmoving party and draws all reasonable inferences in its favor. Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S. 133, 150 (2000). A motion for summary judgment shall be granted if the pleadings, depositions, answers to interrogatories, admissions on file, and affidavits show that there is no genuine issue of material fact, and that the moving party is entitled to judgment as a matter of law. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986). Plaintiff Dudar fails to point to any evidence in the record that entitles him to judgment as a matter of law, and fails to comply with Local Rule 7(h) (requiring statement of material facts not in dispute, references to parts of the record relied upon, and memorandum and points of authority). Consequently, his motion for summary judgment is denied. To the extent Plaintiff Dudar moves to amend the complaint, his motion is denied for failure to comply with Local Rule 7(i) (requiring an amended pleading shall be accompanied by an original of the proposed pleading as amended). Nor can Plaintiff Dudar amend the complaint by raising new legal claims in a motion for summary judgment. See, e.g., Arbitraje Casa de Cambio, S.A. de C.V. v. U.S. Postal Serv., 297 F. Supp. 2d 165, 170 (D.D.C. 2003). The clerk of the court shall mail a copy of the attached Order to Plaintiff Dudar at the following address: 2498 Warwick Circle, NE, Atlanta, GA 30345. Signed by Judge Tanya S. Chutkan on 06/29/2022. (lcwk) (Entered: 06/29/2022) |
| 06/29/2022 | | Set/Reset Deadlines: Notice of appearance due by 7/13/2022. (tb) (Entered: 06/29/2022) |
| 07/05/2022 | | Set/Reset Deadlines: Notice of appearance due by 7/13/2022. (tb) (Entered: 07/05/2022) |
| 07/05/2022 | 214 | NOTICE of Change of Address by Kent Hull (Hull, Kent) (Entered: 07/05/2022) |
| 07/13/2022 | 215 | NOTICE by LINDA KATEEB (Attachments: # 1 Certificate of Service COS to Notice)(Khalaf, Samer) (Entered: 07/13/2022) |
| 07/22/2022 | | MINUTE ORDER granting Kent Hull's 210 , 211 Motion for Leave to Appear Pro Hac Vice. Mr. Hull is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff Susan Abulhawa. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a) Click for instructions**. Signed by Judge Tanya S. Chutkan on 07/22/2022. (lcwk) Modified even title on 7/28/2022 (znmw). (Entered: 07/22/2022) |
| 07/22/2022 | | MINUTE ORDER denying Amith Gupta's 203 , 212 Motion to Appear Pro Hac Vice without prejudice for failure to indicate which Plaintiffs he seeks to represent, as ordered by the court on June 29, 2022. See Min. Order (June 29, 2022). Signed by Judge Tanya S. Chutkan on 07/22/2022. (lcwk) (Entered: 07/22/2022) |
| 07/22/2022 | 216 | ORDER: On January 31, 2022, the court ordered Plaintiffs to notify the court by June 1, 2022, whether they wish to continue their lawsuit represented by counsel or representing themselves pro se, and that failure to do so may result in dismissal of their claims pursuant to Federal Rule of Civil Procedure 41(b), without further notice. See 194 Order. The following Plaintiffs responded to the court's January 31, 2022, order, indicating that they wish to proceed represented by counsel: Bassem Al-Tamimi, Abbas Hamideh, Linda Kateeb, and Susan Abulhawa. One Plaintiff responded that he wishes to proceed representing himself pro se: Abdur Rahim Dudar. No other Plaintiff has responded to the court's January 31, 2022, order. The claims of those Plaintiffs who failed to respond to the court's January 31, 2022, order, who are identified in the attached Order, are hereby DISMISSED without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Plaintiffs whose claims are not being dismissed, who have indicated their intent to proceed with their lawsuit, are hereby ORDERED to file a joint response to the pending 192 Motion for Final Judgment by Dr. Miriam Adelson as Special Administrator of the Estate of Sheldon G. Adelson on or before August 4, 2022. The court DENIES Plaintiff Kateeb's 205 Motion for Telephone Conference without prejudice. The court will rule on the pending 162 , 164 , 166 Motions to Dismiss and the pending 192 Motion for Final Judgment and 193 Motion for Judicial Assistance in due course and will consider any renewed motion for a hearing at that time. Finally, the court hereby LIFTS the stay in this case. Signed by Judge Tanya S. Chutkan on 07/22/2022. (lcwk) (Entered: 07/22/2022) |

| 07/27/2022 | | Set/Reset Deadlines: Joint response due by 8/4/2022. (tb) (Entered: 07/27/2022) |
|---|---|---|
| 08/04/2022 | 217 | RESPONSE re 183 MOTION to Dismiss *by Dr. Miriam Adelson as Special Administrator of the Estate of Sheldon G. Adelson*, 192 First MOTION for Entry of Final Judgment *Pursuant to FRCP 54(b) and Motion to Vacate Order of Dismissal* filed by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, HIBA BARGHOUTHI, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Exhibit "1" Death Certificate of Martin McMahon, # 2 Exhibit "2" Affidavit of William Jameson Fox)(Jarjour, Samuel) (Entered: 08/04/2022) |
| 08/04/2022 | 218 | NOTICE of Proposed Order by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, HIBA BARGHOUTHI, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF re 217 Response to motion,, (Jarjour, Samuel) (Entered: 08/04/2022) |
| 08/09/2022 | 219 | REPLY to opposition to motion re 192 First MOTION for Entry of Final Judgment *Pursuant to FRCP 54(b)* filed by MIRIAM ADELSON. (Attachments: # 1 Appendix A, # 2 Appendix B)(Felder, Barry) (Entered: 08/09/2022) |
| 11/16/2022 | | VACATED PURSUANT TO MINUTE ORDEFR FILED ON 07/22/2022.....MINUTE ORDER: Denying without prejudice Plaintiff's 211 212 Motion for Leave to Appear Pro Hac Vice for failing to fully comply with Local Civil Rule 83.2(c)(2), which requires that "[a]ny attorney seeking to appear pro hac vice must file a motion signed by a sponsoring member of the Bar of this Court." Signed by Judge Tanya S. Chutkan on 11/16/2022. (lcja) Modified on 11/16/2022 (tb). (Entered: 11/16/2022) |
| 11/16/2022 | | MINUTE ORDER: The Clerk of the Court is directed to mail the following orders to pro se Plaintiff Abdur Rahim Dubar, at his address of record: 5/27/2022 Minute Order; both 6/29/22 Minute Orders; 7/22/22 Minute Order; and the 7/22/22 Order, ECF No. 216. Additionally, the Clerk of the Court is directed to mail the docket sheet to pro se Plaintiff Abdur Rahim Dubar, at his address of record. Signed by Judge Tanya S. Chutkan on 11/16/2022. (lcja) (Entered: 11/16/2022) |
| 11/16/2022 | | MINUTE ORDER: Plaintiffs and Defendant, represented through their respective counsel, are hereby ORDERED to mail copies of their respective court filings 217 , 218 , 219 --filed since the court's July 22, 2022 Order--to pro se Plaintiff Abdur Rahim Dubar at his address of record by November 22, 2022. See Local Rule 5.4(d)(1)-(2) ("Electronically filing a document operates to effect service of the document on pro se parties who have obtained CM/ECF passwords and on all counsel. Pro se parties who have not obtained CM/ECF passwords must serve and be served as otherwise provided in Fed. R. Civ. P. 5(b). The requirement of a certificate of service or other proof of service is satisfied by the automatic notice of filing sent by the CM/ECF software to pro se parties who have obtained CM/ECF passwords and to counsel. A separate certificate of service or other proof of service showing that a paper copy was served on a party is required when that party does not receive electronic notification of filings."). Pro se Plaintiff Abdur Rahim Dubar does not have CM/ECF passwords; thus, unless otherwise ordered by the court, all represented parties have an ongoing obligation to serve pro se Plaintiff Abdur Rahim Dubar in accord with the local and federal rules. Signed by Judge Tanya S. Chutkan on 11/16/2022. (lcja) (Entered: 11/16/2022) |
| 11/18/2022 | 220 | CERTIFICATE OF SERVICE by MIRIAM ADELSON . (Felder, Barry) (Entered: 11/18/2022) |
| 11/20/2022 | | MINUTE ORDER: Defendant's 193 Motion for Judicial Assistance with Service is hereby DENIED as moot. Since Defendant's motion was filed, all but 5 plaintiffs have been dismissed from this action. Court Order, ECF No. 216. Of the 5 remaining plaintiffs, four are represented by counsel and one is proceeding pro se. Moreover, the address of the pro se Plaintiff is not under seal. Therefore, Defendant is no longer in need of judicial assistance. The Clerk of the Court is directed to mail this order to pro se Plaintiff Abdur Rahim Dubar at his address of record. Signed by Judge Tanya S. Chutkan on 11/20/2022. (lcja) (Entered: 11/20/2022) |
| 11/20/2022 | | MINUTE ORDER: Plaintiffs' motion for a 30-day extension to motion to substitute Miriam Adelson or the Sheldon Adelson Estate in this matter, see Pls.' Response to Motion to Dismiss and Entry of Final Judgment, ECF No 217 at 4, is hereby GRANTED. Plaintiffs Bassem Al-Tamimi, Abbas Hamideh, Susan Abulhawa, and Linda Kateeb shall have until December 23, 2022, to file a motion to substitute Miriam Adelson or the Sheldon Adelson Estate as parties in this action. If Plaintiffs fail to file such a motion, the court will treat Defendant's 192 Motion for Entry of |

| | | |
|---|---|---|
| | | Final Judgment as conceded, as to these Plaintiffs. The Clerk of the Court is directed to mail this order to pro se Plaintiff Abdur Rahim Dubar at his address of record. Signed by Judge Tanya S. Chutkan on 11/20/2022. (lcja) (Entered: 11/20/2022) |
| 11/20/2022 | 221 | ORDER: Pro se Plaintiff shall file a response to 192 Motion for Entry of Final Judgment by December 23, 2022. The Court advises pro se plaintiff of their obligation to follow the FRCP, Local Rules and orders of the court. Failure to adhere to these rules or orders may result in sanctions, up to and including dismissal of this action. The Clerk of the Court shall mail a copy of this order to Plaintiff Abdur Rahim Dubar at his address of record. (See order for further details). Signed by Judge Tanya S. Chutkan on 11/20/2022. (lcja) (Entered: 11/20/2022) |
| 11/21/2022 | | Set/Reset Deadlines: Response due by 12/23/2022. (tb) (Entered: 11/21/2022) |
| 11/22/2022 | 222 | CERTIFICATE OF SERVICE by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, HIBA BARGHOUTHI, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF *of Response to Motion for Final Judgment & Motion to Set Aside Order of Dismissal of Sheldon Adelson and proposed Order upon pro se Plaintiff Abdur-Rahim Dudar*. (Jarjour, Samuel) (Entered: 11/22/2022) |
| 12/05/2022 | 223 | MOTION to Designate Israel as an Apartheid State by ABDUR-RAHIM DUDAR. (zjm) (Entered: 12/08/2022) |
| 12/05/2022 | 224 | MOTION requesting Plaintiff Abdur-Rahim Dib Dudar be a Definition for a set of present and future Plaintiffs with similar Circumstances for any Judgment on his behalf by ABDUR-RAHIM DUDAR. (zjm) (Entered: 12/08/2022) |
| 12/05/2022 | 225 | SUPPLEMENTAL MEMORANDUM to re 213 MOTION for Partial Summary Judgment filed by ABDUR-RAHIM DUDAR. (zjm) (Entered: 12/08/2022) |
| 12/05/2022 | 226 | MOTION to Deny Substitution of Mrs. Adelson for Mr. Adelson by ABDUR-RAHIM DUDAR. (zjm) (Entered: 12/08/2022) |
| 12/05/2022 | 227 | MOTION to Deny Defendant Efrat Development Foundation's request to Withdraw by ABDUR-RAHIM DUDAR. (zjm) (Entered: 12/08/2022) |
| 12/08/2022 | 228 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Hillary A. Leffue, Filing fee $ 100, receipt number ADCDC-9720945. Fee Status: Fee Paid. by MIRIAM ADELSON. (Felder, Barry) (Entered: 12/08/2022) |
| 12/08/2022 | | NOTICE OF ERROR re 228 Motion for Leave to Appear Pro Hac Vice; emailed to BGFelder@foley.com, cc'd 82 associated attorneys -- The PDF file you docketed contained errors: 1. **Please note the following deficiency and file/refile document as instructed**, 2. Pro Hac Vice motion must be accompanied by a Certificate of Good Standing issued within the last 30 days (LCvR 83.2(c)(2)). Please file certificate as an Errata (zjm, ) (Entered: 12/08/2022) |
| 12/08/2022 | 229 | ENTERED IN ERROR.....Amended MOTION to Amend/Correct *MOTION FOR ADMISSION PRO HAEC VICE* by LINDA KATEEB. (Hull, Kent) Modified on 12/9/2022 at the request of counsel (zjm). (Entered: 12/08/2022) |
| 12/09/2022 | 230 | ERRATA *Certificate of Good Standing of Hillary A. Leffue* by MIRIAM ADELSON re 228 Motion for Leave to Appear Pro Hac Vice. (Felder, Barry) (Entered: 12/09/2022) |
| 12/12/2022 | 231 | MOTION for Extension of Time to *Respond to Motion to Substitute Miriam Adelson or the Estate of Sheldon Adelson* by MIRIAM ADELSON(as Special Administrator of the Estate of Sheldon G. Adelson). (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion Regarding Extension of Time to Respond to Motion to Substitute)(Felder, Barry) (Entered: 12/12/2022) |
| 12/13/2022 | 232 | RESPONSE re 226 MOTION to Deny Substitution of Mrs. Adelson for Mr. Adelson filed by MIRIAM ADELSON(as Special Administrator of the Estate of Sheldon G. Adelson). (Felder, Barry) Modified on 12/19/2022 to correct event (zjm). (Entered: 12/13/2022) |
| 12/13/2022 | | MINUTE ORDER: Defendant's 228 Motion for Leave to Appear Pro Hac Vice is hereby GRANTED. Hillary A. Leffue Is permitted to appear on behalf of Miriam Adelson. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Tanya S. Chutkan on 12/13/2022. (lcja) (Entered: 12/13/2022) |

| 12/14/2022 | | MINUTE ORDER: Defendant's 231 Motion for Extension of Time is hereby DENIED in part and GRANTED in part. Defendant's Reply to Plaintiffs' responses filed pursuant to the Court's November 20 Orders, see Order, 11/20/2022; Min. Order 11/20/2022, is due January 13, 2023. Signed by Judge Tanya S. Chutkan on 12/14/2022. (lcja) (Entered: 12/14/2022) |
|---|---|---|
| 12/14/2022 | | MINUTE ORDER: Plaintiff's 223 Motion to Designate Israel as an Apartheid State is hereby DENIED. Plaintiff's legal theory and the nature of the relief sought is unclear, and the court is unable to construe the filing as any motion upon which it could grant relief. Plaintiff's 224 Motion requesting Plaintiff Dubar be a Definition for a Set of Present Plaintiffs with Similar Circumstances is hereby DENIED. Liberally construing Plaintiff's filing, he seeks to represent a class of Plaintiffs. However, a pro se plaintiff cannot represent a class. DeBrew v. Atwood, 792 F.3d 118, 132 (D.C. Cir. 2015) ("The district court did not abuse its discretion in concluding [Plaintiff] could not satisfy this requirement because a pro se litigant who is not trained as a lawyer is simply not an adequate class representative."). Plaintiff's 225 Supplemental Memorandum is hereby DENIED. The court treats Plaintiff's supplemental memorandum as a motion to reconsider its ruling denying his 213 Motion for Partial Summary Judgment. The court denied Plaintiff's motion for partial summary judgment because he "fail[ed] to point to any evidence in the record that entitle[d] him to judgment as a matter of law, and fail[ed] to comply with Local Rule 7(h)...." Min. Order, 06/29/2022. Plaintiff's motion to reconsider is denied for the same reasons as his original motion. Plaintiff's 227 Motion to Deny Defendant Efrat Development Foundation's Request to Withdraw is DENIED. Currently, there is no pending motion to withdraw from any party in this matter, and therefore the denial of such relief cannot be considered. The Clerk of the Court is directed to mail this order to pro se Plaintiff Abdur Rahim Dubar at his address of record. Signed by Judge Tanya S. Chutkan on 12/14/2022. (lcja) (Entered: 12/14/2022) |
| 12/14/2022 | | MINUTE ORDER: Plaintiff Dudar shall not further file in this action absent leave of court and for good cause shown. On December 5, 2022, Plaintiff Dubar filed five separate motions: four of which have been denied, see Min. Order 12/14/2022, and only one of which was responsive to an order of the court, Order, 11/20/2022. Before the court are several dispositive motions, ECF Nos. 162 , 164 , 166 , and 192 , and the Court does not require additional briefing from Plaintiff Dudar. The Clerk of the Court, therefore, is directed to refrain from accepting any further filings from Plaintiff Dudar without leave of court. See Wallace v. Saffa, Civil Action No. 06-402 (RBW), 2007 WL 1020791, at *2 (D.D.C. Mar. 30, 2007) (discussing a court's ability to place filing restrictions on civil litigants); see also Whitehead v. Paramount Pictures Corp., 145 F. Supp. 2d 3 (D.D.C. 2001), aff'd sub nom. Whitehead v. Paramount Picture Corp., No. 01-7062, 2001 WL 936260 (D.C. Cir. July 27, 2001). The Clerk of the Court is directed to mail this order to pro se Plaintiff Abdur Rahim Dubar at his address of record. Signed by Judge Tanya S. Chutkan on 12/14/2022. (lcja) (Entered: 12/14/2022) |
| 12/22/2022 | 233 | NOTICE of Appearance by Hillary Leffue on behalf of MIRIAM ADELSON (Leffue, Hillary) (Main Document 233 replaced on 12/22/2022) (zjm). NOTICE of Appearance by Hillary Leffue on behalf of MIRIAM ADELSON (Leffue, Hillary) (Main Document 233 replaced on 12/22/2022) (zjm). (Entered: 12/22/2022) |
| 12/23/2022 | 234 | MOTION for Order for Relief by IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Text of Proposed Order)(Jarjour, Samuel) (Entered: 12/23/2022) |
| 12/23/2022 | 235 | MOTION to Vacate Vacating Order of Dismissal of Sheldon Adelson and Motion to Substitute by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, HIBA BARGHOUTHI, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Attachments: # 1 Appendix Index of Exhibits, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Text of Proposed Order Proposed Order)(Jarjour, Samuel) Modified on 12/27/2022 to change relief (zjm). (Entered: 12/23/2022) |
| 12/29/2022 | 236 | RESPONSE re 234 MOTION for Order for Relief filed by JOHN HAGEE. (Liebeler, Lars) (Entered: 12/29/2022) |
| 12/29/2022 | 237 | RESPONSE re 234 MOTION for Order for Relief filed by AMERICAN FRIENDS OF BET EL YESHIVA. (Schoen, David) (Entered: 12/29/2022) |
| 01/05/2023 | 238 | REPLY to opposition to motion re 234 MOTION for Order for Relief filed by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, HIBA BARGHOUTHI, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE |

| | | VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Jarjour, Samuel) (Entered: 01/05/2023) |
|---|---|---|
| 01/06/2023 | 239 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Answer to Defendant This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "LEAVE TO FILE DENIED". Signed by Judge Tanya S. Chutkan on 01/06/2023. (zjm) (Entered: 01/06/2023) |
| 01/06/2023 | 240 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Response to Defendant This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "LEAVE TO FILE DENIED". Signed by Judge Tanya S. Chutkan on 01/06/2023. (zjm) (Entered: 01/06/2023) |
| 01/06/2023 | 241 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Notice This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "LEAVE TO FILE DENIED". Signed by Judge Tanya S. Chutkan on 01/06/2023. (zjm) (Entered: 01/06/2023) |
| 01/06/2023 | 242 | MOTION for Default Judgment against All Defendants as to by ABDUR-RAHIM DUDAR. "LEAVE TO FILE GRANTED" signed by Judge Tanya S. Chutkan on 01/06/2023. (zjm) (Entered: 01/10/2023) |
| 01/10/2023 | | MINUTE ORDER: Plaintiff Dudar's 242 Motion for Default Judgment Against All Defendants is hereby DENIED. Dudar has moved for default judgment on the basis that "all defendants [have] not answer[ed] Plaintiff's 'Motion for Partial Summary Judgment' and other associated motions." ECF 242 at 1 (all capital lettering modified). Given that the Court denied Dudar's 213 Motion for Partial Summary Judgment on June 29, 2022, see Min. Order 6/69/2022, Dudar's asserted justification for his instant motion is without merit. Again, Dudar is reminded of the Court's December 14, 2022 Minute Order that he "shall not further file in this action absent leave of court and for good cause shown." The Clerk of the Court shall mail of copy of this order to Plaintiff Dudar at his address of record. Signed by Judge Tanya S. Chutkan on 1/10/2023. (lcja) (Entered: 01/10/2023) |
| 01/12/2023 | 243 | Memorandum in opposition to re 235 Motion to Vacate,, filed by MIRIAM ADELSON(as Special Administrator of the Estate of Sheldon G. Adelson). (Attachments: # 1 Declaration Declaration of Barry G. Felder)(Leffue, Hillary) (Entered: 01/12/2023) |
| 01/19/2023 | 244 | REPLY to opposition to motion re 235 MOTION to Vacate *Vacate the Court's Order of Dismissal and to Substitute Estate of Sheldon Adelson and Special Administrator Miriam Adelson and/or Miriam Adelson Individually* filed by SUSAN ABULHAWA, BASSEM AL-TAMIMI, AHMED AL-ZEER, HIBA BARGHOUTHI, ABBAS HAMIDEH, LINDA KATEEB, IBRAHIM SABIH, EMAD SHUJAIA, VILLAGE COUNCIL OF THE VILLAGES OF ABU AL-'ASJA, ABU AL-GHAZLAN, ABU AL-'ARQAN, KARZA, AND RABOUD, HASHIM YOUSEF. (Jarjour, Samuel) Modified on 1/20/2023 to add docket link (zjm). (Entered: 01/19/2023) |
| 02/03/2023 | 245 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Jarjour's Modified Motion This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "LEAVE TO FILE DENIED. Plaintiff Dudar's proffored documents do not comply with this court's 12/14/22 minute order requiring that plaintiff see leave and establish good cause." Signed by Judge Tanya S. Chutkan on 02/03/2023. (zjm) (Entered: 02/06/2023) |
| 02/03/2023 | 246 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Motion This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "LEAVE TO FILE DENIED. Plaintiff Dudar's proffored documents do not comply with this court's 12/14/22 minute order requiring that plaintiff see leave and establish good cause." Signed by Judge Tanya S. Chutkan on 02/03/2023. (zjm) (Entered: 02/06/2023) |
| 02/03/2023 | 247 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Motion This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "LEAVE TO FILE DENIED. Plaintiff Dudar's proffored documents do not comply with this court's 12/14/22 minute order requiring that plaintiff see leave and establish good cause." Signed by Judge Tanya S. Chutkan on 02/03/2023. (zjm) (Entered: 02/06/2023) |
| 02/03/2023 | 248 | MOTION for Extension of Time to filing of Opposing Motion from December 23, 2022 to January 20, 2023 by ABDUR-RAHIM DUDAR. "LEAVE TO FILE GRANTED. Clerk of the court shall docket exhibit as "Plaintiff's response to Adelson's Motion 192 for entry of final |

| | | |
|---|---|---|
| | | judgment."" signed by Judge Tanya S. Chutkan on 02/03/2023 (Attachment: # 1 Exhibit Response)(zjm) Modified on 2/6/2023 (zjm). (Entered: 02/06/2023) |
| 02/03/2023 | 249 | RESPONSE re 192 First MOTION for Entry of Final Judgment *Pursuant to FRCP 54(b)* filed by ABDUR-RAHIM DUDAR. (zjm) (Entered: 02/06/2023) |
| 02/03/2023 | 250 | MOTION for Leave to File by ABDUR-RAHIM DUDAR. "LEAVE TO FILE GRANTED. The clerk of court shall docket exhibit as "Plaintiff's Second Opposition to Adelson's Motion for Entry of Final Judgment 192 ."" signed by Judge Tanya S. Chutkan on 02/03/2023 (Attachment: # 1 Exhibit Opposition to Motion)(zjm) Modified on 2/6/2023 (zjm). (Entered: 02/06/2023) |
| 02/03/2023 | 251 | Second opposition to re 192 Motion for Entry of Final Judgment filed by ABDUR-RAHIM DUDAR. (zjm) (Entered: 02/06/2023) |
| 02/03/2023 | 252 | REPLY in support of motion re 226 MOTION to Deny Substitution of Mrs. Adelson for Mr. Adelson filed by ABDUR-RAHIM DUDAR. "LEAVE TO FILE GRANTED. Clerk of the court shall docket as "Plaintiff's Dudar's Reply in support of his motion 226 to deny substitution of Adelson."" signed by Judge Tanya S. Chutkan on 02/03/2023 (zjm) (Entered: 02/06/2023) |
| 02/03/2023 | 253 | MOTION for Leave to File by ABDUR-RAHIM DUDAR. "LEAVE TO FILE GRANTED. Clerk of the court shall docket exhibit as "Plaintiff moves the court to set aside all orders issued as of June 29, 2022 through January 10, 2023."" signed by Judge Tanya S. Chutkan on 02/03/2023 (Attachment: # 1 Exhibit Motion to Set Aside)(zjm) Modified on 2/6/2023 (zjm). (Entered: 02/06/2023) |
| 02/03/2023 | 254 | MOTION to Set Aside - Plaintiff moves the court to set aside all orders issued as of June 29, 2022 through January 10, 2023 by ABDUR-RAHIM DUDAR. (zjm) (Entered: 02/06/2023) |
| 02/09/2023 | 255 | MEMORANDUM OPINION re Movant's 192 Motion for Entry of Judgment; Plaintiffs' 235 Motion to Vacate and Substitute; Plaintiff's 226 Motion to Deny Substitution; and Plaintiff's 254 Motion to Set Aside. The Clerk of the Court shall mail a copy of this Memorandum Opinion to pro se Plaintiff Dudar at his address of record. Signed by Judge Tanya S. Chutkan on 2/9/2023. (lcja) (Entered: 02/09/2023) |
| 02/09/2023 | 256 | ORDER granting Movant's 192 Motion for Entry of Judgment; denying Plaintiffs' 235 Motion to Vacate and Substitute; denying as moot Plaintiff's 226 Motion to Deny Substitution; and denying Plaintiff's 254 Motion to Set Aside. The Clerk of the Court shall mail a copy of this order to pro se Plaintiff Dudar at his address of record. Signed by Judge Tanya S. Chutkan on 2/9/2023. (lcja) (Entered: 02/09/2023) |
| 02/09/2023 | 257 | ORDER granting Plaintiffs' 234 Motion for Relief from the Court's July 22, 2022, Order. The Clerk of the Court shall mail a copy of this order to pro se Plaintiff Dudar at his address of record. (See Order for further details). Signed by Judge Tanya S. Chutkan on 2/9/2023. (lcja) (Entered: 02/09/2023) |
| 02/16/2023 | 258 | AMENDED ORDER: This Amended Order amends the Court's February 9, 2023 Order, *see* ECF No. 256, to reflect that Movant's motion for entry of judgment is granted pursuant to Federal Rule of Civil Procedure 56(b). (See Order for further details). The Clerk of the Court shall mail a copy of this Order to Plaintiff Dudar at his address of record. Signed by Judge Tanya S. Chutkan on 2/16/2023. (lcja) (Entered: 02/16/2023) |
| 02/23/2023 | 259 | MOTION to Amend/Correct 258 Order, *Pursuant to Fed. R. Civ. P. 60(a)* by MIRIAM ADELSON(as Special Administrator of the Estate of Sheldon G. Adelson). (Attachments: # 1 Text of Proposed Order)(Leffue, Hillary) (Entered: 02/23/2023) |
| 03/29/2023 | | MINUTE ORDER: Adelson's 259 Motion to Amend/Correct is hereby GRANTED. The Clerk of the Court shall mail of copy of this order to Plaintiff Dudar at his address of record. Signed by Judge Tanya S. Chutkan on 3/29/2023. (lcja) (Entered: 03/29/2023) |
| 03/29/2023 | 260 | AMENDED ORDER: This Amended Order amends the Court's February 9, 2023 Order, see ECF No. 256, to reflect that Movant's motion for entry of judgment is granted pursuant to Federal Rule of Civil Procedure 54(b). (See Order for further details). The Clerk of the Court shall mail a copy of this Order to Plaintiff Dudar at his address of record. Signed by Judge Tanya S. Chutkan on 3/29/2023. (lcja) (Entered: 03/29/2023) |
| 03/29/2023 | 261 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Letter and Motion This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "Leave to File DENIED. Plaintiff Dudar seeks leave to motion for a new trial pursuant to Federal Rule of Civil Procedure 59(a)-(b). However, because there has been no trial in this action, his motion is premature and is therefore denied." Signed by Judge Tanya S. Chutkan on 03/29/2023. (Attachment: # 1 Motion for New Trial) (zjm) (Entered: 04/03/2023) |

| 04/07/2023 | 262 | ENTERED IN ERROR.....NOTICE *of Request for entry of judgment* by MIRIAM ADELSON (Leffue, Hillary) Modified on 4/10/2023 (zjm). (Entered: 04/07/2023) |
| 04/10/2023 | | NOTICE OF ERROR regarding 262 Notice (Other). The following error(s) need correction: Incorrect format (Letter)- correspondence is not permitted (LCvR 5.1(a)). Please refile. (zjm) (Entered: 04/10/2023) |
| 04/18/2023 | 263 | MOTION for Entry of Final Judgment *as Separate Entry Pursuant to Fed. R. Civ. P. 58(a) and (d)* by MIRIAM ADELSON(as Special Administrator of the Estate of Sheldon G. Adelson). (Attachments: # 1 Proposed Order)(Leffue, Hillary) (Entered: 04/18/2023) |
| 04/26/2023 | | MINUTE ORDER: Movant Adelson's 263 Motion for Entry of Final Judgment as Separate Entry Pursuant to Federal Rule of Civil Procedure 58(a) and (d) is hereby DENIED without prejudice, as the motion does not set forth why the prior orders do not satisfy Rule 58. Further, the proposed order states "that the Court will instruct the clerk of court to separately enter judgment pursuant to the Court's March 29, 2023 Amended Order granting Dr. Adelson's motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b)." ECF No. 263-1. However, it is not the practice of courts in this Circuit, nor is it required by Federal Rules of Civil Procedure 54 or 58 for the Clerk of Court to enter separate judgment, as opposed to the Court; rather the Clerk of the Court terminates the appropriate party from the civil docket once judgment has been entered. The Clerk of the Court so terminated Sheldon Adelson on February 9, 2023, pursuant to Court Order, ECF No. 256. Any renewed motion for Entry of Judgment shall set out with specificity, supported by legal citation, why the prior orders of the Court do not satisfy Rule 58, and the revised proposed order shall be modeled on this Circuit's orders. Signed by Judge Tanya S. Chutkan on 4/26/2023. (lcja) (Entered: 04/26/2023) |
| 05/02/2023 | 264 | LEAVE TO FILE DENIED- ABDUR-RAHIM DUDAR - Motions This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "Leave to File is Denied. Plaintiff's rambling motion to reinstate Sheldon Adelson as a Defendant in this action hasbeen previously considered by the court and previously denied. See ECF No. 255 at 8. Plaintiff is reminded of the Court's 12/14/2022 Minute Order directing that he "shall not file further in this action absent leave of court and good cause shown." The Clerk of the Court is directed to mail a copy of this order to pro se Plaintiff at his address of record." Signed by Judge Tanya S. Chutkan on 05/02/2023. (zjm) (Entered: 05/04/2023) |
| 06/20/2023 | 265 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 257 Order on Motion for Order, 255 Memorandum & Opinion, 260 Order, 258 Order, 256 Order, by ABDUR-RAHIM DUDAR. Fee Status: No Fee Paid. Parties have been notified. (zjm) (Entered: 06/27/2023) |
| 06/27/2023 | 266 | Transmission of the Notice of Appeal, Order(s) Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 265 Notice of Appeal to DC Circuit Court. (zjm) (Entered: 06/27/2023) |
| 07/03/2023 | | USCA Case Number 23-5147 for 265 Notice of Appeal to DC Circuit Court filed by ABDUR-RAHIM DUDAR. (zjm) (Entered: 07/03/2023) |
| 07/12/2023 | | USCA Appeal Fees received $ 505 receipt number 205076 re 265 Notice of Appeal to DC Circuit Court filed by ABDUR-RAHIM DUDAR, USCA Case Number 23-5147 (zjm) (Entered: 10/25/2023) |