# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BASSEM AL-TAMIMI**, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 16-cv-445 (TSC) |
| **SHELDON ADELSON**, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 268, Defendants' Motion to Dismiss Counts I through III Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), ECF No. 162, and Defendants' Motion to Dismiss the Amended Complaint Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), ECF No. 164, are hereby GRANTED.  Defendants' Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), ECF No. 166, is DENIED as moot.


Date: February 23, 2024

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge